UMG Recordings, Inc. et al v. Veoh Networks, Inc. et al Doc. 24

REBECCA L. CALKINS (SBN 195593)
ERIN R. RANAHAN (SBN 235286)
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Fax: (213) 615-1750
Email: rcalkins@winston.com/eranahan@winston.com
Attorneys for VEOH NETWORKS, INC.

Scan

Lodged Order

FILED
2007 OCT 15 PM 12:05
CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES
BY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UMG RECORDINGS, INC., et al.

Plaintiff(s)

v

VEOH NETWORKS, INC.

Defendant(s)

CASE NUMBER
CV 07-5744 - AHM (AJWx)

APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.
***To receive orders and judgements by e-mail, complete and return the Optical Scanning Enrollment form (G-76), available on the court's website at www.cacd.uscourts.gov.***

I, MICHAEL S. ELKIN, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant: VEOH NETWORKS INC. by whom I have been retained.

My *out-of-state* business information is as follows:

WINSTON & STRAWN LLP
*Firm Name*

200 Park Avenue
*Street Address*

New York, New York 10166
*City, State, Zip*

melkin@winston.com
*E-Mail Address*

(212) 294-6700
*Telephone Number*

(212) 294-4700
*Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| *Title of Court* | *Date of Admission* |
|---|---|
| USDC, Southern District of New York | July 1985 |
| USDC, Southern District of California | August 24, 2007 |

RECEIVED
OCT 15 2007
CLERK, U.S. DISTRICT COURT

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California I am not currently suspended or disbarred in any court.

DOCKETED ON CM
OCT 16 2007
BY ____ 007

24



American LegalNet, Inc.
www.USCourtForms.com

ORIGINAL

Dockets.Justia.com

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| *Case Number* | *Title of Action* | *Date of Application* | *Application Granted or Denied* |
|---|---|---|---|
| CV 05-2480 SVW (PJWx) | Nafal vs Shawn Carter, Et al | 2005 | Granted |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate REBECCA LAWLOR CALKINS as local counsel, whose business information is as follows:

WINSTON & STRAWN LLP
*Firm Name*

333 So Hope Street, 38th Floor
*Street Address*

Los Angeles, CA 90071
*City, State, Zip*

rcalkins@winston com
*E-Mail Address*

(213) 615-1700
*Telephone Number*

(213) 615-1750
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P , the F.R. Crim. P , and the F.R. Evidence.

Dated 10.15.07

MICHAEL S. ELKIN
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated 10/15/07

REBECCA LAWLOR CALKINS
*Designee 's Name (please print)*

*Designee 's Signature*

SBN 195593
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**



American LegalNet, Inc
www USCourtForms com