Case 2:07-cv-05744-AHM-AJW Document 26 Filed 10/16/2007 Page 1 of 1
UMG Recordings, Inc. et al v. Veoh Networks, Inc. et al Doc. 26

Rebecca L. Calkins (SBN 195593)
Erin R. Ranahan (SBN 235286)
WINSTON & STRAWN LLP
333 So. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
rcalkins@winston.com
Attorneys For VEOH NETWORKS, INC.

Priority ✓
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U S DISTRICT COURT
OCT 16 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
2007 OCT 15 PM 12:05
CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, et al. Plaintiff(s) v. VEOH NETWORKS, INC. Defendant(s) | CASE NUMBER CV 07 5744 AHM (AJWx) |
| | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of MICHAEL S. ELKIN (*Applicant's Name*)

of WINSTON & STRAWN LLP (*Firm Name*) for permission to appear and participate in the above-entitled

action on behalf of ☐ Plaintiff ☒ Defendant VEOH NETWORKS INC.

and the designation of Rebecca Lawlor Calkins (*Local Counsel Designee*) of WINSTON & STRAWN LLP (*Local Counsel Firm*)

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated OCT 16 2007

U. S. District Judge/~~U.S. Magistrate Judge~~

DOCKETED ON CM
OCT 17 2007
BY 007


American LegalNet, Inc. www USCourtForms com
Dockets.Justia.com