Rebecca Lawlor Calkins (SBN: 195593),
Email: rcalkins@winston.com
Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)

Michael S. Elkin (*pro hac vice*)
Email: melkin@winston.com
Thomas P. Lane (*pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Attorneys for Defendant
VEOH NETWORKS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP., a New York corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; RONDOR MUSIC INTERNATIONAL, INC., a California corporation; UNIVERSAL MUSIC – MGB NA LLC, a California Limited Liability company; UNIVERSAL MUSIC – Z TUNES LLC, a New Limited Liability Corporation; and | Case No. CV 07 5744 – AHM (AJWx)<br><br>The Honorable A. Howard Matz<br><br>**NOTICE OF LODGING SUMMARY JUDGMENT BRIEFING FILED IN *IO* v. *VEOH* REGARDING VEOH'S SAFE HARBOR UNDER SECTION 512(c) OF THE DMCA** |

LA:208505.1                              1

| | |
|---|---|
| 1 | UNIVERSAL – MBG MUSIC ) |
|   | PUBLISHING LTD., a UK company and ) |
| 2 | DOES 1-10 inclusive ) |
|   | ) |
| 3 | Plaintiffs, ) |
|   | ) |
| 4 | vs. ) |
|   | ) |
| 5 | VEOH NETWORKS, INC. a California ) |
|   | Corporation ) |
| 6 | Defendant. ) |

During the Scheduling Conference held before the Honorable Judge Matz on March 17, 2008, Judge Matz requested that Defendant Veoh Networks, Inc. ("Veoh") lodge summary judgment briefs filed by both parties in *Io Group, Inc. v. Veoh Networks, Inc.*, currently pending before United Magistrate Judge Howard R. Lloyd in the United States District Court for the Northern District of California (Case No. C 06-3926 HRL). The briefing relates to whether Veoh qualifies for safe harbor protection under Section 512(c) of the DMCA, which is also a central to the present action. Accordingly, Veoh hereby lodges the following:

1. Attached hereto as Exhibit A is a true and correct copy of Defendant Veoh Network Inc.'s Notice of Motion and Motion for Summary Judgment, filed on or about July 30, 2007.

2. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Ted Dunning in Support of Defendant Veoh Network's Inc.'s Motion for Summary Judgment, filed on or about July 30, 2007.

3. Attached hereto as Exhibit C is a true and correct copy of the Declaration of Joseph Papa in Support of Defendant Veoh Network's Inc.'s Motion for Summary Judgment, filed on or about July 30, 2007.

4.  Attached hereto as Exhibit D is a true and correct copy of the Declaration of Matthew Scherb in Support of Defendant Veoh Networks Inc.'s Motion for Summary Judgment, filed on or about August 14, 2007.

5.  Attached hereto as Exhibit E is a true and correct copy of Plaintiff IO Group, Inc.'s Opposition to Defendant's Motion for Summary Judgment, filed on or about August 14, 2007.

6.  Attached hereto as Exhibit F is a true and correct copy of Defendant Veoh Networks, Inc.'s Reply in Support of Its Motion for Summary Judgment, filed on or about August 21, 2007.

7.  Attached hereto as Exhibit G is a true and correct copy of Defendant Veoh Networks, Inc.'s Request for Judicial Notice in Support of Reply In Support of Its Motion for Summary Judgment, filed on or about August 21, 2007.

8.  Attached hereto as Exhibit H is a true and correct copy of the Order Denying Motion for Leave to Appear as Amici Curiae, issued on or about August 22, 2007.

9.  Attached hereto as Exhibit I is a true and correct copy of the Administrative Motion for Leave to File Supplemental Brief Explaining Relevance of Recently Issued Authority and [Proposed] Order, filed on or about October 22, 2007.

10. Attached hereto as Exhibit J is a true and correct copy of the Declaration of Gill Sperlein in Support of Plaintiff's Motion for Administrative Relief to File Supplemental Brief, filed on or about October 22, 2007.

11. Attached hereto as Exhibit K is a true and correct copy of Defendant Veoh Networks, Inc.'s Opposition to Plaintiff's Administrative Motion for Leave to File Supplemental Brief, filed on or about October 25, 2007.

12. Attached hereto as Exhibit L is a true and correct copy of IO Group, Inc.'s Supplemental Brief Explaining Relevance of Recently Issued Authority, filed on or about October 16, 2007.

13. Attached hereto as Exhibit M is a true and correct copy of Defendant Veoh Network's Inc.'s Response to Plaintiff IO Group, Inc.'s Supplemental Brief, filed on or about November 16, 2007.

Dated: March 19, 2008

WINSTON & STRAWN LLP

By _____
Jennifer A. Golinveaux
Rebecca L. Calkins
Erin R. Ranahan
Attorneys for Defendant VEOH NETWORKS, INC.

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

LA:208505.1

4

NOTICE OF LODGING SUMMARY JUDGMENT BRIEFING FILED IN *IO v. VEOH* REGARDING VEOH'S SAFE HARBOR PROTECTION UNDER SECTION 512(c) OF THE DMCA
Case No. CV 07 5744 – AHM (AJWx)