UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV07-5744-AHM (AJWx) | Date | March 17, 2008 |
| Title | UMG RECORDINGS, INC. v. VEOH NETWORKS, INC., et al. | | |

| | |
|---|---|
| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |

| Stephen Montes | Cindy Nirenberg | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| | |

**Proceedings:** Scheduling Conference

Scheduling conference held.

Court orders the limited dates as indicated on Scheduling and Case Management Order filed this date and accepts the parties' designation of L.R. 16-14: Settlement Procedure No. 3. Upon selection, plaintiff shall notify the settlement officer immediately of the Court's referral and presumptive schedule and file a status report with this Court confirming same.

The parties are to meet and confer and then submit by not later than March 21, 2008 a stipulation and order proposing the remaining pretrial and trial dates.

Court orders defendants to lodge in this action the briefs filed in the Sacramento case currently before Magistrate Judge Harold Lloyd.

cc: Attorney Settlement Officer Panel Coordinator

: 21

Initials of Preparer SMO


Dockets.Justia.com