Rebecca Lawlor Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)

Michael S. Elkin (*pro hac vice*)
Email: melkin@winston.com
Thomas P. Lane (*pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Attorneys for Defendant
VEOH NETWORKS, INC.



**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC. a California Corporation, DOES 1-10, inclusive,<br><br>Defendants. | **Case No. CV 07 5744 – AHM (AJWx)**<br><br>Discovery Matter<br><br>**VEOH NETWORKS, INC. NOTICE OF MOTION AND MOTION FOR ENTRY OF PROTECTIVE ORDER**<br><br>[Joint Stipulation of Parties Filed Concurrently]<br><br>Date: June 16, 2008<br>Time: 10:00 a.m.<br>Crtrm: 690, The Hon. Andrew J. Wistrich |

PLEASE TAKE NOTICE that on Monday, June 16, 2008 at 10:00 a.m., or as soon thereafter as this matter may be heard in the Courtroom of Judge Andrew J. Wistrich, Courtroom 690 of the above-entitled Court, located at 255 East Temple Street, Los Angeles, California, 90012, Defendant Veoh Networks, Inc. will and hereby does move, pursuant to the Federal Rules of Civil Procedure, Rule 26(c), for an order entering the protective order attached as Exhibit A to the Declaration of Jennifer A. Golinveaux ("Golinveaux Decl.").

This Motion is brought pursuant to Rule 26(c) of the Federal Rules of Civil Procedure on the grounds that to protect Veoh's confidential technological and commercial information, this court should enter Veoh's [Proposed] Protective Order, which includes a requirement that the parties disclose their experts or consultants before they are allowed access to a parties' confidential material, and a reasonable challenge provision.

This Motion is based on this Notice of Motion and Motion, the Joint Stipulation Regarding Defendant Veoh Networks, Inc.'s Motion For Entry of Protective Order, the accompanying Declaration of Jennifer A. Golinveaux, all pleadings and papers on file herein, and upon such further oral and documentary evidence as may be presented at or before the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 37-1, which took place on April 25, 2008. (Golinveaux Decl., ¶ 5.).

Dated: May 22, 2008

**WINSTON & STRAWN LLP**

By /s/ Erin R. Ranahan
Michael S. Elkin
Thomas P. Lane
Jennifer A. Golinveaux
Rebecca L. Calkins
Erin R. Ranahan
Attorneys for Defendant
VEOH NETWORKS, INC.

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543