Rebecca Lawlor Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)

Michael S. Elkin (*pro hac vice*)
Email: melkin@winston.com
Thomas P. Lane (*pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Attorneys for Defendant
VEOH NETWORKS, INC.



**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC. a California Corporation, DOES 1-10, inclusive,<br><br>Defendants. | **Case No. CV 07 5744 – AHM (AJWx)**<br><br>Discovery Matter<br><br>**DECLARATION OF JENNIFER A. GOLINVEAUX IN SUPPORT OF VEOH NETWORKS, INC.'S MOTION FOR ENTRY OF PROTECTIVE ORDER**<br><br>Date: June 16, 2008<br>Time: 10:00 a.m.<br>Crtrm: 690 |

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

# DECLARATION OF JENNIFER A. GOLINVEAUX

I, Jennifer A. Golinveaux, declare as follows:

1. I am an attorney at law duly admitted to practice before all courts of the State of California, and am admitted to practice before the United States District Court, Central District of California. I am a partner with the firm of Winston & Strawn LLP, attorneys of record herein for Defendant Veoh Networks, Inc. ("Veoh"). I am familiar with the pleadings and proceedings in this action. I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Veoh's proposed form of Protective Order for this case.

3. Attached hereto as Exhibit B is a true and correct copy of UMG Recording, Inc.'s First Set of Requests for Production of Documents and Things and First Set of Interrogatories to Veoh. Numerous requests call for information regarding every aspect of Veoh's business, such as document request nos. 19, 20, 23-33, 38, 46, 90-97, 103, 108, 116 and 118, and interrogatory no. 3.

4. Attached hereto as Exhibit C is a true and correct copy of the model form of protective order for the United States District Court for the Northern District of California, which includes disclosure and challenge requirements relating to confidential information shared with experts as an optional provision.

5. We have made attempts to resolve Plaintiffs' issues with paragraph 10 of the proposed protective order. After first discussing the issues with Plaintiffs' counsel, we sent a letter explaining Veoh's position on April 17, 2008, and requested to meet and confer regarding the issue. A true and correct copy of this letter is attached hereto as Exhibit D. I participated in a meet and confer with Plaintiffs' counsel regarding this dispute on April 25, 2008. I presented various versions of the disputed provision in an attempt to alleviate the concerns expressed by Universal's counsel. For example, when Plaintiffs' counsel expressed concern that the challenge provision would cause

delay, I offered to shorten the time allowed an objecting party to send its portion of a Local Rule 37 Joint Stipulation to three days, as set forth in Veoh's currently proposed paragraph 10. *Id.,* ¶ 4.

6. Attached hereto as Exhibit E is a true and correct copy of the March 25, 2008 Order Setting Case Schedule, which is attached here pursuant to Local Rule 37-2.1.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 22 day of May, 2008, at San Francisco, California.

/s/ Jennifer A. Golinveaux

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

LA:213098.2