**Re: DKT # 44**

Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VEOH NETWORKS, INC., a California corporation; DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV-07-05744 AHM (AJWx)<br><br>**UMG'S SUPPLEMENTAL BRIEF RE: MOTION FOR ENTRY OF PROTECTIVE ORDER**<br><br>Magistrate: Hon. Andrew J. Wistrich<br>Date: June 23, 2008<br>Time: 10:00 a.m.<br>Courtroom: 690<br><br>Discovery Cutoff: January 12, 2009<br>Pretrial Conference: April 6, 2009<br>Trial Date: April 21, 2009 |



Dockets.Justia.com

Plaintiffs (collectively "UMG") submit this supplemental brief regarding Defendant Veoh Networks, Inc.'s ("Veoh") Motion for entry of a Protective Order pursuant to Local Rule 37-2.3. In the Joint Stipulation, UMG indicated that it had proposed a form of protective order attached as part of Exhibit A to the Ledahl Declaration and requested that the Court enter that form of protective order rather than the form proposed by Veoh in this motion. After the Joint Stipulation was prepared, the parties agreed upon an Interim Protective Order which has since been entered by the Court. The stipulated Interim Protective Order differs slightly from the form of protective order previously proposed by UMG and attached to the Ledahl Declaration. UMG does not object to the form of the Interim Protective Order. For clarity, UMG submits this supplemental brief to confirm that the Court should enter the Interim Protective Order (as permanent) to govern discovery in this case and reject Veoh's motion (for the reasons set forth in the Joint Stipulation). For the Court's convenience, UMG submits a proposed order consistent with the Interim Protective Order with this supplemental brief.

Dated: June 9, 2008

IRELL & MANELLA LLP
Steven A. Marenberg
Elliot Brown
Brian Ledahl
Benjamin Glatstein

By: /s Brian Ledahl
Brian Ledahl

Attorneys for Plaintiffs