UMG Recordings, Inc. et al v. Veoh Networks, Inc. et al Doc. 53

Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC.,<br><br>Defendant. | Case No. CV-07-05744 AHM (AJWx)<br><br>**NOTICE OF MANUAL FILING OF DECLARATION OF ANJULI MCREYNOLDS, APPLICATION TO FILE UNDER SEAL, AND [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL**<br><br>Magistrate: Hon. A. Howard Matz<br><br>Date: July 7, 2008<br>Time: 10:00 a.m.<br>Courtroom: 14<br><br>Discovery Cutoff: January 12, 2009<br>Pretrial Conference: April 6, 2009<br>Trial Date: April 21, 2009 |



Dockets.Justia.com

**TO ALL DEFENDANTS AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that on June 16, 2008, Plaintiffs UMG Recordings, Inc., *et al*. (collectively "UMG") will file manually the Declaration of Anjuli McReynolds In Support Of UMG's Motion to Amend Complaint to Add Defendants, pursuant to Central District of California General Order No. 07-08 Section VII.B. UMG further will manually file the Application for Filing Under Seal and [Proposed] Order Granting that application, as well as a declaration of service. These materials are being filed manually because the materials are being filed under seal pursuant to Paragraphs 20-21, and 24 of the Stipulated Interim Protective Order entered by this Court on May 21, 2008 and Local Rule 79-5.

Dated: June 16, 2008

IRELL & MANELLA LLP

By: /s
Steven A. Marenberg

Attorneys for Plaintiffs
UMG Recordings, Inc.;
Universal Music Corp.;
Songs of Universal, Inc.;
Universal-Polygram International Publishing, Inc.;
Rondor Music International, Inc.;
Universal Music –MGB NA LLC;
Universal Music – MGB NA LLC;
Universal Music – Z Tunes LLC;
and Universal Music—MBG Music Publishing Ltd.