Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs
UMG Recordings, Inc.; Universal Music Corp.; Songs of Universal, Inc.; Universal-Polygram International Publishing, Inc.; Rondor Music International, Inc.; Universal Music – MGB NA LLC; Universal Music – MGB NA LLC; Universal Music – Z Tunes LLC; Universal Music—MBG Music Publishing Ltd.

FILED

2008 JUN 16 PM 3: 12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>VEOH NETWORKS, INC.,<br><br>Defendant. | Case No. CV 07-05744 AHM (AJWx)<br><br>**DECLARATION OF SERVICE**<br><br>Date: July 7, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. A. Howard Matz<br>Courtroom: 14<br><br>Discovery Cutoff: January 12, 2009<br>Pretrial Conference: April 6, 2009<br>Trial: April 21, 2009 |



Dockets.Justia.com

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276.

On June 16, 2008, I served the foregoing document(s) described as

(1) **UMG'S APPLICATION TO FILE UNDER SEAL UMG'S MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD VEOH INVESTORS AS DEFENDANTS AND DECLARATION OF ANJULI MCREYNOLDS; DECLARATION OF ANJULI MCREYNOLDS IN SUPPORT THEREOF;**

(2) **[PROPOSED] ORDER GRANTING UMG'S APPLICATION TO FILE UNDER SEAL UMG'S MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD VEOH INVESTORS AS DEFENDANTS AND DECLARATION OF ANJULI MCREYNOLDS;**

(3) **DECLARATION OF ANJULI MCREYNOLDS IN SUPPORT OF UMG'S MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD VEOH INVESTORS AS DEFENDANTS;** and

(4) **DECLARATION OF SERVICE**

on each interested party, as follows:

Jennifer Golinveaux, Esq.
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1506
(jgolinveaux@winston.com)

[X] (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by FedEx, an express service carrier which provides overnight delivery, as follows. I placed a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed, as set forth above, with fees for overnight delivery paid or provided for.

[X] (BOX DEPOSIT) I deposited such envelopes or packages in a box or other facility regularly maintained by the express service carrier.

[X] (BY ELECTRONIC MAIL) I caused the foregoing document to be served electronically by electronically mailing a true and correct copy through Irell & Manella LLP's electronic mail system to the e-mail address(es), as set forth above, and the transmission was reported as complete and no error was reported.

I caused each such envelope to be delivered by hand to the offices of each interested party below:

Rebecca Calkins, Esq.
Winston & Strawn, LLP
333 S. Grand Ave 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
(rcalkins@winston.com)

Executed on June 16, 2008, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

Debi Del Grande
(Type or print name)

(Signature)