Rebecca Lawlor Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)

Michael S. Elkin (admitted *pro hac vice*)
Email: melkin@winston.com
Thomas P. Lane (admitted *pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Attorneys for Defendant
VEOH NETWORKS, INC.

**Winston & Strawn LLP**
**333 South Grand Avenue**
**Los Angeles, CA 90071-1543**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UMG RECORDINGS, INC., et al.<br><br>Plaintiffs,<br><br>vs.<br>VEOH NETWORKS, INC. a California Corporation; and DOES 1-10, inclusive<br><br>Defendants. | **Case No. CV 07 5744 – AHM (AJWx)**<br><br>The Honorable A. Howard Matz<br><br>**JOINT STIPULATION CONTINUING HEARING RE PLAINTIFFS' MOTION TO AMEND COMPLAINT TO ADD DEFENDANTS FROM JULY 7, 2008 TO JULY 21, 2008**<br><br>**Local Rule 7-11**<br><br>Motion Filed: June 16, 2008 |



Dockets.Justia.com

## STIPULATION

The parties to the above entitled action, by and through their respective counsel of record, hereby stipulate as follows:

On June 16, 2008, Plaintiffs filed a Motion for Leave to Amend the Complaint to Add Defendants, and noticed the hearing for July 7, 2008;

At the request of Defendant Veoh Networks, Inc., the parties have agreed to continue the hearing date for Plaintiffs' Motion for Leave to Amend the Complaint to Add Defendants from July 7, 2008 until July 21, 2008;

Good cause exists for this short continuance to allow the potential new parties to confer with counsel and allow Veoh to decide whether to oppose Plaintiffs' Motion;

Defendant shall file its opposition papers by July 4, 2008;

Plaintiffs shall file their reply papers by July 14, 2008.

IT IS SO STIPULATED.

Dated: June 20, 2008

IRELL & MANELLA LLP

By: /s/ Steven. A. Marenberg
Steven A. Marenberg
Elliot Brown
Brian D. Ledahl
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010
(310) 203-7199 (Facsimile)

Attorneys for Plaintiffs

WINSTON & STRAWN LLP

By /s/ Erin R. Ranahan
Rebecca Lawlor Calkins
Erin R. Ranahan
333 South Grand Avenue, 38 Fl.
Los Angeles, CA 90071
(213) 615-1700 (Telephone)
(213) 615-1750 (Facsimile)

Michael S. Elkin
Thomas P. Lane
200 Park Avenue
New York, New York 10166
(212) 294-6700
(212) 294-4700 (Facsimile)

Jennifer A. Golinveaux
101 California Street
San Francisco, CA 94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)

Attorneys for Defendant