FILED
CLERK, U.S. DISTRICT COURT
JUN 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

2008 JUN 16 PM 3:12
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

LODGED

ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UMG RECORDINGS, INC., *et al.*

Plaintiffs,

v.

VEOH NETWORKS, INC.,

Defendant.

Case No. CV 07-05744 AHM (AJWx)

**[PROPOSED] ORDER GRANTING UMG'S APPLICATION TO FILE UNDER SEAL DECLARATION OF ANJULI MCREYNOLDS IN SUPPORT OF UMG'S MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD DEFENDANTS**

Date: July 7, 2008
Time: 10:00 a.m.
Judge: Hon. A. Howard Matz
Courtroom: 14

Discovery Cutoff: January 12, 2009
Pretrial Conference: April 6, 2009
Trial: April 21, 2009



Dockets.Justia.com

Upon consideration of Plaintiffs' Application to File Under Seal the Declaration of Anjuli McReynolds In Support Of UMG's Motion for Leave to Amend Complaint to Add Defendants, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Application to File Under Seal the Declaration of Anjuli McReynolds is GRANTED; and

2. The Clerk of the Court shall file under seal the Declaration of Anjuli McReynolds In Support Of UMG's Motion for Leave to Amend Complaint to Add Defendants.

Dated: JUN 17 2008

[signature]

Hon. A. Howard Matz
United States District Judge
Central District of California

Presented by:

IRELL & MANELLA LLP
Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

By: ______________________
Steven A. Marenberg

Attorneys for Plaintiffs
UMG Recordings, Inc.;
Universal Music Corp.;
Songs of Universal, Inc.;
Universal-Polygram International Publishing, Inc.;
Rondor Music International, Inc;
Universal Music – MGB NA LLC;
Universal Music – Z Tunes LLC;
and Universal Music – MBG Music Publishing Ltd.