Rebecca Lawlor Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)

Michael S. Elkin (admitted *pro hac vice*)
Email: melkin@winston.com
Thomas P. Lane (admitted *pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Attorneys for Defendant
VEOH NETWORKS, INC.

**Winston & Strawn LLP**
**333 South Grand Avenue**
**Los Angeles, CA 90071-1543**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UMG RECORDINGS, INC., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC. a California Corporation; and DOES 1-10, inclusive<br><br>Defendants. | **Case No. CV 07 5744 – AHM (AJWx)**<br><br>The Honorable A. Howard Matz<br><br>**DECLARATION OF JENNIFER A. GOLINVEAUX IN SUPPORT OF VEOH NETWORKS, INC.'S OPPOSITION TO UMG'S MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD DEFENDANTS** |



Dockets.Justia.com

## DECLARATION OF JENNIFER A. GOLINVEAUX

I, Jennifer A. Golinveaux, declare as follows:

1. I am an attorney at law duly admitted to practice before all courts of the State of California, and am admitted to practice before the United States District Court, Central District of California. I am a partner with the firm of Winston & Strawn LLP, attorneys of record herein for Defendant Veoh Networks, Inc. ("Veoh"). I am familiar with the pleadings and proceedings in this action. I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto. I submit this declaration in support of Veoh Networks, Inc.'s Opposition to UMG'S Motion For Leave To Amend Complaint To Add Defendants filed herewith.

2. Attached hereto as Exhibit A are true and correct copies of Plaintiffs' subpoenas to investors, Jonathan Dolgen ("Dolgen), Firefly 3 LLC ("Firefly") and Time Warner, Inc. ("Time Warner") served on February 15, 2008.

3. Attached hereto as Exhibit B are true and correct copies of the subpoena responses of Dolgen, Firefly, The Tornante Company, LL1C, Spark Capital Partners, LLC, and Shelter Capital Partners, LLC with enclosure correspondence.

4. Attached hereto as Exhibit C are true and correct copies of correspondence I received from Plaintiffs' counsel, Brian Ledahl, dated May 13, 2008, and Goldman Sachs Group, Inc.'s response to Mr. Ledahl's May 13, 2008 letter.

5. Attached hereto as Exhibit D is a true and correct copy of correspondence I received from Mr. Ledahl, dated May 20, 2008.

6. During a pre-motion conference requested by UMG, Mr. Ledahl advised me that Plaintiffs in all likelihood, would proceed to file this motion, notwithstanding the fact that they had not yet obtained any significant discovery from Veoh's investors.

7. Shortly after this Court entered an Interim Protective Order, several of the investors made substantial document productions to UMG of confidential material

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

responsive to Plaintiffs' subpoenas served on February 15, 2008.

8. On the eve of their deadline to amend the complaint to add new parties, beginning on May 19, 2008, Plaintiffs began serving deposition subpoenas on each of the investors.

9. When the Investors' counsel attempted to work with Plaintiffs' counsel to set dates for depositions in advance of Plaintiffs' deadline to amend, however, one by one Plaintiffs voluntarily withdrew each of the deposition notices, and took no depositions.

10. Attached hereto as Exhibit E is a true and correct copy of redline changes showing the differences between UMG's original complaint and UMG's proposed First Amended Complaint.

11. Attached hereto as Exhibit F is a true and correct copy of the complaint filed on February 25, 2008 by UMG against Veoh in the Supreme Court of the State of New York, County of New York, designated case No. 08600558 and entitled *UMG Recordings, Inc., et al. v. Veoh Networks, Inc*.

12. Fact discovery in this case is currently set to close on January 12, 2009. The parties have already exchanged very significant document productions in this case, and UMG's Rule 30(b)(6) deposition of Veoh is scheduled for July 10, 2008.

13. Attached hereto as Exhibit G is a true and correct copy of *Katz v. Napster*, Case No. C 00-4725 MHP, Memorandum and Order dismissing complaint, filed Jul. 9, 2001.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is being executed on this 3rd day of July, 2008, in San Francisco, California.

/s/ Jennifer A.Golinveaux
Jennifer A. Golinveaux

SF:210451.1



Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543