UMG Recordings, Inc. et al v. Veoh Networks, Inc. et al Doc. 67

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 07-5744 AHM (AJWx) | Date | July 15, 2008 |
| Title | UMG RECORDINGS, INC., et al. v. VEOH NETWORKS, INC. | | |

| | |
|---|---|
| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |

| | | |
|---|---|---|
| Stephen Montes | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** (In Chambers)–No Proceedings Held

Plaintiff has moved for leave to file an amended complaint naming additional defendants, including Goldman Sachs Group, Inc. The Court owns stock in Goldman Sachs Group, Inc. and would have to (and will) self-recuse if that company becomes a party. Although there is no clear precedential guidance on whether the Court may rule on such a motion under these circumstances, the Court is reluctant to do so. (As of now, the Court has not reviewed the briefs or done any work whatsoever on the motion.)

Accordingly, the Court directs the parties to meet and confer and by not later than July 18, 2008 file a single, joint status report specifying one, and only one, of the following:

(1) The parties jointly request the Court to rule on the pending motion.

<u>or</u>

(2) At least one party (not to be specified) requests that the Court not rule on the pending motion.

IT IS SO ORDERED.

:

Initials of Preparer SMO



Dockets.Justia.com