UMG Recordings, Inc. et al Do

Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

Rebecca Lawlor Calkins (195593) (rcalkins@winston.com)
Erin R. Ranahan (235286) (eranahan@winston.com)
Jennifer A. Golinveaux (203056) (jgolinveaux@winston.com)
Michael S. Elkin (*pro hac vice*) (melkin@winston.com)
Thomas P. Lane (*pro hac vice*) (tlane@winston.com)
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VEOH NETWORKS, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV07-05744 AHM (AJWx)<br><br>**JOINT STIPULATION REGARDING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**Filed Concurrently Herewith: [Proposed] Order**<br><br>Judge: Hon. A. Howard Matz<br>Courtroom: 14 |



Docke

Defendant Veoh Networks, Inc. ("Veoh") and Plaintiffs UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal-PolyGram International Publishing, Inc., Rondor Music International, Inc., Universal Music – MGB NA LLC, Universal Music – Z Tunes LLC, and Universal Music – MBG Music Publishing, Ltd. ("UMG") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, the Court set a deadline of June 16, 2008 for UMG to file a motion to amend the complaint to add additional parties;

WHEREAS, UMG filed a motion for leave to file an amended complaint on June 16, 2008 seeking to add Goldman Sachs Group, Inc. ("Goldman Sachs"), Shelter Capital Partners, LLC, Shelter Venture Fund, L.P., Spark Capital Partners, LLC, Spark Capital, L.P., and The Tornante Company, LLC as defendants in this action;

WHEREAS, on July 17, 2008, the Court issued a minute order disclosing that the Court owns stock in Goldman Sachs, and would have to self-recuse if that company becomes a party;

WHEREAS, in light of the Court's July 17th disclosure and Order, UMG has entered into an agreement with Goldman Sachs whereby UMG has agreed to withdraw, without prejudice, its motion to add Goldman Sachs as a party in this action and UMG and Goldman Sachs have agreed to enter into a tolling agreement preserving UMG's claims against Goldman Sachs' and claims or potential claims UMG and Goldman Sachs may have against each other related to the subject matter of the Complaint;

WHEREAS, the parties have agreed that UMG's motion for leave to file an amended complaint may be resubmitted with reference to a revised proposed amended complaint seeking to add Shelter Capital Partners, LLC, Shelter Venture Fund, L.P., Spark Capital Partners, LLC, Spark Capital, L.P., and The Tornante Company, LLC, but not Goldman Sachs Group, Inc., as defendants in this action;

WHEREAS, the parties agree that the deadline for UMG to file a motion for leave to amend may be continued to permit Plaintiffs to resubmit their motion as referenced above; and

WHEREAS, the parties agree that the memoranda of points and authorities and other supporting papers filed by the parties in connection with the present motion will be sufficient to permit the Court to adjudicate the anticipated renewed motion to add the additional proposed defendants other than Goldman Sachs;

NOW THEREFORE, the parties, by and through their respective counsel hereby STIPULATE AND AGREE as follows:

1. The hearing on Plaintiffs' pending motion for leave to file an amended complaint currently calendared for July 21, 2008 may be taken off calendar.

2. Plaintiffs may resubmit their pending motion for leave to file an amended complaint by filing a new Notice of Motion and Motion which seeks leave to file an amended complaint adding Shelter Capital Partners, LLC, Shelter Venture Fund, L.P., Spark Capital Partners, LLC, Spark Capital, L.P., and The Tornante Company, LLC, but not Goldman Sachs Group, Inc., as defendants in this action, accompanied by a revised proposed amended complaint.

3. Plaintiffs' resubmitted motion for leave to file an amended complaint may be deemed fully briefed based on the papers already submitted to the Court. However, any references to Goldman Sachs Group, Inc. in such papers may be deemed stricken from such papers.

4. The deadline for Plaintiffs to file a new Notice of Motion and Motion for Leave to File an Amended Complaint shall be continued to July 28, 2008 to allow Plaintiffs to resubmit their motion and the time for hearing on such motion may be shortened to permit a hearing on the motion no earlier than August 11, 2008

and the hearing on such motion shall be calendared for August 11, 2008, at 10:00 a.m., or as soon thereafter as the matter may be heard.

Dated: July 18, 2008

IRELL & MANELLA LLP
Steven A. Marenberg
Elliot Brown
Brian Ledahl
Benjamin Glatstein

By: /s Brian Ledahl
Brian Ledahl

Attorneys for Plaintiffs

Dated: July 18, 2008

WINSTON & STRAWN LLP
Rebecca Lawlor Calkins
Erin R. Ranahan
Jennifer A. Golinveaux
Michael S. Elkin
Thomas P. Lane

By: /s Michael S. Elkin (w/ permission)
Michael S. Elkin

Attorneys for Defendants