U M G R e c o r d i n g s , I n c . e t a l D v o

Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

Rebecca Lawlor Calkins (195593) (rcalkins@winston.com)
Erin R. Ranahan (235286) (eranahan@winston.com)
Jennifer A. Golinveaux (203056) (jgolinveaux@winston.com)
Michael S. Elkin (*pro hac vice*) (melkin@winston.com)
Thomas P. Lane (*pro hac vice*) (tlane@winston.com)
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VEOH NETWORKS, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV07-05744 AHM (AJWx)<br><br>**JOINT REPORT PURSUANT TO JULY 15, 2008 ORDER**<br><br>Judge: Hon. A. Howard Matz<br>Courtroom: 14 |



D o c k e

Defendant Veoh Networks, Inc. ("Veoh") and Plaintiffs UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal-PolyGram International Publishing, Inc., Rondor Music International, Inc., Universal Music – MGB NA LLC, Universal Music – Z Tunes LLC, and Universal Music – MBG Music Publishing, Ltd. ("UMG") (collectively, the "Parties"), submit the following joint report pursuant to the Court's Order dated July 15, 2008:

The parties jointly request the Court to rule on Plaintiffs Motion for Leave to Amend The Complaint to Add Defendants, but make this request pursuant to the stipulation of the parties regarding resubmission of this motion, submitted under separate cover.

Dated: July 18, 2008

IRELL & MANELLA LLP
Steven A. Marenberg
Elliot Brown
Brian Ledahl
Benjamin Glatstein

By: /s Brian Ledahl
Brian Ledahl

Attorneys for Plaintiffs

Dated: July 18, 2008

WINSTON & STRAWN LLP
Rebecca Lawlor Calkins
Erin R. Ranahan
Jennifer A. Golinveaux
Michael S. Elkin
Thomas P. Lane

By: /s Michael S. Elkin (w/ permission)
Michael S. Elkin

Attorneys for Defendants