Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VEOH NETWORKS, INC.,<br><br>　　　　　Defendant. | Case No. CV-07-05744 AHM (AJWx)<br><br>**NOTICE OF MOTION TO COMPEL DISCOVERY RESPONSES FROM VEOH NETWORKS, INC.**<br><br>Magistrate: Hon. Andrew J. Wistrich<br><br>Date:　　August 11, 2008<br>Time:　　10:00 a.m.<br>Courtroom:  690<br><br>Discovery Cutoff:　　January 12, 2009<br>Pretrial Conference: April 6, 2009<br>Trial Date:　　　　　April 21, 2009 |

1900463

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that on August 11, 2008, at 10:00 a.m., or as soon thereafter as this matter can be heard before the Honorable Andrew J. Wistrich of the United States District Court for the Central District of California, at 225 E. Temple St., Room 690, Los Angeles, CA, 90012, Plaintiffs (collectively "UMG") will move and hereby move to compel discovery responses from Veoh Networks, Inc. ("Veoh").

The parties have met and conferred in a good faith attempt to resolve this dispute, as required by Local Rule 37-1. *See generally* Ledahl Decl.

This motion is based on this Notice of Motion, the Joint Stipulation of the parties pursuant to Local Rule 37-2, the Declaration of Brian Ledahl, the exhibits thereto, and upon such additional submissions and arguments as may be presented at or before the hearing on this Motion.

Dated:  July 21, 2008                                Respectfully Submitted,

                                                                      IRELL & MANELLA LLP


                                                                      By:  _____/s_____
                                                                                Brian Ledahl

                                                                      Attorneys for Plaintiffs
                                                                      UMG RECORDINGS, INC.;
                                                                      UNIVERSAL MUSIC CORP.;
                                                                      SONGS OF UNIVERSAL, INC.;
                                                                      UNIVERSAL-POLYGRAM
                                                                      INTERNATIONAL PUBLISHING,
                                                                      INC.; RONDOR MUSIC
                                                                      INTERNATIONAL, INC.;
                                                                      UNIVERSAL MUSIC – MGB NA
                                                                      LLC; UNIVERSAL MUSIC – Z
                                                                      TUNES LLC; UNIVERSAL MUSIC –
                                                                      MBG MUSIC PUBLISHING LTD.

1900463                                                       ii