Rebecca Lawlor Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)

Michael S. Elkin (*pro hac vice*)
Email: melkin@winston.com
Thomas P. Lane (*pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Attorneys for Defendant
VEOH NETWORKS, INC.

**Winston & Strawn LLP**
**333 South Grand Avenue**
**Los Angeles, CA 90071-1543**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC. a California Corporation, DOES 1-10, inclusive,<br><br>Defendants. | **Case No. CV 07 5744 – AHM (AJWx)**<br><br>Discovery Matter<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES AND FOR PRODUCTION OF DOCUMENTS FROM PLAINTIFFS UMG RECORDINGS, INC., ET AL.**<br><br>Magistrate Judge: Andrew Wistrich<br>Date: August 11, 2008<br>Time: 10:00 a.m. |



Dockets.Justia.com

Winston & Strawn LLP
333South Grand Avenue
Los Angeles, CA 90071-1543

| | |
|---|---|
| ) | Crtrm: 690 |
| ) | Judge: A. Howard Matz |
| ) | Discovery Cut-Off: January 12, 2009 |
| ) | Pretrial Conference: April 6, 2009 |
| ) | Trial Date: April 21, 2009 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 11, 2008, at 10:00 a.m., or as soon thereafter as this matter can be heard before the Honorable Andrew J. Wistrich of the United States District Court for the Central District of California, at 255 E. Temple Street, Room 690, Los Angeles, California, 90012, Veoh Networks, Inc. ("Veoh") will and hereby does move to compel further responses from Plaintiff UMG Recordings, Inc., ("UMGR") to Veoh's Interrogatories; and to compel further responses to Veoh's Requests for Production of Documents, and for production of documents, from Plaintiffs UMG Recordings, Inc., *et al.* ("UMG" or "Defendants").

The parties have met and conferred in good faith in an attempt to resolve this dispute as required by Local Rule 37-1. *See generally* Declaration of Rebecca Lawlor Calkins.

This Motion is based on this Notice of Motion, the Joint Stipulation of the parties pursuant to Local Rule 37-2, the Declaration of Rebecca Lawlor Calkins, the exhibits thereto, and upon such oral argument and submissions that may be presented at or before the hearing on this Motion.

Dated: July 21, 2008

**WINSTON & STRAWN LLP**

By /s/ Rebecca Lawlor Calkins
Michael S. Elkin
Thomas P. Lane
Jennifer A. Golinveaux
Rebecca L. Calkins
Erin R. Ranahan
Attorneys for Defendant
VEOH NETWORKS, INC.