**Re: Docket # 73**

Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs
UMG Recordings, Inc.;
Universal Music Corp.;
Songs of Universal, Inc.;
Universal-Polygram International Publishing, Inc.;
Rondor Music International, Inc.;
Universal Music – MGB NA LLC;
Universal Music – Z Tunes LLC;
and Universal Music – MGB Music Publishing Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UMG RECORDINGS, INC., *et al.*,

Plaintiffs,

v.

VEOH NETWORKS, INC., a California corporation, DOES 1-10, inclusive,

Defendants.

Case No. CV 07-05744 AHM (AJWx)

**DECLARATION OF GAYLE MOORE IN SUPPORT OF UMG'S OPPOSITION TO VEOH'S MOTION TO COMPEL DISCOVERY**

Magistrate: Hon. Andrew J. Wistrich
Date: August 11, 2008
Time: 10:00 AM
Courtroom: 690

Discovery Cutoff: January 12, 2009
Pretrial Conference: April 6, 2009
Trial Date: April 21, 2009



Dockets.Justia.com

# DECLARATION OF GAYLE MOORE

I, Gayle Moore, declare as follows:

1. I am currently employed by the Universal Music Group as Senior Vice President, Human Resources. The Universal Music Group is the colloquial name given to the group of music related companies owned by Vivendi S.A. (collectively "UMG"), and includes plaintiff UMG Recordings, Inc. ("UMGR"), the primary United States record company within the group, as well as the Universal Music Publishing Group plaintiffs in this action—Universal Music Corp., Songs of Universal, Inc., Universal-Polygram International Publishing, Inc., Rondor Music International, Inc., Universal Music – MGB NA LLC, Universal Music – Z Tunes LLC, and Universal Music – MGB Music Publishing Ltd. (collectively "UMPG").

2. In connection with my job responsibilities, I have personal knowledge of the employee headcount for North America, which includes the United States, Canada, Mexico, and Central America. Currently, that number total 2,682 employees for the United States. As for the rest of the world ex-North America, it is my understanding that they currently have an approved headcount of over 5,000 employees.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of July, 2008 at Santa Monica, California

Gayle Moore

Gayle Moore