Brian Ledahl
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
(310) 277-1010

**Re: Docket # 73**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UMG Recordings, Inc., et al.<br><br>PLAINTIFF(S)<br>v.<br>Veoh Networks, Inc., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 07-05744 AHM (AJWx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

(1) Declaration of Brian Ledahl;
(2) Declaration of Charles Ciongoli.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other As listed above.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated ______________________

☑ Manual Filing required (*reason*):
Filed under seal pursuant to Interim Protective Order entered on May 21, 2008. Declarations contain confidential information for this litigation only.

July 21, 2008
Date

Brian Ledahl
Attorney Name

Plaintiffs UMG Recordings, Inc., et al.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).



Dockets.Justia.com