UMG Recordings, Inc. et al v. Veoh Networks, Inc. et al Doc. 80

Rebecca Lawlor Calkins (SBN:195593)
Email: rcalkins@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Tel: 213-615-1700 Fax: 213-615-1750

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UMG RECORDS, INC., et al. PLAINTIFF(S) v. VEOH NETWORKS, INC., DEFENDANT(S). | CASE NUMBER: CV 07 5744-AHM (AJWx) **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) the Declaration of David Muller in Support of Veoh's Opposition to UMG's Motion to Compel; and
(2) Exhibit I to the Declaration of Jennifer A. Golinveaux in Support of Veoh's Opposition to UMG's Motion to Compel

**Document Description:**

- ☐ Administrative Record
- ☒ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☒ Other Declaration

**Reason:**

- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated ______________________
- ☐ Manual Filing required (*reason*):

July 21, 2008
Date

/s/ Erin R. Ranahan
Attorney Name
Erin R. Ranahan
VEOH NETWORKS, INC.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).



American LegalNet, Inc.
www.FormsWorkflow.com
Dockets.Justia.com