UMG Recordings, Inc. et al v. Veoh Networks, Inc. et al    Doc. 8

Rebecca Lawlor Calkins (SBN:195593)
Email: rcalkins@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Tel: 213-615-1700 Fax: 213-615-1750

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UMG RECORDS, INC., et al.

PLAINTIFF(S)

v.

VEOH NETWORKS, INC.,

DEFENDANT(S).

CASE NUMBER:
CV 07 5744-AHM (AJWx)

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) Veoh's Application to file Under Seal (1) Declaration of David Muller in Support of Veoh's Opposition to UMG's Motion to Compel and (2) Exhibit I to Declaration of Jennifer A. Golinveaux in Support of Veoh's Opposition to UMG's Motion to Compel; and
(2) [Proposed] Order Granting Veoh's Motion to file Under Seal

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☒ Other Application and [Proposed] Order, see above

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated ____________________

☒ Manual Filing required (*reason*): Local Rule 79-5

July 22, 2008
Date

/s/ Erin R. Ranahan
Attorney Name
Erin R. Ranahan
VEOH NETWORKS, INC.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).



American LegalNet, Inc.
www.FormsWorkflow.com

Dockets.Justia.com