Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VEOH NETWORKS, INC., a California corporation; DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV-07-05744 AHM (AJWx)<br><br>**ORDER REGARDING LEAVE TO AMEND**<br><br>Judge: Hon. A. Howard Matz<br>Courtroom: 14<br><br>Discovery Cutoff: January 12, 2009<br>Pretrial Conference: April 6, 2009<br>Trial Date: April 21, 2009 |



Dockets.Justia.com

The Court, having reviewed the stipulation of the Parties, and good cause appearing therefore, hereby Orders that:

1. The hearing on Plaintiffs' pending motion for leave to file an amended complaint currently calendared for July 21, 2008 is hereby taken off calendar.

2. Plaintiffs may resubmit their pending motion for leave to file an amended complaint by filing a new Notice of Motion and Motion which seeks leave to file an amended complaint adding Shelter Capital Partners, LLC, Shelter Venture Fund, L.P., Spark Capital Partners, LLC, Spark Capital, L.P., and The Tornante Company, LLC, but not Goldman Sachs Group, Inc., as defendants in this action, accompanied by a revised proposed amended complaint.

3. Plaintiffs' resubmitted motion for leave to file an amended complaint will be deemed fully briefed based on the papers already submitted to the Court. However, any references to Goldman Sachs Group, Inc. in such papers will be deemed stricken from such papers.

4. The deadline for Plaintiffs to file a new Notice of Motion and Motion for Leave to File an Amended Complaint shall be continued to July 28, 2008 to allow Plaintiffs to resubmit their motion and the time for hearing on such motion shall be calendared for August 11, 2008, at 10:00 a.m.

SO ORDERED.

Dated: 7/21/08



Hon. A. Howard Matz
United States District Judge

Presented by:

IRELL & MANELLA LLP
Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

By: /s Brian Ledahl

Attorneys for Plaintiffs