UMG Recordings, Inc. et al v. Veoh Networks, Inc. et al Doc. 89

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

# THIS DOCUMENT IS CURRENTLY

# UNDER SEAL

# AND

# IS RESTRICTED FROM

# PUBLIC VIEWING



Dockets.Justia.com