UMG Recordings, Inc. et al v. Veoh Networks, Inc. et al Doc. 92

Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VEOH NETWORKS, INC.,<br><br>Defendant. | Case No. CV-07-05744 AHM (AJWx)<br><br>**AMENDED NOTICE OF MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD DEFENDANTS**<br><br>Judge: Hon. A. Howard Matz<br><br>Date: August 11, 2008<br>Time: 10:00 a.m.<br>Courtroom: 14<br><br>Discovery Cutoff: January 12, 2009<br>Pretrial Conference: April 6, 2009<br>Trial Date: April 21, 2009 |



Dockets.Justia.com

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that on August 11, 2008, at 10:00 a.m., or as soon thereafter as this matter can be heard before the Honorable A. Howard Matz of the United States District Court for the Central District of California, at 312 N. Spring Street, Courtroom 14, Los Angeles, CA, 90012, Plaintiffs (collectively "UMG") will move and hereby move for leave to amend UMG's complaint to add Shelter Capital Partners, LLC, Shelter Venture Fund, L.P., Spark Capital, LLC, Spark Capital, L.P., and The Tornante Company, LLC, as defendants.

UMG's counsel and Veoh's counsel met and conferred regarding UMG's intent to file this motion on May 22, 2008. Veoh indicated it will not stipulate to the amendment, and will oppose the motion. UMG files this Amended Notice of Motion, as well as the attached revised Proposed Amended Complaint, pursuant to the Court's order of July 21, 2008. As stated in the Court's order, this motion is based on the previously-filed memorandum of points and authorities in support thereof, the declaration of Anjuli McReynolds in support thereof, the Court's July 21, 2008 Order, and all files and pleadings in this action.

Dated: July 28, 2008

Respectfully Submitted,

IRELL & MANELLA LLP

By: /s Brian Ledahl
Brian Ledahl

Attorneys for Plaintiffs
UMG RECORDINGS, INC.; UNIVERSAL MUSIC CORP.; SONGS OF UNIVERSAL, INC.; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC.; RONDOR MUSIC INTERNATIONAL, INC.; UNIVERSAL MUSIC – MGB NA LLC; UNIVERSAL MUSIC – Z TUNES LLC; UNIVERSAL MUSIC – MBG MUSIC PUBLISHING LTD.