**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UMG RECORDINGS, INC., et al., PLAINTIFF(S) v. VEOH NETWORKS, INC., DEFENDANT(S). | CASE NUMBER: CV 07-05744 AHM (AJWx) |
| | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

DECLARATION OF BRIAN LEDAHL IN SUPPORT OF UMG'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES FROM VEOH NETWORKS, INC.

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated ________________________
- ☑ Manual Filing required (*reason*): Filed under seal pursuant to Interim Protective Order

7/28/2008
Date

Brian Ledahl
Attorney Name

UMG Recordings, Inc., et al.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).



Dockets.Justia.com