UMG Recordings, Inc. et al v. Veoh Networks, Inc. et al Doc. 98

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UMG RECORDINGS, INC., et al.

Plaintiffs,

vs.

VEOH NETWORKS, INC. a California Corporation

Defendant.

**Case No. CV 07 5744 – AHM (AJWx)**

The Honorable Andrew Wistrich

**LOCAL RULE 79-5.1**

**ORDER GRANTING VEOH'S APPLICATION TO FILE UNDER SEAL**

**(1) DECLARATION OF DAVID MULLER IN SUPPORT OF VEOH'S OPPOSITION TO UMG'S MOTION TO COMPEL; AND**

**(2) EXHIBIT I TO DECLARATION OF JENNIFER A. GOLINVEAUX IN SUPPORT OF VEOH'S OPPOSITION TO UMG'S MOTION TO COMPEL**

Date: August 11, 2008
Time: 10:00 a.m.
Crtrm: 690, Hon. Andrew J. Wistrich
Complaint Filed: September 4, 2007



Dockets.Justia

Upon consideration of Defendant's Application to File Under Seal (1) the Declaration of David Muller in Support of Veoh's Opposition to UMG's Motion to Compel; and (2) Exhibit I to the Declaration of Jennifer A. Golinveaux in Support of Veoh's Opposition to UMG's Motion to Compel, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. Defendant's Application to File Under Seal (1) the Declaration of David Muller in Support of Veoh's Opposition to UMG's Motion to Compel; and (2) Exhibit I to the Declaration of Jennifer A. Golinveaux in Support of Veoh's Opposition to UMG's Motion to Compel is GRANTED; and

2. The Clerk of the Court shall file under seal (1) the Declaration of David Muller in Support of Veoh's Opposition to UMG's Motion to Compel; and (2) Exhibit I to the Declaration of Jennifer A. Golinveaux in Support of Veoh's Opposition to UMG's Motion to Compel.

ANDREW J. WISTRICH

Dated: July 30, 2008

______________________________
Hon. Andrew J. Wistrich
United States Magistrate Judge
Central District of California

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543