UMG Recordings, Inc. et al v. Veoh Networks, Inc. et al Doc. 114

**DENIED**
BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VEOH NETWORKS, INC.,, *et al.*,<br><br>Defendant. | Case No. CV-07-05744 AHM (AJWx)<br><br>**[PROPOSED] ORDER RE: ENLARGEMENT OF BRIEFS**<br><br>Hon. A. Howard Matz<br><br>Discovery Cutoff: January 12, 2009<br>Pretrial Conference: April 6, 2009<br>Trial Date: April 21, 2009 |



Dockets.Justia.com

The Court, having considered the parties' Joint Stipulation Regarding Enlargement Of Briefs, hereby ORDERS that:

1. UMG's page limit for its memorandum of points and authorities in support of its anticipated Motion for Partial Summary Judgment may be expanded to 30 pages; and

2. Veoh's page limit for its memorandum of points and authorities in opposition to UMG's Motion for Partial Summary Judgment may be expanded to 30 pages.

**DENIED**

BY ORDER OF THE COURT

Dated: September 03, 2008

____________________________

Hon. A. Howard Matz
United States District Court Judge
Central District of California

Presented by:

IRELL & MANELLA LLP
Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

By: /s Brian Ledahl
Brian Ledahl

Attorneys for Plaintiffs
UMG RECORDINGS, INC.; UNIVERSAL MUSIC CORP.; SONGS OF UNIVERSAL, INC.; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC.; RONDOR MUSIC INTERNATIONAL, INC.; UNIVERSAL MUSIC – MGB NA LLC; UNIVERSAL MUSIC – Z TUNES LLC; and UNIVERSAL MUSIC – MBG MUSIC PUBLISHING LTD.