Brian Ledahl
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
(310) 277-1010

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UMG Recordings, Inc., et al.

PLAINTIFF(S)

v.

Veoh Networks, Inc., et al.

DEFENDANT(S).

CASE NUMBER:

CV 07-05744 AHM (AJWx)

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

1) Memorandum of Points and Authorities in Support of Motion for Partial Summary Judgment; 2) UMG's Statement of Uncontroverted Fact and Conclusions of Law; 3) Declaration of Brian Ledahl in Support of Motion for Partial Summary Judgment; 4) Declaration of Service

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other As above.

**Reason:**

☑ Under Seal

☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated May 21, 2008

☑ Manual Filing required (*reason*):
Documents filed under seal pursuant to Interim Protective Order (Dkt. # 43) entered May 21, 2008, and contain confidential information. Also, Document 3 contains DVD material.

September 5, 2008
Date

Brian Ledahl
Attorney Name

Plaintiffs UMG Recordings, Inc., et al.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).



Dockets.Justia.com