Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UMG RECORDINGS, INC., *et al.*, Plaintiffs, v. VEOH NETWORKS, INC., *et al.*, Defendants. | Case No. CV-07-05744 AHM (AJWx) **NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT RE: VEOH'S SECOND AFFIRMATIVE DEFENSE ("17 U.S.C. § 512")** **Filed Concurrently Herewith:** 1. UMG's Statement of Uncontroverted Facts and Conclusions of Law; 2. Memorandum of Points and Authorities 3. Declaration of JoAn Cho; 4. Declaration of Brian Ledahl; 5. [Proposed] Order Judge: Hon. A. Howard Matz Date: October 20, 2008 Time: 10:00 a.m. Courtroom: 14 |

1925905

# NOTICE OF MOTION AND MOTION

TO DEFENDANTS AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE that on October 20, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal-Polygram International Publishing, Inc. Rondor Music International, Inc., Universal Music – MGB NA LLC, Universal Music – Z Tunes LLC, and Universal Music – MGB Music Publishing Ltd. (collectively, "UMG") will, and hereby do, move the above-captioned Court pursuant to Federal Rule of Civil Procedure 56 for an order granting partial summary judgment on defendant Veoh Networks, Inc.'s affirmative defense under the Digital Millennium Copyright Act, 17 U.S.C. § 512.

This Motion is based upon the accompanying Memorandum of Points and Authorities, the Statement of Uncontroverted Facts and Conclusions of Law, the Declarations of JoAn Cho and Brian Ledahl, and the exhibits thereto, the complete records and files of this action, and such additional argument or evidence as may be presented to the Court.

//
//
//
//
//
//
//
//
//
//
//

1       This motion is made following the conference of counsel pursuant to Local
2  Rule 7-3, which took place July 25, 2008.

3  Dated: September 5, 2008          IRELL & MANELLA LLP
                                                      Steven A. Marenberg
                                                      Elliot Brown
                                                      Brian Ledahl
                                                      Benjamin Glatstein

                                                      By: _____
                                                          Steven A. Marenberg

                                                      Attorneys for Plaintiffs
                                                      UMG RECORDINGS, INC.;
                                                      UNIVERSAL MUSIC CORP.; SONGS
                                                      OF UNIVERSAL, INC.;
                                                      UNIVERSAL-POLYGRAM
                                                      INTERNATIONAL PUBLISHING,
                                                      INC.; RONDOR MUSIC
                                                      INTERNATIONAL, INC.;
                                                      UNIVERSAL MUSIC – MGB NA
                                                      LLC; UNIVERSAL MUSIC – Z
                                                      TUNES LLC; UNIVERSAL MUSIC –
                                                      MGB MUSIC PUBLISHING LTD.

1925905                                                  - 2 -                                   NOTICE OF MOTION AND MOTION FOR PARTIAL
                                                                                 SUMMARY JUDGMENT RE: VEOH'S SECOND
                                                                                 AFFIRMATIVE DEFENSE ("17 U.S.C. § 512")