Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VEOH NETWORKS, INC., *et al.*,<br><br>Defendants. | Case No. CV-07-05744 AHM (AJWx)<br><br>**DECLARATION OF JOAN CHO IN SUPPORT OF UMG'S FIRST MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Filed Concurrently Herewith:**<br>**1. Notice of Motion and First Motion for Partial Summary Judgment re: Veoh's Second Affirmative Defense ("17 U.S.C. § 512");**<br>**2. Memorandum of Points and Authorities;**<br>**3. UMG's Local Rule 56-1 Statement of Uncontroverted Facts and Conclusions of Law;**<br>**4. Declaration of Brian Ledahl;**<br>**5. [Proposed] Order**<br><br>Hon. A. Howard Matz<br><br>Date: October 20, 2008<br>Time: 10:00 a.m.<br>Courtroom: 14 |



Dockets.Justia.com

<u>DECLARATION OF JOAN CHO</u>

I, JoAn Cho, declare as follows:

1. I am currently employed by the Universal Music Group as Senior Director – Litigation Counsel, Business & Legal Affairs. I have held that position or a similar position at all times relevant to this declaration. I have possession, custody and/or control of the business records of Universal Music Group relating to the facts and/or personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently thereto.

**<u>UMG's Corporate Structure</u>**

2. The Universal Music Group ("UMG") is the colloquial name given to the group of music-related companies owned by Vivendi S.A. UMG is the largest music group in the world and its companies include record companies, music publishing companies, and manufacturing and distribution companies. The structure of UMG has for the most part been the same since the acquisition of PolyGram in late 1998 and the subsequent reorganization that occurred in early 1999.

3. UMG's collection of record labels in the United States are largely owned through plaintiff UMG Recordings. UMG's U.S. labels includes such well-known names as Decca, Deutsche Grammophon, Interscope, Geffen, A&M, Island, Def Jam, Universal, Verve, MCA Nashville, Mercury Nashville Records, and Lost Highway. UMG Recordings owns or controls sound recording ("SR") copyrights.

4. Through its publishing entities, UMG owns or administers over 1.5 million copyrighted music compositions. UMG's publishing entities include plaintiffs Universal Music Corp., Songs of Universal, Inc., Universal-Polygram International Publishing, Inc., Rondor Music International, Inc., Universal Music – MGB NA LLC, Universal Music – Z Tunes LLC, and Universal Music – MGB Music Publishing Ltd. The publishing plaintiffs own or control musical composition ("PA") copyrights.

5. UMG's performing artists and songwriters include 50 Cent, No Doubt and Fall Out Boy.

**Ownership Over Specific Copyrights**

6. Attached hereto as Exhibit A is a true and correct copy of the copyright information for the sound recording copyright number SR-366-051, as it is provided by the U.S. Copyright Office website, http://copyright.gov. This registration relates to the compact disc "The Massacre," by the artist 50 Cent. The registration certificate lists the work's author as "Shady/Aftermath/Interscope Records, a division of UMG Recordings, Inc." The compact disc "The Massacre" includes the work "Candy Shop."

7. Attached hereto as Exhibit B is a true and correct copy of the copyright information for the sound recording copyright number SR-371-909, as it is provided by the U.S. Copyright Office website, http://copyright.gov. This registration relates to the compact disc "From Under the Cork Tree," by the artist Fall Out Boy. The registration certificate lists the work's copyright claimant as "Island Def Jam Music Group, a division of UMG Recordings, Inc." The compact disc "From Under the Cork Tree" includes the work "Dance, Dance."

8. Attached hereto as Exhibit C is a true and correct copy of the copyright information for the sound recording copyright number SR-206-724, as it is provided by the U.S. Copyright Office website, http://copyright.gov. This registration relates to the compact disc titled "Tragic Kingdom," by the artist No Doubt. The registration certificate lists the work's copyright claimant as Interscope Records. Interscope Records is a division of plaintiff UMG Recordings, Inc. The compact disc "Tragic Kingdom" includes the work "Just a Girl."

9. Attached hereto as Exhibit D is a true and correct copy of the copyright information for the musical composition copyright number PA-1-003-884, as it is provided by the U.S. Copyright Office website, http://copyright.gov. This registration relates to the work titled "It's My Life," performed by the artist Bon

Jovi. Among others, the registration certificate lists the work's copyright claimant as Universal-Polygram International Publishing, Inc.

10. Attached hereto as Exhibit E is a true and correct copy of the copyright information for the musical composition copyright number PA-1-325-474, as it is provided by the U.S. Copyright Office website, http://copyright.gov. This registration relates to the work titled "Take Me As I Am," performed by the artist Mary J. Blige. Among others, the registration certificate lists the work's copyright claimant as Universal Music Corporation.

**Licensing Activities**

11. UMG has licensed its copyrighted sound recordings and musical compositions for use on a variety of websites and online services.

12. UMG has not entered into any sort of licensing agreement with Veoh.

**Specific Unauthorized Uses of UMG's Copyrighted Works**

13. The video entitled "50 Cent – Candy Shop," referenced by Veoh ID number v880111y58q2WGy, is copy of a music video, the soundtrack to which contains the sound recording "Candy Shop" by the artist 50 Cent, as referenced in Paragraph 6, above.

14. The video entitled "Fall out Boy – dance Dance," referenced by Veoh ID number v898060DsyB38pB, is a copy of a music video, the soundtrack to which contains the sound recording "Dance, Dance" by the artist Fall Out Boy, as referenced in Paragraph 7, above.

15. The video entitled "JUST A GIRL NO DOUBT," referenced by Veoh ID number v891742AsTQR5Rq, is a copy of a music video, the soundtrack to which contains the sound recording "Just a Girl" by the artist No Doubt, as referenced in Paragraph 8, above.

16. The video entitled "Bon jovi- its my life," referenced by Veoh ID number v8379297Fyddmxj, is a copy of a music video, the soundtrack to which

contains a recording of a performance of the musical composition "It's My Life" by the artist Bon Jovi, as referenced in Paragraph 9, above.

17. The video entitled "Mary J. Blige – Take me as i am," referenced by Veoh ID number v934573ncaPJKP6, is a copy of a music video, the soundtrack to which contains a recording of a performance of the musical composition "Take Me As I Am" by the artist Mary J. Blige, as referenced in Paragraph 10, above.

Executed on September 3, 2008, at Santa Monica, California.

I declare under penalty of perjury that the foregoing is true and correct.

JoAn Cho