Glen L. Kulik, Esq. (SBN 082170) (gkulik@kgmslaw.com)
Alisa S. Edelson, Esq. (SBN 216269) (aedelson@kgmslaw.com)
KULIK, GOTTESMAN, MOUTON & SIEGEL, LLP
15303 Ventura Boulevard, Suite 1400
Sherman Oaks, California 91403
Tel. (310) 557-9200/Fax (310) 557-0224

Attorneys for Defendant
THE TORNANTE COMPANY LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UMG RECORDINGS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>VEOH NETWORKS, INC., et al.<br><br>Defendants. | CASE NO.: CV07-5744 AHM (AJWx)<br><br>[Assigned to Hon. A. Howard Matz]<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT THE TORNANTE COMPANY LLC** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the law firm of Kulik, Gottesman, Mouton & Siegel, LLP, through Glen Kulik and Alisa Edelson whose address and contact information appear in the caption hereof, hereby appear as counsel on behalf of Defendant The Tornante Company LLC (hereinafter "Tornante") and request that all

///

///

///

pleadings, papers and other documents filed and/or served by any party to this action also be served upon counsel for Tornante from this date forward

Dated. September 8, 2008 KULIK, GOTTESMAN, MOUTON & SIEGEL, LLP

By /s/ Alisa S. Edelson
Glen L. Kulik
Alisa S. Edelson
Attorneys for Defendant
THE TORNANTE COMPANY LLC