| | |
|---|---|
| 1 | MARIA K. VENTO (Bar No. 255558) |
|   | Maria.Vento@WilmerHale.com |
| 2 | WILMER CUTLER PICKERING |
|   | HALE AND DORR LLP |
| 3 | 1117 California Avenue |
|   | Palo Alto, California 94304 |
| 4 | Telephone: (650) 858-6000 |
|   | Facsimile:  (650) 858-6100 |
| 5 | |
| 6 | Attorneys for Defendants |
|   | SPARK CAPITAL, LLC AND |
|   | SPARK CAPITAL, L.P. |
| 7 | |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION – SPRING STREET

UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP., a New York corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; RONDOR MUSIC INTERNATIONAL, INC., a California corporation; UNIVERSAL MUSIC – MGB NA LLC, a California limited liability company; UNIVERSAL MUSIC – Z TUNES LLC, a New York limited liability company; and UNIVERSAL MUSIC – Z TUNES LLC, a New York limited liability company; and UNIVERSAL MUSIC – MBG MUSIC PUBLISHING LTD., a UK company,

    Plaintiffs,

    vs.

VEOH NETWORKS, INC., a California corporation; SHELTER CAPITAL PARTNERS, LLC, a Delaware limited liability company, SHELTER VENTURE FUND, L.P., a Delaware limited partnership; SPARK CAPITAL, LLC, a Delaware limited liability company; SPARK CAPITAL, L.P., a Delaware limited partnership; THE TORNANTE COMPANY, LLC, a Delaware limited liability company,

    Defendants.

Case No.: CV 07 5744 AHM (AJWx)

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS SPARK CAPITAL, LLC AND SPARK CAPITAL, L.P.**

The Honorable A. Howard Matz

---

1
NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS
SPARK CAPITAL, LLC AND SPARK CAPITAL, L.P.                                   CASE NO.: CV 07 5744 AHM (AJWx)

Dockets.Justia.com

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, through Maria K. Vento, whose address and contact information appear in the caption hereof, hereby appears as counsel on behalf of Defendants Spark Capital, LLC and Spark Capital, L.P. (collectively, "Spark") and request that all pleadings, papers and other documents filed and/or served by any party to this action also be served on counsel for Spark from this date forward.

September 9, 2008

Respectfully submitted,

WILMER CUTLER PICKERING HALE
AND DORR LLP

By /s/ Maria K. Vento
      MARIA K. VENTO

Attorneys for Defendants
SPARK CAPITAL, LLC and
SPARK CAPITAL, L.P.