ORIGINAL

| | |
|---|---|
| 1 | Steven A. Marenberg (101033) (smarenberg@irell.com) |
| 2 | Elliot Brown (150802) (ebrown@irell.com) |
|   | Brian Ledahl (186579) (bledahl@irell.com) |
| 3 | Benjamin Glatstein (242034) (bglatstein@irell.com) |
|   | IRELL & MANELLA LLP |
| 4 | 1800 Avenue of the Stars, Suite 900 |
|   | Los Angeles, California 90067-4276 |
| 5 | Telephone: (310) 277-1010 |
| 6 | Facsimile: (310) 203-7199 |
| 7 | Attorneys for Plaintiffs |

FILED 2008 SEP -5 PM 3:37 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | Case No. CV-07-05744 AHM (AJWx) |
| Plaintiffs, | **DECLARATION OF SERVICE** |
| v. | Hon. A. Howard Matz |
| VEOH NETWORKS, INC., *et al.*, | Date: October 20, 2008<br>Time: 10:00 a.m.<br>Courtroom: 14 |
| Defendants. | |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1925978

DECLARATION OF SERVICE

Dockets.Justia.com

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276.

On September 5, 2008, I served the foregoing document(s) described as follows:

(1) **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT RE: VEOH'S SECOND AFFIRMATIVE DEFENSE ("17 U.S.C. § 512") [UNDER SEAL];**

(2) **UMG'S LOCAL RULE 56-1 STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW [UNDER SEAL];**

(3) **DECLARATION OF BRIAN LEDAHL IN SUPPORT OF UMG'S FIRST MOTION FOR PARTIAL SUMMARY JUDGMENT [UNDER SEAL]; and**

(4) **DECLARATION OF SERVICE**

on each interested party, as follows:

*Via E-mail & Federal Express:*

Rebecca Calkins (SBN: 195593)
Erin Ranahan (SBN: 235286)
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Email: rcalkins@winston.com

*Via E-mail:*

Jennifer A. Golinveaux (SBN: 203056)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Email: jgolinveaux@winston.com

*Via E-mail:*

Michael S. Elkin (pro hac vice)
Thomas P. Lane (pro hac vice)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Email: melkin@winston.com

**Attorneys for Defendant VEOH NETWORKS, INC.**

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1925978

- 1 -

DECLARATION OF SERVICE

☒ (BY ELECTRONIC MAIL) I caused the foregoing document to be served electronically by electronically mailing a true and correct copy through Irell & Manella LLP's electronic mail system to the e-mail address(es), as set forth above, and the transmission was reported as complete and no error was reported.

☒ (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by FedEx, an express service carrier which provides overnight delivery, as follows. I placed a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed, as set forth above, with fees for overnight delivery paid or provided for.

  ☒ (BOX DEPOSIT) I deposited such envelopes or packages in a box or other facility regularly maintained by the express service carrier.

  ☐ (CARRIER PICK-UP) I delivered such envelopes or packages to an authorized carrier or driver authorized by the express service carrier to receive documents.

Executed on September 5, 2008, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

| Priscilla Bradley (pbradley@irell.com) | *Priscilla Bradley* |
|---|---|
| (Type or print name) | (Signature) |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1925978

- 2 -

DECLARATION OF SERVICE