Rebecca Calkins (SBN: 195593)
Erin Ranahan (SBN: 235286)
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone:  213-615-1700
Facsimile:   213-615-1750
Email:  rcalkins@winston.com

Jennifer A. Golinveaux  (SBN 203056)
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA  94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)
Email:  jgolinveaux@winston.com

Michael S. Elkin  (*pro hac vice pending*)
Thomas P. Lane  (*pro hac vice pending*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York  10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)
Email:  melkin@winston.com
Email:  tlane@winston.com

Attorneys for Defendant
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC. a California Corporation, *et al.*,<br><br>Defendants. | Case No. CV 07 5744 – AHM (AJWx)<br><br>Discovery Matter<br><br>**JOINT STIPULATION FOR NEW PARTIES TO BE BOUND BY PROTECTIVE ORDER** |

# STIPULATION

The parties to the above entitled action, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS on August 22, 2008, the Court granted Plaintiffs' motion to file a First Amended Complaint naming additional defendants, Shelter Capital Partners, LLC; Shelter Venture Fund, L.P.; The Tornante Company, LLC, Spark Capital, LLC and Spark Capital, L.P. (the "Investor Defendants"); and

WHEREAS the First Amended Complaint naming the Investor Defendants was filed on August 26, 2008.

NOW THEREFORE, the parties, by and through their respective counsel of record, hereby stipulate that the Investor Defendants will be bound by the current governing Interim Protective Order, entered by this Court on May 21, 2008 (Docket 43);

The parties likewise stipulate that the Investor Defendants will be bound by the [Proposed] Protective Order submitted to the Court on July 25, 2008 (Docket 91-2) in the event that the Court enters such order;

The Investor Defendants stipulate to be bound by these orders in order to facilitate disclosure of information, including materials filed under seal in support of Plaintiff's motion for partial summary judgment filed on September 5, 2008. This stipulation shall be without prejudice to any subsequent request for modification of either the Interim Protective Order or the [Proposed] Protective Order submitted to the Court on July 25, 2008.

IT IS SO STIPULATED.

Dated: September 10, 2008          **WINSTON & STRAWN LLP**

By /s/ Erin R. Ranahan
Jennifer A. Golinveaux
Erin R. Ranahan
Attorneys for Defendant
VEOH NETWORKS, INC.

LA:222696.3                                    1

**JOINT STIPULATION FOR NEW PARTIES TO BE BOUND BY PROTECTIVE ORDER**
Case No. CV 07 5744 – AHM (AJWx)

| | |
|---|---|
| Dated: September _10, 2008 | **KULIK, GOTTESMAN, MOUTON & SIEGEL, LLP** |
| | By /s/ Alisa S. Edelson (w/permission)<br>Alisa S. Edelson<br>Attorney for Defendant<br>THE TORNANTE COMPANY, LLC |
| Dated: September 10, 2008 | **HELLER EHRMAN LLP** |
| | By /s/ Annette L. Hurst (w/permission)<br>Annette L. Hurst<br>Attorney for Defendants<br>SHELTER CAPITAL PARTNERS, LLC<br>and SHELTER VENTURE FUND, LP |
| Dated: September 10, 2008 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| | By /s/ Maria Vento (w/permission)<br>Maria Vento<br>Attorney for Defendants<br>SPARK CAPITAL PARTNERS, LLC and<br>SPARK CAPITAL, L.P. |
| Dated: September 10, 2008 | **IRELL & MANELLA LLP** |
| | By /s/ Brian Ledahl (w/permission)<br>Brian Ledahl<br>Attorney for Plaintiffs<br>UMG RECORDINGS, INC.,<br>UNIVERSAL MUSIC CORP., SONGS OF UNIVERSAL, INC.; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC.; RONDOR MUSIC INTERNATIONAL, INC.; UNIVERSAL MUSIC – MGB NA LLC; UNIVERSAL MUSIC – Z TUNES LLC; and UNIVERSAL – MBG MUSIC PUBLISHING LTD. |