Glen L. Kulik, Esq. (SBN 082170) (gkulik@kgmslaw.com)
Alisa S. Edelson, Esq. (SBN 216269) (aedelson@kgmslaw.com)
KULIK, GOTTESMAN, MOUTON & SIEGEL, LLP
15303 Ventura Boulevard, Suite 1400
Sherman Oaks, California 91403
Tel. (310) 557-9200/Fax (310) 557-0224

Attorneys for Defendant
THE TORNANTE COMPANY LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>VEOH NETWORKS, INC., et al.<br><br>Defendants. | CASE NO.: CV07-5744 AHM (AJWx)<br><br>[Assigned to Hon. A. Howard Matz]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>**[CACD Local Rule 8-3]** |

# STIPULATION

Pursuant to Local Rule 8-3, the parties, by and through their attorneys of record, hereby stipulate to the following:

1. The initial complaint was filed on September 4, 2007 in the above-entitled action;

2. The first amended complaint ("FAC") was filed on August 26, 2008 adding Shelter Venture Fund LP, Shelter Capital LLC, Spark Capital LLC, Spark Capital LP, and The Tornante Company, LLC as defendants (collectively "Investor Defendants");

3. The FAC was served on Shelter Venture Fund LP, Shelter Capital LLC (collectively "Shelter") and The Tornante Company, LLC on August 27, 2008;

4. The FAC was served on Spark Capital LLC and Spark Capital LP (collectively "Spark Capital") on August 28, 2008;

5. The Investor Defendants shall have additional time to respond to the first amended complaint from September 16, 2008 (for Shelter and Torante) and September 17, 2008 (for Spark Capital) up to and including October 16, 2008.

September 15, 2008           IRELL & MANELLA LLP


By   /s/ *Brian Ledahl*
     BRIAN LEDAHL
     Attorneys for Plaintiffs
     UMG RECORDINGS, INC., UNIVERSAL
     MUSIC CORP., SONGS OF UNITVERSAL,
     INC.; UNIVERSAL-POLYGRAM
     INTERNATIONAL PUBLISHING, INC.;
     RONDOR MUSIC INTERNATIONAL, INC.;
     UNIVERSAL MUSIC – MGB NA LLC;
     UNIVERSAL

| | | |
|---|---|---|
| 1 | Dated: September 15, 2008 | KULIK, GOTTESMAN, MOUTON & SIEGEL, LLP |

Dated: September 15, 2008     KULIK, GOTTESMAN, MOUTON & SIEGEL, LLP

By  /s/ *Alisa S. Edelson*
GLEN L. KULIK
ALISA EDELSON
Attorneys for Defendant
THE TORNANTE COMPANY LLC

September 15, 2008     HELLER EHRMAN LLP

By  /s/ *Annette L. Hurst*
ANNETTE L. HURST
Attorneys for Defendants
SHELTER CAPITAL PARTNERS, LLC AND
SHELTER VENTURE FUND, L.P.

September 15, 2008     WILMERHALE

By  /s/ *Maria Vento*
MARIA VENTO
Attorneys for Defendants
SPARK CAPITAL PARTNERS, LLC AND
SPARK CAPITAL, L.P.