| | |
|---|---|
| *Attorney or Party without Attorney:*<br>STEVEN A. MARENBERG, Bar #101033<br>IRELL & MANELLA LLP<br>1800 AVENUE OF THE STARS<br>SUITE 900<br>Century City, CA 90067<br>*Telephone No:* (310) 203-7509<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |
| *Ref. No. or File No.:* 97209 | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Central District Of California | |
| *Plaintiff:* UMG RECORDINGS, INC., ETC., ET AL.<br>*Defendant:* VEOH NETWORKS, INC., ETC., ET AL. | |

| **PROOF OF SERVICE** | *Hearing Date:* Wed, Jun. 04, 2008 | *Time:* | *Dept/Div:* | *Case Number:* CV 07-05744 AHM (AJWx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; FIRST AMENDED COMPLAINT.

3. a. Party served:            SPARK CAPITAL, L.P., A DELAWARE LIMITED PARTNERSHIP
    b. Person served:         SINTHIA KOUNLASA, AUTHORIZED TO ACCEPT SERVICE (SERVED UNDER F.R.C.P. RULE 4)

4. Address where the party was served:     137 NEWBURY ST
                                                           BOSTON, MA 02116

5. I served the party:
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Aug. 28, 2008 (2) at: 1:46PM

7. **Person Who Served Papers:**
    a. MARK J. SNIDER
    b. **207 SOUTH BROADWAY**
       6TH FLOOR
       LOS ANGELES, CA 90012
    c. (213)625-9100

Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d. *The Fee for Service was:*
    e. I am: not a registered California process server

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Wed, Sep. 03, 2008

*signature* (MARK J. SNIDER)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007      PROOF OF SERVICE      97209.stema.20361