| Attorney or Party without Attorney:<br>STEVEN A. MARENBERG, Bar #101033<br>IRELL & MANELLA LLP<br>1800 AVENUE OF THE STARS<br>SUITE 900<br>Century City, CA 90067<br>Telephone No: (310) 203-7509 | For Court Use Only |
|---|---|

| Attorney for: Plaintiff | Ref. No. or File No.:<br>97205 |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Central District Of California

Plaintiff: UMG RECORDINGS, INC., ETC., ET AL.
Defendant: VEOH NETWORKS, INC., ETC., ET AL.

| PROOF OF SERVICE | Hearing Date:<br>Wed, Jun. 04, 2008 | Time: | Dept/Div: | Case Number:<br>CV 07-05744 AHM (AJWx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; FIRST AMENDED COMPLAINT.

3. a. Party served:          SPARK CAPITAL, LLC, A DELAWARE LIMITED LIABILITY COMPANY
   b. Person served:         SINTHIA KOUNLASA, AUTHORIZED TO ACCEPT SERVICE (SERVED
                             UNDER F.R.C.P. RULE 4)

4. Address where the party was served:   137 NEWBURY ST
                                          BOSTON, MA 02116

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Aug. 28, 2008 (2) at: 1:46PM

7. **Person Who Served Papers:**                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MARK J. SNIDER                          d. **The Fee** for Service was:
   b. **207 SOUTH BROADWAY**                  e. I am: not a registered California process server
      6TH FLOOR
      LOS ANGELES, CA 90012
   c. (213)625-9100

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Wed, Sep. 03, 2008

   *Mark J Snider*

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE | (MARK J. SNIDER)<br>97205.stema.20360 |
|---|---|---|