| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| STEVEN A. MARENBERG, Bar #101033<br>IRELL & MANELLA LLP<br>1800 AVENUE OF THE STARS<br>SUITE 900<br>Century City, CA 90067<br>Telephone No: (310) 203-7509 | |
| Attorney for: Plaintiff | Ref. No. or File No.: 97193 |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Central District Of California |
| Plaintiff: UMG RECORDINGS, INC., ETC., ET AL. |
| Defendant: VEOH NETWORKS, INC., ETC., ET AL. |

| PROOF OF SERVICE | Hearing Date:<br>Wed, Jun. 04, 2008 | Time: | Dept/Div: | Case Number:<br>CV 07-05744 AHM (AJWx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; FIRST AMENDED COMPLAINT.

3. a. Party served: THE TORNANTE COMPANY, LLC, A DELAWARE LIMITED LIABILITY COMPANY
   b. Person served: IRWIN RUSSELL, AGENT FOR SERVICE OF PROCESS (SERVED UNDER F.R.C.P. RULE 4)

4. Address where the party was served: 9401 WILSHIRE BLVD #760 BEVERLY HILLS, CA 90212

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Aug. 27, 2008 (2) at: 3:04PM

7. *Person Who Served Papers:*
   a. JORGE G. SILVA
   b. 207 SOUTH BROADWAY
      6TH FLOOR
      LOS ANGELES, CA 90012
   c. (213) 625-9100

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 5741
      (iii) County: Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Sat, Sep. 06, 2008

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

(JORGE G. SILVA)

97193.stema.20827