| | |
|---|---|
| *Attorney or Party without Attorney:*<br>STEVEN A. MARENBERG, Bar #101033<br>IRELL & MANELLA LLP<br>1800 AVENUE OF THE STARS<br>SUITE 900<br>Century City, CA 90067<br>*Telephone No:* (310) 203-7509<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |
| *Ref. No. or File No.:* 97189 | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Central District Of California

*Plaintiff:* UMG RECORDINGS, INC., ETC., ET AL.
*Defendant:* VEOH NETWORKS, INC., ETC., ET AL.

| PROOF OF SERVICE | Hearing Date: Wed, Jun. 04, 2008 | Time: | Dept/Div: | Case Number: CV 07-05744 AHM (AJWx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; First Amended Complaint.

3. a. Party served: SHELTER VENTURE FUND, L.P., A DELAWARE LIMITED PARTNERSHIP
   b. Person served: JESSICA EVANS, SECRETARY (SERVED UNDER CCP 415.20)

4. Address where the party was served: 10880 WILSHIRE BLVD #1850 LOS ANGELES, CA 90024

5. I served the party:
   b. **by substituted service.** On: Wed., Aug. 27, 2008 at: 2:40PM by leaving the copies with or in the presence of:
   JESSICA EVANS, SECRETARY (SERVED UNDER CCP 415.20)
   (1) **(Business)** Person of suitable age and discretion. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Wed., Aug. 27, 2008 from: LOS ANGELES, CA

7. **Person Who Served Papers:**
   a. JORGE G. SILVA
   b. **207 SOUTH BROADWAY**
      6TH FLOOR
      LOS ANGELES, CA 90012
   c. (213) 625-9100

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 5741
      (iii) County: Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Sat, Sep. 06, 2008

   PROOF OF SERVICE  (JORGE G. SILVA)

**Judicial Council Form**
Rule 2.150.(a)&(b) Rev January 1, 2007

97189.stema.20826