| *Attorney or Party without Attorney:* | | *For Court Use Only* |
|---|---|---|
| STEVEN A. MARENBERG, Bar #101033<br>IRELL & MANELLA LLP<br>1800 AVENUE OF THE STARS<br>SUITE 900<br>Century City, CA  90067<br>*Telephone No:* (310) 203-7509 | | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>97194 | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Central District Of California | | |
| *Plaintiff:* UMG RECORDINGS, INC., ETC., ET AL. | | |
| *Defendant:* VEOH NETWORKS, INC., ETC., ET AL. | | |

| **PROOF OF SERVICE** | *Hearing Date:*<br>Wed, Jun. 04, 2008 | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 07-05744 AHM (AJWx) |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons; First Amended Complaint.

3.  a. *Party served:*       SHELTER CAPITAL PARTNERS, LLC, A DELAWARE LIMITED LIABILITY COMPANY
    b. *Person served:*      JESSICA EVANS, SECRETARY (SERVED UNDER CCP 415.20)

4.  *Address where the party was served:*   10880 WILSHIRE BLVD
                                             #1850
                                             LOS ANGELES, CA  90024

5.  *I served the party:*
    b.  **by substituted service.** On: Wed., Aug. 27, 2008 at: 2:40PM by leaving the copies with or in the presence of:
        JESSICA EVANS, SECRETARY (SERVED UNDER CCP 415.20)
    (1) **(Business)** Person of suitable age and discretion. I informed him or her of the general nature of the papers.
    (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Wed., Aug. 27, 2008  from: LOS ANGELES, CA

7.  *Person Who Served Papers:*                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. JORGE G. SILVA                                          d. *The Fee for Service was:*
    **b. 207 SOUTH BROADWAY**                                  e. I am: (3)  registered California process server
       6TH FLOOR                                                  (i)   Independent Contractor
       LOS ANGELES, CA  90012                                     (ii)  *Registration No.:*      5741
    c. (213) 625-9100                                             (iii) *County:*                Los Angeles

8.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
    Date: Sat, Sep. 06, 2008

| **Judicial Council Form**<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE** | **(JORGE G. SILVA)** | *97194.stema.20825* |
|---|---|---|---|