ROBERT G. BADAL (Bar No. 81313)
Robert.Badal@HellerEhrman.com
SEAN SULLIVAN (Bar No. 229104)
Sean.Sullivan@HellerEhrman.com
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90071-3043
Telephone: (213) 689-0200
Facsimile: (213) 614-1868

ANNETTE L. HURST (Bar No. 148738)
Annette.Hurst@HellerEhrman.Com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendants
SHELTER CAPITAL PARTNERS, LLC AND
SHELTER VENTURE FUND, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - SPRING STREET

| | |
|---|---|
| UMG RECORDINGS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VEOH NETWORKS, INC., et al. <br><br> Defendants. | Case No.: CV 07 5744 AHM (AJWx) <br><br> ***EX PARTE* APPLICATION BY INVESTOR DEFENDANTS TO CONTINUE HEARING AND BRIEFING SCHEDULE OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** <br><br> The Honorable A. Howard Matz |

Dockets.Justia.com

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Shelter Venture Fund LP, Shelter Capital LLC, Spark Capital LLC, Spark Capital LP, and The Tornante Company, LLC (collectively "Investor Defendants") hereby apply, *ex parte*, for an Order Continuing the Hearing and Briefing Schedule of Plaintiffs Motion For Partial Summary Judgment Re: Veoh's Second Affirmative Defense until such time as all of the Investor Defendants have answered the Amended Complaint herein, or have been dismissed from this action.

Good cause exists to grant this application. The Investor Defendants have only recently been served with the Amended Complaint, and intend to file a motion to dismiss challenging its legal sufficiency. Should all or any of the Investor Defendants be required to answer, however, each should be given the opportunity to consider and present the defense that is the subject of the pending motion. There was insufficient time to bring this issue to the Court's attention by way of noticed motion, hence the request for *ex parte* relief. The parties met and conferred concerning this issue on September 10, 2008, and the Investor Defendants requested that Plaintiffs continue the hearing and briefing schedule as requested herein. Plaintiffs refused, thus necessitating this application.

This application is made after a telephone conference between counsel for Investor Defendants and counsel for Plaintiffs on September 10, 2008 at 3:00 p.m. Counsel for Shelter on behalf of Investor Defendants has advised counsel for Plaintiffs that such *ex parte* application will be made to the Court. Counsel for Plaintiffs has indicated that Plaintiffs intend to oppose the application.

///
///
///
///
///

1

*EX PARTE* APPLICATION BY INVESTOR DEFENDANTS TO CONTINUE HEARING AND BRIEFING SCHEDULE OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT   CASE NO.: CV 07 5744 AHM (AJWX)

This application is made pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7-19. This application is supported by the attached Memorandum of Points and Authorities, the attached Declaration of Annette L. Hurst and Declaration of Sean M. Sullivan, all other pleadings, papers, and records on file in this action. The Investor Defendants have concurrently submitted a proposed order.

September 22, 2008

Respectfully submitted,

HELLER EHRMAN LLP

By _/s/ *Sean M. Sullivan*_
      SEAN M. SULLIVAN

Attorneys for Defendants
SHELTER CAPITAL PARTNERS, LLC and
SHELTER VENTURE FUND, L.P.

September 22, 2008

Respectfully submitted,

KULIK, GOTTESMAN, MOUTON & SIEGEL, LLP

By _/s/ *Alisa Edelson*_
      GLEN L. KULIK
      ALISA EDELSON

Attorneys for Defendant
THE TORNANTE COMPANY LLC

///
///
///
///
///

2

September 22, 2008          Respectfully submitted,

                            WILMERHALE


                            By _/s/ Maria Vento_____
                                   MARIA VENTO

                            Attorneys for Defendants
                            SPARK CAPITAL PARTNERS, LLC AND
                            SPARK CAPITAL, L.P.

