ROBERT G. BADAL (Bar No. 81313)
Robert.Badal@HellerEhrman.com
SEAN SULLIVAN (Bar No. 229104)
Sean.Sullivan@HellerEhrman.com
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90071-3043
Telephone: (213) 689-0200
Facsimile: (213) 614-1868

ANNETTE L. HURST (Bar No. 148738)
Annette.Hurst@HellerEhrman.Com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendants
SHELTER CAPITAL PARTNERS, LLC AND
SHELTER VENTURE FUND, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - SPRING STREET

| UMG RECORDINGS, INC., et al., | Case No.: CV 07 5744 AHM (AJWx) |
|---|---|
| Plaintiffs, | **DECLARATION OF ANNETTE L. HURST IN SUPPORT OF EX PARTE APPLICATION BY INVESTOR DEFENDANTS TO CONTINUE HEARING AND BRIEFING SCHEDULE OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| VEOH NETWORKS, INC., et al. | |
| Defendants. | |
| | The Honorable A. Howard Matz |

DECLARATION OF ANNETTE L. HURST IN SUPPORT OF EX PARTE APPLICATION BY INVESTOR DEFENDANTS TO CONTINUE HEARING AND BRIEFING SCHEDULE OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO.: CV 07 5744 AHM (AJWX)

Dockets.Justia.com

I Annette L. Hurst declare as follows:

1. I am a shareholder with the law firm of Heller Ehrman LLP, counsel of record in this action for defendants Defendants Shelter Venture Fund LP, Shelter Capital LLC. I have personal knowledge of the facts set forth below, and, if called as a witness, I could and would competently testify thereto.

2. Plaintiffs filed a Motion For Partial Summary Judgment Re: Veoh's Second Affirmative Defense on September 5, 2008. Defendants Shelter Venture Fund LP, Shelter Capital LLC, Spark Capital LLC, Spark Capital LP, and the Tornante Company, LLC (collectively "Investor Defendants") were not provided the motion until September 10, 2008 because of the protective order. The motion is set to be heard on October 20, 2008. Oppositions to Plaintiffs' motion are due September 29, 2008. There is insufficient time for hearing a duly noticed motion in order to resolve the hearing and briefing schedule, thus necessitating an ex parte application.

3. On September 10, 2008, counsel for each of the Investor Defendants participated in a meet and confer with Brian Ledahl at Irell & Manella LLP, counsel for Plaintiffs in this matter. The meet and confer encompassed the topics of the sufficiency of the First Amended Complaint ("FAC") as to the Investor Defendants, forthcoming motion to dismiss that FAC, and the schedule with regard to the motion for partial summary judgment. I explained to Mr. Ledahl that the Investor Defendants, if they ultimately became parties after pleading challenges, expected to interpose the same defense to direct liability (and hence their derivative liability) and it was unfair and inappropriate to expect them to respond to a motion for summary judgment after having only just been made parties to the case. I requested that Plaintiffs agree to continue the hearing and briefing on their motion for partial summary judgment until such time as the Investor Defendants are either at issue or have all been dismissed. The following day Mr. Ledahl informed me that Plaintiffs would not agree to this request.

1

4. On September 15, 2008, the parties entered into a stipulation extending the time for the Investor Defendants to respond to the first amended complaint ("FAC") up to and including October 16, 2008. This stipulation was part of the meet and confer discussion. Mr. Ledahl asked that we not file the motions to dismiss for hearing at the same time as the motion for summary judgment so that he would not have to brief both motions at the same time, and we agreed. Mr. Ledahl also agreed that he would not urge the extension of time to respond as a reason why this ex parte application should be denied.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of September, 2008, at San Francisco, California.

/s/ *Annette L. Hurst*
Annette L. Hurst