ROBERT G. BADAL (Bar No. 81313)
Robert.Badal@HellerEhrman.com
SEAN SULLIVAN (Bar No. 229104)
Sean.Sullivan@HellerEhrman.com
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90071-3043
Telephone: (213) 689-0200
Facsimile: (213) 614-1868

ANNETTE L. HURST (Bar No. 148738)
Annette.Hurst@HellerEhrman.Com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendants
SHELTER CAPITAL PARTNERS, LLC AND
SHELTER VENTURE FUND, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - SPRING STREET

| | |
|---|---|
| UMG RECORDINGS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VEOH NETWORKS, INC., et al. <br><br> Defendants. | Case No.: CV 07 5744 AHM (AJWx) <br><br> **DECLARATION OF SEAN M. SULLIVAN IN SUPPORT OF EX PARTE APPLICATION BY INVESTOR DEFENDANTS TO CONTINUE HEARING AND BRIEFING SCHEDULE OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> The Honorable A. Howard Matz |

DECLARATION OF SEAN M. SULLIVAN IN SUPPORT OF EX PARTE APPLICATION BY INVESTOR
DEFENDANTS TO CONTINUE HEARING AND BRIEFING SCHEDULE OF PLAINTIFFS' MOTION FOR
PARTIAL SUMMARY JUDGMENT                    CASE NO.: CV 07 5744 AHM (AJWX)

I Sean M. Sullivan declare as follows:

1. I am an attorney with the law firm of Heller Ehrman LLP, counsel of record in this action for defendants Defendants Shelter Venture Fund LP, Shelter Capital LLC. I have personal knowledge of the facts set forth below, and, if called as a witness, I could and would competently testify thereto.

2. On September 19, 2008, at 5:15 p.m., I left a voicemail for Mr. Brian Ledahl of Irell & Manella LLP, counsel for Plaintiffs in this matter, advising him that the Investor Defendants intended to file the instant ex parte application and informing him of the grounds for the application. I also advised Mr. Ledahl that his opposition would be due 24 hours from the time when he was served with the ex parte application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of September, 2008, at Los Angeles, California.

*[signature]*

Sean M. Sullivan

---

1

DECLARATION OF SEAN M. SULLIVAN IN SUPPORT OF EX PARTE APPLICATION BY INVESTOR DEFENDANTS TO CONTINUE HEARING AND BRIEFING SCHEDULE OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO.: CV 07 5744 AHM (AJWX)