MARIA K. VENTO (Bar No. 255558)
Maria.Vento@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Defendants
SPARK CAPITAL, LLC
SPARK CAPITAL, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – SPRING STREET

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP., a New York corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; RONDOR MUSIC INTERNATIONAL, INC., a California corporation; UNIVERSAL MUSIC – MGB NA LLC, a California limited liability company; UNIVERSAL MUSIC – Z TUNES LLC, a New York limited liability company; and UNIVERSAL MUSIC – Z TUNES LLC, a New York limited liability company; and UNIVERSAL MUSIC – MBG MUSIC PUBLISHING LTD., a UK company,<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC., a California corporation; SHELTER CAPITAL PARTNERS, LLC, a Delaware limited liability company, SHELTER VENTURE FUND, L.P., a Delaware limited partnership; SPARK CAPITAL, LLC, a Delaware limited liability company; SPARK CAPITAL, L.P., a Delaware limited partnership; THE TORNANTE COMPANY, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. CV 07 5744 AHM (AJWx)<br><br>**APPLICATION FOR DESIGNATION AS LOCAL COUNSEL PURSUANT TO L.R. 83-2.3.3**<br><br>The Honorable A. Howard Matz |

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

I, Maria K. Vento, the undersigned, counsel of record for Defendants Spark Capital, LLC and Spark Capital, L.P., hereby apply to the Court for permission to be designated as local counsel by my co-counsel, Mark G. Matuschak, Donald R. Steinberg, and Joel Cavanaugh, pursuant to Local Rule 83-2.3.3. As grounds for this application, I state as follows:

1. I am counsel of record for Defendants Spark Capital, LLC and Spark Capital, L.P.
2. I am a member in good standing of the Bar of this Court and the State of California. I am familiar with the Local Rules of this Court.
3. Opposing counsel may readily communicate with me regarding the conduct of this case and may serve papers upon me.
4. I am an attorney at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. My office is located at 1117 S. California Avenue, Palo Alto, California.
5. My co-counsel, Mark G. Matuschak, Donald R. Steinberg, and Joel Cavanaugh, also are attorneys at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. Their office is located at 60 State Street, Boston, Massachusetts.
6. To promote efficiency and to reduce expense, I hereby seek the Court's permission to be designated as local counsel by my co-counsel, Mark G. Matuschak, Donald R. Steinberg, and Joel Cavanaugh, pursuant to Local Rule 83-2.3.3.

September 23, 2008

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Maria K. Vento*
     MARIA K. VENTO

Attorneys for Defendants
SPARK CAPITAL, LLC and
SPARK CAPITAL, L.P.