O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5744 AHM (AJWx) | Date | September 23, 2008 |
|---|---|---|---|
| Title | *UMG Recordings, Inc., et al. v. Veoh Networks Inc., et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:** IN CHAMBERS (No Proceedings Held)

The Court DENIES the *Ex Parte* Application by Investor Defendants to Continue Hearing and Briefing Schedule of Plaintiffs' Motion for Partial Summary Judgment.[1] Defendant Veoh has an interest in defending the pending Motion for Partial Summary Judgment and the resources and counsel to present fully any basis for the Court to reject that motion. The Investor Defendants have established no prejudice warranting this unusual "relief."

:

Initials of Preparer   SMO

---

[1] Docket No. 134.