# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

No.   CV07-5744-AHM(AJWx)                                   Date: August 25, 2008

Title:   UMG RECORDINGS, INC., ET AL. VS. VEOH   NETWORKS, INC.

Present: The
 Honorable    ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

|  |  |  |
|---|---|---|
| Ysela Benavides | 08-25-2008 | N/A |
| Deputy Clerk | Court Smart | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Brian Ledahl | Rebecca Lawlor |
| Steven Marenberg | Jennifer Golinveaux |
| Anjuli McReynolds | Thomas Lane |

**Proceedings:**   1) PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT
2) DEFENDANT'S MOTION TO COMPEL FURTHER RESPONSES AND FOR PRODUCTION OF DOCUMENTS FROM PLAINTIFF

Case called. Counsel make their appearances. Court questions counsel and listens to their responses.

Court denies defendant's motion to compel without prejudice, for the reasons stated on the record. Plaintiff confirmed on the record that it will be seeking statutory damages rather than actual damages.

By September 2, 2008, the parties shall file supplemental briefs concerning plaintiff's motion to compel. The supplemental briefs shall be organized, by the Roman numeral categories used in plaintiff's motions, any ruling made by the Court in UMG vs. Grouper or UMG vs. MySpace, that is relevant to that category, regardless of whether such ruling is reflected in a written order or in a hearing transcript. All relevant orders and transcripts shall be attached.

In addition, the following deadlines are established.

1. The parties shall complete their core production of documents by September 30, 2008. That production shall include all responsive documents the parties will produce without an order by the Court. As to defendant, the documents produced should

include all documents defendant offered to produce in the June 13, 2008 letter. As to plaintiff, the documents produced should include the types of documents which the Court previously ordered UMG to produce in UMG vs. Grouper or UMG vs. MySpace.

2. The parties shall serve supplemental responses to the requests, and if any documents are being withheld on the ground of privilege, a specific privilege claim (either a privilege log or other appropriately specific claim of privilege as prescribed by Rule 26 (b)(5) and the advisory committee notes relating thereto), by September 30, 2008. The supplemental responses must state whether documents are being withheld on the basis of an objection other than privilege and if so, identify the objection, and describe in general terms what the documents being withheld consist of.

3. The parties shall exchange custodians and search terms by September 5, 2008.

4. If defendant intends to rely upon an advice of counsel defense, it must notify plaintiff no later than November 15, 2008.

cc: Parties

|  | 1 | : | 09 |
|---|---|---|---|
| Initials of Preparer | yb | | |