Rebecca Lawlor Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)

Michael S. Elkin (*pro hac vice*)
Email: melkin@winston.com
Thomas P. Lane (*pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Attorneys for Defendant
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC. a California Corporation, DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 07 5744 – AHM (AJWx)<br><br>**DECLARATION OF JOSEPH PAPA IN SUPPORT OF VEOH NETWORKS, INC.'S OPPOSITION TO UMG'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: VEOH'S SECOND AFFIRMATIVE DEFENSE (17 U.S.C. § 512)**<br><br>Judge: Hon. A. Howard Matz<br><br>Date: October 20, 2008<br>Time: 10:00 a.m.<br>Ctrm: 14 |

LA:224267.4     1

DECLARATION OF JOSEPH PAPA IN SUPPORT OF VEOH'S OPPOSITION TO
UMG'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. CV 07 5744 – AHM (AJWx)

Dockets.Justia.com

# DECLARATION OF JOSEPH PAPA

I, Joseph Papa, declare as follows:

1. I am the Vice President of Engineering for Defendant Veoh Networks, Inc. ("Veoh"). I have responsibility for the architecture, technical design and implementation of the systems and product engineering for Veoh.com and VeohTV. I have been employed by Veoh since its inception. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would competently testify thereto.

2. Since its website launch in February 2006, users have uploaded and shared hundreds of thousands of videos on Veoh.

3. Veoh also features partner content from prominent content owners such as ABC, CBS, ESPN, Viacom, Warner Television, *TV Guide, Vogue,* and *Sports Illustrated.*

4. Users can upload, view and download videos either through the Veoh.com website, or through Veoh's client software application, referred to as VeohTV or the Veoh Client.

5. Veoh's system receives users' video submissions and automatically processes them so that they are available on the Veoh.com website or through VeohTV; the content of the videos is unchanged.

6. User-submitted videos may arrive at Veoh's computers in any of a multitude of different formats.

7. Veoh transcodes user-submitted videos into Flash format because the vast majority of Web users have software than can play videos in Flash format.

8. The conversion to Flash format is an entirely automated process. Veoh merely selects default values that are necessary for the encoding process, such as

LA:224267.4
2

frame rate, bit rate, and frame size, from within a narrow range of parameters set by the third party software.

9. Veoh stores copies of the user's video file on its system in both Flash format and in the original file format in which the file was uploaded.

10. The original file format copy of user videos that are uploaded through VeohTV or the veoh.com website are stored in 256-kilobyte pieces or "chunks." For a short time during a beta test, the Flash format version of the user's files were also broken into chunks. The video files are stored on Veoh's system in 256-kilobyte chunks in order to facilitate Veoh's peer-assisted distribution of the videos.

11. Veoh utilizes what it refers to as a "peer-assisted distribution network" as a component of the technology it utilizes to deliver files when a user requests a file download. This simply means that when a user requests a file, some of the file may be delivered from the computers of other Veoh users who have already downloaded that file.

12. Storage in pieces allows the video files to be retrieved from different servers when users request a copy of the file. Storage of data files in chunks is an entirely automated process. It is standard for modern operating systems to store files in chunks, and not something unique to Veoh.

13. Veoh's peer-assisted distribution network is different from and should not be confused with so called "peer-to-peer" file sharing services, whereby individual computers utilize peer-to-peer software to communicate directly with other users' computers to share files, and the company that distributes the software does not retain central control of such files. Veoh does not offer peer-to-peer file sharing services, and was specifically designed so that it would have the ability to terminate access to videos on its system if it received notice that they were infringing.

14. Once a user uploads a file to Veoh and the file has been processed and stored on Veoh's system, Veoh users are able to view the file either through a process

referred to as streaming, or by downloading a copy of the file from Veoh's servers or servers within its content distribution network. Streaming is a technique for transferring data such that it can be processed as a steady and continuous stream, and the user's browser can begin displaying the data before the entire file has been transmitted.

15. Veoh utilizes a form of streaming referred to as progressive downloading. This means that when a user wishes to play a video on Veoh, they click play, and a copy of the video file begins to download into the user's temporary computer memory, or browser cache. At some point when a certain amount of the video has been downloaded, the Veoh media player automatically begins playing the video from the beginning. How long the file remains in the user's temporary computer memory is a function of a user's browser's settings.

16. A user can also choose to download a copy of the original video file that was uploaded to and stored on Veoh's system. To do so, a user clicks on a download video button. When the user selects download video, it opens the VeohTV player, and the original content file will automatically begin downloading from Veoh's peer-assisted distribution network. The downloaded file is then stored on the user's computer within a Veoh directory.

17. Last year, Veoh took the additional voluntary step of implementing state of the art filtering technology to automatically identify suspected infringing content and prevent users from sharing it with other Veoh users. This filtering occurs even if Veoh has never received a DMCA notice regarding such content. Implementing filtering technology was an extension of Veoh's strong commitment to preventing copyright infringement, and something that Veoh had always contemplated once effective technology became available.

18. With respect to Plaintiffs' Statement of Uncontroverted facts, paragraphs 24 and 35, the videos are not properly described as "permanent" because Veoh retains

LA:224267.4     4

the ability to terminate the user's access to copies of such videos through the Veoh player or VeohTV if, for instance, Veoh receives a DMCA notice so long as the file resides with the user's Veoh directory.

I declare under penalty of perjury under the laws of the United States of America, the foregoing is true and correct. Executed on September 29, 2008, in San Diego, California

_____
JOSEPH PAPA