Rebecca Lawlor Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)

Michael S. Elkin (*pro hac vice*)
Email: melkin@winston.com
Thomas P. Lane (*pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Attorneys for Defendant
VEOH NETWORKS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> VEOH NETWORKS, INC. a California Corporation, DOES 1-10, inclusive, <br><br> Defendants. | Case No. CV 07 5744 – AHM (AJWx) <br><br> **DECLARATION OF JENNIFER A. GOLINVEAUX IN SUPPORT OF VEOH NETWORKS, INC.'S OPPOSITION TO UMG'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: VEOH'S SECOND AFFIRMATIVE DEFENSE (17 U.S.C. § 512)** <br><br> Judge: Hon. A. Howard Matz <br><br> Date: October 20, 2008 <br> Time: 10:00 a.m. <br> Ctrm: 14 |

LA:224270.2                              1

**DECLARATION OF JENNIFER A. GOLINVEAUX IN SUPPORT OF VEOH'S OPPOSITION TO UMG'S MOTION FOR PARTIAL SUMMARY JUDGMENT**
**Case No. CV 07 5744 – AHM (AJWx)**

Dockets.Justia.com

# DECLARATION OF JENNIFER A. GOLINVEAUX

I, Jennifer A. Golinveaux, declare as follows:

1. I am an attorney at law duly admitted to practice before all courts of the State of California, and am admitted to practice before the United States District Court, Central District of California. I am a partner with the firm of Winston & Strawn LLP, attorneys of record herein for Defendant Veoh Networks, Inc. ("Veoh"). I am familiar with the pleadings and proceedings in this action. I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. Promptly after Plaintiffs filed this lawsuit, Veoh's counsel wrote to Plaintiffs' counsel and explained that if Plaintiffs would simply identify which videos they contended were infringing, Veoh would promptly take appropriate action to terminate access to any such videos. Attached hereto as Exhibit A is a true and correct copy of this September 24, 2007 letter.

3. Plaintiffs responded by letter on October 1, 2007, and still refused to identify any infringing videos. Instead, Plaintiffs insisted that Veoh should be able to figure out on its own which "UMG Content" is on its site. Plaintiffs also claimed that they had "no oblig[ation]" to take steps to "identify" the allegedly infringing videos. Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' response

4. Attached hereto as Exhibit C is a true and correct copy of Veoh's October 19, 2007 response to Plaintiffs' October 1, 2007 letter.

5. Attached hereto as Exhibit D is a true and correct copy of Plaintiffs' Responses to Veoh's Interrogatories. As Plaintiffs' Responses to Interrogatory nos. 2 and 3 demonstrate, Plaintiffs have refused to respond to Veoh's interrogatories requesting that Plaintiffs identify the direct infringements from which Veoh's alleged

contributory and vicarious liability arises, or to identify the facts upon which Plaintiffs base their claims of indirect infringement, other than to refer Veoh to Plaintiffs' complaint.

6. Attached hereto as Exhibit E is a true and correct copy of the relevant portions of the deposition of Joseph Papa, taken July 10, 2008.

7. Attached hereto as Exhibit F is a true and correct copy of the decision in *Capitol Records Inc., et al. v. Thomas,* Civil File No. 06-1497 (MJD/RLE) (D.C. Minn. 2008).

8. Attached hereto as Exhibit G is a true and correct copy of the decision in *Io Group, Inc. v. Veoh Networks, Inc.*, No. 06-3926, slip op. at 20 (N.D. Cal. Aug. 27, 2008).

I declare under penalty of perjury under the laws of the United States of America, the foregoing is true and correct. Executed on September 29, 2008, in San Francisco, California

                      /s/ Jennifer A. Golinveaux
                      JENNIFER A. GOLINVEAUX