Rebecca Lawlor Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)

Michael S. Elkin (*pro hac vice*)
Email: melkin@winston.com
Thomas P. Lane (*pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Attorneys for Defendant
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC. a California Corporation, DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 07 5744 – AHM (AJWx)<br><br>**DECLARATION OF STACIE SIMONS IN SUPPORT OF VEOH NETWORKS, INC.'S OPPOSITION TO UMG'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: VEOH'S SECOND AFFIRMATIVE DEFENSE (17 U.S.C. § 512)**<br><br>Judge: Hon. A. Howard Matz<br><br>Date: October 20, 2008<br>Time: 10:00 a.m.<br>Ctrm: 14 |

LA:224265.2

1

# **DECLARATION OF STACIE SIMONS**

I, Stacie Simons, declare as follows:

1. I am the Senior Manager of Copyright Compliance for Defendant Veoh Networks, Inc. ("Veoh"). My responsibilities include overseeing Veoh's adherence to its copyright procedures, including Veoh's responses to take down notices sent pursuant to the DMCA. I have been employed by Veoh since April 16, 2007. I have personal knowledge of the matters set forth herein, and if called as a witness, could and would competently testify thereto.

2. Veoh promptly terminates access to allegedly infringing content upon notice and promptly terminates repeat infringers in appropriate circumstances.

3. In October 2007, Veoh, along with major content owners Disney, Viacom, Fox, CBS, Microsoft, and NBC Universal signed on to "The UGC Principles," available at www.ugcprinciples.com. Attached hereto as Exhibit 1 is a true and correct copy of the UGC Principles.

4. Until they filed this motion, Plaintiffs had never notified Veoh of a single infringing video available on Veoh's system, much less provided Veoh with information sufficient to allow it to locate allegedly infringing videos as required by the DMCA.

5. Each video available on Veoh is clearly marked with its own identifying number (or permalink), which allows us to locate allegedly infringing videos. Plaintiffs never provided Veoh with permalinks of allegedly infringing videos, or with any other information identifying specific infringing videos.

6. After Plaintiffs filed this motion, we checked the status of all five of the videos cited on pages nine and ten of Plaintiffs' motion. Despite never having received notice from Plaintiffs that these videos were infringing, Veoh had independently terminated access to each of these videos back in 2007. Two of the

LA:224265.2  2

DECLARATION OF STACIE SIMONS IN SUPPORT OF VEOH'S OPPOSITION TO
UMG'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. CV 07 5744 – AHM (AJWx)

videos were terminated in response to DMCA notices Veoh received from a trade organization called the Recording Industry Association of America. The other three videos were also independently terminated by Veoh.

I declare under penalty of perjury under the laws of the United States of America, the foregoing is true and correct. Executed on September 29, 2008, in Los Angeles, California.

_____
STACIE SIMONS