# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC. a California Corporation, *et al.*,<br><br>    Defendants. | **Case No. CV 07 5744 – AHM (AJWx)**<br><br>Discovery Matter<br><br>**ORDER GRANTING JOINT STIPULATION FOR NEW PARTIES TO BE BOUND BY PROTECTIVE ORDER** |

Having considered the JOINT STIPULATION FOR NEW PARTIES TO BE BOUND BY PROTECTIVE ORDER and good cause appearing,

**IT IS SO ORDERED**.

9/30/2008
Dated: _____

*[signature]*

Magistrate Judge Andrew J. Wistrich

LA:222811.1                                      1
**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR NEW PARTIES TO BE BOUND BY PROTECTIVE ORDER**
**Case No. CV 07 5744 – AHM (AJWx)**