FILED
CLERK, U.S. DISTRICT COURT

OCT - 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – SPRING STREET

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP., a New York corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; RONDOR MUSIC INTERNATIONAL, INC., a California corporation; UNIVERSAL MUSIC – MGB NA LLC, a California limited liability company; UNIVERSAL MUSIC – Z TUNES LLC, a New York limited liability company; and UNIVERSAL MUSIC – Z TUNES LLC, a New York limited liability company; and UNIVERSAL MUSIC – MBG MUSIC PUBLISHING LTD., a UK company, <br><br>  Plaintiffs, <br><br> vs. <br><br> VEOH NETWORKS, INC., a California corporation; SHELTER CAPITAL PARTNERS, LLC, a Delaware limited liability company, SHELTER VENTURE FUND, L.P., a Delaware limited partnership; SPARK CAPITAL, LLC, a Delaware limited liability company; SPARK CAPITAL, L.P., a Delaware limited partnership; THE TORNANTE COMPANY, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. CV 07 5744 AHM (AJWx) <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR DESIGNATION AS LOCAL COUNSEL PURSUANT TO L.R. 83-2.3.3 <br><br> The Honorable A. Howard Matz |

1 | The Court, having reviewed the accompanying Application of Maria K. Vento
2 | of Wilmer Cutler Pickering Hale and Dorr LLP for permission to be designated as
3 | local counsel pursuant to Local Rule 83-2.3.3 in the above-captioned matter, hereby
4 | ORDERS the Application GRANTED.

*You will have to appear physically in court & Court so orders.*

DATED: 9/26/08

_____
THE HONORABLE A. HOWARD MATZ
Judge of the United States District Court