Name, address and telephone number of attorney(s)
Mark G. Matuschak
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

FILED
CLERK, U.S. DISTRICT COURT

OCT - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2008 SEP 25 PM 2:18

LODGED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UMG RECORDINGS, INC., et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV-07-05744 AHM (AJWx) |
| v. | |
| VEOH NETWORKS, INC., et al., | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

**NOTICE:** Effective June 1, 2004, the fee for *Pro Hac Vice* is $185.00 for each **case** application. Please submit the fee with your application. Fee is waived for attorneys for the United States, its departments or agencies. *To receive orders and judgements by e-mail, complete and return the Optical Scanning Enrollment form (form G-76), available on the court's website at www.cacd.uscourts.gov.*

I, __Mark G. Matuschak__, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant: __Spark Capital, L.P. and Spark Capital, LLC__ by whom I have been retained.

My *out-of-state* business information is as follows:
Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP
Address: 60 State Street
Boston, MA 02109
Telephone number: (617) 526-6000    Fax number: (617) 526-5000

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| Commonwealth of Massachusetts | 1/17/85 |
| US District Court for the District of Massachusetts | 7/23/85 |
| US Court of Appeals for the First Circuit | 10/9/85 |
| US Court of Appeals for the Second Circuit | 1/29/99 |
| US Court of Appeals for the Third Circuit | 10/1/01 |

** 

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.
I have concurrently, or within three (3) years of this application, made *pro hac vice* applications to this Court in the following actions:

| CASE NUMBER | TITLE OF ACTION | DATE OF APPLICATION | APPLICATION GRANTED OR DENIED |
|---|---|---|---|
| 2:05-cv-8879-WDK-VBK | American Honda Motor Co. v. The Pep Boys | February 2006 | Granted Feb. 2006 |
| 2:06-cv-06305-VBF-FMO | American Honda Motor Co. v. General Power Products et al | October 2006 | Granted October 2006 |

G-64 (08/04)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE   PAGE 1 of 2

** US Court of Appeals for the Federal Circuit - 9/23/02
   US District Court for the District of Colorado - 8/14/08

Dockets.Justia.com

If *pro hac vice* applications set forth in the previous statement have been denied by this Court, please explain:

I designate  Maria K. Vento  as local counsel, whose business information is as follows:

Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP
Address:   1117 California Avenue
           Palo Alto, CA 94304
Telephone number: (650) 858-6000          Fax number: (650) 858-6100

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. Pl, the F.R. Crim. P., and the F.R. Evidence.

Date:  September   , 2008

*Applicant Signature*

I hereby consent to the foregoing designation.
Date:  September 19, 2008

*Designee Signature*

255558

California State Bar No.

## ORDER

The application to appear *pro hac vice* as requested in the above-entitled case is hereby:
☐ Granted.
☐ Denied and fee ordered returned.

Date:

*United States District Judge / Magistrate Judge*

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 350 S. Grand Ave., 21st Flr., Los Angeles, CA 90071.

On September 25, 2008, I served the foregoing document:

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

☒ (BY FIRST CLASS MAIL) I caused the foregoing document to be served by First Class Mail on the following:

☐ (BY HAND DELIVERY) I caused the foregoing document to be served by hand delivery on the following:

☐ (BY FEDERAL EXPRESS) I caused the foregoing document to be served by Federal Express on the following:

☐ (BY ELECTRONIC MAIL) I caused the foregoing document to be served by facsimile transmission on the following:

| | |
|---|---|
| Steven Marenberg<br>Elliot Brown<br>Brian Ledahl<br>Benjamin Glatstein<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Phone:   (310) 277-1010<br>Fax:<br>Email:   smarenberg@irell.com<br>Email:   ebrown@irell.com<br>Email:   bglatstein@irell.com | Counsel for Plaintiffs UMG Recordings, Inc., et al. |
| Rebecca Lawlor Calkins<br>Erin R. Ranahan<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Phone:   (213) 615-1700<br>Fax:<br>Email:   rcalkins@winston.com<br>Email:   eranahan@winston.com | Counsel For Defendant Veoh Networks |
| Jennifer A. Golinveaux<br>Winston & Strawn LLP<br>101 California St. | |

| | |
|---|---|
| 1 | San Francisco, CA 94111 |
| 2 | Phone: (415) 591-1000<br>Fax: |
| 3 | Email: jgolinveaux@winston.com |
| 4 | Michael S. Elkin |
| 5 | Thomas P. Lane<br>Winston & Strawn LLP |
| 6 | 200 Park Ave.<br>New York, NY 10166 |
| 7 | Phone: (212) 294-6700<br>Fax: |
| 8 | Email: melkin@winston.com |

Executed on September 25, 2008, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

| Cynthia M. Thomas | _(signature)_ |
|---|---|
| (Type or print name) | (Signature) |