| Name, address and telephone number of attorney(s)<br>Joel Cavanaugh<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000 |  FILED<br>CLERK, U.S. DISTRICT COURT<br>OCT - 7 2008<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY ___ DEPUTY |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UMG RECORDINGS, INC., *et al.*,<br>Plaintiff(s)<br>V.<br>VEOH NETWORKS., *et al.*,<br>Defendant(s). | CASE NUMBER<br>CV-07-05744 AHM (AJWx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Joel Cavanaugh__,
                                                                *Applicant's Name*

of __Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109__
   *Firm Name / Address*

__(617) 526-6000__                              __joel.cavanaugh@wilmerhale.com__
*Telephone Number*                                       *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff   ☒ Defendant

__Defendants Spark Capital, L.P. and Spark Capital, LLC__

and the designation of __Maria K. Vento__
                        *Local Counsel Designee /State Bar Number*

of __Wilmer Cutler Pickering Hale and Dorr LLP, 1117 California Avenue, Palo Alto, CA  94304__
   *Local Counsel Firm / Address*

__(650) 858-6000__                              __maria.vento@wilmerhale.com__
*Telephone Number*                                       *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED
☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated __OCT - 7 2008__                    _____
                                           U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (01/08)      ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE