ANNETTE L. HURST (Bar No. 148738)
Annette.Hurst@HellerEhrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

ROBERT G. BADAL (Bar No. 81313)
Wilmer Cutler Pickering Hale & Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 443 5300
Facsimile: (213) 443 5400

Attorneys for Defendants
SHELTER CAPITAL PARTNERS, LLC
and SHELTER VENTURE FUND, L.P.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION – SPRING STREET

| | |
|---|---|
| UMG RECORDINGS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VEOH NETWORKS, INC., et al., <br><br> Defendants. | Case No. CV 07 5744 AHM (AJWx) <br><br> **NOTICE OF ASSOCIATION OF COUNSEL** <br><br> The Honorable A. Howard Matz <br> Courtroom 14 |

Heller
Ehrman LLP

NOTICE OF ASSOCIATION OF COUNSEL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants Shelter Capital Partners, LLC and Shelter Venture Fund, L.P. (collectively, "Shelter") hereby associate Wilmer Cutler Pickering Hale & Dorr LLP as counsel of record and request the Court and parties to add to the service list in place of Robert G. Badal at Heller Ehrman's Los Angeles office:

> Robert G. Badal
> Wilmer Cutler Pickering Hale & Dorr LLP
> 350 South Grand Avenue, Suite 2100
> Los Angeles, California 90071
> Telephone: (213) 443 5300
> Fax: (213) 443 5400

October 3, 2008          Respectfully submitted,

HELLER EHRMAN LLP


By _/s/ *Annette L. Hurst*_____
            Annette L. Hurst

Attorneys for Defendants
SHELTER CAPITAL PARTNERS, LLC and
SHELTER VENTURE FUND, L.P.


October 3, 2008          Respectfully submitted,

WILMER CUTLER PICKERING HALE & DORR LLP


By _/s/ *Robert G. Badal*_____
            Robert G. Badal

Attorneys for Defendants
SHELTER CAPITAL PARTNERS, LLC and
SHELTER VENTURE FUND, L.P.

Heller
Ehrman LLP