WILMER CUTLER PICKERING
HALE AND DORR LLP

MARK G. MATUSCHAK (*pro hac vice*)
Mark.Matuschak@wilmerhale.com
DONALD R. STEINBERG (*pro hac vice*)
Don.Steinberg@wilmerhale.com
JOEL CAVANAUGH (*pro hac vice*)
Joel.Cavanaugh@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

WILMER CUTLER PICKERING
HALE AND DORR LLP

MARIA K. VENTO (Bar No. 255558)
Maria.Vento@wilmerhale.com
1117 California Avenue
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Defendants
SPARK CAPITAL PARTNERS LLC
SPARK CAPITAL L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – SPRING STREET

| | |
|---|---|
| UMG RECORDINGS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VEOH NETWORKS, INC., et al.,<br><br>Defendants. | **Case No. CV07-5744 AHM (AJWx)**<br><br>The Honorable A. Howard Matz<br><br>**DISCLOSURE STATEMENT AND CERTIFICATION AS TO INTERESTED PARTIES**<br><br>[FED. R. CIV. P. 7.1 AND LOCAL RULE 7.1-1] |

i

DISCLOSURE STATEMENT AND CERTIFICATION    CASE NO. CV 07 5744 AHM (AJWx)
AS TO INTERESTED PARTIES

Dockets.Justia.com

Pursuant to Fed. R. Civ. P. 7-1, Spark Capital Partners LLC and Spark Capital L.P. have no parent corporation and no publicly held corporation owns 10% or more of their stock.

Additionally, pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Spark Capital Partners LLC and Spark Capital L.P., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Spark Capital L.P.
Spark Capital Partners LLC

October 16, 2008

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Maria K. Vento

MARK G. MATUSCHAK (*pro hac vice*)
DONALD R. STEINBERG (*pro hac vice*)
JOEL CAVANAUGH (*pro hac vice*)
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-6000

MARIA K. VENTO (Bar No. 255558)
1117 California Avenue
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Defendants Spark Capital Partners LLC and Spark Capital L.P.