Glen L. Kulik, Esq. (SBN 082170) (gkulik@kgmslaw.com)
Alisa S. Edelson, Esq. (SBN 216269) (aedelson@kgmslaw.com)
KULIK, GOTTESMAN, MOUTON & SIEGEL, LLP
15303 Ventura Boulevard, Suite 1400
Sherman Oaks, California 91403
Tel. (310) 557-9200/Fax (310) 557-0224

Attorneys for Defendant
THE TORNANTE COMPANY LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, et al. | CASE NO.: CV07-5744 AHM (AJWx) |
| Plaintiffs, | [Assigned to Hon. A. Howard Matz] |
| v. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| VEOH NETWORKS, INC., et al. | [FRCP 7.1, CACD Local Rule 7.1-1] |
| Defendants. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for defendant The Tornante Company, LLC certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualifications or recusal.

The Tornante Company, LLC

{00104242.DOC}

CERTIFICATION AND NOTICE OF INTERESTED PARTIES
Case No CV 07-05744 AHM (AJWx)

| | |
|---|---|
| 1 | In addition, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, |
| 2 | Defendant The Tornante Company LLC does not have a parent corporation and no |
| 3 | publicly held corporation owns 10% or more of its stock. |

Dated: October 16, 2008       KULIK, GOTTESMAN, MOUTON & SIEGEL, LLP


By:   /s/ Alisa S. Edelson
      Glen L. Kulik
      Alisa S. Edelson
      Attorneys for Defendant
      THE TORNANTE COMPANY LLC