```
 1 | Annette L. Hurst (Bar No. 148738)
   | Annette.Hurst@hellerehrman.com
 2 | Jonathan P. Hayden (Bar No. 104520)
 3 | Jonathan.Hayden@hellerehrman.com
   | HELLER EHRMAN LLP
 4 | 333 Bush Street
   | San Francisco, CA 94104
 5 | Telephone: +1 (415) 772-6000
 6 | Facsimile: +1 (415) 772-6268
 7 |
   | Attorneys for Defendants
 8 | SHELTER CAPITAL PARTNERS, LLC and
   | SHELTER VENTURE FUND, L.P.
 9 |
10 |
11 |           UNITED STATES DISTRICT COURT
12 |          CENTRAL DISTRICT OF CALIFORNIA
13 |                 WESTERN DIVISION
14 | UMG RECORDINGS INC. et al.,   | Case No. CV07-5744 AHM (AJWx)
15 |                               |
   |              Plaintiffs,      | DEFENDANTS SHELTER
16 |                               | CAPITAL PARTNERS, LLC AND
17 |        v.                     | SHELTER VENTURE FUND, L.P.
   |                               | NOTICE OF SUBSTITUTION OF
18 | VEOH NETWORKS, INC. et al.,   | COUNSEL AND [PROPOSED]
19 |                               | ORDER
   |              Defendants.      |
20 |                               | Trial Date:    April 21, 2009
21 |                               |
   |                               | The Honorable A. Howard Matz
22 |
```

**PLEASE TAKE NOTICE THAT** Defendants Shelter Capital Partners, LLC and Shelter Venture Fund, L.P. hereby substitute Robert Badal (State Bar No. 81313) now of Wilmer Cutler Hale Pickering & Dorr LLP, 350 South Grand Avenue, Suite 2100, Los Angeles, California 90071, (213) 443-5300, and Annette L. Hurst (State Bar No. 148738), who are retained counsel, as attorneys of record in place and instead of Heller Ehrman LLP, 333 South Hope St., Los Angeles, California, 90071, (213) 689-0200 and Heller Ehrman LLP, 333 Bush St., San Francisco, California 94104, (415) 772-6000.

October 15, 2008

SHELTER CAPITAL PARTNERS, LLC and SHELTER VENTURE FUND, L.P.

By /s/ Michael Rotgin
MICHAEL ROTGIN

Heller Ehrman LLP hereby consents to the above substitution.

October 15, 2008

HELLER EHRMAN LLP

By /s/ Jonathan P. Hayden
JONATHAN P. HAYDEN

Wilmer Cutler Pickering Hale and Dorr accepts the substitution.

October 15, 2008

WILMER CUTLER HALE PICKERING AND DORR LLP

By /s/ Robert G. Badal
ROBERT G. BADAL

Orrick, Herrington & Sutcliffe LLP accepts the substitution.

Dated: October 15, 2008    ORRICK, HERRINGTON & SUTCLIFFE LLP


By /s/ Annette L. Hurst
    ANNETTE L. HURST

**ORDER**

The above substitution of attorneys is hereby approved.

_____
A. HOWARD MATZ
UNITED STATES JUDGE

2
SUBSTITUTION OF COUNSEL FOR SHELTER DEFENDANTS     CV07-5744 AHM (AJWX)