# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS INC., et al., <br>          PLAINTIFF(S) <br><br> v. <br><br> VEOH NETWORKD, INC. et al. <br>          DEFENDANT(S). | CASE NUMBER <br><br> CV07-5477-AHM (AJWx) <br><br> **NOTICE OF CHANGE OF** <br> **ATTORNEY INFORMATION** |

**The following information must be provided:**

I, _Annette L. Hurst_ , _148738_ , _ahurst@orrick.com_
     *Name*             *CA Bar ID Number*        *E-mail Address*

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

_Shelter Capital Partners, LLC and Shelter Venture Fund, L.P._

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☑ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ TO UPDATE NAME OR FIRM INFORMATION:

    ☑ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

               PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____

New Firm/Government Agency Name _Orrick Herrington & Sutcliffe, LLP_

New Address _405 Howard Street, San Francisco, CA 94105_

New Telephone Number _415-773-5700_     New Facsimile Number _415-773-5759_

New E-mail address _ahurst@orrick.com_

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX

    ☑ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _September 4, 2008_

    ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

Dockets.Justia.com

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name __Annette L. Hurst__      CA State Bar Number __148738__

Firm/Government Agency Name __Orrick, Herrington & Sutcliffe, LLP__

Address: __405 Howard Street, San Francisco, CA  94105__

Telephone Number __415-773-5700__     Facsimile Number __415-773-5759__

New E-mail address __ahurst@orrick.com__

---

☐     TO BE REMOVED FROM THE CASE: **

     ☐     I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX

     ☐     The order relieving me/the aforementioned attorney from my firm was filed on: _____.

     ☐     There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

     ☐     I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

---

Date: __October 16, 2008__

_____
*Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to General Order 08-02, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**