| | |
|---|---|
| 1 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | ROBERT G. BADAL (SBN 81313) |
| 2 | Robert.Badal@wilmerhale.com |
| | 350 S. Grand Avenue, #2100 |
| 3 | Los Angeles, CA 90071 |
| | Telephone: +1 (213) 443-5321 |
| 4 | Facsimile: +1 (213) 443-5400 |
| | Attorneys for Defendant |
| 5 | SHELTER CAPITAL PARTNERS, LLC and |
| | SHELTER VENTURE FUND, L.P. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UMG RECORDINGS, et al. | ) | Case No. CV07-5744 AHM (AJWx) |
| Plaintiffs, | ) | The Honorable A. Howard Matz |
| vs. | ) | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| VEOH NETWORKS, INC., et al. | ) | |
| Defendants. | ) | **[FED. R. CIV. P. 7.1 AND LOCAL RULE 7.1-1]** |
| | ) | Date: April 21, 2009 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for defendants Shelter Capital Partners, LLC and Shelter Venture Fund, L.P., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal.

Shelter Capital Partners, LLC

Shelter Venture Fund, L.P.

US1DOCS 6855402v1

In addition, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Shelter Capital Partners, LLC and Shelter Venture Fund, L.P. do not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED: October 16, 2008

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ *Robert G. Badal*
ROBERT G. BADAL

Attorneys for Defendants
SHELTER CAPITAL PARTNERS, LLC and SHELTER VENTURE FUND, L.P.