Robert G. Badal (Bar No. 81313)
Robert.Badal@WilmerHale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 (213) 443-5300
facsimile: +1 (213) 443-5400

Annette L. Hurst (Bar No. 148738)
AHurst@Orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: +1 (415) 773-5700
Facsimile: +1 (415) 773-5759

Attorneys for Defendants
SHELTER CAPITAL PARTNERS, LLC and
SHELTER VENTURE FUND, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS INC. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VEOH NETWORKS, INC. et al.,<br><br>Defendants. | Case No. CV07-5744 AHM (AJWx)<br><br>**DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MOTION BY INVESTOR DEFENDANTS TO DISMISS FIRST AMENDED COMPLAINT**<br><br>[Fed. R. Civ. P. 12(b)(6)]<br><br>Date:        November 10, 2008<br>Time:       10:00 a.m.<br>Trial Date:  April 21, 2009<br><br>The Honorable A. Howard Matz |

{00103911.DOC}
DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MOTION BY
INVESTOR DEFENDANTS TO DISMISS FIRST AMENDED COMPLAINT

CV07-5744 AHM (AJWX)

I, Annette L. Hurst, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court and the courts of the State of California. I am a partner with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record in this action for defendants Shelter Venture Fund, LP and Shelter Capital Partners, LLC (collectively, "Shelter"). I have personal knowledge of the facts set forth below, and, if called as a witness, I could and would competently testify thereto.

2. Pursuant to Local Rule 7-3, on September 5, 2008 I emailed a letter to Steven Marenberg and Brian D. Ledahl, counsel for Plaintiffs UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal-Polygram International Publishing, Inc., Rondor Music International, Inc., Universal Music-MGB NA LLC, Universal Music-Z Tunes LLC, and Universal Music-MBG Music Publishing Ltd. (collectively, "Plaintiffs") requesting that they meet and confer with counsel for Shelter and defendants Spark Capital LLC, Spark Capital LP and The Tornante Company, LLC (collectively, "Investor Defendants"), on the basis that Counts II through IV in the First Amended Complaint ("FAC") fail to state a claim for relief against the Investor Defendants. Attached hereto as Exhibit "A" is a true and correct copy of my email and letter of September 5, 2008.

3. On September 8 and 10, 2008, I exchanged two more emails with Mr. Ledahl and the Plaintiffs and Investor Defendants ultimately agreed to meet and confer telephonically at 3:30 p.m. on September 10, 2008. Attached hereto as Exhibits "B" and "C" are true and correct copies of said emails.

{00103911.DOC}
DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MOTION BY
INVESTOR DEFENDANTS TO DISMISS FIRST AMENDED COMPLAINT

CV07-5744 AHM (AJWX)

4. Counsel for each of the Investor Defendants participated in a telephonic conference to meet and confer with Mr. Ledahl to discuss the motion to dismiss on September 10, 2008 at approximately 3:30 p.m. I explained to Mr. Ledahl the basis for the Investor Defendants' motion to dismiss, and cited and discussed several federal cases supporting the motion to dismiss including the *Sony*, *Napster*, and *Grokster* cases. I also offered an explanation why the Investor Defendants believed that the *Bertelsmann* case would not apply. I asked Mr. Ledahl to provide me with any other authorities he believed supported Plaintiffs position, and he identified none. During this meet and confer, Mr. Ledahl stated Plaintiffs would be opposing the motion to dismiss. The meet and confer also encompassed other topics including requests to continue the briefing and hearing schedule with respect to Plaintiffs' motion for partial summary judgment and additional time for Investor Defendants to respond to the FAC.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of October, 2008, at San Francisco, California.

/s/ *Annette L. Hurst*
ANNETTE L. HURST

{00103911.DOC}
DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MOTION BY
INVESTOR DEFENDANTS TO DISMISS FIRST AMENDED COMPLAINT

CV07-5744 AHM (AJWX)