Annette L. Hurst (Bar No. 148738)
Annette.Hurst@hellerehrman.com
Jonathan P. Hayden (Bar No. 104520)
Jonathan.Hayden@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: +1 (415) 772-6000
Facsimile: +1 (415) 772-6268

Attorneys for Defendants
SHELTER CAPITAL PARTNERS, LLC and
SHELTER VENTURE FUND, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> VEOH NETWORKS, INC. et al., <br><br> Defendants. | Case No. CV07-5744 AHM (AJWx) <br><br> ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DEFENDANTS SHELTER CAPITAL PARTNERS, LLC AND SHELTER VENTURE FUND, L.P. <br><br> The Honorable A. Howard Matz |

[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL FOR SHELTER DEFENDANTS
CV07-5744 AHM (AJWX)

| | |
|---|---|
| 1 | **IT IS HEREBY ORDERED THAT** the substitution of counsel for |
| 2 | Defendants Shelter Capital Partners, LLC and Shelter Venture Fund, L.P., |
| 3 | substituting Robert Badal (State Bar No. 81313) now of Wilmer Cutler Hale |
| 4 | Pickering & Dorr LLP, 350 South Grand Avenue, Suite 2100, Los Angeles, |
| 5 | California 90071, (213) 443-5300, and Annette L. Hurst (State Bar No. 148738) now |
| 6 | of Orrick, Herrington & Sutcliffe LLP, 405 Howard Street, San Francisco, CA |
| 7 | 94105, (415) 773-5700, who are retained counsel, as attorneys of record in place and |
| 8 | instead of Heller Ehrman LLP, 333 South Hope St., Los Angeles, California, 90071, |
| 9 | (213) 689-0200 and Heller Ehrman LLP, 333 Bush St., San Francisco, California |
| 10 | 94104, (415) 772-6000 is **HEREBY APPROVED**. |
| 11 | Dated: October 16, 2008 |

_[signature]_

A. HOWARD MATZ
UNITED STATES JUDGE

1

[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL FOR SHELTER DEFENDANTS
CV07-5744 AHM (AJWX)