Rebecca Lawlor Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)

Michael S. Elkin (*pro hac vice*)
Email: melkin@winston.com
Thomas P. Lane (*pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Attorneys for Defendant
VEOH NETWORKS, INC.

**Winston & Strawn LLP**
**333 South Grand Avenue**
**Los Angeles, CA 90071-1543**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC., *et al.*<br><br>Defendants. | **Case No. CV 07 5744 – AHM (AJWx)**<br><br>Discovery Matter<br><br>**DECLARATION OF ERIN R. RANAHAN IN SUPPORT OF VEOH'S OPPOSITION TO UMG'S *EX PARTE* APPLICATION FOR PROTECTIVE ORDER RE: DEPOSITIONS**<br><br>Discovery Matter<br><br>Discovery Cut-Off: January 12, 2009 |

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

**DECLARATION OF ERIN R. RANAHAN**

I, Erin R. Ranahan, declare as follows:

1. I am an attorney at the law firm of Winston & Strawn LLP, attorneys for Defendant Veoh Networks, Inc. ("Veoh") in this matter. I am licensed to practice before the Courts of the State of California and this United States District Court. I have personal knowledge of the matters set forth herein, and if called as a witness, could and would competently testify thereto.

2. Plaintiffs have produced at least 1,413 documents containing Geller's name, and at least 4,067 documents containing Ring's name.

3. Plaintiffs identified Harvey Geller and David Ring as two of seven "individuals" "most knowledgeable" of the "facts, allegations, and claims set forth in the complaint," as sought by Veoh's Interrogatory No. 6. Attached hereto as Exhibit A is a true and correct copy of UMG's Responses to Veoh's first set of interrogatories.

5. Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' Initial Disclosures, in which they identify David Ring in their second bullet point as "an individual likely to have discoverable information."

6. Attached hereto as Exhibit C is a true and correct copy of a September 26, 2008 letter sent by Plaintiffs' counsel in which they premise their obligation to make available a witness to Veohs' 30(b)(6) deposition notice upon alleged, unspecified deficiencies in Veoh's document production. The instant *ex parte* application is the first time Plaintiffs have raised these specific alleged document deficiencies with respect to Plaintiffs' September 30, 2008 production.

7. Attached hereto as Exhibit D is a true and correct copy of an Order in *Grateful Dead Productions, et al. v. Sagan et al.,* Case No. C 06-7727 (JW) PVT, in which Magistrate Judge Trumbull condemned the plaintiffs "stonewalling" and "tit-for-tat tactics" in refusing to producing witnesses for deposition based on alleged document deficiencies of the defendant.

8. In response to this Court's order, on September 30, 2008, Veoh supplemented its document production, with categories of documents Veoh had agreed to produce in its written responses to Plaintiffs' discovery requests, and also with documents Veoh offered to produce in a June 13, 2008 letter. Veoh produced close to 100,000 pages on September 30, 2008. Plaintiffs, on the other hand, produced just 1,008 pages to supplement its production in compliance with the August 25, 2008 order, and these were largely press articles and similar documents, and did not contain key categories ordered by the Court.

9. While Plaintiffs' repeatedly malign Veoh's production by describing it as consisting of only about "300,000 pages," even this substantial number misrepresents Veoh's production, which has included very large volumes of documents produced in native form that are not included in this page count.

I declare under penalty of perjury under the laws of the United States of America, the foregoing is true and correct. Executed on October 17, 2008, in Los Angeles, California.

[signature]

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543