# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

No.  CV07-5744-AHM(AJW)                                Date: October 28, 2008

Title:  UMG RECORDINGS, INC., ET AL. VS. VEOH NETWORKS, INC., ET AL.

Present: The
 Honorable    ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

| Ysela Benavides | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Smart Recorder | Tape No. |

Attorneys Present for Plaintiff:                Attorneys Present for Defendant:

**Proceedings:**   0RDER SETTING BRIEFING SCHEDULE ON VEOH'S MOTION TO COMPEL

Veoh's counsel requested the court to calendar their motion to compel on shortened notice.  Defendant's request is granted.  Veoh shall file their motion to compel plaintiff to identify works at issue and produce chain of title/right information regarding same by October 29, 2008.  Any opposition shall be filed by November 7, 2008.  No reply will be allowed.  Hearing on the motion shall be noticed for November 13, 2008, at 10:00 a.m. in Courtroom 690.

IT IS SO ORDERED .

cc:    Parties

                                                                                  :
                                                  Initials of Preparer    yb