Rebecca Lawlor Calkins (SBN 195593)
Email rcalkins@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Tel: 213-615-1700    Fax: 213-615-1750

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UMG RECORDS, INC., et al. | CASE NUMBER: |
| PLAINTIFF(S) | CV 07-5744-AHM-AJWx |
| v. | |
| VEOH NETWORKS, INC., | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) Veoh's Application to File Under Seal Veoh Network Inc.'s Opposition to UMG's Ex Parte Application for an Order Requiring Veoh to Retain Evidence; and Supporting Declarations of Joseph Papa and Jennifer A. Golinveaux i/s/o Veoh's Opposition to UMG's Ex Parte Application;
(2) Veoh Networks, Inc.'s Opposition to UMG's Ex Parte Application for Order Requiring Veoh to Retain Evidence;
(3) Declaration of Joseph Papa i/s/o Veoh's Opposition to UMG's Ex Parte Application;
(4) Declaration of Jennifer A. Golinveaux i/s/o Veoh's Opposition to UMG's Ex Parte Application; and
(5) [Proposed] Order Granting Veoh's Application to File Under Seal

**Document Description:**

☐ Administrative Record
☒ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
☒ Other   See above

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☒ Manual Filing required (*reason*): Per protective order dated 9/30/08.

October 31, 2008          /s/ Erin R. Ranahan
Date                      Attorney Name

                          Veoh Networks Inc.
                          Party Represented

Note: File one Notice in each case, each time you manually file document(s).

October 31, 2008          /s/ Erin R. Ranahan
Date

G-92 (02/08)              **NOTICE OF MANUAL FILING**          American LegalNet, Inc.
                                                               www.FormsWorkflow.com