1  Rebecca Calkins (SBN: 195593)
   Erin Ranahan (SBN: 235286)
2  **WINSTON & STRAWN LLP**
   333 South Grand Avenue, 38th Floor
3  Los Angeles, CA 90071-1543
   Telephone: 213-615-1700
4  Facsimile: 213-615-1750
   Email: rcalkins@winston.com
5

   Jennifer A. Golinveaux (SBN 203056)
6  **WINSTON & STRAWN LLP**
   101 California Street
7  San Francisco, CA 94111
   (415) 591-1506 (Telephone)
8  (415) 591-1400 (Facsimile)
   Email: jgolinveaux@winston.com
9

   Michael S. Elkin (*admitted pro hac vice*)
10 Thomas P. Lane (*admitted pro hac vice*)
   **WINSTON & STRAWN LLP**
11 200 Park Avenue
   New York, New York 10166
12 (212) 294-6700 (Telephone)
   (212) 294-4700 (Facsimile)
13 Email: melkin@winston.com
   Email: tlane@winston.com
14

   Attorneys for Defendant
15 VEOH NETWORKS, INC.

16

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.* | Case No. CV 07 5744 – AHM (AJWx) |
| Plaintiffs, | The Honorable Andrew Wistrich |
| vs. | **PROOF OF SERVICE** |
| VEOH NETWORKS, INC. *et al.* | |
| Defendants. | |

*UMG Recordings, Inc., et al. v. Veoh Networks, Inc.*
USDC, Central Case No. CV 07-5744-AHM (AJWx)

## PROOF OF SERVICE

STATE OF CALIFORNIA ) 
                                ) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 333 South Grand Avenue, Los Angeles, CA 90071-1543. On October 31, 2008, I served the within documents:

1. **VEOH'S APPLICATION TO FILE UNDER SEAL VEOH NETWORK INC.'S OPPOSITION TO UMG'S EX PARTE APPLICATION FOR AN ORDER REQUIRING VEOH TO RETAIN EVIDENCE; AND SUPPORTING DECLARATIONS OF JOSEPH PAPA AND JENNIFER A. GOLINVEAUX I/S/O VEOH'S OPPOSITION TO UMG'S EX PARTE APPLICATION;**
2. **VEOH NETWORKS, INC.'S OPPOSITION TO UMG'S EX PARTE APPLICATION FOR ORDER REQUIRING VEOH TO RETAIN EVIDENCE;**
3. **DECLARATION OF JOSEPH PAPA I/S/O VEOH'S OPPOSITION TO UMG'S EX PARTE APPLICATION;**
4. **DECLARATION OF JENNIFER A. GOLINVEAUX I/S/O VEOH'S OPPOSITION TO UMG'S EX PARTE APPLICATION;**
5. **[PROPOSED] ORDER GRANTING VEOH'S APPLICATION TO FILE UNDER SEAL; AND**
6. **NOTICE OF MANUAL FILING**

[✓] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

### PLEASE SEE ATTACHED SERVICE LIST

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 31, 2008, at Los Angeles, California.

                                                      /s/ Patricia Strader
                                                      Patricia Strader

SERVICE LIST

| | |
|---|---|
| Steven A. Marenberg, Esq.<br>Elliot Brown, Esq.<br>Brian Ledahl, Esq.<br>Benjamin Glatstein, Esq.<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Telephone: (310) 277-1010<br>Fax: (310) 203-7199<br>(smarenberg@irell.com)<br>(ebrown@irell.com)<br>(bglatstein@irell.com<br><br>**Attorneys for Plaintiffs** | Robert G. Badal, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>350 S. Grand Ave., Suite 2100<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5300<br>Fax: (213) 443-5480<br>Robert.badal@wilmerhale.com<br><br>**Attorneys for Shelter Capital Partners and Shelter Venture Fund L.P.** |
| Glen L. Kulick, Esq.<br>Alisa S. Edeslon, Esq.<br>**KULICK, GOTTESMAN, MOUTON & SIEGEL, LLP**<br>15303 Ventura Blvd., Suite 1400<br>Sherman Oaks, CA 91403<br>Telephone: (310) 557-9200<br>Fax: (310) 557-0224<br>gkulik@kgmslaw.com<br>aedelson@kgmslaw.com<br><br>**Attorney for Tornante Company LLC** | Annette L. Hurst, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard St.<br>San Francisco, CA 904105<br>Telephone: (415) 773-5700<br>Fax: (415) 773-5759<br>ahurst@orrick.com<br>**Attorneys for Shelter Capital Partners and Shelter Venture Fund L.P.** |
| Maria K. Vento<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1117 California Avenue<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Fax: (650) 858-6100<br>Maria.Vento@wilmerhale.com<br><br>**Attorney for Spark Capital, LLC and Spark Capital, L.P.** | Joel Cavanaugh<br>Donald R. Steinberg<br>Mark G. Matuschak<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Fax: (617) 526-5000<br>Joel.cavanaugh@wilmerhale.com<br>Don.steinberg@wilmerhale.com<br>mark.matuschak@wilmerhale.com<br><br>**Attorney for Spark Capital, LLC and Spark Capital, L.P.** |

**PROOF OF SERVICE**