# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-5744-AHM (AJWx) | Date | November 7, 2008 |
|---|---|---|---|
| Title | UMG RECORDINGS, INC. v. VEOH NETWORKS, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On the Court's own motion, the Court hereby takes OFF-CALENDAR and UNDER SUBMISSION DEFENDANT SHELTER CAPITAL PARTNERS, LLC, SHELTER VENTURE FUND, LP'S MOTION TO DISMISS FIRST AMENDED COMPLAINT [174]. The parties will be notified if a hearing is necessary.

    :    

Initials of Preparer     SMO