IRELL & MANELLA LLP
Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian D. Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC., *et al.*,<br><br>Defendants. | Case No. CV-07-05744 AHM (AJWx)<br><br>**LEDAHL DECLARATION IN SUPPORT OF UMG'S MOTION FOR ORDER REQUIRING VEOH TO APPEAR FOR RULE 30(B)(6) DEPOSITIONS**<br><br>**Concurrently filed herewith:**<br><br>(1) Notice of Motion and Motion;<br>(2) *Ex Parte* Application For Order Shortening Time re: Motion;<br><br>Magistrate: Hon. Andrew J. Wistrich<br><br>Date: TBD<br>Time: TBD<br>Ctrm: 690<br><br>Discovery Cutoff: January 12, 2009<br>Pretrial Conference: April 6, 2009<br>Trial Date: April 21, 2009 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1969975

LEDAHL DECLARATION IN SUPPORT OF UMG'S
MOTION FOR ORDER REQUIRING VEOH TO APPEAR
FOR RULE 30(B)(6) DEPOSITIONS

Dockets.Justia.com

# DECLARATION OF BRIAN LEDAHL

I, Brian Ledahl, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for plaintiff UMG Recordings, Inc. and other affiliated UMG entities ("UMG") in this case. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth below and if called as a witness, I could and would testify to these same facts under oath.

2. On November 12, 2008, I spoke with Rebecca Calkins, counsel for Veoh. Ms. Calkins informed me that Veoh would not voluntarily produce a witness in response to UMG's September 26 Notice of Rule 30(b)(6) Deposition. I had previously conferred on multiple occasions with Ms. Calkins and other counsel for Veoh about UMG's deposition notice, specifically in conferences on October 24, 2008, October 30, 2008, and November 3, 2008. During those earlier conferences, Veoh had suggested that it might be willing to voluntarily appear for the deposition without requiring the Court's involvement. On November 12, 2008, after Veoh disclosed that it would refuse to appear in response to UMG's September 26 Notice of Deposition, I informed Ms. Calkins that UMG would file an *ex parte* application seeking expedited consideration of a motion to compel Veoh to appear for the deposition. On November 12, 2008, I also separately gave notice of UMG's intention to bring an *ex parte* application to counsel for the other defendants in this case (Shelter Capital Parters, LLC, Shelter Venture Fund, L.P., Spark Capital LLC, Spark Capital, L.P., and the Tornante Company) by email.

3. Attached hereto as Exhibit A is a true and correct copy of UMG's June 3, 2008, Notice of Rule 30(b)(6) Deposition of Veoh Networks.

4. Attached hereto as Exhibit B is a true and correct copy of UMG's September 26, Notice of Rule 30(b)(6) Deposition of Veoh Networks.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1969975

- 1 -

LEDAHL DECLARATION IN SUPPORT OF UMG'S
MOTION FOR ORDER REQUIRING VEOH TO APPEAR
FOR RULE 30(B)(6) DEPOSITIONS

5. Attached hereto as Exhibit C is a true and correct copy of an October 23, 2008, letter from my colleague, Benjamin Glatstein, to Rebecca Calkins.

6. Pursuant to Local Rule 37-2.1, attached hereto as Exhibit D is a true and correct copy of the Court's scheduling order in UMG v. Veoh, Case No. CV 07-5744 ARM (AJWx).

Executed on November 12, 2008, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Brian Ledahl

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1969975

- 2 -

LEDAHL DECLARATION IN SUPPORT OF UMG'S
MOTION FOR ORDER REQUIRING VEOH TO APPEAR
FOR RULE 30(B)(6) DEPOSITIONS