IRELL & MANELLA LLP
Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian D. Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> VEOH NETWORKS, INC., *et al.*, <br><br> Defendants. | Case No. CV-07-05744 AHM (AJWx) <br><br> **UMG'S *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME ON MOTION TO COMPEL VEOH TO APPEAR FOR DEPOSITIONS** <br><br> **Concurrently filed herewith:** <br> **(1) Notice of Motion and Motion for Order Requiring Veoh to Appear for Rule 30(b)(6) Deposition; and** <br> **(2) Declaration of Brian Ledahl** <br><br> Magistrate: Hon. Andrew J. Wistrich <br><br> Date: TBD <br> Time: TBD <br> Ctrm: 690 <br><br> Discovery Cutoff: January 12, 2009 <br> Pretrial Conference: April 6, 2009 <br> Trial Date: April 21, 2009 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1969764

UMG'S EX PARTE APPLICATION FOR ORDER
SHORTENING TIME ON MOTION TO COMPEL VEOH
TO APPEAR FOR DEPOSITIONS

Dockets.Justia.com

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Rule 7-19, Plaintiffs UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal-Polygram International Publishing, Inc., Rondor Music International, Inc., Universal Music – MGB NA LLC, Universal Music – Z Tunes LLC, and Universal Music – MBG Music Publishing Ltd., (collectively "UMG") hereby apply to the Court *ex parte*, for expedited consideration of UMG's accompanying motion to compel Veoh to appear for its deposition.

UMG noticed Veoh's deposition, pursuant to Federal Rule 30(b)(6), for October 14, 2008. Veoh propounded written objections in which it refused to appear, incorrectly contending that the deposition notice was improper (as discussed in greater detail in UMG's accompanying Motion to Require Veoh to Appear for Rule 30(b)(6) Deposition). UMG diligently attempted to meet and confer with Veoh and work toward cooperatively scheduling depositions of both parties. During a conference of counsel on October 24, 2008, counsel for Veoh suggested that they might be willing to appear in response to UMG's notice without court intervention, but requested further time to confirm this position. In reliance on Veoh's bona fides, UMG agreed to wait for an answer. On October 30 and November 3, 2008, UMG conducted further discussions with counsel for Veoh in which they continued to suggest that Veoh might be willing to appear and indicated that Veoh would make a written proposal regarding the issue. On November 7, still having not received that proposal, UMG reminded Veoh that it had not definitively stated whether it would appear for its deposition without a Court Order. Veoh still did not respond. On November 12, during a telephone conference, Veoh reversed course and indicated that it would refuse to appear for its deposition without a Court Order.

Expedited consideration of UMG's motion to compel is needed given the delay caused by Veoh in addressing this issue and the short time remaining for discovery. UMG initially deferred noticing Veoh's deposition in light of significant

gaps which remain in Veoh's production of documents – such as a meaningful production of internal correspondence and email communications.  Ultimately, UMG issued a notice for a date after the deadline for completing core production set by the Court on August 25, 2008 (i.e., a deadline of September 30, 2008).  UMG had hoped that Veoh's production by that time would represent a comprehensive and good faith production.  UMG issued its notice with a cover letter indicating its willingness to work with Veoh cooperatively on scheduling both parties' depositions.  *See* Ledahl Decl., Ex. B (September 26 Notice of Deposition).  UMG expended significant time trying to reach a cooperative solution in reliance on Veoh's suggestion that such a solution might be reached and in an effort to avoid unnecessarily burdening the Court.  Unfortunately, Veoh apparently had no intention of reaching a cooperative solution regarding UMG's deposition notice, resulting in delay of UMG's ability to raise this issue with the Court.  Further, as Veoh itself has argued in seeking expedited hearing of issues recently, the discovery cut-off in this case is approaching and a resolution of this issue is needed to allow for the prompt and efficient scheduling of Veoh's Rule 30(b)(6) deposition.

In light of these facts, expedited consideration of UMG's motion to compel is needed.  UMG respectfully requests that the Court consider UMG's motion immediately to avoid further delay by Veoh in appearing for deposition.

UMG gave notice of this application to Rebecca Calkins, counsel for Veoh, during a telephone conference on November 12, 2008.  On November 12, 2008, UMG also separately provided notice to all other defendants by email.

The name, address, and telephone number of counsel for defendants are as follows:

| | |
|---|---|
| Jennifer Golinveaux | Rebecca Calkins |
| WINSTON & STRAWN LLP | Erin Ranahan |
| 101 California Street | WINSTON & STRAWN LLP |
| San Francisco, CA 94111-5894Fax: | 333 South Grand Avenue, 38th Floor |
| Telephone: (310) 586-7800 | Los Angeles, CA 90071-1543 |

| | |
|---|---|
| Facsimile: (310) 591-1400<br>Email: jgolinveaux@winston.com | Telephone: 213-615-1700<br>Facsimile: 213-615-1750<br>Email: rcalkins@winston.com<br>Email: eranahan@winston.com |
| Michael S. Elkin<br>Thomas P. Lane<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br>Email: tlane@winston.com<br>Email: melkin@winston.com | Robert G. Badal, Esq.<br>WILMER CUTLER PICKERING<br>HALE AND DOOR LLP<br>350 S. Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5300<br>Facsimile: (213) 443-5400<br>Email: Robert.badal@wilmerhale.com<br><br>Attorneys for Defendants Shelter Capital<br>Partners and Shelter Venture Fund L.P. |
| Glen L. Kulik, Esq.<br>Alisa S. Edelson, Esq.<br>KULIK, GOTTESMAN, MOUTON &<br>SIEGEL, LLP<br>15303 Ventura Boulevard, Suite 1400<br>Sherman Oaks, CA 91403<br>Telephone: (310) 557-9200<br>Facsimile: (310) 557-0224<br>Email: gkulik@kgmslaw.com<br>Email: aedelson@kgmslaw.com<br><br>Attorneys for Defendant Tornante<br>Company LLC | Annette L. Hurst, Esq.<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: (415) 773-4585<br>Facsimile: (415) 773-5759<br>Email: ahurst@orrick.com<br><br>Attorneys for Defendants Shelter Capital<br>Partners and Shelter Venture Fund L.P. |

Dated: November 12, 2008   IRELL & MANELLA LLP
           Steven A. Marenberg
           Elliot Brown
           Brian Ledahl
           Benjamin Glatstein


           By: /s
             Brian Ledahl

           Attorneys for Plaintiffs