UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES--GENERAL

Case No.   CV 07-5744 AHM (AJWx)             Date: November 20, 2008

Title: UMG RECORDINGS, INC., et al. v. VEOH NETWORKS, INC., et al.
================================================================
PRESENT:      **HON.  ANDREW J. WISTRICH, MAGISTRATE JUDGE**

           Ysela Benavides
           Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
       None Present                              None Present

**ORDER REGARDING VEOH'S EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE WHY PLAINTIFFS AND THEIR COUNSEL SHOULD NOT BE HELD IN CONTEMPT**

The ex parte application is **denied** without prejudice.  This is not an emergency warranting ex parte relief.  See Mission Power Eng'g Co. v. Continental Cas. Co., 883 F. Supp. 488 (C.D. Cal. 1995). However, if UMG has not already done so, UMG is directed to provide Veoh with the dates on which it will produce the witnesses in question for deposition no later than November 24, 2008.

**IT IS SO ORDERED.**

cc:   Parties

MINUTES FORM 11                          Initials of Deputy Clerk_____
CIVIL-GEN