**Winston & Strawn LLP**
**333 South Grand Avenue**
**Los Angeles, CA 90071-1543**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> VEOH NETWORKS, INC., *et al.* <br><br> Defendants. | **Case No. CV 07 5744 – AHM (AJWx)** <br><br> Discovery Matter <br><br> **[PROPOSED] ORDER GRANTING VEOH NETWORK INC.'S RENEWED MOTION TO COMPEL THE ADDITION OF CUSTODIANS AND PRODUCTION OF DOCUMENTS** <br><br> Hearing: 12/15/08 10:00 a.m. <br> Discovery Cut off: 1/12/09 |

[PROPOSED] ORDER GRANTING VEOH'S MOTION TO COMPEL ADDITION OF CUSTODIANS
Case No. CV 07 5744 – AHM (AJWx)

LA:229809.1

This Court, having considered Veoh Networks, Inc's ("Veoh") Motion to Compel the Addition of Custodians and Production of Documents ("Motion"), the declarations and other evidence submitted, and such other and further evidence as may be considered by this Court, hereby rules as follows:

**IT IS HEREBY ORDERED** that:

Veoh's Motion is **GRANTED**. Within ten days of this Order, Plaintiffs must:

(1) search the files of custodians Harvey Geller, Tegan Kossowicz, Cindy Oliver, Jim Urie, Jennifer Roberts, Iovine and Courtney Holt; and

(2) conduct a diligent, good-faith search for responsive documents beyond its custodian lists and search terms where appropriate to ensure a complete production.

IT IS SO ORDERED

Dated: _____  _____
Hon. Andrew J. Wistrich
United States Magistrate Judge
Central District of California