Rebecca Lawlor Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)

Michael S. Elkin (*pro hac vice*)
Email: melkin@winston.com
Thomas P. Lane (*pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Attorneys for Defendant
VEOH NETWORKS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC. *et al.*,<br><br>Defendants. | **Case No. CV 07 5744 – AHM (AJWx)**<br><br>Discovery Matter<br><br>**VEOH'S NOTICE OF RENEWED MOTION AND RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATING TO FINANCIAL INFORMATION AND DAMAGES**<br><br>Local Rule 37<br><br>Hearing: 12/15/08 10:00 a.m.<br>Discovery Cut off: 1/12/09 |

VEOH NOTICE OF RENEWED MOT. AND MOT. TO COMPEL
PRODUCTION OF DOCUMENTS RE FINANCIAL INFORMATION — Case No. CV 07 5744 – AHM (AJWx)
LA:229802.1

Dockets.Justia.com

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on December 15, 2008, or as soon thereafter as this matter can be heard before the Honorable Andrew J. Wistrich of the United States District Court for the Central District of California, at 255 E. Temple Street, Room 690, Los Angeles, California, 90012, Veoh Networks, Inc. ("Veoh") will and hereby does move for an order compelling plaintiffs UMG Recordings, Inc. ("Plaintiffs" or "UMG") to produce documents relating to financial information and damages.

This Motion is brought on the grounds that Plaintiffs have refused to produce the following critical documents relating to Plaintiffs' alleged damages:

- valuations and analyses regarding the allegedly infringed works (Request Nos. 142, 190-191, 193-194, 196-197, 198, 200, 212-213, 227-229);
- documents relating to deals with third parties with respect to the allegedly infringed works (Request Nos. 98, 110, 126-127, 129, 130-132, 135-138);
- documents specifically relating to the value of the allegedly infringing works with respect to distribution over the internet, including on veoh.com (Request Nos. 161-162, 164-165, 167-168, 192, 201); and
- documents regarding Plaintiffs' efforts to protect the allegedly infringing works (Request Nos. 175, 177-178, 182, 184-187, 216, 218, 221, 235).

The documents sought by these Requests are critical so that Veoh may investigate Plaintiffs' alleged damages. As this Motion is filed in accordance with Local Rule 7-3, Veoh has filed an *Ex Parte* Application for an Order allowing Veoh to Shorten The Notice Period By One Day So That Its Discovery Motions Can Be Heard Before The Discovery Cut-Off. (See Docket 223).

The parties have met and conferred extensively in good faith in an attempt to resolve this dispute as required by Local Rule 37-1. This Motion is based on this Motion and Notice of Motion, the Declaration of Erin R. Ranahan in Support of

2

Veoh's Motion(s) to Compel Verified Interrogatory Responses, Production of Documents and the Addition of Custodians, the exhibits thereto, Veoh's Summary of Discovery Orders in the *MySpace/Grouper* Actions Relevant to Current Discovery Disputes (Docket 110), the supporting documents filed concurrently therewith, and upon such oral argument and submissions that may be presented at or before the hearing on this Motion.

Dated: November 25, 2008 **WINSTON & STRAWN LLP**

By /s/ Erin R. Ranahan
Michael S. Elkin
Thomas P. Lane
Jennifer A. Golinveaux
Rebecca L. Calkins
Erin R. Ranahan
Attorneys for Defendant
VEOH NETWORKS, INC.