Rebecca Lawlor Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)

Michael S. Elkin (*pro hac vice*)
Email: melkin@winston.com
Thomas P. Lane (*pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Attorneys for Defendant
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | **Case No. CV 07 5744 – AHM (AJWx)** |
| Plaintiffs, | Discovery Matter |
| vs. | **VEOH'S NOTICE OF RENEWED MOTION AND RENEWED MOTION TO COMPEL VERIFIED INTERROGATORY RESPONSES** |
| VEOH NETWORKS, INC. *et al.*, | |
| Defendants. | Local Rule 37 |
| | Hearing: 12/15/08 10:00 a.m. |
| | Discovery Cut off: 1/12/09 |

VEOH NOTICE OF RENEWED MOT. AND MOT. TO COMPEL
VERIFIED INTERROGATORY RESPONSES                              Case No. CV 07 5744 – AHM (AJWx)
LA:229801.1

Dockets.Justia.com

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2 PLEASE TAKE NOTICE that on December 15, 2008, or as soon thereafter as
3 this matter can be heard before the Honorable Andrew J. Wistrich of the United States
4 District Court for the Central District of California, at 255 E. Temple Street, Room
5 690, Los Angeles, California, 90012, Veoh Networks, Inc. ("Veoh") will and hereby
6 does move for an order compelling plaintiffs UMG Recordings, Inc. ("Plaintiffs" or
7 "UMG") to provide verified responses to interrogatories ("Motion").

8 This Motion is brought on the grounds that Plaintiffs have refused to provide
9 sufficient information in response to interrogatories at issue in this Motion, including
10 information relating to:

11 - viral marketing (Interrogatory Nos. 9, 10, 11, 13, 15, 16, 19, 24);
12 - damages (Interrogatory Nos. 4, 12, 14);
13 - Veoh's DMCA defense (Interrogatory Nos. 17, 20, 21); and
14 - previous ownership disputes regarding the copyrights at issue in this
15 action (Interrogatory No. 23).

16 UMG has also failed to provide verifications to its Interrogatory responses,
17 which were served well over six months ago, on April 9, 2008. As this Motion is filed
18 in accordance with Local Rule 7-3, Veoh has filed an *Ex Parte* Application for an
19 Order allowing Veoh to Shorten The Notice Period By One Day So That Its
20 Discovery Motions Can Be Heard Before The Discovery Cut-Off. (See Docket 223).

21 The parties have met and conferred extensively in good faith in an attempt to
22 resolve this dispute as required by Local Rule 37-1. This Motion is based on this
23 Motion and Notice of Motion, the Declaration of Erin R. Ranahan in Support of
24 Veoh's Motion(s) to Compel Verified Interrogatory Responses, Production of
25 Documents and the Addition of Custodians, the exhibits thereto, Veoh's Summary of
26 Discovery Orders in the *MySpace/Grouper* Actions Relevant to Current Discovery
27 Disputes (Docket 110), the supporting documents filed concurrently therewith, and

28

2

upon such oral argument and submissions that may be presented at or before the hearing on this Motion.

Dated: November 25, 2008  **WINSTON & STRAWN LLP**

By   /s/ Erin R. Ranahan
Michael S. Elkin
Thomas P. Lane
Jennifer A. Golinveaux
Rebecca L. Calkins
Erin R. Ranahan
Attorneys for Defendant
VEOH NETWORKS, INC.