Brian Ledahl
Irell & Manella LLP
1800 Ave. of the Stars
Suite 900
Los Angeles, CA 90067
(310) 277-1010

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UMG Recordings, Inc., et al.

PLAINTIFF(S)

v.

Veoh Networks, Inc., et al.

DEFENDANT(S).

CASE NUMBER:

07-CV-5744 AHM (AJWx)

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

(1) Declaration of Brian Ledahl in Support of UMG's Opposition to Veoh's Motion to Compel Verified Interrogatory Responses (Re: Docket No. 229)

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other   As above.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated September 30, 2008

☑ Manual Filing required (*reason*):
Filed under seal pursuant to Protective Order entered on September 30, 2008 (Docket No. 150); exhibits contain confidential information.

November 25, 2008      Brian Ledahl
Date      Attorney Name

Plaintiffs UMG Recordings, Inc., et al.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)      NOTICE OF MANUAL FILING