#225

IRELL & MANELLA LLP
Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian D. Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al*., | Case No. CV-07-05744 AHM (AJWx) |
| Plaintiffs, | **DECLARATION OF HARVEY GELLER IN SUPPORT OF UMG'S PORTION OF JOINT STIPULATION REGARDING VEOH'S MOTION TO COMPEL THE ADDITION OF CUSTODIANS AND PRODUCTION OF DOCUMENTS** |
| vs. | |
| VEOH NETWORKS, INC., *et al*., | |
| Defendants. | |

Magistrate: Hon. Andrew J. Wistrich

Date: December 15, 2008
Time: 10:00 AM
Ctrm: 690

Discovery Cutoff: January 12, 2009
Pretrial Conference: April 6, 2009
Trial Date: April 21, 2009

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1973699

GELLER DECLARATION IN SUPPORT OF UMG'S
PORTION OF JOINT STIPULATION REGARDING
VEOH'S MOTION TO COMPEL DOCUMENTS AND
CUSTODIANS

D o c k e

# DECLARATION OF HARVEY GELLER

I, Harvey Geller, declare as follows:

1.    I have been an active member of the California State Bar since 1986. Since 1995, I have been employed by the Universal Music Group ("UMG") and its predecessor as a lawyer. Prior to joining UMG, I was a litigation partner with the law firm of Mitchell, Silberberg & Knupp. I make this declaration in support of UMG's Opposition to Veoh Network Inc.'s Motion to Compel Additional Documents and Custodians. I have personal knowledge of the facts stated herein and could and would testify thereto if called as a witness.

2.    The Universal Music Group consists of the music related companies (i.e. record, publishing, distribution, and merchandise) ultimately owned by Vivendi S.A. ("Vivendi") and includes all of the plaintiffs herein. I am currently the Deputy General Counsel and Senior Vice President, Business & Legal Affairs for UMG. I have held that position or a similar position at all times relevant to this declaration.

3.    As part of my job duties and responsibilities, I am the head of UMG's litigation department, which currently consists of four attorneys (besides me) and two paralegals – all of whom ultimately report to me. The lawyers in the litigation department supervise and manage UMG's litigation, including this lawsuit. Those same lawyers also provide legal advice and counseling to the various companies comprising UMG.

4.    Among other things, I have had senior responsibility for all of UMG's significant copyright litigations in the United States, including planning its strategy and implementing that strategy with outside counsel. This litigation not only includes this case but has also included UMG's litigations against MySpace, Grouper, Napster, Aimster, Grokster, MP3.com, Bertelsmann, Hummer-Winblad, and LimeWire.

5.    In connection with my work, I communicate extensively by email with outside litigation counsel, including UMG's outside counsel for this case, Irell &

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1973699

1 Manella.  My emails with outside counsel conservatively total in the tens of
2 thousands and contain privileged communications and work product.  It would be
3 both expensive and burdensome to review those emails and to create a privilege log.
4       Executed on November 20, 2008, at Santa Monica, California.
5       I declare under penalty of perjury under the laws of the United States of
6 America that the foregoing is true and correct.

                                          _____
                                                    Harvey Geller

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1973699

GELLER DECLARATION IN SUPPORT OF UMG'S
PORTION OF JOINT STIPULATION REGARDING
VEOH'S MOTION TO COMPEL DOCUMENTS AND
CUSTODIANS