#225

Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:    (310) 203-7199

Attorneys for Plaintiffs
UMG Recordings, Inc.;
Universal Music Corp.;
Songs of Universal, Inc.;
Universal-Polygram International Publishing, Inc.;
Rondor Music International, Inc.;
Universal Music – MGB NA LLC;
Universal Music – Z Tunes LLC;
and Universal Music – MGB Music Publishing Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UMG RECORDINGS, INC., *et al.*, | Case No. CV 07-05744 AHM (AJWx) |
|---|---|
| Plaintiffs, | |
| v. | **DECLARATION OF GAYLE MOORE IN SUPPORT OF UMG'S OPPOSITION TO VEOH'S MOTION TO COMPEL THE ADDITION OF CUSTODIANS AND PRODUCTION OF DOCUMENTS** |
| VEOH NETWORKS, INC., a California corporation, DOES 1-10, inclusive, | |
| Defendants. | |
| | Date:   December 15, 2008 |
| | Time:   10:00 AM |
| | Judge:  Hon. Andrew J. Wistrich |
| | Ctrm:   690 |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1973705

DECLARATION OF GAYLE MOORE IN SUPPORT OF
UMG'S OPPOSITION TO VEOH'S MOTION TO COMPEL
THE ADDITION OF CUSTODIANS AND DOCUMENTS

# DECLARATION OF GAYLE MOORE

I, Gayle Moore, declare as follows:

1. I am currently employed by the Universal Music Group as Senior Vice President, Human Resources. The Universal Music Group is the colloquial name given to the group of music related companies owned by Vivendi S.A. (collectively "UMG"), and includes plaintiff UMG Recordings, Inc. ("UMGR"), the primary United States record company within the group, as well as the Universal Music Publishing Group plaintiffs in this action—Universal Music Corp., Songs of Universal, Inc., Universal-Polygram International Publishing, Inc., Rondor Music International, Inc., Universal Music – MGB NA LLC, Universal Music – Z Tunes LLC, and Universal Music – MGB Music Publishing Ltd. (collectively "UMPG").

2. In connection with my job responsibilities, I have personal knowledge of the Universal Music Group's list of employees.

3. Courtney Holt is not currently employed by Universal Music Group. Mr. Holt left his employment with UMG as of June 30, 2006.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of November, 2008 at New York, New York.

_____
Gayle Moore

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1973705

DECLARATION OF GAYLE MOORE IN SUPPORT OF
UMG'S OPPOSITION TO VEOH'S MOTION TO COMPEL
THE ADDITION OF CUSTODIANS AND DOCUMENTS