#225

1  Steven A. Marenberg (101033) (smarenberg@irell.com)
   Elliot Brown (150802) (ebrown@irell.com)
2  Brian Ledahl (186579) (bledahl@irell.com)
   Benjamin Glatstein (242034) (bglatstein@irell.com)
3  IRELL & MANELLA LLP
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone: (310) 277-1010
5  Facsimile: (310) 203-7199

6  Attorneys for Plaintiffs
   UMG Recordings, Inc.;
7  Universal Music Corp.;
   Songs of Universal, Inc.;
8  Universal-Polygram International Publishing, Inc.;
   Rondor Music International, Inc.;
9  Universal Music – MGB NA LLC;
   Universal Music – Z Tunes LLC;
10 and Universal Music – MGB Music Publishing Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VEOH NETWORKS, INC., a California corporation, DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 07-05744 AHM (AJWx)<br><br>**DECLARATION OF JENNIFER ROBERTS IN SUPPORT OF UMG'S OPPOSITION TO VEOH'S MOTION TO COMPEL THE ADDITION OF CUSTODIANS AND PRODUCTION OF DOCUMENTS**<br><br>Date: December 15, 2008<br>Time: 10:00 AM<br>Judge: Hon. Andrew J. Wistrich<br>Ctrm: 690 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1974674

DECLARATION OF JENNIFER ROBERTS IN SUPPORT OF UMG'S OPPOSITION TO VEOH'S MOTION TO COMPEL THE ADDITION OF CUSTODIANS AND DOCUMENTS

Dockets.Justia.com

# DECLARATION OF JENNIFER ROBERTS

I, Jennifer Roberts, declare as follows:

1. I am currently employed by Irell & Manella LLP as a Senior Paralegal. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could and would testify competently to such facts under oath. I understand this Declaration is being submitted in support of UMG's Opposition to Veoh Networks, Inc.'s Motion to Compel the Addition of Custodians and Production of Documents.

2. I am the paralegal for several cases involving UMG, including *UMG Recordings, et al. v. MySpace, Inc., et al*; *UMG Recordings, et al. v. Grouper Networks, Inc., et al.*; *UMG Recordings, et al. v. Bolt, Inc.*, and *UMG Recordings, et al. v. Veoh Networks, et al.*

3. In connection with my job responsibilities, I maintain attorney-client communications and attorney work-product material relating to each of these cases, among many others.

4. I have never been employed by a company called MusicMatch.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 21 day of November, 2008 at Los Angeles

Jennifer Roberts

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1974674

- 1 -

DECLARATION OF JENNIFER ROBERTS IN SUPPORT
OF UMG'S OPPOSITION TO VEOH'S MOTION TO
COMPEL THE ADDITION OF CUSTODIANS AND
DOCUMENTS