| | |
|---|---|
| 1 | Rebecca Lawlor Calkins (SBN: 195593) |
| | Email: rcalkins@winston.com |
| 2 | Erin R. Ranahan (SBN: 235286) |
| | Email: eranahan@winston.com |
| 3 | **WINSTON & STRAWN LLP** |
| | 333 South Grand Avenue, 38th Floor |
| 4 | Los Angeles, CA 90071-1543 |
| | Telephone: 213-615-1700 |
| 5 | Facsimile: 213-615-1750 |
| 6 | Jennifer A. Golinveaux (SBN 203056) |
| | Email: jgolinveaux@winston.com |
| 7 | **WINSTON & STRAWN LLP** |
| | 101 California Street |
| 8 | San Francisco, CA 94111 |
| | (415) 591-1506 (Telephone) |
| 9 | (415) 591-1400 (Facsimile) |
| 10 | Michael S. Elkin (*pro hac vice*) |
| | Email: melkin@winston.com |
| 11 | Thomas P. Lane (*pro hac vice*) |
| | Email: tlane@winston.com |
| 12 | **WINSTON & STRAWN LLP** |
| | 200 Park Avenue |
| 13 | New York, New York 10166 |
| | (212) 294-6700 (Telephone) |
| 14 | (212) 294-4700 (Facsimile) |
| 15 | Attorneys for Defendant |
| | VEOH NETWORKS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | **Case No. CV 07 5744 – AHM (AJWx)** |
| Plaintiffs, | Discovery Matter |
| vs. | **NOTICE OF ERRATA** |
| VEOH NETWORKS, INC. *et al.*, | Local Rule 37 |
| Defendants. | Hearing: 12/15/08 10:00 a.m. |
| | Discovery Cut off: 1/12/09 |

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on November 25, 2008, Veoh Networks, Inc. ("Veoh") electronically filed a document entitled Veoh's Notice of Motion and Motion to Compel the Addition of Custodians and Production of Documents, Docket No. 225. The related Declaration of Erin Ranahan was filed as Docket No. 225-3 and the Proposed Order as Docket No. 225-2.

During the filing of these documents, Veoh correctly named Docket No. 225, but inadvertently attached the wrong document. The Proposed Order was erroneously attached as the main document, resulting in the filing of the Proposed Order twice. The correct document, the Notice of Motion, is attached hereto as Exhibit A. Counsel for Veoh apologizes for any inconvenience.

Dated: November 26, 2008                    **WINSTON & STRAWN LLP**

                                            By   /s/ Erin R. Ranahan
                                                 Michael S. Elkin
                                                 Thomas P. Lane
                                                 Jennifer A. Golinveaux
                                                 Rebecca L. Calkins
                                                 Erin R. Ranahan
                                                 Attorneys for Defendant
                                                 VEOH NETWORKS, INC.

Rebecca Lawlor Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)

Michael S. Elkin (*pro hac vice*)
Email: melkin@winston.com
Thomas P. Lane (*pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Attorneys for Defendant
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | **Case No. CV 07 5744 – AHM (AJWx)** |
| Plaintiffs, | Discovery Matter |
| vs. | **VEOH'S NOTICE OF MOTION AND MOTION TO COMPEL THE ADDITION OF CUSTODIANS AND PRODUCTION OF DOCUMENTS** |
| VEOH NETWORKS, INC. *et al.*, | |
| Defendants. | Local Rule 37 |
| | Hearing: 12/15/08 10:00 a.m. |
| | Discovery Cut off: 1/12/09 |

VEOH NOTICE OF MOT. AND MOT. TO COMPEL ADDITION OF
CUSTODIANS AND PRODUCTION OF DOCUMENTS   Case No. CV 07 5744 – AHM (AJWx)

LA:229690.1

A-2

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on December 15, 2008, or as soon thereafter as this matter can be heard before the Honorable Andrew J. Wistrich of the United States District Court for the Central District of California, at 255 E. Temple Street, Room 690, Los Angeles, California, 90012, Veoh Networks, Inc. ("Veoh") will and hereby does move for an order compelling plaintiffs UMG Recordings, Inc. ("Plaintiffs" or "UMG") to add custodians and produce documents.

This Motion is brought on the grounds that:

- Plaintiffs have refused to search the files of seven key custodians, Geller, Kossowicz, Oliver, Urie, Roberts, Iovine and Holt, and
- Plaintiffs have refused to conduct a diligent, good-faith search for responsive documents.

The discovery sought by this Motion is critical to Veoh's defense. Veoh moves for an order compelling Plaintiffs to search the additional custodians and finally conduct a diligent, good-faith search for responsive documents. As this Motion is filed in accordance with Local Rule 7-3, Veoh has filed an *Ex Parte* Application for an Order allowing Veoh to Shorten The Notice Period By One Day So That Its Discovery Motions Can Be Heard Before The Discovery Cut-Off. (See Docket 223).

The parties have met and conferred extensively in good faith in an attempt to resolve this dispute as required by Local Rule 37-1. This Motion is based on this Motion and Notice of Motion, the Declaration of Erin R. Ranahan in Support of Veoh's Motion(s) to Compel Verified Interrogatory Responses, Production of Documents and the Addition of Custodians, the exhibits thereto, Veoh's Summary of Discovery Orders in the *MySpace/Grouper* Actions Relevant to Current Discovery Disputes (Docket 110), the supporting documents filed concurrently therewith, and

VEOH NOTICE OF MOT. AND MOT. TO COMPEL ADDITION OF
CUSTODIANS AND PRODUCTION OF DOCUMENTS     Case No. CV 07 5744 – AHM (AJWx)
LA:229690.1

A-3

upon such oral argument and submissions that may be presented at or before the hearing on this Motion.

Dated: November 25, 2008      **WINSTON & STRAWN LLP**

By   /s/ Erin R. Ranahan
Michael S. Elkin
Thomas P. Lane
Jennifer A. Golinveaux
Rebecca L. Calkins
Erin R. Ranahan
Attorneys for Defendant
VEOH NETWORKS, INC.

VEOH NOTICE OF MOT. AND MOT. TO COMPEL ADDITION OF
CUSTODIANS AND PRODUCTION OF DOCUMENTS          Case No. CV 07 5744 – AHM (AJWx)
LA:229690.1

A-4