IRELL & MANELLA LLP
Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian D. Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC., *et al.*,<br><br>Defendants. | Case No. CV-07-05744 AHM (AJWx)<br><br>**LEDAHL DECLARATION IN SUPPORT OF UMG'S OPPOSITION TO VEOH'S *EX PARTE* APPLICATION FOR AN ORDER TO SHOW CAUSE (DOCKET #239)**<br><br>**Concurrently filed herewith:**<br><br>(1) UMG's Opposition To Veoh's *Ex Parte* Application For An Order To Show Cause<br><br>Magistrate: Hon. Andrew J. Wistrich<br><br>Date: TBD<br>Time: TBD<br>Ctrm: 690<br><br>Discovery Cutoff: January 12, 2009<br>Pretrial Conference: April 6, 2009<br>Trial Date: April 21, 2009 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1977686

LEDAHL DECLARATION IN SUPPORT OF UMG'S
OPPOSITION TO VEOH'S EX PARTE APPLICATION
FOR AN ORDER TO SHOW CAUSE (DOCKET #239)

# DECLARATION OF BRIAN LEDAHL

I, Brian Ledahl, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for plaintiff UMG Recordings, Inc. and other affiliated UMG entities ("UMG") in this case. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. This declaration is submitted in support of UMG's Opposition To Veoh's *Ex Parte* Application For An Order To Show Cause Why Plaintiffs and Their Counsel Should Not Be Found In Contempt (Docket #239). I have personal knowledge of the facts set forth below and if called as a witness, I could and would testify to these same facts under oath.

2. On the evening of November 24, counsel for Veoh contacted counsel for UMG and indicated that it would be willing to stipulate that UMG was entitled to take Veoh's deposition. UMG agreed to withdraw its motion on the condition that Veoh promptly provide dates for deposition. Attached hereto as Exhibit A is a true and correct copy of a November 24, 2008, email from Mr. Glatstein to Ms. Calkins which suggested that the parties provide all remaining deposition dates by December 4, 2008. Veoh did not respond to this proposal.

3. On November 25, Mr. Glatstein and I were both out of the office due to the Thanksgiving holiday. I had previously informed Veoh that I would not be in the office the week of Thanksgiving. Mr. Glatstein had similarly informed Veoh that he would be unavailable on Tuesday, November 25. Regardless, on November 25, Veoh emailed a letter to me and Mr. Glatstein. Attached hereto as Exhibit B is a true and correct copy of the email transmitting the letter from Ms. Calkins, which is addressed to myself and Mr. Glatstein. At 7:35 p.m. on Tuesday, November 25, Veoh emailed the same letter to UMG's other counsel, Messrs. Steven Marenberg and Elliot Brown.

4. Mr. Marenberg agreed to meet and confer with Ms. Calkins on November 26, the day before Thanksgiving. A true of correct copy of a letter sent

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1977686

- 1 -

LEDAHL DECLARATION IN SUPPORT OF UMG'S
OPPOSITION TO VEOH'S EX PARTE APPLICATION
FOR AN ORDER TO SHOW CAUSE (DOCKET #239)

by Mr. Marenberg to Ms. Calkins that same day is attached hereto as Exhibit C. Though Mr. Marenberg requested that the letter be attached to any *ex parte* application Veoh filed, Veoh did not attach the letter to its application.

5. On November 13, I emailed counsel for Veoh to provide a date for the deposition of Mr. Harvey Geller. Veoh took Mr. Geller's deposition on November 25. A true and correct copy of that email is attached hereto as Exhibit D.

6. On November 19, I emailed counsel for Veoh to provide a date for the deposition of Mr. David Ring. That deposition is scheduled for December 5, 2008. A true and correct copy of that email is attached hereto as Exhibit E.

7. On November 24, my colleague, Benjamin Glatstein, emailed counsel for Veoh, Jennifer Golinveaux and Rebecca Calkins, to provide dates and witnesses for many of Veoh's Rule 30(b)(6) deposition topics. A true and correct copy of that email is attached hereto as Exhibit F.

8. On December 1, 2008, I emailed counsel for Veoh to provide two further dates and witnesses for four remaining topics relating to Veoh's Rule 30(b)(6) deposition notice. A true and correct copy of that email is attached hereto as Exhibit G.

9. Attached hereto as Exhibit H is a true and correct copy of a September 23, 2008, email from Rebecca Calkins to me withdrawing certain topics from Veoh's Rule 30(b)(6) Notice. Though Veoh's September 23 email noted that UMG reserved its objections to the remaining topics, Veoh did not move to compel UMG to appear for deposition on any of the topics to which UMG objected.

Executed on December 1, 2008, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Brian Ledahl

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1977686

- 2 -

LEDAHL DECLARATION IN SUPPORT OF UMG'S
OPPOSITION TO VEOH'S EX PARTE APPLICATION
FOR AN ORDER TO SHOW CAUSE (DOCKET #239)