IRELL & MANELLA LLP
Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian D. Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC., *et al.*,<br><br>Defendants. | Case No. CV-07-05744 AHM (AJWx)<br><br>**GLATSTEIN DECLARATION IN SUPPORT OF UMG'S OPPOSITION TO VEOH'S *EX PARTE* APPLICATION FOR AN ORDER TO SHOW CAUSE (DOCKET #210)**<br><br>**Concurrently filed herewith:**<br><br>(1) UMG's Reply In Support Of UMG'S Motion to Compel Deposition of Veoh Networks<br><br>Magistrate: Hon. Andrew J. Wistrich<br><br>Date: December 8, 2008<br>Time: 10:00 a.m.<br>Ctrm: 690<br><br>Discovery Cutoff: January 12, 2009<br>Pretrial Conference: April 6, 2009<br>Trial Date: April 21, 2009 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1977691

GLATSTEIN DECLARATION IN SUPPORT OF UMG'S
OPPOSITION TO VEOH'S EX PARTE APPLICATION
FOR AN ORDER TO SHOW CAUSE (DOCKET #210)

Dockets.Justia.com

# DECLARATION OF BENJAMIN GLATSTEIN

I, Benjamin Glatstein, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for plaintiff UMG Recordings, Inc. and other affiliated UMG entities ("UMG") in this case. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. This declaration is submitted in support of UMG's Reply Brief In Support Of Motion to Compel Veoh to Appear (Docket #210). I have personal knowledge of the facts set forth below and if called as a witness, I could and would testify to these same facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of a November 26, 2008, letter from Steven Marenberg to Rebecca Calkins.

3. Attached hereto as Exhibit B is a true and correct copy of a November 19, 2008, letter from Brian Ledahl to Jennifer Golinveaux. The letter requests deposition dates for two Veoh witnesses. Veoh has not provided any dates in response to UMG's letter.

4. Plaintiffs incurred in excess of $3,075 in attorneys' fees in connection with our firm's work in preparing and filing the Motion to Compel Veoh to Appear for Rule 30(b)(6) Deposition (Docket #210), as well as the Reply Brief in support of that motion. This figure takes into account all discounts received by UMG and excludes (1) time spent preparing the Local Rule 37 meet and confer letter sent on October 23, 2008 (attached to the Ledahl Declaration as Exhibit C), and (2) time spent meeting and conferring with Veoh on October 24 and 30, and November 3 and 12.

Executed on December 1, 2008, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Benjamin Glatstein

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1977691

- 1 -

GLATSTEIN DECLARATION IN SUPPORT OF UMG'S
OPPOSITION TO VEOH'S EX PARTE APPLICATION
FOR AN ORDER TO SHOW CAUSE (DOCKET #210)