Re: Docket No. 222

Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VEOH NETWORKS, INC., *et al.*, <br><br> Defendants. | Case No. CV-07-05744 AHM (AJWx) <br><br> **DECLARATION OF BRIAN LEDAHL IN SUPPORT OF UMG'S OPPOSITION VEOH'S RENEWED MOTION TO COMPEL CHAIN OF TITLE DISCOVERY (DOCKET #222)** <br><br> **Filed Concurrently Herewith:** <br> 1. UMG'S Opposition to Veoh's Motion to Compel Identification and Chain of Title Discovery <br><br> Judge: Hon. Andrew Wistrich <br> Date: December 15, 2008 <br> Time: 10:00 AM <br> Courtroom: 690 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1977891

DECLARATION OF BRIAN LEDAHL IN SUPPORT OF
UMG'S OPPOSITION VEOH'S MOTION TO COMPEL
IDENTIFICATION AND CHAIN OF TITLE DISCOVERY
(DOCKET #222)

Dockets.Justia.com

# DECLARATION OF BRIAN LEDAHL

I, Brian Ledahl, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiffs (collectively "UMG") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. A true and correct copy of the transcript from the Court's March 17, 2008, Rule 16 scheduling conference is attached hereto as Exhibit A.

3. A true and correct copy of the transcript from the Court's August 25, 2008, hearing on UMG's and Veoh Networks, Inc.'s ("Veoh") first motions to compel is attached hereto as Exhibit B.

4. On July 21, 2008, UMG submitted the Declaration of Michael Ostroff in support of its opposition to Veoh's first motion to compel. A true and correct copy of Mr. Ostroff's declaration is attached hereto as Exhibit C.

5. Attached hereto as Exhibit D is a true and correct copy of the PACER docket report for *UMG Recordings, Inc., et al. v. MP3.com, Inc.*, 00-CV-00472.

6. Attached hereto as Exhibit E is a true and correct copy of the PACER docket report for *Arista Records Inc., et al. v. Launch Media, Inc.*, 01-CV-04450.

//
//
//
//
//
//
//
//

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1977891

- 1 -

DECLARATION OF BRIAN LEDAHL IN SUPPORT OF
UMG'S OPPOSITION VEOH'S MOTION TO COMPEL
IDENTIFICATION AND CHAIN OF TITLE DISCOVERY
(DOCKET #222)

7. Plaintiffs incurred in excess of $2,000 in attorneys' fees in connection with our firm's work in preparing and filing UMG's Opposition to Veoh's Renewed Motion to Compel Identification of Works at Issue (Docket #221). This figure takes into account all discounts received by UMG, but excludes time spent opposing Veoh's previous motions to compel the production of chain of title information (*see* Docket Nos. 73 & 194).

Executed on December 1, 2008, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Brian Ledahl

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1977891

- 2 -

DECLARATION OF BRIAN LEDAHL IN SUPPORT OF
UMG'S OPPOSITION VEOH'S MOTION TO COMPEL
IDENTIFICATION AND CHAIN OF TITLE DISCOVERY
(DOCKET #222)