Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VEOH NETWORKS, INC., *et al.*, <br><br> Defendant. | Case No. CV-07-05744 AHM (AJWx) <br><br> **UMG'S NOTICE OF MOTION AND MOTION TO COMPEL REGARDING (1) SEARCH TERMS, (2) CUSTODIANS, AND (3) "SKYPE" ACCOUNTS** <br><br> **Filed Concurrently Herewith:** <br> **1. Joint Stipulation (UNDER SEAL);** <br> **2. Declarations of Brian Ledahl (UNDER SEAL) and Erin Ranahan;** <br> **3. [Proposed] Order;** <br><br> Magistrate: Hon. Andrew J. Wistrich <br><br> Date: January 12, 2008 <br> Time: 10:00 a.m. <br> Courtroom: 690 <br><br> Discovery Cutoff: January 12, 2009 <br> Pretrial Conference: April 6, 2009 <br> Trial Date: April 21, 2009 |

1978585

| | |
|---|---|
| 1 | **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:** |
| 2 | PLEASE TAKE NOTICE that on January 12, 2009, at 10:00 a.m., or such |
| 3 | earlier date to be set by the Court, before the Honorable Andrew J. Wistrich of the |

PLEASE TAKE NOTICE that on January 12, 2009, at 10:00 a.m., or such earlier date to be set by the Court, before the Honorable Andrew J. Wistrich of the United States District Court for the Central District of California, at 225 E. Temple St., Room 690, Los Angeles, CA, 90012, Plaintiffs (collectively "UMG") will move and hereby move to compel further discovery responses from Veoh Networks, Inc. ("Veoh"), regarding (1) Search Terms, (2) Custodians, and (3) "Skype" Accounts.

The parties have met and conferred in a good faith attempt to resolve this dispute, as required by Local Rule 37-1. *See generally* Ledahl Declaration In Support Of Motion; *see also id.*, at Ex. B.

This motion is based on this Notice of Motion, the Joint Stipulation of the parties pursuant to Local Rule 37-2 (filed under seal), the Declaration of Brian Ledahl (filed under seal), the exhibits thereto, and upon such additional submissions and arguments as may be presented at or before the hearing on this Motion.

Dated: December 2, 2008

IRELL & MANELLA LLP
Steven A. Marenberg
Elliot Brown
Brian Ledahl
Benjamin Glatstein


By:  /s/
         Brian Ledahl

Attorneys for Plaintiffs