Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VEOH NETWORKS, INC., *et al.*, <br><br> Defendant. | **Case No. CV-07-05744 AHM (AJWx)** <br><br> **UMG'S RESPONSE TO EX PARTE APPLICATION TO SHORTEN TIME ON MOTION TO SEVER, STAY OR IN THE ALTERNATIVE FOR A STATUS CONFERENCE** <br><br> Judge: Hon. A. Howard Matz <br><br> Date: TBD <br> Time: TBD <br> Courtroom: 690 <br><br> Discovery Cutoff: January 12, 2009 <br> Pretrial Conference: April 6, 2009 <br> Trial Date: April 21, 2009 |

UMG'S RESPONSE TO EX PARTE APPLICATION TO SHORTEN TIME ON MOTION TO SEVER, STAY OR IN THE ALTERNATIVE FOR A STATUS CONFERENCE

1978564

Dockets.Justia.com

## I. INTRODUCTION

Plaintiffs (collectively "UMG") hereby respond to the *ex parte* application filed by certain defendants seeking to shorten time on a motion to sever and stay claims against them, or alternatively for a status conference. Following discussions with counsel, UMG does not oppose defendants' application for expedited consideration of their motion (though UMG does oppose the underlying motion). UMG's non-opposition, however, is predicated on defendants' agreement that UMG may present a cross-motion for adjustment of the case schedule in this case for hearing concurrent with defendants' motion to sever or stay. Defendants do not oppose UMG's proposed accelerated consideration of a cross-motion which would be filed by December 5, with any opposition to be filed by December 10, and any reply to be filed by December 12. UMG's cross-motion would then be set for hearing on December 15, concurrent with defendants' proposed schedule for hearing of their motion to sever and stay.

UMG maintains that a conference with the Court to address scheduling matters is appropriate. As the Court is aware, the discovery cut-off in this matter is currently set for January 12, 2009. UMG respectfully submits that an adjustment of that date and the following dates in the schedule is necessary for a variety of reasons. Moving defendants have indicated both in their moving papers, and in a conference with UMG conducted only after filing their motion[1], that the basis for their motion is the short time remaining in the case schedule. UMG's proposed cross-motion will seek a 120-day extension of the case schedule which would, among other things, address the concerns raised by defendants and moot the concerns set forth in the motion to sever and stay.

---

[1] UMG notes that defendants filed their underlying motion in violation of Local Rule 7-3. As set forth in the declaration of Robert Badal (Dkt. #238-2), defendants first even requested a conference on November 21. *Id.*, ¶ 15. No conference was actually conducted until December 1, 2008 (after defendants had already filed their motion). By their own admission, defendants filed their motion at most only four calendar days after an alleged conference of counsel, not the 20 days required by Local Rule 7-3.

UMG'S RESPONSE TO EX PARTE APPLICATION TO
SHORTEN TIME ON MOTION TO SEVER, STAY OR IN
THE ALTERNATIVE FOR A STATUS CONFERENCE

1978564 - 1 -

## II. AN ADJUSTMENT TO THE CASE SCHEDULE IS WARRANTED

As UMG indicated to defendants, UMG believes that adjustment of the overall case schedule is appropriate. When defendants finally conferred with UMG after filing their motion, defendants indicated that the concerns underlying their motion were that they did not have adequate time to participate in discovery before the cutoff date set in the current schedule. Defendants did not identify any other consideration motivating the request for severance and stay. *Id.* UMG proposed at that time that the parties jointly request a 120-day extension of the case schedule to address the concerns of defendants and UMG's concerns about the pace of discovery from Veoh in this action. Defendants have indicated that they oppose this proposal. UMG respectfully submits that adjustment of the case schedule will moot many of the concerns underlying defendants' motion. Thus, UMG respectfully submits that consideration of a cross-motion for adjustment of the case schedule should be considered at the same time as defendants' motion. To that end, UMG does not oppose defendants' *ex parte* application to shorten time, provided that UMG is also provided the opportunity to present its cross-motion for hearing at the same time as defendants' motion to sever and stay.

Dated: December 2, 2008

IRELL & MANELLA LLP
Steven A. Marenberg
Elliot Brown
Brian Ledahl
Benjamin Glatstein


By: /s Brian Ledahl
Brian Ledahl

Attorneys for Plaintiffs

UMG'S RESPONSE TO EX PARTE APPLICATION TO
SHORTEN TIME ON MOTION TO SEVER, STAY OR IN
THE ALTERNATIVE FOR A STATUS CONFERENCE

1978564 - 2 -