Rebecca Lawlor Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)

Michael S. Elkin (*pro hac vice*)
Email: melkin@winston.com
Thomas P. Lane (*pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Attorneys for Defendant
VEOH NETWORKS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | Case No. CV 07 5744 – AHM (AJWx) |
| Plaintiffs, | Discovery Matter |
| vs. | **NOTICE OF ERRATA RE EXHIBIT 2 TO DECLARATION OF ERIN R. RANAHAN (DOCKET 260)** |
| VEOH NETWORKS, INC. *et al.*, | |
| Defendants. | |
| | Discovery Cut off: 1/12/09 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on December 2, 2008, Veoh Networks, Inc. ("Veoh") electronically filed a document entitled Declaration of Erin R. Ranahan in Opposition to Motion to Compel Regarding (1) Search Terms; (2) Custodians and (3) "Skype" Accounts, Docket No. 260.

During the filing of these documents, Veoh correctly named Docket No. 260, but inadvertently attached the wrong attachment as Exhibit 2. Exhibit 1 was erroneously attached as both Exhibit 1 and Exhibit 2. The correct Exhibit 2 is attached hereto as Exhibit A. Counsel for Veoh apologizes for any inconvenience.

Dated: December 2, 2008      **WINSTON & STRAWN LLP**

By   /s/ Erin R. Ranahan
Michael S. Elkin
Thomas P. Lane
Jennifer A. Golinveaux
Rebecca L. Calkins
Erin R. Ranahan
Attorneys for Defendant
VEOH NETWORKS, INC.