# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5744 AHM (AJWx) | Date | December 2, 2008 |
|---|---|---|---|
| Title | UMG RECORDINGS, INC., et al. v. VEOH NETWORKS, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |

**Proceedings:**     (In Chambers)–No Proceedings Held

    The Court is about to commence work on the various motions that are now pending.  (Regrettably, the crush of other work has caused a delay.)  The Court has become aware that Robert Badal, Esq. represents Shelter Capital Partners LLC and Shelter Venture Fund LP.  Mr. Badal is a friend of the Court.  The Court has gone to lunch with him and has socialized with him (with spouses present) on infrequent occasions, although not at the residence of either couple. Mr. Badal invited the Court to speak at a legal conference in 2007.  The Court does not find that this relationship will interfere with, much less prevent, the Court from carrying out its responsibilities properly and ethically.

|  | : |
|---|---|
| Initials of Preparer | SMO |

Dockets.Justia.com