**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

**CIVIL MINUTES--GENERAL**

Case No.   CV 07-5744 AHM (AJWx)                  Date: December 3, 2008

Title: <u>UMG RECORDINGS, INC., et al. v. VEOH NETWORKS, INC., et al.</u>
==================================================================
PRESENT:      **HON.  <u>ANDREW J. WISTRICH</u>, MAGISTRATE JUDGE**

<u>      Ysela Benavides      </u>                <u>                         </u>
         Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:
         None Present                                 None Present


**ORDER REGARDING UMG'S MOTION TO COMPEL VEOH TO APPEAR AT RULE 30(b)(6) DEPOSITIONS**

Veoh has filed a statement of non-opposition.

The motion is **granted**.

**IT IS SO ORDERED.**

cc:   Parties

MINUTES FORM 11                                   Initials of Deputy Clerk_____
CIVIL-GEN