UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES--GENERAL

Case No.  CV 07-5744 AHM (AJWx)                    Date: December 5, 2008

Title: UMG RECORDINGS, INC., et al. v. VEOH NETWORKS, INC., et al.
================================================================
PRESENT:     **HON. ANDREW J. WISTRICH, MAGISTRATE JUDGE**

      Ysela Benavides
    Deputy Clerk                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:
    None Present                                   None Present

**ORDER REGARDING VEOH'S EX PARTE APPLICATION FOR PROTECTIVE ORDER ALLOW IT TO CEASE STORING CANCELLED VIDEO FILES**

The ex parte application is **denied** without prejudice to its renewal after compliance with Local Rule 37.  This is not an emergency.  See Mission Power Eng'g Co. v. Continental Cas. Co., 883 F. Supp. 488 (C.D. Cal. 1995).  Although the Court has perhaps been more liberal than it should have been in tolerating Veoh's use of the ex parte application mechanism, Veoh has overused it to the point that it is unduly burdening both the Court and UMG's counsel.  Therefore, from this point forward, Veoh is forbidden from filing ex parte applications regarding discovery disputes without obtaining the prior telephonic permission of the Clerk.

**IT IS SO ORDERED.**

cc:  Parties

MINUTES FORM 11                                    Initials of Deputy Clerk_____
CIVIL-GEN