# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

## CIVIL MINUTES--GENERAL

Case No.   CV 07-5744 AHM (AJWx)                      Date: December 5, 2008

Title: UMG RECORDINGS, INC., et al. v. VEOH NETWORKS, INC., et al.
================================================================
PRESENT:    **HON.  ANDREW J. WISTRICH, MAGISTRATE JUDGE**

|              Ysela Benavides              |                                |
|-------------------------------------------|--------------------------------|
| Deputy Clerk                              | Court Reporter                 |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:
       None Present                                    None Present


**ORDER REGARDING VEOH'S EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE WHY PLAINTIFFS SHOULD NOT BE FOUND IN CONTEMPT FOR REFUSAL TO COMPLY WITH THE COURT'S NOVEMBER 20, 2008 ORDER**

The ex parte application is **denied** without prejudice to its renewal on the basis of a more adequate record (that is, a topic-by-topic explanation of exactly how Veoh contends that UMG's compliance with Veoh's Fed. R. Civ. P. 30(b)(6) deposition notice is lacking) after compliance with Local Rule 37.  Further, this is not an emergency warranting an ex parte application.  See Mission Power Eng'g Co. v. Continental Cas. Co., 883 F. Supp. 488 (C.D. Cal. 1995).

**IT IS SO ORDERED.**

cc:   Parties


MINUTES FORM 11                                Initials of Deputy Clerk_____
CIVIL-GEN