# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

No.   CV 07–5744-AHM(AJWx)                                    Date: December 05, 2008

Title: UMG RECORDINGS, INC. ET AL. VS. VEOH NETWORKS, INC., ET AL.

Present: The
 Honorable    ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

| Ysela Benavides | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: | |

**Proceedings:**     ORDER RE-CALENDARING VARIOUS DISCOVERY HEARINGS

The parties are advised that the following motions listed below are being continued for hearing from December 15, 2008 to December 17, 2008, at 10 a.m. in Courtroom 690, Roybal Federal Courthouse.

1) Veoh's Renewed Motion to Compel Verified Interrogatory Responses;

2) Veoh's Renewed Motion to Compel Plaintiff UMG to Identify Works at Issue;

3) Veoh's Renewed Motion to Produce Chain of Title/Rights Information re Allegedly Infringed Works;

4) Veoh's Renewed Motion to Compel Production of Documents Relating to Financial Information and Damages and

5) Veoh's Motion to Compel the Addition of Custodians and Production of Documents

In addition,  UMG's Motion to Compel Re (1)Search Terms, (2)Custodians, and (3) "Skype" Accounts is rescheduled from January 12, 2009, to December 17, 2008, 10 a.m. Supplemental memorandum briefs shall be filed by Thursday, December 11, 2008,  noon.

IT IS SO ORDERED.

cc:  Parties

                                                                                          :
                                                      Initials of Preparer    yb