# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV07-5744-AHM (AJWx) | Date | December 4, 2008 |
| Title | UMG RECORDINGS, INC. v. VEOH NETWORKS, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Ricardo Juarez | Cindy Nirenberg | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Steven A. Marenberg<br>Brian D. Ledahl | Michael S. Elkin<br>Robert Badal<br>Maria Vento<br>Alisa Edelson<br>Thomas Lane<br>Annette Hurst (by phone) |

**Proceedings:**     STATUS CONFERENCE

Cause called; appearances made.

Court and counsel confer regarding discovery, Defendants' Motion to Sever and Stay [238], Defendants' Ex Parte Application to Shorten Time for Hearing [240] and the Court's proposal as stated on the record.

Defendants' Ex Parte Application [240] is DENIED. The Court VACATES the December 22, 2008 hearing date on Defendants' Motion to Sever and Stay [238]. The Court also ORDERS the parties to meet and confer regarding the scheduling order and the Court's proposal. Thereafter, the parties shall file on or before December 10, 2008 a joint status report, in accordance with the Court's proposal, containing the parties' revisions to the previously entered scheduling order.

IT IS SO ORDERED.

| | 0 | : | 39 |
|---|---|---|---|
| | Initials of Preparer | | RJ |