1 | IRELL & MANELLA LLP
Steven A. Marenberg (101033) smarenberg@irell.com
Elliot Brown (150802) ebrown@irell.com
Brian D. Ledahl (186579) bledahl@irell.com
Benjamin Glatstein (242034) bglatstein@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

ADDITIONAL COUNSEL LISTED
ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> VEOH NETWORKS, INC., et al., <br><br> Defendants. | Case No. CV 07-5744 AHM (AJWx) <br><br> JOINT STATUS REPORT PURSUANT TO DECEMBER 4, 2008 ORDER <br><br> Date: <br> Time: <br> Ctrm: 14 <br> Judge: Hon. A. Howard Matz |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

JOINT STATUS REPORT PURSUANT TO
DECEMBER 4, 2008 ORDER

Pursuant to the Court's Minute Order of December 4, 2008, and the Status Conference conducted by the parties and the Court on that date, the parties hereby submit this joint status report regarding the Court's proposal relating to administration of the case with respect to Defendants Shelter Capital Partners, LLC, Shelter Venture Fund, L.P. (collectively "Shelter Capital"), Spark Capital, LLC, Spark Capital, L.P. (collectively "Spark Capital"), and The Tornante Company ("Tornante"), LLC, and with respect to revisions to the previously-entered scheduling order as among Plaintiffs and Defendant Veoh Networks, Inc. ("Veoh").

Pursuant to the Court's Order, the parties have collectively met and conferred regarding these issues through discussions on December 8, December 9, and December 10. The parties report on the status of the two issues raised by the Court respectively below.

## I. THE COURT'S PROPOSAL

With respect to the Court's proposal for administration of the case with respect to the Shelter Capital, Spark Capital and Tornante, UMG and these defendants have extensively discussed the issues and exchanged proposals for a possible stipulation to stay proceedings against these defendants as discussed with the Court at the December 4, 2008 Status Conference. Specifically, UMG and these defendants have participated in three conference calls on December 8, 9, and 10, 2008. In addition, Shelter Capital, Spark Capital and Tornante submitted their proposal to UMG (attached hereto as Exhibit "A") on December 9, 2008 to which UMG responded with a counter-proposal (attached hereto as Exhibit "B") the following day. In light of the complexity of the collateral estoppel issues as well as the future effects of a collateral estoppel agreement among these parties, UMG and Shelter Capital, Spark Capital and Tornante require additional time to consult with their clients and to consider and discuss their respective proposals. These parties request the opportunity to discuss these issues further and submit another joint status report on December 15, 2008 outlining the outcome of those discussions.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

JOINT STATUS REPORT PURSUANT TO
DECEMBER 4, 2008 ORDER

- 1 -

## II. CASE SCHEDULE

UMG and Veoh have also discussed adjustments to the case schedule in this matter, but have not reached an agreement on an appropriate adjustment. To avoid presenting these matters to the Court piecemeal, UMG and Veoh respectfully propose that each party also present its position on adjustment of the case schedule in connection with a further joint status report on December 15, 2008.

Respectfully submitted,

Dated: December 10, 2008                    IRELL & MANELLA LLP

By: /s Steven A. Marenberg
Steven A. Marenberg
Attorneys for Plaintiffs

Dated: December 10, 2008                    WINSTON & STRAWN LLP

By: /s Thomas Lane (w/ permission)
Thomas Lane
Attorneys for Defendant Veoh Networks, Inc.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

JOINT STATUS REPORT PURSUANT TO
DECEMBER 4, 2008 ORDER

- 2 -

| | |
|---|---|
| Dated: December 10, 2008 | WILMER CUTLER PICKERING HALE AND DORR LLP<br><br>ORRICK HERRINGTON & SUTCLIFFE LLP<br><br><br>By: /s Robert G. Badal (w/ permission)<br>Robert G. Badal<br>Attorneys for Defendants Shelter Capital Partners, LLC, and Shelter Venture Fund, L.P. |
| Dated: December 10, 2008 | KULIK, GOTTESMAN, MOUTON & SIEGEL, LLP<br><br><br>By: /s Alisa S. Edelson (w/ permission)<br>Alisa S. Edelson<br>Attorneys for Defendant The Tornante Company LLC |
| Dated: December 10, 2008 | WILMER CUTLER PICKERING HALE AND DORR LLP<br><br><br>By: /s Maria Vento (w/ permission)<br>Maria Vento<br>Attorneys for Defendants Spark Capital, LLC, and Spark Capital, L.P. |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations