| | |
|---|---|
| 1 | Rebecca Lawlor Calkins (SBN: 195593)<br>Email: rcalkins@winston.com |
| 2 | Erin R. Ranahan (SBN: 235286)<br>Email: eranahan@winston.com |
| 3 | **WINSTON & STRAWN LLP**<br>333 South Grand Avenue, 38th Floor |
| 4 | Los Angeles, CA 90071-1543<br>Telephone: 213-615-1700 |
| 5 | Facsimile: 213-615-1750 |
| 6 | Jennifer A. Golinveaux (SBN 203056)<br>Email: jgolinveaux@winston.com |
| 7 | **WINSTON & STRAWN LLP**<br>101 California Street |
| 8 | San Francisco, CA 94111<br>(415) 591-1506 (Telephone) |
| 9 | (415) 591-1400 (Facsimile) |
| 10 | Michael S. Elkin (*pro hac vice*)<br>Email: melkin@winston.com |
| 11 | Thomas P. Lane (*pro hac vice*)<br>Email: tlane@winston.com |
| 12 | **WINSTON & STRAWN LLP**<br>200 Park Avenue |
| 13 | New York, New York 10166<br>(212) 294-6700 (Telephone) |
| 14 | (212) 294-4700 (Facsimile) |
| 15 | Attorneys for Defendant<br>VEOH NETWORKS, INC. |

**Winston & Strawn LLP**
**333 South Grand Avenue**
**Los Angeles, CA 90071-1543**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC., *et al.*<br><br>Defendants. | **Case No. CV 07 5744 – AHM (AJWx)**<br><br>Discovery Matter<br><br>**[PROPOSED] ORDER GRANTING VEOH NETWORK INC.'S RENEWED MOTION TO COMPEL PLAINTIFFS TO IDENTIFY WORKS AT ISSUE**<br><br>Hearing: 12/15/08 10:00 a.m.<br>Discovery Cut off: 1/12/09 |

**[PROPOSED] ORDER GRANTING VEOH'S MOTION TO COMPEL**
**Case No. CV 07 5744 – AHM (AJWx)**

This Court, having considered Veoh Networks, Inc's ("Veoh") Renewed Motion to Compel Plaintiffs to Identify Works at Issue ("Motion"), the declarations and other evidence submitted, and such other and further evidence as may be considered by this Court, hereby rules as follows:

**IT IS HEREBY ORDERED** that:

Veoh's Motion is **GRANTED**. Plaintiffs shall:

1. Identify any remaining copyrighted works and alleged infringements upon which this action is based in response to Interrogatory Nos.

- 1 (Identify all copyrights owned by, or exclusively licensed to, you that you claim Veoh has infringed, and for each, specify whether Veoh's alleged infringement was direct, contributory, or vicarious);
- 2 (For each infringement for which you claim Veoh bears contributory or vicarious liability, identify the direct infringement from which the contributory or vicarious liability arises);
- 3 (For each direct infringement requested to be identified in Interrogatory No. 2, state all facts on which you base your claim that Veoh bears contributory or vicarious copyright infringement liability for such infringement);

Such identification shall include information sufficient to allow Veoh to identify the alleged infringements, including: (i) the name or other unique identifier and Copyright Registration No. of the infringed work; and (ii) the Veoh Video and Permalink for each video that allegedly infringes that work for which Plaintiffs claim Veoh bears liability.

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

1

**[PROPOSED] ORDER GRANTING VEOH'S MOTION TO COMPEL**
**Case No. CV 07 5744 – AHM (AJWx)**

2. Produce documents in response to Request for Production No.:
- 26 (All documents concerning direct infringements of your copyrights claimed in this action, for which you allege Veoh is indirectly liable).

Plaintiffs shall comply with this order no later than _____.

IT IS SO ORDERED

Dated: _____         _____
                                                                       Hon. Andrew J. Wistrich
                                                                       United States Magistrate Judge
                                                                       Central District of California