Rebecca Lawlor Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)

Michael S. Elkin (*pro hac vice*)
Email: melkin@winston.com
Thomas P. Lane (*pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Attorneys for Defendant
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC. *et al.*,<br><br>Defendants. | Case No. CV 07 5744 – AHM (AJWx)<br><br>**SUPPLEMENTAL MEMORANDUM PURSUANT TO LOCAL RULE 37-2.3 IN OPPOSITION TO UMG RECORDINGS, INC.'S MOTION TO COMPEL REGARDING (1) SEARCH TERMS, (2) CUSTODIANS, AND (3) "SKYPE" ACCOUNTS**<br><br>Date: 12/17/08<br>Time: 10:00 a.m.<br>Crtrm: 690<br>Discovery Cut-Off: January 12, 2009 |

1

Supp. Memo in Opp to UMG's Mot. to Compel
LA:230962.2

Case No. CV 07-5744-AHM (AJWx)

Veoh provides this brief supplement to its opposition to UMG's Motion to Compel in order to update the Court regarding documents produced with Veoh's December 8, 2008 document production.

UMG justifies the instant motion in large part on what it contends is a paucity of emails produced by Veoh from certain custodians. In accordance with this Court's November 21, 2008 Order Regarding UMG's Motion to Compel Veoh to Provide Responses or Further Responses to Discovery Requests, Veoh produced an additional 32,341 pages of documents on December 8, 2008, in addition to additional documents produced in native form and so not included in the page count. Veoh's December 8, 2008 production included many email communications from Veoh's custodians about whom UMG complained that it had received too few emails.

Following is a summary of the additional counts for pages produced by Veoh on December 8, 2008 for each of Veoh's custodians, as well as a count for the additional documents produced that contain Plaintiffs' proposed additional search terms "music" and "YouTube":

1) Dunning - 1,134 pages
2) Jourdan – 5,892 pages
3) Mitgang - 327 pages
4) Shapiro – 2,327 pages
5) Talebizadeh - 294 pages
6) Papa –1,451 pages
7) Wiseman – 230 pages
8) Metzger – 4,543 pages
9) Simons – 27 pages
10) Costello – 2791 pages
11) Roth – 12,316 pages
12) documents produced with the word "music" constituted 24,335 pages; and

2

13) documents produced with the word "youtube" constituted 19,413 pages.

When the above page counts are combined with the numbers cited in Veoh's portion of the Joint Stipulation on UMG's Motion to Compel, it is clear that Veoh's search methods and broad search terms have yielded a very significant production. Contrary to Plaintiffs' claims that Veoh has not produced marketing, licensing or filtering documents, the December 8 production includes primarily marketing, licensing and filtering documents. UMG's request for an Order that Veoh add additional search terms and custodians is unjustified and its motion should be denied in its entirety.

Dated: December 11, 2008     **WINSTON & STRAWN LLP**

By /s/ Erin R. Ranahan
Michael S. Elkin
Thomas P. Lane
Jennifer A. Golinveaux
Rebecca L. Calkins
Erin R. Ranahan
Attorneys for Defendant
VEOH NETWORKS, INC.