O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5744 AHM (AJWx) | Date | December 11, 2008 |
|---|---|---|---|
| Title | *UMG RECORDINGS, INC., et al. v. VEOH NETWORKS INC., et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

The parties have requested that the Court extend the deadline and allow them to submit another joint status report as to the claims against the "investor defendants" and the adjustment to the case schedule. The Court has strong views about whether certain of the proposals set forth in at least one of the parties' draft proposals are either consistent with the Court's proposal, necessary, or even appropriate, but will await the parties' next status report. Good cause appearing, the Court extends the deadline to December 15, 2008. The Court will not grant any further extensions.

    :    
Initials of Preparer     RJ