## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

No.   CV 07-5744-AHM(AJWx)                                      Date: December 17, 2008

Title: UMG RECORDINGS, INC. VS. VEOH NETWORKS, INC., ET AL.

Present: The
 Honorable    ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

| Ysela Benavides | CS-17-2008 | n/a |
|---|---|---|
| Deputy Clerk | Court Smart Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Steven Marenerg | Rebecca Lawlor Calkins |
| Brian Ledahl | Jennifer Goinveaux |
| Benjamin Glatstein | Erin Ranahan |

**Proceedings:**   1) VEOH'S RENEWED MOTION TO COMPEL VERIFIED INTERROGATORY RESPONSES; 2) VEOH'S RENEWED MOTION TO COMPEL PLAINTIFF TO IDENTIFY WORKS AT ISSUE; 3) VEOH'S RENEWED MOTION TO PRODUCE CHAIN OF TITLE/RIGHTS INFORMATION RE ALLEGEDLY INFRINGED WORKS; 4)VEOH'S RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATING TO FINANCIAL INFORMATION AND DAMAGES; 5) VEOH'S MOTION TO COMPEL THE ADDITION OF CUSTODIANS AND PRODUCTION OF DOCUMENTS AND 6)UMG'S MOTION TO COMPEL RE (1)SEARCH TERMS, (2)CUSTODIANS AND (3)"SKYPE" ACCOUNTS

Case called.  Counsel make their appearances.  Court questions counsel and listens to their responses.

The parties have resolved part of Veoh's renewed motion to compel plaintiff to identify the works at issue.  As stated on the record, plaintiff will serve supplemental responses to interrogatories 1, 2 and 3, and plaintiff will produce documents in response to request 26 by January 9, 2009.  In addition, the deadline for plaintiff to provide a complete list of the allegedly infringed works at issue in this case is January 16, 2009. Plaintiff may seek an extension of that deadline, if necessary. To this extent, the motion is granted.

All other motions are argued and submitted for decision.

cc:  Parties

                                                                              2    :    43

                                                Initials of Preparer   yb

CV-90 (12/02)                      **CIVIL MINUTES - GENERAL**                      Page 1 of 1