O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5744 AHM (AJWx) | Date | December 23, 2008 |
|---|---|---|---|
| Title | *UMG RECORDINGS, INC., et al. v. VEOH NETWORKS INC., et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

After reviewing the status reports submitted by the parties on December 10, 2008 and December 15, 2008, the Court has concluded that the most practical course of action is to extend the discovery deadline. The Court therefore ORDERS that the last date for non-expert discovery is April 13, 2009. All other dates are adjusted accordingly, as shown in the revised schedule attached to this Order. Plaintiffs must produce to the "Investor Defendants" copies of all discovery produced to date, to the extent they have not already done so. The Investor Defendants may take discovery during the pendency of their motion to dismiss. The Court VACATES as moot the Investor Defendants' Motion to Sever and Stay.[1]

                           : 

Initials of Preparer      SMO

---

[1] Docket No. 238.

## JUDGE A HOWARD MATZ
## AMENDED SCHEDULE OF PRETRIAL DATES

| Matter | Time | Weeks before trial | Present Dates | Requested Dates | Court Order |
|---|---|---|---|---|---|
| Trial date (jury) ~~(court)~~ Estimated length: 14 days | 8:00 a.m. | | 4/21/09 | | 7/28/09 |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony | | -1 | | | N/A |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to Statement of Case | 11:00 a.m. | -2 | 4/6/09 | | 7-13-09 |
| Lodge Pretrial Conf. Order File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | -4 | | | 6-29-09 |
| Last day for hand-serving Motions in Limine | | -6 | | | 6-15-09 |
| Last Day to Meet Before Final Pretrial Conference (L.R. 16-2) | | 8 | | | 6-1-09 |
| Last day for hearing motions | 10:00 a.m. | 8 | | | 6-1-09 |
| Last day for hand-serving motions and filing (other than Motions in Limine) | | 12 | | | 4-27-09 |
| Non-expert Discovery cut-off | | -14 | | | 4-13-09 |

| Matter | Time | Weeks before trial | Present Dates | Requested Dates | Court Order |
|---|---|---|---|---|---|
| Expert discovery cut-off | | -6 | | | 6-15-09 |
| Rebuttal Expert Witness Disclosure | | -9 | | | 5-18-09 |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | | -13 | | | 4-20-09 |
| Last day to conduct Settlement Conference | | | | | 4-20-09 |
| Last day to amend pleadings or add parties | | | | | — |

# EXHIBIT A