**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

**CIVIL MINUTES--GENERAL**

Case No. CV 07-5744 AHM (AJWx)                    Date: December 29, 2008

Title: <u>UMG RECORDINGS, INC., et al. v. VEOH NETWORKS, INC., et al.</u>
================================================================
PRESENT:      **HON. <u>ANDREW J. WISTRICH</u>, MAGISTRATE JUDGE**

          <u>    Ysela Benavides    </u>              <u>                        </u>
              Deputy Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:
         None Present                                  None Present


**ORDER REGARDING VEOH'S MOTION TO COMPEL THE ADDITION OF CUSTODIANS AND PRODUCTION OF DOCUMENTS**

As to issue 1, the motion is **granted** as to Iovine and Urie, but **denied** as to Geller, Holt, Kossowicz, Oliver, and Roberts.

As to issue 2, the motion is **denied** as moot. The focus of this issue appears to be on documents referring to Veoh. UMG has represented to the Court that it has "produced all non-privileged documents that were identified by the search term 'Veoh'". [Joint Stipulation at 31].

As to issue 3, the motion is **granted** in part. UMG must serve a supplemental response confirming completeness of its production of its organization charts, produce any additional, non-duplicative organization charts, and unless the date is apparent from the document, provide the approximate time period to which each organization chart it has produced pertains.

Compliance by **January 20, 2009** is required.



**IT IS SO ORDERED.**

cc:   Parties