UMG Recordings, Inc. et al v. Veoh Networks, Inc. et al — Doc. 294

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PLAINTIFF(S), | CASE NUMBER |
| v. |  |
| DEFENDANT(S), | NOTICE OF CLERICAL ERROR |

TO:     U. S. District Judge(s)
           U. S. Magistrate Judge(s)
           Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☐ docket entry    have/has been corrected as indicated below.

Title of Scanned Document: _____

Filed Date: _____     Document Number: _____

☐   Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐   Case number has been corrected. The correct case number is _____

☐   Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are _____

☐   Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are _____ .

☐   Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to

     ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are _____

☐   Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order ☐ 349, ☐ 98-3 ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____

☐   Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location will result in your documents being returned to you.

☐   Case title is corrected from _____ to _____

☐   Document has been re-numbered as document number _____

☐   Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document. The correct date is _____

☐   Document is missing page number(s): _____

☐   To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☐   Other: _____

CLERK, U.S. DISTRICT COURT

Date _____     By: _____
                                                                       Deputy Clerk

*cc: Intake Supervisor / Deputy In Charge*