1  Steven A. Marenberg (101033) (smarenberg@irell.com)
2  Elliot Brown (150802) (ebrown@irell.com)
   Brian Ledahl (186579) (bledahl@irell.com)
3  Benjamin Glatstein (242034) (bglatstein@irell.com)
   IRELL & MANELLA LLP
4  1800 Avenue of the Stars, Suite 900
   Los Angeles, California  90067-4276
5  Telephone:  (310) 277-1010
6  Facsimile:  (310) 203-7199

7  Attorneys for Plaintiffs

8  Rebecca Lawlor Calkins (195593) (rcalkins@winston.com)
   Erin R. Ranahan (235286) (eranahan@winston.com)
9  Jennifer A. Golinveaux (203056) (jgolinveaux@winston.com)
10 Michael S. Elkin (*pro hac vice*) (melkin@winston.com)
   Thomas P. Lane (*pro hac vice*) (tlane@winston.com)
11 WINSTON & STRAWN LLP
   333 South Grand Avenue, 38th Floor
12 Los Angeles, California  90071-1543
13 Telephone:  (213) 615-1700
   Facsimile:  (213) 615-1750

14 Attorneys for Defendants

15

16                     UNITED STATES DISTRICT COURT

17                    CENTRAL DISTRICT OF CALIFORNIA

18                           WESTERN DIVISION

19 UMG RECORDINGS, INC., *et al*.,    )   Case No. CV-07-05744 AHM (AJWx)
                                      )
20         Plaintiffs,                )   **JOINT STIPULATION**
                                      )   **REGARDING EXTENDING TIME**
21    vs.                             )   **FOR COMPLIANCE WITH**
                                      )   **DISCOVERY ORDERS**
22 VEOH NETWORKS, INC., *et al*.,     )
                                      )   **Concurrently filed herewith:**
23         Defendants.                )       **(1)  [Proposed] Order**
                                      )
24                                    )   Magistrate: Hon. Andrew J. Wistrich
                                      )   Ctrm:    690
25                                    )
                                      )   Discovery Cutoff:  April 13, 2009
26                                    )   Pretrial Conference: July 13, 2009
                                      )   Trial Date: July 28, 2009
27

28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1999264

JOINT STIPULATION REGARDING EXTENDING TIME
FOR COMPLIANCE WITH DISCOVERY ORDERS

1     Plaintiffs UMG Recordings, Inc., Universal Music Corp., Songs of Universal,
2 Inc., Universal-PolyGram International Publishing, Inc., Rondor Music
3 International, Inc., Universal Music – MGB NA LLC, Universal Music – Z Tunes
4 LLC, and Universal Music – MBG Music Publishing, Ltd. ("UMG") and Defendant
5 Veoh Networks, Inc. ("Veoh") (collectively, the "Parties"), by and through their
6 respective counsel, stipulate and agree as follows:
7     WHEREAS, on December 23, 2008, the Court issued an Order regarding
8 UMG's Motion to Compel Regarding (1) Search Terms, (2) Custodians, and (3)
9 "Skype" Accounts (the "December 23 Order") (Dkt. No. 289);
10     WHEREAS, the December 23 Order required Veoh to search "Skype"
11 accounts and produce documents therefrom by January 20, 2009;
12     WHEREAS, on December 29, 2008, the Court issued an Order regarding
13 Veoh's Motion to Compel the Addition of Custodians and Production of Documents
14 (the "December 29 Order") (Dkt. No. 290);
15     WHEREAS, the December 29 Order required UMG to search the files of Jim
16 Urie and Jimmy Iovine and produce documents therefrom by January 20, 2009;
17     WHEREAS, Veoh encountered a technical issue relating to its production of
18 documents from its "Skype" accounts, making compliance with the December 23
19 Order by January 20, 2009, infeasible;
20     WHEREAS, UMG encountered a technical issue relating to its production of
21 documents from the files of Messrs. Urie and Iovine, making compliance with the
22 December 29 Order by January 20, 2009, infeasible; and
23     WHEREAS, both parties will produce documents pursuant to the Court's
24 Orders by January 20, 2009, but require the additional time to complete production
25 pursuant to those Orders as set forth above;
26     NOW THEREFORE, the Parties, by and through their respective counsel
27 hereby STIPULATE AND AGREE as follows:
28

1  A. Veoh may have until January 26, 2009, to produce documents from its
2 "Skype" accounts pursuant to the Court's December 23 Order; and
3  B. UMG may have until January 29, 2009, to produce documents from
4 Messrs. Urie's and Iovine's files pursuant to the Court's December 29 Order; and
5  C. Nothing herein shall be construed to waive either party's right to
6 dispute the alleged relevance or irrelevance of particular documents.

Dated: January 16, 2009

IRELL & MANELLA LLP
Steven A. Marenberg
Elliot Brown
Brian Ledahl
Benjamin Glatstein

By:  /s Brian Ledahl
    Brian Ledahl

Attorneys for Plaintiffs

Dated: January 16, 2009

WINSTON & STRAWN LLP
Rebecca Lawlor Calkins
Erin R. Ranahan
Jennifer A. Golinveaux
Michael S. Elkin
Thomas P. Lane

By:  /s Jennifer A. Golinveaux
      (w/ permission)
    Jennifer A. Golinveaux

Attorneys for Defendants