1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10              WESTERN DIVISION

11  UMG RECORDINGS, INC., *et al*.,        )   Case No. CV-07-05744 AHM (AJWx)
                                           )
12          Plaintiffs,                    )   **ORDER EXTENDING TIME FOR**
                                           )   **COMPLIANCE WITH DISCOVERY**
13      vs.                                )   **ORDERS**
                                           )
14  VEOH NETWORKS, INC., *et al*.,         )   Magistrate: Hon. Andrew J. Wistrich
                                           )   Ctrm:   690
15          Defendants.                    )
                                           )   Discovery Cutoff:  April 13, 2009
16                                         )   Pretrial Conference: July 13, 2009
                                           )   Trial Date:  July 28, 2009
17  _____  )

18

19

20

21

22

23

24

25

26

27

28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1999567

[PROPOSED] ORDER EXTENDING TIME FOR
COMPLIANCE WITH DISCOVERY ORDERS

1    This Court, having read and considered Plaintiffs UMG Recordings, Inc. *et*

2   *al.*'s ("UMG") and Defendant Veoh Networks, Inc.'s ("Veoh") Joint Stipulation

3   Regarding Extending Time for Compliance with Discovery Orders, and good cause

4   appearing therefor,

5       **IT IS HEREBY ORDERED:**

6       A.    Veoh may have until January 26, 2009, to produce documents from its

7   "Skype" accounts pursuant to the Court's December 23 Order; and

8       B.    UMG may have until January 29, 2009, to produce documents from

9   Messrs. Urie's and Iovine's files pursuant to the Court's December 29 Order.

10      C.    Nothing herein shall be construed to waive either party's right to

11  dispute the alleged relevance or irrelevance of particular documents.

12

13      **IT IS SO ORDERED.**

14          1/20/2009                    ANDREW J. WISTRICH

15  Dated: _____
                                        _____
16                                      Hon. Andrew J. Wistrich
                                        United States Magistrate Judge
17                                      Central District of California

18

19

20

21

22

23

24

25

26

27

28

Presented by:

IRELL & MANELLA LLP
Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199


By:___/s Brian Ledahl_____
        Brian Ledahl

Attorney for Plaintiffs
UMG Recordings, Inc.;
Universal Music Corp.;
Songs of Universal, Inc.;
Universal-Polygram International Publishing, Inc.;
Rondor Music International, Inc.;
Universal Music –MGB NA LLC;
Universal Music – MGB NA LLC;
Universal Music – Z Tunes LLC;
and Universal Music—MBG Music Publishing Ltd.