Rebecca Lawlor Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Jennifer A. Golinveaux  (SBN 203056)
Email:  jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA  94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)

Michael S. Elkin  (*pro hac vice*)
Email: melkin@winston.com
Thomas P. Lane  (*pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York  10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Attorneys for Defendant
VEOH NETWORKS, INC.

**Winston & Strawn LLP**
**333 South Grand Avenue**
**Los Angeles, CA 90071-1543**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC., *et al.*,<br><br>Defendants. | **Case No. CV 07 5744 – AHM (AJWx)**<br><br>**NOTICE OF LODGING** |

1

TO THE HONORABLE ANDREW J. WISTRICH, MAGISTRATE JUDGE, AND TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Court Order dated February 4, 2009 [Docket 299], defendant Veoh Networks, Inc. hereby lodges a revised [Proposed] Order regarding Veoh's Motion to Compel Plaintiff UMG Recordings, Inc. to Produce Chain of Title/Rights Information Re Allegedly Infringing Works.

Dated: February 10, 2009      **WINSTON & STRAWN LLP**


By    /s/
      Michael S. Elkin
      Thomas P. Lane
      Jennifer A. Golinveaux
      Rebecca L. Calkins
      Erin R. Ranahan
      Attorneys for Defendant
      VEOH NETWORKS, INC.

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543