# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

## CIVIL MINUTES--GENERAL

Case No.   CV 07-5744 AHM (AJWx)                    Date: February 11, 2009

Title: UMG RECORDINGS, INC., et al. v. VEOH NETWORKS, INC., et al.
================================================================
PRESENT:    **HON.  ANDREW J. WISTRICH, MAGISTRATE JUDGE**

           Ysela Benavides
           Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:
       None Present                                None Present

**AMENDED ORDER REGARDING VEOH'S MOTION TO COMPEL UMG TO PRODUCE CHAIN OF TITLE/RIGHTS INFORMATION REGARDING ALLEGEDLY INFRINGED WORKS**

The motion is **granted** in part and **denied** without prejudice in part. The parties are directed to lodge by **February 18, 2009** a joint proposed order in substantially the same form as the order concerning this issue that was filed in UMG Recordings, Inc. v. DivX, Inc., Case No. CV 07-6835-AHM (AJWx) on February 11, 2009.

**IT IS SO ORDERED.**

cc:   Parties

MINUTES FORM 11                                    Initials of Deputy Clerk_____
CIVIL-GEN