Rebecca Lawlor Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)

Michael S. Elkin (*pro hac vice*)
Email: melkin@winston.com
Thomas P. Lane (*pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Attorneys for Defendant
VEOH NETWORKS, INC.

**Winston & Strawn LLP**
**333 South Grand Avenue**
**Los Angeles, CA 90071-1543**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>        Plaintiffs,<br><br>    vs.<br><br>VEOH NETWORKS, INC., *et al.*,<br><br>        Defendants. | **Case No. CV 07 5744 – AHM (AJWx)**<br><br>**NOTICE OF LODGING [PROPOSED] ORDER REGARDING VEOH'S MOTION TO COMPEL PLAINTIFF UMG RECORDINGS, INC. TO PRODUCE CHAIN OF TITLE/RIGHTS INFORMATION RE ALLEGEDLY INFRINGING WORKS [DOCKET 222]** |

1

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Court Order dated February 11, 2009 [Docket 304], defendant Veoh Networks, Inc. hereby lodges its [Proposed] Order regarding Veoh's Motion to Compel Plaintiff UMG Recordings, Inc. to Produce Chain of Title/Rights Information Re Allegedly Infringing Works.

Despite the parties' efforts to agree upon a joint proposed order, ultimately, the parties were unable to agree to a joint proposed order. Specifically, Plaintiffs sought to make the following changes to Veoh's proposed joint proposed order which Veoh could not accept.

First, without ever seeking an extension with the Court of their January 16, 2009 deadline to identify alleged infringing works in this action (Docket 285), Plaintiffs seek to retroactively, and indefinitely, extend the deadline to identify their allegedly infringing works. As the April 13, 2009 fact discovery deadline is nearing a close, Plaintiffs alleged infringements should be deemed complete once and for all.

Second, Plaintiffs refused to agree to Veoh's proposed provision 4(a), which would simply require Plaintiffs to identify to which works-in-suit the documents being produced relate. Given the short discovery window and in the interest of efficiency, Plaintiffs should be required to indicate to which works-in-suit the documents relate, and not simply produce the documents in a disorganized and confusing manner.

Third, Plaintiffs seek thirty days to produce the documents. Even if the Court immediately entered the order, Veoh would not receive the documents until the end of March, and would hardly have time to review the documents in advance of the April 13, 2009 discovery cut-off, let alone work out a timeframe in which Plaintiffs produce documents for the remaining 80% of the documents if need be. Accordingly, Veoh has proposed fifteen days.

Finally, Plaintiffs sought to reserve their rights to appeal the proposed order within the proposed order, which Veoh did not find appropriate or necessary.

2

For all these and the reasons addressed in Veoh's moving papers, Veoh respectfully requests that the Court enter its proposed order, lodged concurrently herewith.

Dated: February 18, 2009     **WINSTON & STRAWN LLP**

By   /s/  Erin R. Ranahan
Michael S. Elkin
Thomas P. Lane
Jennifer A. Golinveaux
Rebecca L. Calkins
Erin R. Ranahan
Attorneys for Defendant
VEOH NETWORKS, INC.