| *Attorney or Party without Attorney:*<br>STEVEN A. MARENBERG, Bar #101033<br>IRELL & MANELLA LLP<br>1800 AVENUE OF THE STARS<br>SUITE 900<br>LOS ANGELES, CA 90067<br>*Telephone No:* (310) 203-7509 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* 143853 |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Central District Of California

*Plaintiff:* UMG RECORDINGS, INC., ETC., ET AL.
*Defendant:* VEOH NETWORKS, INC., ETC., ET AL.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: CV 07-05744 AHM (AJWx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; SECOND AMENDED COMPLAINT; CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC; NOTICE TO COUNSEL; UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CIVILITY AND PROFESSIONALISM GUIDELINES; OPTICAL SCANNING ENROLLMENT/UPDATE FORM; PUBLIC NOTICE RE: CHANGE TO PUBLIC WINDOW HOURS.

3. a. *Party served:* SPARK CAPITAL, LLC, A DELAWARE LIMITED LIABILITY COMPANY
   b. *Person served:* MARIE CASSIDY, AUTHORIZED TO ACCEPT SERVICE OF PROCESS ON BEHALF OF MARIA K. VENTO, ESQ., AGENT FOR SERVICE OF PROCESS (SERVED UNDER F.R.C.P. RULE 4).

4. *Address where the party was served:* WILMER CUTLER PICKERING HALE AND DOOR LLP
   1117 CALIFORNIA AVE
   PALO ALTO, CA 94304

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Feb. 24, 2009 (2) at: 12:07PM

7. **Person Who Served Papers:** Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ISMAEL VELASCO
   b. **NATIONWIDE LEGAL, INC.**
   207 SOUTH BROADWAY
   6TH FLOOR
   LOS ANGELES, CA 90012
   c. (213)625-9100

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 908
      (iii) County: San Francisco

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Thu, Feb. 26, 2009

   Judicial Council Form
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE        (ISMAEL VELASCO)
   143853.stema.48014