| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| STEVEN A. MARENBERG, Bar #101033<br>IRELL & MANELLA LLP<br>1800 AVENUE OF THE STARS<br>SUITE 900<br>LOS ANGELES, CA 90067<br>Telephone No: (310) 203-7509 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>143846 | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Central District Of California

*Plaintiff:* UMG RECORDINGS, INC., ETC., ET AL.
*Defendant:* VEOH NETWORKS, INC., ETC., ET AL.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 07-05744 AHM (AJWx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; SECOND AMENDED COMPLAINT; CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC; NOTICE TO COUNSEL; UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CIVILITY AND PROFESSIONALISM GUIDELINES; OPTICAL SCANNING ENROLLMENT/UPDATE FORM; PUBLIC NOTICE RE: CHANGE TO PUBLIC WINDOW HOURS.

3. a. Party served:    SHELTER CAPITAL PARTNERS, LLC, A DELAWARE LIMITED LIABILITY COMPANY
   b. Person served:   ROBERT G. BADAL, ESQ., AGENT FOR SERVICE OF PROCESS (SERVED UNDER F.R.C.P. RULE 4).

4. Address where the party was served:    WILMER CUTLER PICKERING HALE AND DOOR LLP
   350 S GRAND AVE
   SUITE 2100
   LOS ANGELES, CA 90071

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Feb. 24, 2009 (2) at: 11:02AM

7. **Person Who Served Papers:**                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ROBERTO FLORES                                 d. **The Fee** for Service was:
   b. **NATIONWIDE LEGAL, INC.**                     e. I am: (3) registered California process server
      207 SOUTH BROADWAY                                 (i) Independent Contractor
      6TH FLOOR                                          (ii) Registration No.:    6000
      LOS ANGELES, CA 90012                              (iii) County:             Los Angeles
   c. (213) 625-9100                                     (iv) Expiration Date:     Sun, Jan. 09, 2011

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Thu, Feb. 26, 2009

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE | *(signature)*<br>(ROBERTO FLORES)    143846.stema.48056 |