| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|

**Attorney or Party without Attorney:**
STEVEN A. MARENBERG, Bar #101033
IRELL & MANELLA LLP
1800 AVENUE OF THE STARS
SUITE 900
LOS ANGELES, CA 90067
*Telephone No:* (310) 203-7509

*Attorney for:* Plaintiff

*Ref. No. or File No.:*
143849

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Central District Of California

*Plaintiff:* UMG RECORDINGS, INC., ETC., ET AL.
*Defendant:* VEOH NETWORKS, INC., ETC., ET AL.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: CV 07-05744 AHM (AJWx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; SECOND AMENDED COMPLAINT; CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC; NOTICE TO COUNSEL; UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CIVILITY AND PROFESSIONALISM GUIDELINES; OPTICAL SCANNING ENROLLMENT/UPDATE FORM; PUBLIC NOTICE RE: CHANGE TO PUBLIC WINDOW HOURS.

3. a. *Party served:* SHELTER VENTURE FUND, L.P., A DELAWARE LIMITED PARTNERSHIP
   b. *Person served:* ROBERT G. BADAL, ESQ., AGENT FOR SERVICE OF PROCESS (SERVED UNDER F.R.C.P. RULE 4).

4. *Address where the party was served:* WILMER CUTLER PICKERING HALE AND DOOR LLP
   350 S GRAND AVE
   SUITE 2100
   LOS ANGELES, CA 90071

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Feb. 24, 2009 (2) at: 11:02AM

*Recoverable Cost Per CCP 1033.5(a)(4)(B)*

7. **Person Who Served Papers:**
   a. ROBERTO FLORES
   **b. NATIONWIDE LEGAL, INC.**
   207 SOUTH BROADWAY
   6TH FLOOR
   LOS ANGELES, CA 90012
   c. (213) 625-9100

   d. **The Fee for Service was:**
   e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 6000
   (iii) County: Los Angeles
   (iv) Expiration Date: Sun, Jan. 09, 2011

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date:Thu, Feb. 26, 2009

   *(ROBERTO FLORES)*

| Judicial Council Form Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE | 143849.stema.48054 |
|---|---|---|