| Attorney or Party without Attorney: STEVEN A. MARENBERG, Bar #101033<br>IRELL & MANELLA LLP<br>1800 AVENUE OF THE STARS<br>SUITE 900<br>LOS ANGELES, CA 90067<br>Telephone No: (310) 203-7509 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: 143858 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Central District Of California

Plaintiff: UMG RECORDINGS, INC., ETC., ET AL.
Defendant: VEOH NETWORKS, INC., ETC., ET AL.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: CV 07-05744 AHM (AJWx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; SECOND AMENDED COMPLAINT; CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC; NOTICE TO COUNSEL; UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CIVILITY AND PROFESSIONALISM GUIDELINES; OPTICAL SCANNING ENROLLMENT/UPDATE FORM; PUBLIC NOTICE RE: CHANGE TO PUBLIC WINDOW HOURS.

3. a. Party served: THE TORNANTE COMPANY, LLC, A DELAWARE LIMITED LIABILITY COMPANY
   b. Person served: GLEN KULIK, ESQ., AGENT FOR SERVICE OF PROCESS (SERVED UNDER F.R.C.P. RULE 4).

4. Address where the party was served: KULIK, GOTTESMAN, MOUTON & SIEGEL, LLP
   15303 VENTURA BLVD
   SUITE 1400
   SHERMAN OAKS, CA 91403

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Feb. 24, 2009 (2) at: 11:20AM

7. *Person Who Served Papers:* Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JORGE G. SILVA
   b. **NATIONWIDE LEGAL, INC.**
   207 SOUTH BROADWAY
   6TH FLOOR
   LOS ANGELES, CA 90012
   c. (213) 625-9100

   d. *The Fee* for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 5741
      (iii) County: Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Thu, Feb. 26, 2009

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE    (JORGE G. SILVA)    143858.stema.48058