Robert G. Badal (Bar No. 81313)
Robert.Badal@WilmerHale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 (213) 443-5300
Facsimile: +1 (213) 443-5400

Annette L. Hurst (Bar No. 148738)
ahurst@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: +1 (415) 773-5700
Facsimile: +1 (415) 773-5759

Attorneys for Defendants
SHELTER CAPITAL PARTNERS, LLC and
SHELTER VENTURE FUND, L.P.

[OTHER COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS INC. et al., | Case No. CV07-5744 AHM (AJWx) |
| Plaintiffs, | **DECLARATION OF ROBERT G. BADAL IN SUPPORT OF INVESTOR DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| v. | |
| VEOH NETWORKS, INC. et al., | |
| Defendants. | [Fed. R. Civ. P. 12(b)(6)] |
| | Date: March 23, 2009 |
| | Time: 10:00 a.m. |
| | Trial Date: July 28, 2009 |
| | The Honorable A. Howard Matz |

DECLARATION OF ROBERT G. BADAL IN SUPPORT                    CV07-5744 AHM (AJWX)
OF MOTION TO DISMISS SECOND AMENDED COMPLAINT BY INVESTOR DEFENDANTS

US1DOCS 7080072V1

Dockets.Justia.com

I, Robert G. Badal, declare as follows:

1.     I am an attorney at law duly licensed to practice before this Court and the courts of the State of California.  I am a partner with the law firm of Wilmer, Cutler, Pickering, Hale, and Dorr LLP, counsel of record in this action for defendants Shelter Venture Fund, LP, Shelter Capital Partners, LLC (collectively, "Shelter"), Spark Capital LLC and Spark Capital LP (collectively "Spark").  I have personal knowledge of the facts set forth below, and, if called as a witness, I could and would competently testify thereto.

2.     Pursuant to Local Rule 7-3, on February 24, 2009, I emailed a letter to Brian Ledahl, counsel for Plaintiffs UMG Recordings, Inc. et al. ("UMG") requesting that plaintiffs meet and confer with counsel for Shelter and defendants Spark and The Tornante Company, LLC (collectively, "Investor Defendants"), on the basis that Counts II through IV in the Second Amended Complaint ("SAC") fail to state a claim for relief against the Investor Defendants.  I also requested to meet and confer on Investor Defendants' motion to sever and stay on the bases the SAC and the filing thereof were unsubstantiated and unmeritorious thereby materially prejudicing Investor Defendants.  In addition, I informed Mr. Ledahl that the Investor Defendants were considering seeking attorneys fees and sanctions for the filing of the SAC. Attached hereto as Exhibit "A" is a true and correct copy of my email and letter of February 24, 2009.

3.     The following day, Mr. Ledahl informed me he would be able to meet and confer on the issues outlined in my letter later that afternoon.  Attached hereto as Exhibit "B" is a true and correct copy of my email exchange with Mr. Ledahl of February 25, 2009.

4.     At approximately 4:00 p.m. on February 25, 2009, I spoke with Mr. Ledahl about the Investor Defendants' intention to file a motion to dismiss and motion to sever and stay as well as the request for attorneys fees and sanctions.  Also, I informed Mr. Ledahl the Investor Defendants' hoped to file their motions on March

DECLARATION OF ROBERT G. BADAL IN SUPPORT                              CV07-5744 AHM (AJWX)
OF MOTION TO DISMISS SECOND AMENDED COMPLAINT BY INVESTOR DEFENDANTS

US1DOCS 7080072v1

2, 2009 to be heard on March 23, 2009. Mr. Ledahl disagreed with the Investor

Defendants' grounds for the filing of such motions, but had no objection to a hearing

date of March 23, 2009 based upon his existing calendar. Mr. Ledahl, for reasons

that he and I discussed in good faith and at some length, refused to withdraw the

SAC and dismiss with prejudice the Investor Defendants from this action and refused

to stipulate to a stay of the action as it pertained to the Investor Defendants.

       I declare under the penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.

       Executed this 2nd day of March, 2009, at Los Angeles, California.


                      */s/ Robert G. Badal*
                      ROBERT G. BADAL

DECLARATION OF ROBERT G. BADAL IN SUPPORT              CV07-5744 AHM (AJWX)
OF MOTION TO DISMISS SECOND AMENDED COMPLAINT BY INVESTOR DEFENDANTS

US1DOCS 7080072v1