G. Badal (Bar No. 81313)
Robert.Badal@WilmerHale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 (213) 443-5300
Facsimile: +1 (213) 443-5400

Attorneys for Defendants
SHELTER CAPITAL PARTNERS, LLC and
SHELTER VENTURE FUND, L.P.

FILED 2009 MAR -2 PM 4:34
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – SPRING STREET

| | |
|---|---|
| UMG RECORDINGS, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC., et al.,<br><br>Defendants. | CASE NO. CV07-5744 AHM (AJWX)<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. A. Howard Matz |

1

PROOF OF SERVICE                                   CV07-5744 AHM (AJWX)

# PROOF OF SERVICE

I am employed in the County of Los Angeles, in the State of California. I am over the age of 18 and not a party to the within action. My business address is 350 South Grand Avenue, Suite 2100, Los Angeles, CA 90071.

On March 2, 2009, I served the foregoing document:

1. NOTICE OF MOTION AND MOTION BY INVESTOR DEFENDANTS TO DISMISS SECOND AMENDED COMPLAINT

☒ (BY FIRST CLASS MAIL) I caused the foregoing document to be served by First Class Mail on the following:

☒ (BY OVERNIGHT COURIER) I caused the foregoing document to be served by Overnight Courier on the following:

And

☒ (BY ELECTRONIC MAIL) I caused the foregoing document to be served by email transmission on the following:

| | |
|---|---|
| Brian Ledahl (BY EMAIL AND OVERNIGHT COURIER)<br>Steven Marenberg (BY EMAIL ONLY)<br>Elliot Brown (BY EMAIL ONLY)<br><br>Benjamin Glatstein (BY EMAIL ONLY)<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Phone: (310) 277-1010<br>Fax: (310) 203-7199<br>Email: smarenberg@irell.com<br>Email: ebrown@irell.com<br>Email: bledahl@irell.com<br>Email: bglatstein@irell.com | *Counsel for Plaintiffs UMG Recordings, Inc., et al.* |

| | |
|---|---|
| Jennifer A. Golinveaux (BY EMAIL AND FIRST CLASS MAIL)<br>WINSTON & STRAWN LLP<br>101 California St.<br>San Francisco, CA 94111<br>Phone:  (415) 591-1000<br>Fax:     (415) 591-1400<br>Email:   jgolinveaux@winston.com | *Counsel For Defendant Veoh Networks* |
| Maria K. Vento (BY EMAIL AND FIRST CLASS MAIL)<br>Mark G. Matuschak (BY EMAIL ONLY)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1117 California Avenue<br>Palo Alto, CA 94304<br>Phone: (650) 858-6000<br>Fax: (650) 858-6100<br>Email: maria.vento@wilmerhale.com<br>Email: mark.matuschak@wilmerhale.com | *Counsel for Defendants Spark Capital, LLC and Spark Capital, L.P.* |
| Alisa S. Edelson (BY EMAIL AND FIRST CLASS MAIL)<br>Glen L. Kulik (BY EMAIL ONLY)<br>KULIK GOTTESMAN MOUTON & SIEGEL<br>Comerica Bank Building<br>1503 Ventura Boulevard, Suite 1400<br>Sherman Oaks, CA 91403<br>Phone:  (310) 557-9200<br>Fax:     (310) 557-0224<br>Email:  aedelson@kgmslaw.com<br>Email:  gkulik@kgmslaw.com | *Counsel for Defendant Tornante Company LLC* |
| Annette L. Hurst (BY EMAIL ONLY)<br>Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Phone: (415) 773-5700<br>Fax (415) 773-5759<br>Email: ahurst@orrick.com | *Counsel for Defendant Shelter Capital Partners LLC and Shelter Venture Fund LP* |

3

PROOF OF SERVICE                                    CV07-5744 AHM (AJWX)

| | |
|---|---|
| Rebecca Lawlor Calkins (BY EMAIL ONLY)<br>Erin R. Ranahan (BY EMAIL ONLY)<br>WINSTON & STRAWN LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Phone: (213) 615-1700<br>Fax: (213) 615-1750<br>Email: rcalkins@winston.com<br>Email: eranahan@winston.com<br><br>Michael S. Elkin (BY EMAIL ONLY)<br>Thomas P. Lane (BY EMAIL ONLY)<br>WINSTON & STRAWN LLP<br>200 Park Ave.<br>New York, NY 10166<br>Phone: (212) 294-6700<br>Fax: (212) 294-4700<br>Email: melkin@winston.com<br>Email: tlane@winston.com | *Counsel For Defendant Veoh Networks* |

Executed on March 2, 2009, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

_____
Gail Harmon