Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

UMG RECORDINGS, INC., *et al.*,

Plaintiffs,

v.

VEOH NETWORKS, INC., *et al.*,

Defendant.

Case No. CV-07-05744 AHM (AJWx)

**UMG'S NOTICE OF MOTION AND MOTION FOR SANCTIONS AND TO COMPEL COMPLIANCE WITH PRIOR COURT ORDERS**

**Filed Concurrently Herewith:**
1. **Joint Stipulation (UNDER SEAL);**
2. **Declarations of Brian Ledahl (UNDER SEAL) and Erin Ranahan;**
3. **[Proposed] Order;**

Magistrate: Hon. Andrew J. Wistrich

Date: March 30, 2009
Time: 10:00 a.m.
Courtroom: 690

Discovery Cutoff: April 13, 2009
Pretrial Conference: July 13, 2009
Trial Date: July 28, 2009

2017831

UMG'S NOTICE OF MOTION AND MOTION FOR SANCTIONS AND TO COMPEL COMPLIANCE WITH PRIOR COURT ORDERS

| | |
|---|---|
| 1 | **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:** |
| 2 | PLEASE TAKE NOTICE that on March 30, 2009, at 10:00 a.m., or such |
| 3 | earlier date to be set by the Court, before the Honorable Andrew J. Wistrich of the |
| 4 | United States District Court for the Central District of California, at 225 E. Temple |
| 5 | St., Room 690, Los Angeles, CA, 90012, Plaintiffs (collectively "UMG") will move |
| 6 | and hereby move for sanctions and to compel Veoh to comply with prior Court |
| 7 | Orders. |
| 8 | The parties have met and conferred in a good faith attempt to resolve this |
| 9 | dispute, as required by Local Rule 37-1. *See generally* Ledahl Declaration In |
| 10 | Support Of Motion at ¶¶ 3–4; *see also id.*, at Exs. B, C. |
| 11 | This motion is based on this Notice of Motion, the Joint Stipulation of the |
| 12 | parties pursuant to Local Rule 37-2 (filed under seal), the Declaration of Brian |
| 13 | Ledahl (filed under seal), the exhibits thereto, and upon such additional submissions |
| 14 | and arguments as may be presented at or before the hearing on this Motion. |

Dated: March 4, 2009

IRELL & MANELLA LLP
Steven A. Marenberg
Elliot Brown
Brian Ledahl
Benjamin Glatstein


By:      /s
         Brian Ledahl

Attorneys for Plaintiffs