UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC., *et al.*,<br><br>    Defendants. | Case No. CV-07-05744 AHM (AJWx)<br><br>**ORDER RE: VEOH'S RENEWED MOTION TO COMPEL PLAINTIFFS TO PRODUCE CHAIN OF TITLE/RIGHTS INFORMATION RE: ALLEGEDLY INFRINGING WORKS**<br><br>Magistrate: Hon. Andrew J. Wistrich<br>Ctrm:    690<br><br>Discovery Cutoff: April 13, 2009<br>Pretrial Conference: July 13, 2009<br>Trial Date: July 28, 2009 |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2016092

[PROPOSED] ORDER RE: VEOH NETWORKS, INC.'S
RENEWED MOTION TO COMPEL PLAINTIFFS TO
PRODUCE CHAIN OF TITLE/RIGHTS INFORMATION
RE: ALLEGEDLY INFRINGING WORKS

Dockets.Justia.com

Veoh Networks, Inc's ("Veoh") Renewed Motion to Compel Plaintiff UMG Recordings, Inc. to Produce Chain of Title/Rights Information Re Allegedly Infringing Works ("Motion") came on for hearing before this Court on December 17, 2008. The Court, having reviewed the Motion, memoranda, declarations and other evidence submitted, and such other and further evidence as may be considered by this Court, and good cause appearing, hereby rules as follows:

**IT IS HEREBY ORDERED** that Veoh's Motion is **GRANTED in part and DENIED without prejudice in part** as follows:

(1) <u>Documents to be Produced</u>. For the sample works-in-suit[1] identified as set forth in items (2) and (3) below, Plaintiffs shall produce:

    a. All chain of title documents directly bearing on Plaintiffs' ownership of, or claims of rights in, the works-in-suit, including but not limited to, all assignment agreements, recording agreements, work-for-hire agreements, songwriter agreements, artist agreements and acquisition agreements;

    b. All copyright registrations and renewals;

    c. All Plaintiffs' correspondence with the copyright office, the copyright holder, the copyright registrant, and the copyright applicant pertaining to the copyright registration; and

    d. All correspondence regarding ownership of the works-in-suit reflecting disagreement or dispute regarding Plaintiffs' ownership of, control over, right to administer, or other interest in any of the works-in-suit which rose to a sufficiently serious level that inside or outside counsel became involved.

(2) <u>Sample Selection</u>. The sample works-in-suit shall be chosen exclusively by Veoh.

---

[1] "Works-in-suit" refers to the alleged infringements identified by Plaintiffs in response to Veoh's Interrogatory No. 25, which Plaintiffs shall have the right to supplement upon receipt of Audible Magic metadata from Veoh.

(3) <u>Sample Size</u>.  Veoh may select up to TWENTY PERCENT (20%) of the works-in-suit identified by Plaintiffs.

(4) <u>Deadlines</u>.

 a. Plaintiffs must produce the documents set forth above within THIRTY (30) days after Veoh identifies in writing the selection of the sample works-in-suit.

 b. Within TEN (10) days after Plaintiffs' production of documents, Veoh shall identify to Plaintiffs any deficiencies in Plaintiffs' claimed ownership of the sample works-in-suit. Within TWO (2) days thereafter, the Parties shall meet and confer to try and reach agreement as to whether Plaintiffs should produce additional ownership documents for the remaining works-in-suit.  If the Parties cannot reach agreement, they are directed to contact the Court for instructions for bringing the issue to the Court for resolution in an expedited manner.

**IT IS SO ORDERED.**

**Dated:  March 5, 2009**

_____
Hon. Andrew J. Wistrich
United States Magistrate Judge
Central District of California