Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VEOH NETWORKS, INC., *et al.*, <br><br> Defendant. | Case No. CV-07-05744 AHM (AJWx) <br><br> **UMG'S NOTICE OF MOTION AND MOTION TO COMPEL VEOH TO PRODUCE ITS AUDIBLE MAGIC METADATA** <br><br> **Filed Concurrently Herewith:** <br> 1. **Joint Stipulation;** <br> 2. **Declaration of Brian Ledahl (UNDER SEAL);** <br> 3. **[Proposed] Order;** <br><br> Magistrate: Hon. Andrew J. Wistrich <br><br> Date: March 30, 2009 <br> Time: 10:00 a.m. <br> Courtroom: 690 <br><br> Discovery Cutoff: April 13, 2009 <br> Pretrial Conference: July 13, 2009 <br> Trial Date: July 28, 2009 |

2022608

UMG'S NOTICE OF MOTION AND MOTION TO
COMPEL VEOH TO PRODUCE ITS AUDIBLE MAGIC
METADATA

| | |
|---|---|
| 1 | **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:** |
| 2 | PLEASE TAKE NOTICE that on March 30, 2009, at 10:00 a.m., or such |
| 3 | earlier date to be set by the Court, before the Honorable Andrew J. Wistrich of the |
| 4 | United States District Court for the Central District of California, at 225 E. Temple |
| 5 | St., Room 690, Los Angeles, CA, 90012, Plaintiffs (collectively "UMG") will move |
| 6 | and hereby to compel Veoh to produce its Audible Magic metadata and for related |
| 7 | relief from discovery deadlines. |

The parties have met and conferred in a good faith attempt to resolve this dispute, as required by Local Rule 37-1. *See generally* Ledahl Declaration In Support Of Motion at ¶ 3; *see also id.*, at Exs. B, C, D, E, and F.

This motion is based on this Notice of Motion, the Joint Stipulation of the parties pursuant to Local Rule 37-2, the Declaration of Brian Ledahl (filed under seal), the exhibits thereto, and upon such additional submissions and arguments as may be presented at or before the hearing on this Motion.

Dated: March 9, 2009

IRELL & MANELLA LLP
Steven A. Marenberg
Elliot Brown
Brian Ledahl
Benjamin Glatstein

By: \_\_\_\_\_/s_____
     Brian Ledahl

Attorneys for Plaintiffs