ERIN R. RANAHAN (SBN: 235286)
WINSTON & STRAWN LLP
333 SOUTH GRAND AVENUE, 38TH FLOOR
LOS ANGELES, CA 90071-1543
T: (213) 615-1700     F: (213) 615-1750

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., et al.<br><br>PLAINTIFF(S)<br>v.<br>VEOH NETWORKS, INC.,<br>DEFENDANT(S). | CASE NUMBER:<br>CV-07-05744-AHM (AJWx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

(1) Veoh's Application to File Ranahan Declaration Under Seal; (2) Declaration of Erin R. Ranahan in Support of Veoh Networks, Inc.'s Opposition to UMG's Motion for Sanctions and to Compel Veoh to Produce Its Audible Magic Metadata; and (3) [Proposed] Order Granting Veoh's Application to File Ranahan Declaration Under Seal

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
☒ Other
　See above.

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated September 30, 2008
☒ Manual Filing required (*reason*):
　Declaration contains information designated as confidential under the Protective Order dated September 30, 2008.

| | |
|---|---|
| March 9, 2009<br>Date | /S/ ERIN R. RANAHAN<br>Attorney Name<br>ERIN R. RANAHAN<br>Party Represented<br>DEFENDANT VEOH NETWORKS, INC. |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)　　　　　　　　　　NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com