| | |
|---|---|
| ERIN R. RANAHAN (SBN: 235286) <br> WINSTON & STRAWN LLP <br> 333 SOUTH GRAND AVENUE, 38TH FLOOR <br> LOS ANGELES, CA 90071-1543 <br> T: (213) 615-1700   F: (213) 615-1750 | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., et al. <br><br> PLAINTIFF(S) <br> v. <br> VEOH NETWORKS, INC., <br><br> DEFENDANT(S). | CASE NUMBER: <br> CV-07-05744-AHM (AJWx) <br><br> NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

(1) Veoh's Application to File Documents Under Seal (2) [Proposed] Order Granting Veoh's Application to File Documents Under Seal; (3) Veoh's Notice of Motion and Motion to Compel UMG's Digital Blog and Instant Messages; (4) Declaration of Ranahan in Support Thereof; (5) [Proposed] Order Granting Veoh's Motion to Compel UMG's Digital Blog, etc.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☒ Other
   See above.

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☒ Per Court order dated September 30, 2008

☒ Manual Filing required (*reason*):
   Declaration contains information designated as confidential under the Protective Order dated September 30, 2008.

| | |
|---|---|
| March 9, 2009 <br> Date | /S/ ERIN R. RANAHAN <br> Attorney Name <br> ERIN R. RANAHAN <br> Party Represented <br> DEFENDANT VEOH NETWORKS, INC. |

Note: File one Notice in each case, each time you manually file document(s).