# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., et al. <br><br> Plaintiffs, <br><br> vs. <br><br> VEOH NETWORKS, INC. a California Corporation <br><br> Defendant. | **Case No. CV 07 5744 – AHM (AJWx)** <br><br> The Honorable Andrew Wistrich <br><br> **LOCAL RULE 79-5.1** <br><br> **ORDER GRANTING VEOH'S APPLICATION TO FILE UNDER SEAL DECLARATION OF ERIN R. RANAHAN IN SUPPORT OF VEOH NETWORKS, INC.'S OPPOSITION TO UMG'S MOTION FOR SANCTIONS AND TO COMPEL COMPLIANCE WITH PRIOR COURT ORDERS** |

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

Upon consideration of Veoh's Application to File Under Seal the Declaration of Erin R. Ranahan in Support of Veoh Networks, Inc.'s Opposition to UMG's Motion for Sanctions and to Compel Compliance With Prior Court Orders and the exhibits attached thereto, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. Veoh's Application to File Under Seal the Declaration of Erin R. Ranahan in Support of Veoh Networks, Inc.'s Opposition to UMG's Motion for Sanctions and to Compel Compliance With Prior Court Orders and the exhibits attached thereto is GRANTED; and

2. The Clerk of the Court shall file under seal the Declaration of Erin R. Ranahan in Support of Veoh Networks, Inc.'s Opposition to UMG's Motion for Sanctions and to Compel Compliance With Prior Court Orders and the exhibits attached thereto.

Dated: __March 9, 2009

Hon. Andrew J. Wistrich