ORIGINAL

1  Rebecca Calkins (SBN: 195593)
   Erin Ranahan (SBN: 235286)
2  **WINSTON & STRAWN LLP**
   333 South Grand Avenue, 38th Floor
3  Los Angeles, CA 90071-1543
   Telephone: 213-615-1700
4  Facsimile: 213-615-1750
   Email: rcalkins@winston.com
5
6  Jennifer A. Golinveaux (SBN 203056)
   **WINSTON & STRAWN LLP**
7  101 California Street
   San Francisco, CA 94111
8  (415) 591-1506 (Telephone)
   (415) 591-1400 (Facsimile)
9  Email: jgolinveaux@winston.com

10 Michael S. Elkin (*admitted pro hac vice*)
   Thomas P. Lane (*admitted pro hac vice*)
11 **WINSTON & STRAWN LLP**
   200 Park Avenue
12 New York, New York 10166
   (212) 294-6700 (Telephone)
13 (212) 294-4700 (Facsimile)
   Email: melkin@winston.com
14 Email: tlane@winston.com

15 Attorneys for Defendant
   VEOH NETWORKS, INC.

FILED 2009 MAR -9 PM 2:51

16              **UNITED STATES DISTRICT COURT**
17              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.* | Case No. CV 07 5744 – AHM (AJWx) |
| Plaintiffs, | The Honorable Andrew Wistrich |
| vs. | **PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |
| VEOH NETWORKS, INC. *et al.* | |
| Defendants. | |

LA:238289.1

1

**PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL**
Case No. CV 07 5744-AHM (AJWx)

*UMG Recordings, Inc., et al. v. Veoh Networks, Inc.*
USDC, Central Case No. CV 07-5744-AHM (AJWx)

## PROOF OF SERVICE

STATE OF CALIFORNIA )
                                     ) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 333 South Grand Avenue, Los Angeles, CA 90071-1543. On March 9, 2009, I served the within documents:

1. **VEOH'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF ERIN R. RANAHAN;**

2. **DECLARATION OF ERIN R. RANAHAN IN SUPPORT OF VEOH NETWORKS, INC.'S OPPOSITION TO UMG'S MOTION FOR SANCTIONS AND TO COMPEL VEOH TO PRODUCE ITS AUDIBLE MAGIC METADATA;**

3. **[PROPOSED] ORDER GRANTING VEOH'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF ERIN R. RANAHAN**

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

☐ On _____ I sent such document(s) from facsimile machine 213-615-1750. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 213-615-1750 which confirms said transmission and receipt.

☐ by causing the document(s) listed above to be delivered via overnight delivery (Federal Express) to the person(s) at the address(es) set forth below.

☑ By causing the foregoing document to be served electronically by electronically mailing a true and correct copy through Winston & Strawn's electronic mail system to the e-mail address(es), as stated in the attached service list, and the transmission was reported as complete and no error was reported.

**PLEASE SEE ATTACHED SERVICE LIST**

    I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on March 9, 2009, at Los Angeles, California.

                                                           Patricia Strader

# SERVICE LIST

| (BY U.S. MAIL AND E-MAIL)<br>Steven A. Marenberg, Esq.<br>Elliot Brown, Esq.<br>Brian Ledahl, Esq.<br>Benjamin Glatstein, Esq.<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Telephone: (310) 277-1010<br>Fax: (310) 203-7199<br>(smarenberg@irell.com)<br>(ebrown@irell.com)<br>(bledahl@irell.com)<br>(bglatstein@irell.com<br><br>**Attorneys for Plaintiffs** | (BY E-MAIL ONLY)<br>Robert G. Badal, Esq.<br>Amanda N. Walker, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>350 S. Grand Ave., Suite 2100<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5300<br>Fax: (213) 443-5480<br>Robert.badal@wilmerhale.com<br>Amanda.walker@wilmerhale.com<br><br>**Attorneys for Shelter Capital Partners and Shelter Venture Fund L.P.** |
|---|---|
| (BY E-MAIL ONLY)<br>Annette L. Hurst, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard St.<br>San Francisco, CA 94105<br>Telephone: (415) 773-5700<br>Fax: (415) 773-5759<br>ahurst@orrick.com<br>**Attorneys for Shelter Capital Partners and Shelter Venture Fund L.P.** | (BY E-MAIL ONLY)<br>Joel Cavanaugh<br>Donald R. Steinberg<br>Mark G. Matuschak<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Fax: (617) 526-5000<br>Joel.cavanaugh@wilmerhale.com<br>Don.steinberg@wilmerhale.com<br>mark.matuschak@wilmerhale.com<br><br>**Attorney for Spark Capital, LLC and Spark Capital, L.P.** |
| (BY E-MAIL ONLY)<br>Maria K. Vento<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1117 California Avenue<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Fax: (650) 858-6100<br>Maria.Vento@wilmerhale.com<br><br>**Attorney for Spark Capital, LLC and Spark Capital, L.P.** | (BY E-MAIL ONLY)<br>Glen L. Kulick, Esq.<br>Alisa S. Edeslon, Esq.<br>**KULICK, GOTTESMAN, MOUTON & SIEGEL, LLP**<br>15303 Ventura Blvd., Suite 1400<br>Sherman Oaks, CA 91403<br>Telephone: (310) 557-9200<br>Fax: (310) 557-0224<br>gkulik@kgmslaw.com<br>aedelson@kgmslaw.com<br><br>**Attorney for Tornante Company LLC** |