**Winston & Strawn LLP**
333 South Grand Avenue
Los Angeles, CA 90071-1543

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., et al. )<br>  )<br>         Plaintiffs, )<br>  )<br>    vs. )<br>  )<br>VEOH NETWORKS, INC. a California )<br>Corporation )<br>         Defendant. )<br>  ) | **Case No. CV 07 5744 – AHM (AJWx)**<br><br>The Honorable Andrew Wistrich<br><br>**LOCAL RULE 79-5.1**<br><br>**ORDER GRANTING VEOH'S APPLICATION TO FILE UNDER SEAL DECLARATION OF ERIN R. RANAHAN IN SUPPORT OF VEOH NETWORKS, INC.'S OPPOSITION TO UMG'S MOTION FOR SANCTIONS AND TO COMPEL VEOH TO PRODUCE ITS AUDIBLE MAGIC METADATA** |

LA:238319.1                    1

**[PROPOSED] ORDER GRANTING VEOH'S APPLICATION TO FILE UNDER SEAL**
**CASE NO. CV 07 5744 – AHM(AJWX)**

Upon consideration of Veoh's Application to File Under Seal the Declaration of Erin R. Ranahan in Support of Veoh Networks, Inc.'s Opposition to UMG's Motion Motion for Sanctions and to Compel Veoh to Produce Its Audible Magic Metadata and the exhibits attached thereto, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. Veoh's Application to File Under Seal the Declaration of Erin R. Ranahan in Support of Veoh Networks, Inc.'s Opposition to UMG's Motion for Sanctions and to Compel Veoh to Produce Its Audible Magic Metadata and the exhibits attached thereto GRANTED; and

2. The Clerk of the Court shall file under seal the Declaration of Erin R. Ranahan in Support of Veoh Networks, Inc.'s Opposition to UMG's Motion for Sanctions and to Compel Veoh to Produce Its Audible Magic Metadata and the exhibits attached thereto.

Dated: March 10, 2009

Hon. Andrew Wistrich