UMG Recordings, Inc. et al v. Veoh Networks, Inc. et al     Doc. 338

Rebecca Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin Ranahan (SBN: 235286)
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)

Michael S. Elkin (admitted *pro hac vice*)
Email: melkin@winston.com
Thomas P. Lane (admitted *pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Attorneys for Defendant
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> VEOH NETWORKS, INC. a California Corporation, et al., <br><br> Defendants. | Case No. CV 07 5744 – AHM (AJWx) <br><br> **DECLARATION OF JENNIFER A. GOLINVEAUX IN SUPPORT OF DEFENDANT VEOH NETWORKS, INC.'S MOTION FOR SUMMARY JUDGMENT RE ENTITLEMENT TO SECTION 512(c) SAFE HARBOR** <br><br> Date: April 13, 2009 <br> Time: 10:00 AM <br> Courtroom: 14 <br> Judge: Hon. A. Howard Matz |

DECL. OF JENNIFER A. GOLINVEAUX ISO DEF. VEOH NETWORKS, INC.'S MOT. FOR SUMM. J.
Case No. CV 07 5744 – AHM (AJWx)

Dockets.Justia.com

# DECLARATION OF JENNIFER A. GOLINVEAUX

I, Jennifer A. Golinveaux, declare as follows:

1. I am an attorney at law duly admitted to practice before all courts of the State of California, and am admitted to practice before the United States District Court, Central District of California. I am a partner with the firm of Winston & Strawn LLP, attorneys of record herein for Defendant Veoh Networks, Inc. ("Veoh"). I am familiar with the pleadings and proceedings in this action. I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the relevant portion of the deposition testimony of Bruce Wiseman, taken on February 2, 2009.

3. Attached hereto as Exhibit B is a true and correct copy of the relevant portion of the deposition transcript of Stacie Simons, taken on January 29, 2009.

4. Attached hereto as Exhibit C is a true and correct copy of the relevant portion of the deposition transcript of Joseph Papa, taken on January 30, 2009.

5. Attached hereto as Exhibit D is a true and correct copy of a letter Veoh's counsel sent to UMG's counsel on September 24, 2007, wherein Veoh's counsel explained that if UMG would identify the videos it contended were infringing, Veoh would promptly disable access to the videos.

6. Attached hereto as Exhibit E is a true and correct copy of a response letter UMG's counsel sent to Veoh's counsel on October 1, 2007, where UMG refused to identify any infringing videos and instead insisted that Veoh should be able to figure out on its own which UMG "content" was on its site, and that UMG was not obligated "to identify each instance in which Veoh is displaying unauthorized content."

7. Attached hereto as Exhibit F is a true and correct copy of a letter Veoh's counsel sent to UMG's counsel on October 19, 2007, in which Veoh again asked UMG to identify any infringing videos. UMG refused.

1
DECL. OF JENNIFER A. GOLINVEAUX ISO DEF. VEOH NETWORKS, INC.'S MOT. FOR SUMM. J.
Case No. CV 07 5744 – AHM (AJWx)

8. Attached hereto as Exhibit G is a true and correct copy of UMG's Response to Veoh's Interrogatory No. 25 served on December 1, 2008, in which UMG finally identified videos it claims were infringing.

9. Attached hereto as Exhibit H is a true and correct copy of UMG's Supplement to Ex. A. to UMG's Response to Veoh's Interrogatory No. 25, served on January 16, 2009.

10. Attached hereto as Exhibit I is a true and correct copy of Veoh's Responses to UMG's Second Set of Interrogatories, served on December 22, 2008.

11. Attached hereto as Exhibit J is a true and correct copy of a letter I sent to UMG's counsel on December 15, 2008.

12. Attached hereto as Exhibit K is a true and correct copy of UMG's Responses to Veoh's First Set of Interrogatories.

13. Attached hereto as Exhibit L is a true and correct copy of Veoh's Supplemental Responses to UMG's Second Interrogatories

14. During the pendency of this action, UMG also sued Veoh in New York for infringement of common law copyrights based upon the same allegations asserted in this case. The New York action was dismissed with prejudice. *See UMG Recordings, Inc. v. Veoh Networks, Inc.*, Case No. CV 07-5744, Index No. 600558/08. Attached hereto as Exhibit M is a true and correct copy of the November, 24, 2008 Order Granting Veoh's Motion to Dismiss.

15. Attached hereto as Exhibit N is a true and correct copy of an email produced by UMG Bates numbered UMG00176511 – UMG00176513.

16. Attached hereto as Exhibit O is a true and correct copy of Plaintiff's Responses to Veoh Networks, Inc.'s Requests for Admissions to Plaintiff's Set One.

//
//
//
//

1 I declare, under penalty of perjury under the laws of the United States of America, that
2 the foregoing is true and correct.
3     Executed this 11th day of March, 2009, at San Francisco, California.

*[signature]*
Jennifer A. Golinveaux

SF:242987.1

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543