Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., et al. ) | **Case No. CV 07 5744 – AHM (AJWx)** |
| Plaintiffs, ) | The Honorable Andrew Wistrich |
| vs. ) | **LOCAL RULE 79-5.1** |
| VEOH NETWORKS, INC. a California Corporation ) | **ORDER GRANTING VEOH'S APPLICATION TO FILE UNDER SEAL** |
| Defendant. ) | **-VEOH'S MOTION TO COMPEL UMG'S DIGITAL BLOG AND INSTANT MESSAGES** |
| ) | **-THE DECLARATION OF ERIN R. RANAHAN IN SUPPORT OF VEOH'S MOTION TO COMPEL UMG'S DIGITAL BLOG AND INSTANT MESSAGES** |

LA:238438.1

**[PROPOSED] ORDER GRANTING VEOH'S APPLICATION TO FILE UNDER SEAL**
**CASE NO. CV 07 5744 – AHM(AJWX)**

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

Upon consideration of Veoh's Application to File Under Seal the (1) Veoh's Motion to Compel UMG's Digital Blog and Instant Messages; and (2) The Declaration of Erin R. Ranahan in Support of Veoh's Motion to Compel UMG's Digital Blog and Instant Messages and the exhibits attached thereto, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. Veoh's Application to File Under Seal Veoh's Motion to Compel UMG's Digital Blog and Instant Messages and the Declaration of Erin R. Ranahan in Support of Veoh's Motion to Compel UMG's Digital Blog and Instant Messages and the exhibits attached thereto are GRANTED; and

2. The Clerk of the Court shall file under seal Veoh's Motion to Compel UMG's Digital Blog and Instant Messages and the Declaration of Erin R. Ranahan in Support of Veoh's Motion to Compel UMG's Digital Blog and Instant Messages and the exhibits attached thereto .

Dated: _March 11, 2009_____  _____

Hon. Andrew Wistrich