|  |  |
|---|---|
|  | **UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA** |
| PLAINTIFF(S)<br>v.<br>DEFENDANT(S). | CASE NUMBER: |
|  | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**



**Document Description:**

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☐   Other

**Reason:**

☐   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☐   Per Court order dated _____

☐   Manual Filing required (*reason*):

_____          _____
Date                                                                   Attorney Name

                                                                       _____
                                                                       Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                                    **NOTICE OF MANUAL FILING**