Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | **Case No. CV-07-05744 AHM (AJWx)** |
| Plaintiffs, | **DECLARATION OF SERVICE** |
| | Magistrate: Hon. Andrew J. Wistrich |
| v. | Date: March 30, 2009<br>Time: 10:00 a.m.<br>Courtroom: 690 |
| VEOH NETWORKS, INC., *et al.*, | Discovery Cutoff: April 13, 2009<br>Pretrial Conference: July 13, 2009<br>Trial Date: July 29, 2009 |
| Defendants. | |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2027395

SUPPLEMENTAL LEDAHL DECLARATION IN
SUPPORT OF UMG'S MOTION FOR SANCTIONS AND
TO COMPEL COMPLIANCE WITH PRIOR COURT
ORDERS

# **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276.

On March 16, 2009, I served the foregoing document described as

**(1) UMG'S SUPPLEMENTAL BRIEF RE: MOTION FOR SANCTIONS AND TO COMPEL COMPLIANCE WITH PRIOR COURT ORDERS [UNDER SEAL];**

**(2) SUPPLEMENTAL DECLARATION OF BRIAN LEDAHL IN SUPPORT OF UMG RECORDINGS, INC.'S MOTION FOR SANCTIONS AND TO COMPEL COMPLIANCE WITH PRIOR COURT ORDERS (UNDER SEAL);**

**(3) SUPPLEMENTAL BRIEF IN SUPPORT OF UMG'S MOTION FOR SANCTIONS AND TO COMPEL VEOH TO PRODUCE ITS AUDIBLE MAGIC METADATA [UNDER SEAL];**

**(4) SUPPLEMENTAL DECLARATION OF BRIAN LEDAHL IN SUPPORT OF UMG'S MOTION FOR SANCTIONS AND TO COMPEL VEOH TO PRODUCE ITS AUDIBLE MAGIC METADATA [UNDER SEAL];**

**(5) UMG'S OPPOSITION TO VEOH'S MOTION TO COMPEL UMG'S DIGITAL BLOG AND INSTANT MESSAGES AND UMG'S CROSS-MOTION TO STRIKE VEOH'S MOTION AND FOR ATTORNEYS' FEES;**

**(6) LEDAHL DECLARATION IN SUPPORT OF UMG'S OPPOSITION TO VEOH'S MOTION TO COMPEL UMG'S DIGITAL BLOG AND INSTANT MESSAGES [UNDER SEAL];**

**(7) DECLARATION OF CLIFTON LANCASTER IN SUPPORT OF UMG'S OPPOSITION TO VEOH'S MOTION TO COMPEL UMG'S DIGITAL BLOG AND INSTANT MESSAGES [UNDER SEAL];**

**(8) DECLARATION OF PATRICK LIN IN SUPPORT OF UMG'S OPPOSITION TO VEOH'S MOTION TO COMPEL UMG'S DIGITAL BLOG AND INSTANT MESSAGES [UNDER SEAL]; and**

**(9) DECLARATION OF SERVICE**

on each interested party, as stated on the attached service list.

☒ (BY ELECTRONIC MAIL) I caused the foregoing document to be served electronically by electronically mailing a true and correct copy through Irell & Manella LLP's electronic mail system to the e-mail address(es), as stated on the attached service list, and the transmission was reported as complete and no error was reported.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2027395

| | ☒ | (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by FedEx, an express service carrier which provides overnight delivery, as follows. I placed a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed, as stated on the attached service list, with fees for overnight delivery paid or provided for. |
|---|---|---|
| | ☒ | (BOX DEPOSIT) I deposited such envelopes or packages in a box or other facility regularly maintained by the express service carrier. |
| | ☐ | (CARRIER PICK-UP) I delivered such envelopes or packages to an authorized carrier or driver authorized by the express service carrier to receive documents. |

Executed on March 16, 2009, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

| Priscilla Bradley (pbradley@irell.com) | /s/ |
|---|---|
| (Type or print name) | (Signature) |

**SERVICE LIST**

| | |
|---|---|
| Rebecca Calkins, Esq.   *Via FedEx*<br>Erin Ranahan, Esq.<br>**WINSTON & STRAWN LLP**<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, CA 90071-1543<br>Telephone:   (213) 615-1700<br>Facsimile:    (213) 615-1750<br>Email: rcalkins@winston.com<br>           eranahan@winston.com<br><br>**Attorneys for Defendant Veoh Networks, Inc.** | Robert G. Badal, Esq.<br>Amanda N. Walker, Esq.<br>**WILMER CUTLER PICKERING HALE AND DOOR LLP**<br>350 S. Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Telephone:   (213) 443-5300<br>Facsimile:    (213) 443-5400<br>Email:  robert.badal@wilmerhale.com<br>           amanda.walker@wilmerhale.com<br><br>**Attorneys for Defendants Shelter Capital Partners and Shelter Venture Fund L.P.** |
| Michael S. Elkin, Esq. (pro hac vice)<br>Thomas P. Lane, Esq. (pro hac vice)<br>**WINSTON & STRAWN LLP**<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:   (212) 294-6700<br>Facsimile:    (212) 294-4700<br>Email: melkin@winston.com<br>           tlane@winston.com<br><br>**Attorneys for Defendant Veoh Networks, Inc.** | Glen L. Kulik, Esq.<br>Alisa S. Edelson, Esq.<br>**KULIK, GOTTESMAN, MOUTON & SIEGEL, LLP**<br>15303 Ventura Boulevard, Suite 1400<br>Sherman Oaks, CA 91403<br>Telephone:  (310) 557-9200<br>Facsimile:   (310) 557-0224<br>Email:       gkulik@kgmslaw.com<br>                aedelson@kgmslaw.com<br><br>**Attorneys for Defendant Tornante Company LLC** |
| Jennifer A. Golinveaux, Esq.<br>**WINSTON & STRAWN LLP**<br>101 California Street<br>San Francisco, CA 94111-5894<br>Telephone:   (310) 586-7800<br>Facsimile:    (310) 591-1400<br>Email: jgolinveaux@winston.com<br><br>**Attorneys for Defendant Veoh Networks, Inc.** | Annette L. Hurst, Esq.<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone:  (415) 773-4585<br>Facsimile:   (415) 773-5759<br>Email:  ahurst@orrick.com<br><br>**Attorneys for Defendants Shelter Capital Partners and Shelter Venture Fund L.P.** |

| | | |
|---|---|---|
| 1 | Maria K. Vento, Esq.<br>**WILMER CUTLER PICKERING HALE AND DOOR LLP**<br>1117 California Avenue<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br>Email: Maria.Vento@wilmerhale.com<br><br>**Attorneys for Defendants Spark Capital, LLC and Spark Capital, L.P.** | Joel Cavanaugh, Esq.<br>Donald R. Steinberg, Esq.<br>Mark G. Matuschak, Esq.<br>**WILMER CUTLER PICKERING HALE AND DOOR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>Email: Joel.cavanaugh@wilmerhale.com<br>         Don.steinberg@wilmerhale.com<br>         mark.matuschak@wilmerhale.com<br><br>**Attorneys for Defendants Spark Capital, LLC and Spark Capital, L.P.** |