# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC. a California Corporation<br><br>Defendant. | Case No. CV 07 5744 – AHM (AJWx)<br><br>~~The Honorable Andrew Wistrich~~<br><br>**LOCAL RULE 79-5.1**<br><br>**[PROPOSED] ORDER GRANTING VEOH'S APPLICATION TO FILE UNDER SEAL**<br><br>**EXHIBIT N TO THE DECLARATION OF JENNIFER A. GOLINVEAUX IN SUPPORT OF DEFENDANT VEOH NETWORKS, INC.'S MOTION FOR SUMMARY JUDGMENT RE ENTITLEMENT TO SECTION 512(C) SAFE HARBOR** |

FILED MAR 12 2009
2009 MAR 12 PM 2:28
LODGED

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

LA:238653.1

1

[PROPOSED] ORDER GRANTING VEOH'S APPLICATION TO FILE UNDER SEAL
CASE NO. CV 07 5744 – AHM(AJWX)

Upon consideration of Veoh's Application to File Under Seal Exhibit N to the Declaration of Jennifer A. Golinveaux in Support of Defendant Veoh Networks, Inc.'s Motion for Summary Judgment Re Entitlement to Section 512(c) Safe Harbor, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. Veoh's Application to File Under Seal Exhibit N to the Declaration of Jennifer A. Golinveaux in Support of Defendant Veoh Networks, Inc.'s Motion for Summary Judgment Re Entitlement to Section 512(c) Safe Harbor is GRANTED; and

2. The Clerk of the Court shall file under seal Exhibit N to the Declaration of Jennifer A. Golinveaux in Support of Defendant Veoh Networks, Inc.'s Motion for Summary Judgment Re Entitlement to Section 512(c) Safe Harbor.

Dated: MAR 1 2 2009

~~Hon. Andrew Wistrich~~

**A. Howard Matz**
**U.S. District Court Judge**