1  Robert G. Badal (Bar No. 81313)
2  Robert.Badal@WilmerHale.com
   WILMER CUTLER PICKERING HALE AND DORR LLP
3  350 South Grand Avenue, Suite 2100
4  Los Angeles, CA 90071
   Telephone: +1 (213) 443-5300
5  Facsimile: +1 (213) 443-5400
6
   Annette L. Hurst (Bar No. 148738)
7  ahurst@orrick.com
   ORRICK HERRINGTON & SUTCLIFFE LLP
8  405 Howard Street
9  San Francisco, CA 94105
   Telephone: +1 (415) 773-5700
10 Facsimile: +1 (415) 773-5759
11
   Attorneys for Defendants
12 SHELTER CAPITAL PARTNERS, LLC and
13 SHELTER VENTURE FUND, L.P.
14 [OTHER COUNSEL LISTED ON SIGNATURE PAGES]
15            UNITED STATES DISTRICT COURT
16           CENTRAL DISTRICT OF CALIFORNIA
17                   WESTERN DIVISION
18

| | |
|---|---|
| 19 UMG RECORDINGS INC. et al., | Case No. CV07-5744 AHM (AJWx) |
| 20 Plaintiffs, | **DECLARATION OF AMANDA WALKER IN SUPPORT OF REPLY MEMORANDUM TO MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| 21 v. | |
| 22 VEOH NETWORKS, INC. et al., | |
| 23 | |
| 24 Defendants. | [Fed. R. Civ. P. 12(b)(6)] |
| 25 | Date:       March 23, 2009 |
| 26 | Time:       10:00 a.m. |
| 27 | Trial Date: July 28, 2009 |
| 28 | The Honorable A. Howard Matz |

{00114167.DOC}
DECLARATION OF AMANDA WALKER IN SUPPORT OF REPLY                CV07-5744 AHM (AJWX)
MEMORANDUM TO MOTION TO DISMISS SECOND AMENDED COMPLAINT BY INVESTOR DEFENDANTS

I, Amanda Walker, declare as follows:

1.     I am an attorney at law duly licensed to practice before this Court and the courts of the State of California. I am an associate with the law firm of Wilmer, Cutler, Pickering, Hale, and Dorr LLP, counsel of record in this action for defendants Shelter Venture Fund, LP and Shelter Capital Partners, LLC (collectively, "Shelter"). I have personal knowledge of the facts set forth below, and, if called as a witness, I could and would competently testify thereto.

2.     On March 10, 2009, I notified Brian Ledahl, counsel for Plaintiffs UMG Recordings, Inc. et al. ("UMG") that counsel for Shelter and defendants Spark Capital Partners LLC, Spark Capital LP and The Tornante Company, LLC (collectively, "Investor Defendants") intended to move to strike his declaration and exhibits filed in support of UMG's Opposition unless UMG voluntarily withdrew his declaration and the supporting exhibits. I explained the declaration and exhibits contained material outside the scope of the Second Amended Complaint and as such were improper for this Court to consider in ruling on the motion to dismiss. Following the exchange of several subsequent emails, Mr. Ledahl informed me on March 13, 2009 that he disagreed with the legal authorities I cited in support of this position.  Attached hereto as Exhibit "A" is a true and correct copy of my email exchange with Mr. Ledahl from March 10 to 13, 2009.

3.     As of the date of this declaration, I have not heard further from Mr. Ledahl. In addition, UMG has not withdrawn Mr. Ledahl's declaration or supporting exhibits.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of March, 2009, at Los Angeles, California.

_Amanda Walker_
_____
AMANDA WALKER

**From:** Ledahl, Brian
**To:** Walker, Amanda
**Cc:** Ledahl, Brian
**Sent:** Fri Mar 13 17:44:35 2009
**Subject:** RE: Ledahl Declaration in support of Opposition

Amanda,

　Thank you for providing the authorities identified in your prior email. We do not agree that these authorities support the remedy you suggest

Best regards,

Brian

**From:** Walker, Amanda [mailto:Amanda.Walker@wilmerhale.com]
**Sent:** Thursday, March 12, 2009 12:09 PM
**To:** Ledahl, Brian
**Subject:** Ledahl Declaration in support of Opposition

Hi Brian,

We will assume from your silence that you have decided not to voluntarily withdraw your declaration and exhibits in support of UMG's Opposition to the Motion to Dismiss SAC. We intend to file the motion to strike

Best regards,
Amanda

Amanda Walker
WilmerHale
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071 USA
+1 213 443 5300 (t)
+1 213 443 5400 (f)
amanda walker@wilmerhale.com

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged If you are not the intended recipient, please notify us immediately – by replying to this message or by sending an email to postmaster@wilmerhale.com – and destroy all copies of this message and any attachments Thank you

For more information about WilmerHale, please visit us at http://www.wilmerhale.com

**From:** Walker, Amanda
**Sent:** Tuesday, March 10, 2009 6:25 PM
**To:** Ledahl, Brian
**Subject:** RE: Ledahl Declaration in support of Opposition

Hi Brian,

We believe the following authorities support our position:

Federal Rule of Civil Procedure 12(d), Lee v. City of Los Angeles, 250 F.3d 668, 688 (9th Cir. Cal. 2001), Pistoresi v. Madera Irrigation Dist., 2009 U.S. Dist. LEXIS 11374 (E.D. Cal. Jan. 30, 2009).

Best,
Amanda

---

**From:** Ledahl, Brian [mailto:BLedahl@irell.com]
**Sent:** Tuesday, March 10, 2009 2:49 PM
**To:** Walker, Amanda
**Cc:** Ledahl, Brian
**Subject:** RE: Ledahl Declaration in support of Opposition

Amanda,

Your message does not explain or identify the authority you believe supports such a request. Please provide it.

