Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs
UMG Recordings, Inc.;
Universal Music Corp.;
Songs of Universal, Inc.;
Universal-Polygram International Publishing, Inc.;
Rondor Music International, Inc.;
Universal Music – MGB NA LLC;
Universal Music – Z Tunes LLC;
and Universal Music – MGB Music Publishing Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>VEOH NETWORKS, INC., *et al.*,<br><br>   Defendants. | Case No. CV 07-05744 AHM (AJWx)<br><br>**DECLARATION OF STEVEN MARENBERG IN SUPPORT OF UMG'S *EX PARTE* APPLICATION FOR ORDER CONTINUING HEARING ON VEOH'S MOTION FOR SUMMARY JUDGMENT TO APRIL 27, 2009**<br><br>**Filed Concurrently Herewith:**<br>  (1) UMG's *Ex Parte Application* And Memorandum Of Points And Authorities In Support Thereof;<br>  (2) Declaration of Brian Ledahl;<br>  (3) [Proposed] Order<br><br>Judge: Hon. A. Howard Matz<br>Date:  TBD<br>Time:  TBD<br>Ctrm:  14<br><br>Discovery Cutoff: April 13, 2009<br>Pretrial Conference: July 13, 2009<br>Trial Date: July 28, 2009 |

DECLARATION OF STEVEN MARENBERG IN
SUPPORT OF UMG'S EX PARTE APPLICATION FOR
ORDER CONTINUING HEARING ON VEOH'S MOTION
FOR SUMMARY JUDGMENT TO APRIL 27, 2009

2029615

# DECLARATION OF STEVEN A. MARENBERG

I, Steven A. Marenberg, declare as follows:

1. I am a partner in the law firm of Irell & Manella LLP, counsel of record for UMG Recordings, Inc., and other affiliated UMG entities (collectively, "UMG") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I submit this declaration in support of UMG's *Ex Parte* Application For An Order Continuing Hearing On Veoh's Motion For Summary Judgment To April 27, 2009. I have personal knowledge of the facts set forth below and if called as a witness, I could and would testify to these same facts under oath.

2. I am lead counsel for UMG in this matter and have been so for the entire course of this action. I have also served as lead counsel for UMG in the related actions of UMG Recordings, Inc., et al. v. MySpace, Inc., et al., and UMG Recordings, Inc., et al. v. Grouper Networks, Inc., et al.

3. I am lead counsel for THQ Inc. in the matter *Jakks Pacific, Inc. v. THQ Inc.*, Del. Chancery Ct. Case No. 4295-VCL (the "Delaware suit"), which is an action brought by the plaintiff, Jakks Pacific, Inc., under the Delaware Books and Records Act, 6 Del. C. § 18-305. The trial proceeding for the Delaware suit was scheduled months ago by Vice Chancellor Stephen Lamb for March 30, 2009 and March 31, 2009 in Wilmington, Delaware.

4. I am also lead counsel for THQ Inc. in an arbitration proceeding brought by Jakks Pacific, Inc., which is being conducted under the auspices of the American Arbitration Association This matter, *Jakks Pacific, Inc. v. THQ Inc.*, AAA Case No. 13 180 2985 08 (the "New York arbitration"), is set for trial on April 14, 2009 through April 20, 2009 in New York, New York, before Judge Walter Schackman, a retired judge of the New York Supreme Court. The New York arbitration was scheduled for trial on those particular dates last month pursuant to an arbitration agreement between the parties that requires the hearing in the case to be

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2029615

- 1 -

DECLARATION OF STEVEN MARENBERG IN
SUPPORT OF UMG'S EX PARTE APPLICATION FOR
ORDER CONTINUING HEARING ON VEOH'S MOTION
FOR SUMMARY JUDGMENT TO APRIL 27, 2009

held within 60 days of the appointment of the arbitrator. Thus, the trial date cannot be continued and I do not foresee this case settling prior to trial. Because the trial in the New York arbitration begins on April 14th and will not end until April 20th, I will obviously need to be in New York City on both April 13, 2009 and April 20, 2009 to prepare for and conduct the trial of this case and thus cannot appear in Los Angeles on either of those days to argue on behalf of my client, UMG, in opposition to Veoh's Motion for Summary Judgment Re: Entitlement to Section 512(c) Safe Harbor.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of March, 2009 at Los Angeles, California.

Steven A. Marenberg

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2029615

- 2 -

DECLARATION OF STEVEN MARENBERG IN
SUPPORT OF UMG'S EX PARTE APPLICATION FOR
ORDER CONTINUING HEARING ON VEOH'S MOTION
FOR SUMMARY JUDGMENT TO APRIL 27, 2009