Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs
UMG Recordings, Inc.;
Universal Music Corp.;
Songs of Universal, Inc.;
Universal-Polygram International Publishing, Inc.;
Rondor Music International, Inc.;
Universal Music – MGB NA LLC;
Universal Music – Z Tunes LLC;
and Universal Music – MGB Music Publishing Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UMG RECORDINGS, INC., *et al.*, | Case No. CV 07-05744 AHM (AJWx) |
|---|---|
| Plaintiffs, | **DECLARATION OF BRIAN LEDAHL IN SUPPORT OF UMG'S *EX PARTE* APPLICATION FOR ORDER CONTINUING HEARING ON VEOH'S MOTION FOR SUMMARY JUDGMENT TO APRIL 27, 2009** |
| v. | |
| VEOH NETWORKS, INC., *et al.*, | |
| Defendants. | |
| | **Filed Concurrently Herewith:**<br>(1) UMG's *Ex Parte Application* And Memorandum Of Points And Authorities In Support Thereof;<br>(2) Declaration of Steven Marenberg;<br>(3) [Proposed] Order |
| | Judge: Hon. A. Howard Matz<br>Date: TBD<br>Time: TBD<br>Ctrm: 14 |
| | Discovery Cutoff: April 13, 2009<br>Pretrial Conference: July 13, 2009<br>Trial Date: July 28, 2009 |

DECLARATION OF BRIAN LEDAHL IN SUPPORT OF UMG'S EX PARTE APPLICATION FOR ORDER CONTINUING HEARING ON VEOH'S MOTION FOR SUMMARY JUDGMENT TO APRIL 27, 2009

2029558

# DECLARATION OF BRIAN LEDAHL

I, Brian Ledahl, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for UMG Recordings, Inc., and other affiliated UMG entities (collectively, "UMG") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I submit this declaration in support of UMG's *Ex Parte* Application For An Order Continuing Hearing On Veoh's Motion For Summary Judgment To April 27, 2009. I have personal knowledge of the facts set forth below and if called as a witness, I could and would testify to these same facts under oath.

2. On March 9, 2009, Jennifer Golinveaux, counsel for defendant Veoh Networks, Inc. ("Veoh"), telephoned me regarding Veoh's anticipated Motion for Summary Judgment Re: Entitlement to Section 512(c) Safe Harbor ("Motion for Summary Judgment" or "Motion"), to discuss a briefing schedule for the Motion. Ms. Golinveaux and I discussed various possible schedules and Ms. Golinveaux sent me an email message with Veoh's proposal, which contemplated a hearing date of April 20, 2009. A true and correct copy of Ms. Golinveaux's email is attached hereto as Exhibit A.

3. I had further discussions with Ms. Golinveaux regarding a briefing schedule for Veoh's Motion on Tuesday, March 10, 2009. During these discussions I informed Ms. Golinveaux that an April 20, 2009 hearing date presented a conflict for UMG's lead counsel, Mr. Marenberg, due to an out-of-town trial in another matter. I also informed Ms. Golinveaux that Mr. Marenberg had a separate trial scheduled for March 30-31 and thus sought to avoid a schedule in which UMG's response brief would be due during that time. At some point during our conversations, Ms. Golinveaux generally inquired about the possibility of noticing the motion for an April 13, 2009 hearing and I informed her that this was also unworkable. I proposed that Veoh notice its Motion for hearing on April 27, 2009

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2029558

DECLARATION OF BRIAN LEDAHL IN SUPPORT OF
UMG'S EX PARTE APPLICATION FOR ORDER
CONTINUING HEARING ON VEOH'S MOTION FOR
SUMMARY JUDGMENT TO APRIL 27, 2009

and suggested an accompanying briefing schedule.  Ms. Golinveaux represented that she would get back to me regarding my proposal.  She did not do so.  Instead, Veoh filed its Motion for Summary Judgment and noticed the hearing for April 13, 2009.  This schedule would require UMG to submit its response brief on March 30, 2009, when Mr. Marenberg is in trial.

4. On March 17, 2009, I sent Ms. Golinveaux an email.  I copied Robert Badal, counsel for Shelter Capital Partners, LLC and Shelter Venture Fund, LP, Maria Vento, counsel for Spark Capital, LLC and Spark Capital, LP, and Alisa Edelson, counsel for Tornante Company, LLC, on the same email.  A true and correct copy of that email, along with its associated replies, is attached hereto as Exhibit B.  In my email, I told Ms. Golinveaux that April 13, 2009, the date for which Veoh noticed the hearing on its Motion, conflicted with my colleague Steve Marenberg's schedule.  I proposed that Veoh re-notice its Motion for hearing on April 27, 2009.  I also stated that if Veoh would not agree to my proposal, UMG would file an *ex parte* application seeking an order continuing the hearing on Veoh's Motion to April 27.  Ms. Golinveaux responded to my email by inquiring as to the name of the case in which Mr. Marenberg had a trial scheduled.  I provided the information requested, and reiterated UMG's request that the Motion be re-noticed for hearing on April 27 and that UMG would pursue an ex parte application if Veoh would not agree to this adjustment.  On March 18, 2009, Ms. Golinveaux responded that Veoh would not agree to continue the hearing as requested, suggesting instead that Veoh would only be willing to move the hearing even earlier than the noticed date and further shorten UMG's time to respond.  Veoh has never provided any explanation for its unwillingness to calendar its Motion for hearing on April 27.  It has merely asserted that it does not want to schedule the motion for that date.

5. In August 2008, I telephoned Ms. Golinveaux regarding a summary judgment motion contemplated and ultimately filed by UMG.  Ms. Golinveaux and I

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2029558

- 1 -

DECLARATION OF BRIAN LEDAHL IN SUPPORT OF
UMG'S EX PARTE APPLICATION FOR ORDER
CONTINUING HEARING ON VEOH'S MOTION FOR
SUMMARY JUDGMENT TO APRIL 27, 2009

1 agreed that UMG would file is motion during the week of September 2, 2008; Veoh
2 would file its opposition no later than September 29, 2008; and UMG would file its
3 reply no later than October 10, 2008. Ms. Golinveaux specifically requested more
4 than three weeks to prepare Veoh's response to UMG's motion due to her plans to be
5 out of the office for her fortieth birthday the week of September 15. UMG agreed to
6 accommodate this request and schedule the motion consistent with Veoh's request.
7 A true and correct copy of a letter I sent to Ms. Golinveaux confirming this
8 agreement is attached hereto as Exhibit C.

9   I declare under penalty of perjury that the foregoing is true and correct to the
10 best of my knowledge.

11   Executed this 18th day of March, 2009 at Los Angeles, California.

Brian Ledahl

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2029558

- 2 -

DECLARATION OF BRIAN LEDAHL IN SUPPORT OF
UMG'S EX PARTE APPLICATION FOR ORDER
CONTINUING HEARING ON VEOH'S MOTION FOR
SUMMARY JUDGMENT TO APRIL 27, 2009