UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VEOH NETWORKS, INC., *et al.*,<br><br>Defendants. | Case No. CV 07-05744 AHM (AJWx)<br><br>**[PROPOSED] ORDER GRANTING UMG'S *EX PARTE* APPLICATION FOR ORDER CONTINUING HEARING ON VEOH'S MOTION FOR SUMMARY JUDGMENT TO APRIL 27, 2009**<br><br>Discovery Cutoff: April 13, 2009<br>Pretrial Conference: July 13, 2009<br>Trial Date: July 28, 2009 |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER GRANTING UMG'S EX PARTE
APPLICATION FOR ORDER CONTINUING HEARING
ON VEOH'S MOTION FOR SUMMARY JUDGMENT TO
APRIL 27, 2009

1  This Court, having considered UMG's *Ex Parte* Application For Order
2  Continuing Hearing On Veoh's Motion For Summary Judgment To April 27, 2009,
3  hereby rules as follows.

4      IT IS HEREBY ORDERED that:

5  (1) UMG's *Ex Parte* Application is GRANTED;

6  (2) The hearing on Veoh's Motion for Summary Judgment Re: Entitlement to
7      Section 512(c) Safe Harbor (the "Motion") is set for April 27, 2009, at
8      10:00 AM, before this Court;

9  (3) UMG's opposition to Veoh's Motion is due no later than April 6, 2009;
10     and

11 (4) Veoh's reply to UMG's opposition is due no later than April 20, 2009.

13  IT IS SO ORDERED.

15  Dated:_____      _____
16                                      Hon. A. Howard Matz
                                        United States District Judge
17                                         Central District of California

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER GRANTING UMG'S EX PARTE
APPLICATION FOR ORDER CONTINUING HEARING
ON VEOH'S MOTION FOR SUMMARY JUDGMENT TO
APRIL 27, 2009

- 1 -

1 | Presented by:

2 | IRELL & MANELLA LLP
Steven A. Marenberg (101033) (smarenberg@irell.com)
3 | Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
4 | Benjamin Glatstein (242034) (bglatstein@irell.com)
1800 Avenue of the Stars, Suite 900
5 | Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
6 | Facsimile:  (310) 203-7199

7

8 | By:_____/s_____
         Brian Ledahl
9

10 | Attorney for Plaintiffs
UMG Recordings, Inc.;
11 | Universal Music Corp.;
Songs of Universal, Inc.;
12 | Universal-Polygram International Publishing, Inc.;
Rondor Music International, Inc.;
13 | Universal Music –MGB NA LLC;
Universal Music – MGB NA LLC;
14 | Universal Music – Z Tunes LLC;
and Universal Music—MBG Music Publishing Ltd.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER GRANTING UMG'S EX PARTE
APPLICATION FOR ORDER CONTINUING HEARING
ON VEOH'S MOTION FOR SUMMARY JUDGMENT TO
APRIL 27, 2009

- 2 -