O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5744 AHM (AJWx) | Date | March 20, 2009 |
|---|---|---|---|
| Title | UMG RECORDINGS, INC., et al. v. VEOH NETWORKS INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:               Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

The Court **DENIES** the Ex Parte Application for Order Continuing Hearing on Veoh's Motion for Summary Judgment to April 27, 2009.[1]  If Mr. Marenberg wishes to argue telephonically from New York he will be permitted to do so.

                                                                                                  :
                                                              Initials of Preparer      se

---

[1] Docket No. 370.

Dockets.Justia.com