# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

No.   CV 07–5744-AHM(AJWx)                                      Date: March 26, 2009

Title: UMG RECORDINGS, INC., ET AL. VS. VEOH NETWORKS, INC., ET AL.

Present: The
 Honorable    ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

| Ysela Benavides | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |

**Proceedings:**   ORDER CONTINUING HEARINGS ON CALENDAR MARCH 30, 2009 TO APRIL 6, 2009

The parties are advised that the following motions on calendar March 30, 2009, are being continued to April 6, 2009, at 10:00 a.m. in Courtroom 690:

1) Plaintiff's motion to compel Veoh to produce its audible magic metadata;

2) Plaintiff's motion for sanctions and to compel compliance with prior court orders; and

3) Veoh's motion to compel UMG's digital blog and instant messages

IT IS SO ORDERED.

cc:  Parties

                                                                                              :
                                                    Initials of Preparer   yb