Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VEOH NETWORKS, INC., *et al.*, <br><br> Defendant. | **Case No. CV-07-05744 AHM (AJWx)** <br><br> **NOTICE OF LODGING OF ELECTRONIC VERSION OF PLAINTIFFS' STATEMENT OF GENUINE ISSUES IN SUPPORT OF THEIR OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT RE: ENTITLEMENT TO SECTION 512(c) SAFE HARBOR** <br><br> Judge: Hon. A. Howard Matz <br><br> Date: April 13, 2009 <br> Time: 10:00 a.m. <br> Courtroom: 14 <br><br> Discovery Cutoff: April 13, 2009 <br> Pretrial Conference: July 13, 2009 <br> Trial Date: July 29, 2009 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2036004

NOTICE OF LODGING OF PLAINTIFFS' STATEMENT
OF GENUINE ISSUES IN SUPPORT OF THEIR
OPPOSITION TO DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT RE: SECTION 512(c)

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that pursuant to Section III.C of Judge Matz's |
| 2 | Scheduling and Case Management Order, Plaintiffs UMG Recordings, Inc. *et al.* |
| 3 | ("UMG") have lodged with the Court an electronic version of UMG's Statement of |
| 4 | Genuine Issues in Support of Their Opposition to Defendant's Motion for Summary |
| 5 | Judgment Re: Entitlement to Section 512(c) Safe Harbor. |

Dated: March 30, 2009

IRELL & MANELLA LLP
Steven A. Marenberg
Elliot Brown
Brian Ledahl
Benjamin Glatstein

By: /s/
Carter Batsell

Attorneys for Plaintiffs

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2036004

- 1 -

NOTICE OF LODGING OF PLAINTIFFS' STATEMENT
OF GENUINE ISSUES IN SUPPORT OF THEIR
OPPOSITION TO DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT RE: SECTION 512(c)