Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | Case No. CV-07-05744 AHM (AJWx) |
| Plaintiffs, | **DECLARATION OF SERVICE** |
| v. | Hon. A. Howard Matz |
| VEOH NETWORKS, INC., *et al.*, | Date: April 13, 2009<br>Time: 10:00 AM<br>Courtroom: 14 |
| Defendants. | |

DECLARATION OF SERVICE

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2036327

# **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276.

On March 31, 2009, I served the foregoing document described as

**(1) UMG'S OPPOSITION TO VEOH'S MOTION FOR SUMMARY JUDGMENT RE: ENTITLEMENT TO SECTION 512(c) SAFE HARBOR [UNDER SEAL];**

**(2) PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT [UNDER SEAL];**

**(3) PLAINTIFFS' OBJECTIONS TO EVIDENCE SUBMITTED BY DEFENDANT IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT [UNDER SEAL];**

**(4) DECLARATION OF BRIAN LEDAHL IN SUPPORT OF UMG'S OPPOSITION TO VEOH'S MOTION FOR SUMMARY JUDGMENT RE: ENTITLEMENT TO SECTION 512(c) SAFE HARBOR [UNDER SEAL];**

**(5) DECLARATION OF BENJAMIN EDELMAN IN SUPPORT OF UMG'S OPPOSITION TO VEOH'S MOTION FOR SUMMARY JUDGMENT RE: ENTITLEMENT TO SECTION 512(c) SAFE HARBOR [UNDER SEAL];**

**(6) DECLARATION OF ELLIS HOROWITZ IN SUPPORT OF UMG'S OPPOSITION TO VEOH'S MOTION FOR SUMMARY JUDGMENT RE: ENTITLEMENT TO SECTION 512(c) SAFE HARBOR [UNDER SEAL];**

**(7) DECLARATION OF JIM URIE IN SUPPORT OF UMG'S OPPOSITION TO VEOH'S MOTION FOR SUMMARY JUDGMENT RE: ENTITLEMENT TO SECTION 512(c) SAFE HARBOR [UNDER SEAL];**

**(8) DECLARATION OF CARTER BATSELL IN SUPPORT OF UMG'S OPPOSITION TO VEOH'S MOTION FOR SUMMARY JUDGMENT RE: ENTITLEMENT TO SECTION 512(c) SAFE HARBOR [UNDER SEAL]; ; and**

**(9) DECLARATION OF SERVICE**

on each interested party, as stated on the attached service list.

☒ (BY ELECTRONIC MAIL) I caused the foregoing document to be served electronically by electronically mailing a true and correct copy through Irell & Manella LLP's electronic mail system to the e-mail address(es), as stated on the attached service list, and the transmission was reported as complete and no error was reported.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

☒ (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by FedEx, an express service carrier which provides overnight delivery, as follows. I placed a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed, as stated on the attached service list, with fees for overnight delivery paid or provided for.

    ☒ (BOX DEPOSIT) I deposited such envelopes or packages in a box or other facility regularly maintained by the express service carrier.

    ☐ (CARRIER PICK-UP) I delivered such envelopes or packages to an authorized carrier or driver authorized by the express service carrier to receive documents.

☒ (BY MESSENGER) I caused each such envelope to be delivered by hand to the offices of each interested party.

Executed on March 31, 2009, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

| Benjamin Glatstein (bglatstein@irell.com) | /s/ |
|---|---|
| (Type or print name) | (Signature) |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2036327

DECLARATION OF SERVICE

- 2 -

# SERVICE LIST

| | |
|---|---|
| *Via Messenger & E-mail:*<br>Rebecca Calkins, Esq.<br>Erin Ranahan, Esq.<br>**WINSTON & STRAWN LLP**<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1700<br>Facsimile: (213) 615-1750<br>Email: rcalkins@winston.com<br>       eranahan@winston.com<br><br>**Attorneys for Defendant Veoh Networks, Inc.** | *Via Messenger & E-mail:*<br>Robert G. Badal, Esq.<br>Amanda N. Walker, Esq.<br>**WILMER CUTLER PICKERING HALE AND DOOR LLP**<br>350 S. Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5300<br>Facsimile: (213) 443-5400<br>Email: robert.badal@wilmerhale.com<br>       amanda.walker@wilmerhale.com<br><br>**Attorneys for Defendants Shelter Capital Partners and Shelter Venture Fund L.P.** |
| *Via E-mail:*<br>Michael S. Elkin, Esq. (pro hac vice)<br>Thomas P. Lane, Esq. (pro hac vice)<br>**WINSTON & STRAWN LLP**<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br>Email: melkin@winston.com<br>       tlane@winston.com<br><br>**Attorneys for Defendant Veoh Networks, Inc.** | *Via Messenger & E-mail:*<br>Glen L. Kulik, Esq.<br>Alisa S. Edelson, Esq.<br>**KULIK, GOTTESMAN, MOUTON & SIEGEL, LLP**<br>15303 Ventura Boulevard, Suite 1400<br>Sherman Oaks, CA 91403<br>Telephone: (310) 557-9200<br>Facsimile: (310) 557-0224<br>Email: gkulik@kgmslaw.com<br>       aedelson@kgmslaw.com<br><br>**Attorneys for Defendant Tornante Company LLC** |
| *Via E-mail:*<br>Jennifer A. Golinveaux, Esq.<br>**WINSTON & STRAWN LLP**<br>101 California Street<br>San Francisco, CA 94111-5894<br>Telephone: (310) 586-7800<br>Facsimile: (310) 591-1400<br>Email: jgolinveaux@winston.com<br><br>**Attorneys for Defendant Veoh Networks, Inc.** | *Via E-mail:*<br>Annette L. Hurst, Esq.<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: (415) 773-4585<br>Facsimile: (415) 773-5759<br>Email: ahurst@orrick.com<br><br>**Attorneys for Defendants Shelter Capital Partners and Shelter Venture Fund L.P.** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2036327

DECLARATION OF SERVICE

- 3 -

| | |
|---|---|
| *Via FedEx & E-mail:*<br>Maria K. Vento, Esq.<br>**WILMER CUTLER PICKERING HALE AND DOOR LLP**<br>1117 California Avenue<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br>Email: Maria.Vento@wilmerhale.com<br><br>**Attorneys for Defendants Spark Capital, LLC and Spark Capital, L.P.** | *Via E-mail:*<br>Joel Cavanaugh, Esq.<br>Donald R. Steinberg, Esq.<br>Mark G. Matuschak, Esq.<br>**WILMER CUTLER PICKERING HALE AND DOOR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>Email: Joel.cavanaugh@wilmerhale.com<br>　　　　 Don.steinberg@wilmerhale.com<br>　　　　 mark.matuschak@wilmerhale.com<br><br>**Attorneys for Defendants Spark Capital, LLC and Spark Capital, L.P.** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2036327

- 4 -

DECLARATION OF SERVICE