Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VEOH NETWORKS, INC., *et al.*, <br><br> Defendants. | Case No. CV-07-05744 AHM (AJWx) <br><br> **NOTICE OF LODGING OF MARKED DEPOSITION TRANSCRIPTS RE: VEOH'S MOTION FOR SUMMARY JUDGMENT RE: ENTITLEMENT TO SECTION 512(c) SAFE HARBOR** <br><br> Judge: Hon. A. Howard Matz <br><br> Date: April 13, 2009 <br> Time: 10:00 a.m. <br> Courtroom: 14 <br><br> Discovery Cutoff: April 13, 2009 <br> Pretrial Conference: July 13, 2009 <br> Trial Date: July 29, 2009 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2037312

NOTICE OF LODGING OF MARKED DEPOSITION
TRANSCRIPTS RE: VEOH'S MOTION FOR SUMMARY
JUDGMENT RE: ENTITLEMENT TO SECTION 512(c)
SAFE HARBOR

Dockets.Justia.com

PLEASE TAKE NOTICE that pursuant to conversations with the Clerk of the Court, Plaintiffs UMG Recordings, Inc. *et al*. ("UMG") – on behalf of itself and Defendant Veoh Networks, Inc. ("Veoh") – hereby lodge complete copies of deposition transcripts cited by UMG and Veoh in connection with Veoh's Motion for Summary Judgment Re: Entitlement to Section 512(c) Safe Harbor, and UMG's Opposition thereto. UMG has highlighted the portions of each transcript to which it cites in blue; Veoh, in yellow.

Dated: April 1, 2009

IRELL & MANELLA LLP
Steven A. Marenberg
Elliot Brown
Brian Ledahl
Benjamin Glatstein

By: \_\_\_\_\_/s/_____
Carter Batsell

Attorneys for Plaintiffs

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2037312

- 1 -

NOTICE OF LODGING OF MARKED DEPOSITION
TRANSCRIPTS RE: VEOH'S MOTION FOR SUMMARY
JUDGMENT RE: ENTITLEMENT TO SECTION 512(c)
SAFE HARBOR