Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VEOH NETWORKS, INC., et al., <br><br> Defendant. | Case No. CV-07-05744 AHM (AJWx) <br><br> **DECLARATION OF BRIAN LEDAHL IN SUPPORT OF UMG'S OPPOSITION TO "INVESTOR DEFENDANTS'" *EX PARTE* APPLICATION FOR PROTECTIVE ORDER TO STAY LIMITED DISCOVERY** <br><br> Filed Concurrently Herewith: <br> 1. UMG's Opposition to "Investor Defendants'" *Ex Parte* <br><br> Hon. A. Howard Matz <br><br> Date: N/A <br> Time: N/A <br> Courtroom: 14 <br><br> Discovery Cutoff: April 13, 2009 <br> Pretrial Conference: July 13, 2009 <br> Trial Date: July 29, 2009 |

LEDAHL DECL. ISO UMG'S OPPOSITION TO
"INVESTOR DEFENDANTS'" EX PARTE APP. FOR
PROTECTIVE ORDER TO STAY LIMITED DISCOVERY

2038691

# DECLARATION OF BRIAN LEDAHL

I, Brian Ledahl, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for plaintiff UMG Recordings, Inc. and other affiliated UMG entities ("UMG") in this case. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. This declaration is submitted in support of UMG's Opposotion to "Investor Defendants'" *Ex Parte* Application for Protective Order to Stay Limited Discovery. I have personal knowledge of the facts set forth below and if called as a witness, I could and would testify to these same facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of UMG's Notice of Subpoena to Shelter Capital Partners, served on February 15, 2008.

3. Attached hereto as Exhibit B is a true and correct copy of UMG's Notice of Subpoena to Spark Capital Partners, LLC, served on February 15, 2008.

4. Attached hereto as Exhibit C is a true and correct copy of UMG's Notice of Subpoena to The Tornante Company, LLC, served on February 15, 2008.

5. Attached hereto as Exhibit D is a true and correct copy of UMG's First Set of Requests for Production and Things to Shelter Capital Partners, served on December 12, 2008.

6. Shelter Capital, Spark Capital and The Tornante Company have each produced documents in response to UMG's subpoenas and production requests. Shelter Capital Partners has not completed its production of documents to UMG in response to UMG's document subpoena or in response to UMG's First Set of Requests for Production, but has affirmed that it will do so, regardless of the outcome of the pending motion to dismiss.

7. Prior to serving deposition subpoenas for the depositions of Messrs Bilger, Dagres and Eisner, UMG contacted counsel for Shelter, Spark and Tornante to inquire whether they would accept service of the subpoenas and to offer to

LEDAHL DECL. ISO UMG'S OPPOSITION TO
"INVESTOR DEFENDANTS'" EX PARTE APP. FOR
PROTECTIVE ORDER TO STAY LIMITED DISCOVERY

2038691
- 2 -

1 | discuss dates for the depositions. Though all three agreed to accept service of the
2 | subpoenas, none provided any response regarding dates for the depositions.

       8.    Shelter, Spark and Tornante have all propounded document requests, interrogatories and deposition notices on UMG, seeking discovery in this case.

Executed on April 3, 2009, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Brian Ledahl

LEDAHL DECL. ISO UMG'S OPPOSITION TO
"INVESTOR DEFENDANTS'" EX PARTE APP. FOR
PROTECTIVE ORDER TO STAY LIMITED DISCOVERY

2038691

- 3 -