Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VEOH NETWORKS, INC., *et al.*,<br><br>Defendants. | Case No. CV-07-05744 AHM (AJWx)<br><br>**DECLARATION OF SERVICE**<br><br>Hon. A. Howard Matz<br>Date: April 13, 2009<br>Time: 10:00 AM<br>Courtroom: 14 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2039654

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276.

On April 6, 2009, I served the foregoing document described as

(1) **UMG'S *EX PARTE* APPLICATION FOR PERMISSION TO SUPPLEMENT THE RECORD IN SUPPORT OF ITS OPPOSITION TO VEOH'S MOTION FOR SUMMARY JUDGMENT RE: ENTITLEMENT TO SECTION 512(c) SAFE HARBOR [UNDER SEAL];**

(2) **DECLARATION OF BRIAN LEDAHL IN SUPPORT OF UMG'S *EX PARTE* APPLICATION FOR PERMISSION TO SUPPLEMENT THE RECORD IN SUPPORT OF ITS OPPOSITION TO VEOH'S MOTION FOR SUMMARY JUDGMENT RE: ENTITLEMENT TO SECTION 512(c) SAFE HARBOR [UNDER SEAL];**

(3) **[PROPOSED] ORDER GRANTING UMG'S *EX PARTE* APPLICATION FOR PERMISSION TO SUPPLEMENT THE RECORD IN SUPPORT OF ITS OPPOSITION TO VEOH'S MOTION FOR SUMMARY JUDGMENT RE: ENTITLEMENT TO SECTION 512(c) SAFE HARBOR [UNDER SEAL];**

(4) **DECLARATION OF SERVICE**

on each interested party, as stated on the attached service list.

[X] (BY ELECTRONIC MAIL) I caused the foregoing document to be served electronically by electronically mailing a true and correct copy through Irell & Manella LLP's electronic mail system to the e-mail address(es), as stated on the attached service list, and the transmission was reported as complete and no error was reported.

[X] (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by FedEx, an express service carrier which provides overnight delivery, as follows. I placed a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed, as stated on the attached service list, with fees for overnight delivery paid or provided for.

[X] (BOX DEPOSIT) I deposited such envelopes or packages in a box or other facility regularly maintained by the express service carrier.

[ ] (CARRIER PICK-UP) I delivered such envelopes or packages to an authorized carrier or driver authorized by the express service carrier to receive documents.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2039654

DECLARATION OF SERVICE

- 1 -

☒ (BY MESSENGER) I caused each such envelope to be delivered by hand to the offices of each interested party.

Executed on April 6, 2009, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

| Jennifer Hill | *(signature)* |
|---|---|
| (jhill@irell.com) | |
| (Type or print name) | (Signature) |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2039654

- 2 -

DECLARATION OF SERVICE

# SERVICE LIST

*Via Messenger & E-mail:*
Rebecca Calkins, Esq.
Erin Ranahan, Esq.
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
Email: rcalkins@winston.com
eranahan@winston.com

**Attorneys for Defendant Veoh Networks, Inc.**

*Via E-mail:*
Michael S. Elkin, Esq. (pro hac vice)
Thomas P. Lane, Esq. (pro hac vice)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: melkin@winston.com
tlane@winston.com

**Attorneys for Defendant Veoh Networks, Inc.**

*Via E-mail:*
Jennifer A. Golinveaux, Esq.
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111-5894
Telephone: (310) 586-7800
Facsimile: (310) 591-1400
Email: jgolinveaux@winston.com

**Attorneys for Defendant Veoh Networks, Inc.**

*Via Messenger & E-mail:*
Robert G. Badal, Esq.
Amanda N. Walker, Esq.
**WILMER CUTLER PICKERING HALE AND DOOR LLP**
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
Email: robert.badal@wilmerhale.com
amanda.walker@wilmerhale.com

**Attorneys for Defendants Shelter Capital Partners and Shelter Venture Fund L.P.**

*Via Messenger & E-mail:*
Glen L. Kulik, Esq.
Alisa S. Edelson, Esq.
**KULIK, GOTTESMAN, MOUTON & SIEGEL, LLP**
15303 Ventura Boulevard, Suite 1400
Sherman Oaks, CA 91403
Telephone: (310) 557-9200
Facsimile: (310) 557-0224
Email: gkulik@kgmslaw.com
aedelson@kgmslaw.com

**Attorneys for Defendant Tornante Company LLC**

*Via E-mail:*
Annette L. Hurst, Esq.
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-4585
Facsimile: (415) 773-5759
Email: ahurst@orrick.com

**Attorneys for Defendants Shelter Capital Partners and Shelter Venture Fund L.P.**

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2039654

- 3 -

DECLARATION OF SERVICE

| | | |
|---|---|---|
| 1 | *Via FedEx & E-mail:*<br>Maria K. Vento, Esq.<br>**WILMER CUTLER PICKERING HALE AND DOOR LLP**<br>1117 California Avenue<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br>Email: Maria.Vento@wilmerhale.com<br><br>**Attorneys for Defendants Spark Capital, LLC and Spark Capital, L.P.** | *Via E-mail:*<br>Joel Cavanaugh, Esq.<br>Donald R. Steinberg, Esq.<br>Mark G. Matuschak, Esq.<br>**WILMER CUTLER PICKERING HALE AND DOOR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>Email: Joel.cavanaugh@wilmerhale.com<br>      Don.steinberg@wilmerhale.com<br>      mark.matuschak@wilmerhale.com<br><br>**Attorneys for Defendants Spark Capital, LLC and Spark Capital, L.P.** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2039654

- 4 -

DECLARATION OF SERVICE