UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES--GENERAL

Case No.  CV 07-5744 AHM (AJWx)                    Date: April 6, 2009

Title: UMG RECORDINGS, INC., et al. v. VEOH NETWORKS, INC., et al.
================================================================
PRESENT:     **HON.  ANDREW J. WISTRICH, MAGISTRATE JUDGE**

           Ysela Benavides
           Deputy Clerk                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
         None Present                                None Present

**ORDER REGARDING VEOH'S MOTION TO COMPEL PRODUCTION OF UMG'S DIGITAL BLOG AND INSTANT MESSAGES**

As to UMG's Digital Blog, the motion is **denied** as moot.  Veoh concedes that it has been produced. [Veoh's Reply at 1].

As to UMG's instant messages, the motion is **granted** in part.  UMG must ask each of its custodians who are currently employees of UMG about their work-related instant messaging during the relevant period, determine whether additional responsive instant messages exist, and, if so, produce them.

All requests for sanctions are **denied.**

Compliance within 30 days is required.

**IT IS SO ORDERED.**

cc:  Parties

MINUTES FORM 11                              Initials of Deputy Clerk_____
CIVIL-GEN