# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

No.   CV07-5744-AHM(AJW)                                Date: April 06, 2009

Title:   UMG RECORDINGS, INC., ET AL. VS. VEOH NETWORKS, INC., ET AL.

Present: The
 Honorable    ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

| Ysela Benavides | CS04-06-2009 | n/a |
|---|---|---|
| Deputy Clerk | Court Smart Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants

                                                                 Erin Ranahan
            Brian Ledahl                                 Thomas P. Lane

**Proceedings:**   1) PLAINTIFF'S MOTION TO COMPEL VEOH TO PRODUCE ITS AUDIBLE MAGIC META DATA; 2) PLAINTIFF'S MOTION FOR SANCTIONS AND TO COMPEL COMPLIANCE WITH PRIOR COURT ORDERS AND 3) VEOH'S MOTION TO COMPEL UMG'S DIGITAL BLOG AND INSTANT MESSAGE

Case called. Counsel make their appearances. Court questions counsel and listens to their responses. Separate orders to issue.


cc:  Parties


                                                                                    :   38

                                    Initials of Preparer   yb