O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5744 AHM (AJWx) | Date | April 6, 2009 |
|---|---|---|---|
| Title | UMG RECORDINGS, INC., et al. v. VEOH NETWORKS INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

     The Court DENIES the Investor Defendants' ex parte application[1] for a protective order to stay limited discovery between Plaintiffs and the Investor Defendants. The Court will, however, re-set pending discovery and motion practice deadlines, including the fact discovery cutoff, expert disclosure cutoff, and motion cutoff. The parties are ORDERED to meet and confer and propose an alternative schedule, knowing that it may take some three additional weeks before the Court issues a ruling on the pending motion to dismiss. A joint report setting forth a proposal must be filed by April 15, 2009. The parties remain free to reschedule by consent the dates for the pending depositions in order to accommodate their respective schedules and interests.

                           : 

                         Initials of Preparer     SMO

---

[1] Docket No. 389.