Rebecca Calkins (SBN: 195593)
Erin Ranahan (SBN: 235286)
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750
Email: rcalkins@winston.com

Jennifer A. Golinveaux (SBN 203056)
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)
Email: jgolinveaux@winston.com

Michael S. Elkin (*admitted pro hac vice*)
Thomas P. Lane (*admitted pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)
Email: melkin@winston.com
Email: tlane@winston.com

Attorneys for Defendant
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.* | Case No. CV 07 5744 – AHM (AJWx) |
| Plaintiffs, | The Honorable Andrew Wistrich |
| vs. | **PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |
| VEOH NETWORKS, INC. *et al.* | |
| Defendants. | |

*UMG Recordings, Inc., et al. v. Veoh Networks, Inc.*
USDC, Central Case No. CV 07-5744-AHM (AJWx)

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 333 South Grand Avenue, Los Angeles, CA 90071-1543. On April 8, 2009, I served the within documents:

1. **VEOH'S APPLICATION TO FILE DOCUMENTS UNDER SEAL;**

2. **[PROPOSED] ORDER GRANTING VEOH'S APPLICATION TO FILE UNDER SEAL;**

3. **VEOH'S OPPOSITION TO UMG'S *EX PARTE* APPLICATION FOR PERMISSION TO SUPPLEMENT THE RECORD IN SUPPORT OF ITS OPPOSITION TO VEOH'S MOTION FOR SUMMARY JUDGMENT RE ENTITLEMENT TO SECTION 512(c) SAFE HARBOR; AND**

4. **DECLARATION OF MELISSA PURCELL IN SUPPORT OF VEOH'S MOTION FOR SUMMARY JUDGMENT RE ENTITLEMENT TO SECTION 512(c) SAFE HARBOR**

[✓] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

[ ] On _____ I sent such document(s) from facsimile machine 213-615-1750. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 213-615-1750 which confirms said transmission and receipt.

[ ] by causing the document(s) listed above to be delivered via overnight delivery (Federal Express) to the person(s) at the address(es) set forth below.

[✓] By causing the foregoing document to be served electronically by electronically mailing a true and correct copy through Winston & Strawn's electronic mail system to the e-mail address(es), as stated in the attached service list, and the transmission was reported as complete and no error was reported.

**PLEASE SEE ATTACHED SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 8, 2009, at Los Angeles, California.

_____
Patricia Strader

## SERVICE LIST

| (BY U.S. MAIL AND E-MAIL)<br>Steven A. Marenberg, Esq.<br>Elliot Brown, Esq.<br>Brian Ledahl, Esq.<br>Benjamin Glatstein, Esq.<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Telephone: (310) 277-1010<br>Fax: (310) 203-7199<br>(smarenberg@irell.com)<br>(ebrown@irell.com)<br>(bledahl@irell.com)<br>(bglatstein@irell.com<br><br>**Attorneys for Plaintiffs** | (BY E-MAIL ONLY)<br>Robert G. Badal, Esq.<br>Amanda N. Walker, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>350 S. Grand Ave., Suite 2100<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5300<br>Fax: (213) 443-5480<br>Robert.badal@wilmerhale.com<br>Amanda.walker@wilmerhale.com<br><br>**Attorneys for Shelter Capital Partners and Shelter Venture Fund L.P.** |
|---|---|
| (BY E-MAIL ONLY)<br>Annette L. Hurst, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard St.<br>San Francisco, CA 94105<br>Telephone: (415) 773-5700<br>Fax: (415) 773-5759<br>ahurst@orrick.com<br>**Attorneys for Shelter Capital Partners and Shelter Venture Fund L.P.** | (BY E-MAIL ONLY)<br>Joel Cavanaugh<br>Donald R. Steinberg<br>Mark G. Matuschak<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Fax: (617) 526-5000<br>Joel.cavanaugh@wilmerhale.com<br>Don.steinberg@wilmerhale.com<br>mark.matuschak@wilmerhale.com<br><br>**Attorney for Spark Capital, LLC and Spark Capital, L.P.** |
| (BY E-MAIL ONLY)<br>Maria K. Vento<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1117 California Avenue<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Fax: (650) 858-6100<br>Maria.Vento@wilmerhale.com<br><br>**Attorney for Spark Capital, LLC and Spark Capital, L.P.** | (BY E-MAIL ONLY)<br>Glen L. Kulick, Esq.<br>Alisa S. Edeslon, Esq.<br>**KULICK, GOTTESMAN, MOUTON & SIEGEL, LLP**<br>15303 Ventura Blvd., Suite 1400<br>Sherman Oaks, CA 91403<br>Telephone: (310) 557-9200<br>Fax: (310) 557-0224<br>gkulik@kgmslaw.com<br>aedelson@kgmslaw.com<br><br>**Attorney for Tornante Company LLC** |