

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC. a California Corporation<br>Defendant. | Case No. CV 07 5744 – AHM (AJWx)<br><br>The Honorable Andrew Wistrich<br><br>**LOCAL RULE 79-5.1**<br><br>**[PROPOSED] ORDER GRANTING VEOH'S APPLICATION TO FILE UNDER SEAL**<br><br>-VEOH REPLY TO PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT<br><br>-VEOH'S EVIDENTIARY OBJECTIONS TO THE DECLARATIONS OF EDELMAN AND HOROWITZ, AND OTHER EXHIBITS<br><br>-DECLARATIONS OF METZGER AND RANAHAN IN SUPPORT OF VEOH'S MOTION FOR SUMMARY JUDGMENT RE ENTITLEMENT TO SECTION 512(C) SAFE HARBOR |

LA:238653.1

1

Dockets.Justia.com

Upon consideration of Veoh's Application to File Under Seal (1) Veoh's Reply to Plaintiffs' Statement of Genuine Issues of Material Fact; (2) Veoh's Evidentiary Objections to the Declarations of Benjamin Edelman and Ellis Horowitz, and Other Exhibits; (3) Declaration of Joshua Metzger In Support of Veoh's Motion for Summary Judgment Re Entitlement to Section 512(c) Safe Harbor; and (4) Declaration of Erin Ranahan In Support of Veoh's Motion for Summary Judgment Re Entitlement to Section 512(c) Safe Harbor, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. Veoh's Application to File Under Seal (1) Veoh's Reply to Plaintiffs' Statement of Genuine Issues of Material Fact; (2) Veoh's Evidentiary Objections to the Declarations of Benjamin Edelman and Ellis Horowitz, and Other Exhibits; (3) Declaration of Joshua Metzger In Support of Veoh's Motion for Summary Judgment Re Entitlement to Section 512(c) Safe Harbor; and (4) Declaration of Erin Ranahan In Support of Veoh's Motion for Summary Judgment Re Entitlement to Section 512(c) Safe Harbor is GRANTED; and

2. The Clerk of the Court shall file under seal (1) Veoh's Reply to Plaintiffs' Statement of Genuine Issues of Material Fact; (2) Veoh's Evidentiary Objections to the Declarations of Benjamin Edelman and Ellis Horowitz, and Other Exhibits; (3) Declaration of Joshua Metzger In Support of Veoh's Motion for Summary Judgment Re Entitlement to Section 512(c) Safe Harbor; and (4) Declaration of Erin Ranahan In Support of Veoh's Motion for Summary Judgment Re Entitlement to Section 512(c) Safe Harbor.

Dated: APR - 7 2009

Hon. A. Howard Matz