# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-5744-AHM (AJWx) | Date | April 9, 2009 |
|---|---|---|---|
| Title | UMG RECORDINGS, INC. v. VEOH NETWORKS, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:            Attorneys **NOT** Present for Defendants:

**Proceedings:**            IN CHAMBERS (No Proceedings Held)

On the Court's own motion, the Court hereby takes OFF-CALENDAR and UNDER SUBMISSION Defendant Veoh Networks, Inc.'s Motion for Summary Judgment as to Entitlement Section 512(c) Safe Harbor [336]. The parties will be notified if a hearing is necessary.

|  | : |
|---|---|
| Initials of Preparer | SMO |