Rebecca Lawlor Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1506/Fax: (415) 591-1400

Michael S. Elkin (*pro hac vice*)
Email: melkin@winston.com
Thomas P. Lane (*pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700/Fax: (212) 294-4700

Attorneys for Defendant VEOH NETWORKS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware Corporation, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC., a California Corporation, et al.,<br><br>Defendants. | Case No. CV 07 5744 -- AHM (AJWx)<br><br>**NOTICE OF ERRATA** |

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 14, 2009, Veoh Networks, Inc. ("Veoh") electronically filed a document entitled Veoh's Response to UMG's Objections to Newly Submitted Evidence by Veoh In Support of Its Motion for Summary Judgment, Docket 419. This document was linked to UMG's Notice of Manual Filing (Docket 409), and more specifically relates to UMG's Objections to Newly Submitted Evidence by Veoh in Support of Its Motion for Summary Judgment (recently filed under seal as Docket 420).

At some point during Veoh's conversion of its Response from a Word document to a PDF document – prior to electronically filing the document – the closed quotation marks were inadvertently replaced with a blank space throughout the document due to an unidentified error in the conversion process. The corrected document is attached hereto as Exhibit A. Counsel for Veoh apologizes for any inconvenience.

Dated: April 14, 2009          WINSTON & STRAWN LLP

By: /s/ Erin R. Ranahan
Michael S. Elkin
Thomas P. Lane
Jennifer A. Golinveaux
Rebecca Calkins
Erin Ranahan

Attorneys for Defendant
VEOH NETWORKS, INC.