O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5744 AHM (AJWx) | Date | April 21, 2009 |
|---|---|---|---|
| Title | UMG RECORDINGS, INC., et al. v. VEOH NETWORKS INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

     For the time being, the existing pre-trial and trial dates and deadlines are hereby extended by three weeks. The trial date is now August 18, 2009 at 8:00 a.m., and the date for the final pre-trial conference is now August 3, 2009 at 11:00 a.m. All other dates are also changed accordingly. No party's right to conduct discovery shall be limited or affected by this Order.

|   | : |   |
|---|---|---|
| | Initials of Preparer | SMO |