Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VEOH NETWORKS, INC., *et al.*,<br><br>Defendants. | **Case No. CV-07-05744 AHM (AJWx)**<br><br>**NOTICE OF LODGING OF REDACTED PUBLIC VERSION OF UMG'S OPPOSITION TO VEOH'S MOTION FOR SUMMARY JUDGMEN RE: ENTITLEMENT TO SECTION 512(c) SAFE HARBOR**<br><br>Judge: Hon. A. Howard Matz |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2050524

NOTICE OF LODGING OF REDACTED PUBLIC VERSION OF UMG'S OPPOSITION TO VEOH'S MOTION FOR SUMMARY JUDGMEN RE: ENTITLEMENT TO SECTION 512(c) SAFE HARBOR

Dockets.Justia.com

PLEASE TAKE NOTICE that attached hereto as Exhibit A is a redacted, public version of UMG's Opposition to Veoh Networks, Inc.'s Motion for Summary Judgment re: Entitlement to Section 512(c) Safe Harbor. The redactions reflect defendants' identification of allegedly confidential information.

Dated: April 27, 2009

IRELL & MANELLA LLP
Steven A. Marenberg
Elliot Brown
Brian Ledahl
Benjamin Glatstein

By: /s
Benjamin Glatstein

Attorneys for Plaintiffs

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2050524

- 1 -

NOTICE OF LODGING OF REDACTED PUBLIC
VERSION OF UMG'S OPPOSITION TO VEOH'S
MOTION FOR SUMMARY JUDGMEN RE:
ENTITLEMENT TO SECTION 512(c) SAFE HARBOR