3

# MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiffs filed a motion for partial summary judgment on September 5, 2008, asking the Court to enter judgment as to a portion of a defense asserted by Veoh in its answer to the amended complaint. The motion is set for hearing on October 20, 2008. Plaintiffs' motion for summary judgment is premature and unduly prejudices the Investor Defendants because it could lead to the determination of issues germane to the defenses of the Investor Defendants before a determination as to whether they should be dismissed from this action.

Plaintiffs filed their FAC on August 26, 2008 adding the Investor Defendants as parties and setting forth three indirect liability causes of action against the Investor Defendants. Pursuant to the stipulation filed with the Court, the Investor Defendants' response to the FAC is not due until October 16, 2008. The Investor Defendants intend to move to dismiss Plaintiffs' FAC pursuant to Rule 12 of the Federal Rules of Civil Procedure.

Plaintiffs, meanwhile, as referenced above, filed a motion for partial summary judgment as to Veoh's second affirmative defense on September 5, 2008. Veoh's second affirmative defense invokes the Digital Millennium Copyright Act, 17 U.S.C. § 512(c), which limits the liability for infringement pursuant to a number of provisions. In short, Veoh's defense potentially limits its – and therefore the Investor Defendants' – liability to Plaintiffs. But the Investor Defendants were not served with the motion until September 10, 2008, and opposition to the motion is due September 29, 2008, i.e., before a determination as to whether the Investor Defendants are proper parties in this action. Thus, a continuance of the motion's briefing schedule, including the opposition deadline and hearing date, is required so that the Investor Defendants may have an opportunity to respond if the Court denies their motion to dismiss.

The Investor Defendants' interests are necessarily impacted by Plaintiffs' motion for partial summary judgment because the claims against them depend on a

4

finding of direct copyright infringement by Veoh. *See UMG Recordings, Inc. v. Sinnott*, 300 F. Supp. 2d 993, 997 (E.D. Cal. 2004). Plaintiffs in their FAC assert three causes of action against the Investor Defendants; (i) contributory infringement; (ii) vicarious infringement; and (iii) inducement of copyright infringement. Each of these are indirect copyright infringement claims, which are dependent on an underlying finding of direct copyright infringement. Should all or any of the Investor Defendants be required to defend this action, each should have the opportunity to present this defense in its Answer.

Thus, because Plaintiffs' motion for partial summary judgment impacts the Investor Defendants, the hearing and the briefing schedule on Plaintiffs' motion should be continued until such time as the Court will have ruled on the forthcoming motions to dismiss. After these motions are heard and decided, those defendants remaining in the case will then respond to the motion for summary judgment, to the extent necessary, on a uniform schedule to be determined by the Court.

The Court may continue a hearing upon good cause shown pursuant to an *ex parte* application. For the reasons set forth herein, the Investor Defendants respectfully request that the Court continue the briefing and hearing on Plaintiffs' motion for summary judgment to a date subsequent to the Court's ruling on the Investor Defendants' forthcoming motions to dismiss.

September 22, 2008  Respectfully submitted,

HELLER EHRMAN LLP


By  /s/ *Sean M. Sullivan*
    SEAN M. SULLIVAN

Attorneys for Defendants
SHELTER CAPITAL PARTNERS, LLC and
SHELTER VENTURE FUND, L.P.

5

| September 22, 2008 | Respectfully submitted, |
| --- | --- |
| | KULIK, GOTTESMAN, MOUTON & SIEGEL, LLP |
| | |
| | By /s/ *Alisa Edelson* |
| |     GLEN L. KULIK |
| |     ALISA EDELSON |
| | |
| | Attorneys for Defendant |
| | THE TORNANTE COMPANY LLC |
| | |
| September 22, 2008 | Respectfully submitted, |
| | WILMERHALE |
| | |
| | By /s/ *Maria Vento* |
| |     MARIA VENTO |
| | |
| | Attorneys for Defendants |
| | SPARK CAPITAL PARTNERS, LLC AND SPARK CAPITAL, L.P. |

6

*EX PARTE* APPLICATION BY INVESTOR DEFENDANTS TO CONTINUE HEARING AND BRIEFING
SCHEDULE OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT      CASE NO.: CV 07 5744 AHM (AJWX)