Best regards,

Brian

---

**From:** Walker, Amanda [mailto:Amanda.Walker@wilmerhale.com]
**Sent:** Tuesday, March 10, 2009 3:43 PM
**To:** Ledahl, Brian
**Subject:** Ledahl Declaration in support of Opposition

Dear Brian,

I write regarding your declaration in support of UMG's Opposition to Certain Defendants' Motion to Dismiss Second Amended Complaint. The declaration contains material outside the scope of the complaint and is therefore, we believe, impermissible in the Rule 12(b) context. We plan to move to strike the declaration and exhibits A and B unless you are willing to voluntarily withdraw the declaration.

Please let me know, at your earliest convenience, if UMG will withdraw the declaration.

Thank you,
Amanda

Amanda Walker
WilmerHale
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071 USA
+1 213 443 5300 (t)
+1 213 443 5400 (f)
amanda.walker@wilmerhale.com

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately -- by replying to this message or by sending an email to postmaster@wilmerhale.com -- and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com

ccmailg.irell.com made the following annotations

----------------------------------------------------------------------

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.


----------------------------------------------------------------------

ccmailg.irell.com made the following annotations

----------------------------------------------------------------------

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.


----------------------------------------------------------------------

# **PROOF OF SERVICE**

I am employed in the County of Los Angeles, in the State of California. I am over the age of 18 and not a party to the within action. My business address is 350 South Grand Avenue, Suite 2100, Los Angeles, CA 90071.

On March 16, 2009, I served the foregoing document:

DECLARATION OF AMANDA WALKER IN SUPPORT OF REPLY MEMORANDUM TO MOTION TO DISMISS SECOND AMENDED COMPLAINT

☒ (BY FIRST CLASS MAIL) I caused the foregoing document to be served by First Class Mail on the following:

And

☒ (BY ELECTRONIC MAIL) I caused the foregoing document to be served by email transmission on the following:

Brian Ledahl (BY EMAIL AND OVERNIGHT COURIER)
Steven Marenberg (BY EMAIL ONLY)
Elliot Brown (BY EMAIL ONLY)

*Counsel for Plaintiffs UMG Recordings, Inc., et al.*

Benjamin Glatstein (BY EMAIL ONLY)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Phone:    (310) 277-1010
Fax:       (310) 203-7199
Email:    smarenberg@irell.com
Email:    ebrown@irell.com
Email:    bledahl@irell.com
Email:    bglatstein@irell.com

Jennifer A. Golinveaux (BY EMAIL AND FIRST CLASS MAIL)
WINSTON & STRAWN LLP
101 California St.
San Francisco, CA 94111
Phone:    (415) 591-1000
Fax:       (415) 591-1400
Email:        jgolinveaux@winston.com

*Counsel For Defendant Veoh Networks*

| | | |
|---|---|---|
| 1 | Maria K. Vento (BY EMAIL AND FIRST CLASS MAIL) | *Counsel for Defendants Spark Capital, LLC and Spark Capital, L.P.* |
| 2 | Mark G. Matuschak (BY EMAIL ONLY) Wilmer Cutler Pickering Hale and | |
| 3 | Dorr LLP 1117 California Avenue | |
| 4 | Palo Alto, CA 94304 Phone: (650) 858-6000 | |
| 5 | Fax: (650) 858-6100 Email: maria.vento@wilmerhale.com | |
| 6 | Email: mark.matuschak@wilmerhale.com | |
| 7 | | |
| 8 | Alisa S. Edelson (BY EMAIL AND FIRST CLASS MAIL) | *Counsel for Defendant Tornante Company LLC* |
| 9 | Glen L. Kulik (BY EMAIL ONLY) KULIK GOTTESMAN MOUTON & | |
| 10 | SIEGEL Comerica Bank Building | |
| 11 | 1503 Ventura Boulevard, Suite 1400 Sherman Oaks, CA 91403 | |
| 12 | Phone: (310) 557-9200 | |
| 13 | Fax: (310) 557-0224 Email: aedelson@kgmslaw.com | |
| 14 | Email: gkulik@kgmslaw.com | |
| 15 | | |
| 16 | Annette L. Hurst (BY EMAIL ONLY) Orrick, Herrington & Sutcliffe LLP | *Counsel for Defendant Shelter Capital Partners LLC and Shelter Venture Fund LP* |
| 17 | The Orrick Building 405 Howard Street | |
| 18 | San Francisco, CA 94105-2669 Phone: (415) 773-5700 | |
| 19 | Fax (415) 773-5759 Email: ahurst@orrick.com | |
| 20 | | |
| 21 | | |
| 22 | Rebecca Lawlor Calkins (BY EMAIL ONLY) | *Counsel For Defendant Veoh Networks* |
| 23 | Erin R. Ranahan (BY EMAIL ONLY) WINSTON & STRAWN LLP | |
| 24 | 333 South Grand Avenue Los Angeles, CA 90071 | |
| 25 | Phone: (213) 615-1700 | |
| 26 | Fax: (213) 615-1750 Email: rcalkins@winston.com | |
| 27 | Email: eranahan@winston.com | |
| 28 | | |

Michael S. Elkin (BY EMAIL ONLY)
Thomas P. Lane (BY EMAIL ONLY)
WINSTON & STRAWN LLP
200 Park Ave.
New York, NY 10166
Phone:   (212) 294-6700
Fax:     (212) 294-4700
Email:   melkin@winston.com
Email:   tlane@winston.com

Executed on March 16, 2009, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

_____
Gail Harmon