Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

v.

VEOH NETWORKS, INC., *et al.*,

    Defendants.

Case No. CV-07-05744 AHM (AJWx)

**PROOF OF SERVICE OF UMG'S OPPOSITION TO VEOH'S *EX PARTE* APPLICATION FOR PERMISSION TO SUPPLEMENT THE RECORD RE: VEOH'S MOTION FOR SUMMARY JUDGMENT**

Hon. A. Howard Matz
Date: N/A
Time: N/A
Courtroom: N/A

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2042554

PROOF OF SERVICE OF UMG'S OPPOSITION TO
VEOH'S EX PARTE APPLICATION FOR PERMISSION
TO SUPPLEMENT THE RECORD RE: VEOH'S MOTION
FOR SUMMARY JUDGMENT

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276.

On April 27, 2009, I served the foregoing document described as

**UMG'S OPPOSITION TO VEOH'S *EX PARTE* APPLICATION FOR PERMISSION TO SUPPLEMENT THE RECORD RE: VEOH'S MOTION FOR SUMMARY JUDGMENT**

on each interested party, as stated on the attached service list.

[X] (BY ELECTRONIC MAIL) I caused the foregoing document to be served electronically by electronically mailing a true and correct copy through Irell & Manella LLP's electronic mail system to the e-mail address(es), as stated on the attached service list, and the transmission was reported as complete and no error was reported.

[X] (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by FedEx, an express service carrier which provides overnight delivery, as follows. I placed a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed, as stated on the attached service list, with fees for overnight delivery paid or provided for.

    [X] (BOX DEPOSIT) I deposited such envelopes or packages in a box or other facility regularly maintained by the express service carrier.

    [ ] (CARRIER PICK-UP) I delivered such envelopes or packages to an authorized carrier or driver authorized by the express service carrier to receive documents.

[ ] (BY MESSENGER) I caused each such envelope to be delivered by hand to the offices of each interested party.

Executed on April 27, 2009, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

Jennifer Hill
(jhill@irell.com)
(Type or print name)         (Signature)

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2042554

DECLARATION OF SERVICE

- 1 -

# SERVICE LIST

| | |
|---|---|
| *Via FedEx & E-mail:*<br>Rebecca Calkins, Esq.<br>Erin Ranahan, Esq.<br>**WINSTON & STRAWN LLP**<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1700<br>Facsimile: (213) 615-1750<br>Email: rcalkins@winston.com<br>      eranahan@winston.com<br><br>**Attorneys for Defendant Veoh Networks, Inc.** | *Via FedEx & E-mail:*<br>Robert G. Badal, Esq.<br>Amanda N. Walker, Esq.<br>**WILMER CUTLER PICKERING HALE AND DOOR LLP**<br>350 S. Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5300<br>Facsimile: (213) 443-5400<br>Email: robert.badal@wilmerhale.com<br>      amanda.walker@wilmerhale.com<br><br>**Attorneys for Defendants Shelter Capital Partners and Shelter Venture Fund L.P.** |
| *Via E-mail:*<br>Michael S. Elkin, Esq. (pro hac vice)<br>Thomas P. Lane, Esq. (pro hac vice)<br>**WINSTON & STRAWN LLP**<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br>Email: melkin@winston.com<br>      tlane@winston.com<br><br>**Attorneys for Defendant Veoh Networks, Inc.** | *Via FedEx & E-mail:*<br>Glen L. Kulik, Esq.<br>Alisa S. Edelson, Esq.<br>**KULIK, GOTTESMAN, MOUTON & SIEGEL, LLP**<br>15303 Ventura Boulevard, Suite 1400<br>Sherman Oaks, CA 91403<br>Telephone: (310) 557-9200<br>Facsimile: (310) 557-0224<br>Email: gkulik@kgmslaw.com<br>      aedelson@kgmslaw.com<br><br>**Attorneys for Defendant Tornante Company LLC** |
| *Via E-mail:*<br>Jennifer A. Golinveaux, Esq.<br>**WINSTON & STRAWN LLP**<br>101 California Street<br>San Francisco, CA 94111-5894<br>Telephone: (310) 586-7800<br>Facsimile: (310) 591-1400<br>Email: jgolinveaux@winston.com<br><br>**Attorneys for Defendant Veoh Networks, Inc.** | *Via E-mail:*<br>Annette L. Hurst, Esq.<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: (415) 773-4585<br>Facsimile: (415) 773-5759<br>Email: ahurst@orrick.com<br><br>**Attorneys for Defendants Shelter Capital Partners and Shelter Venture Fund L.P.** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2042554

- 2 -

PROOF OF SERVICE OF UMG'S OPPOSITION TO
VEOH'S EX PARTE APPLICATION FOR PERMISSION
TO SUPPLEMENT THE RECORD RE: VEOH'S MOTION
FOR SUMMARY JUDGMENT

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | *Via E-mail:*<br>Maria K. Vento, Esq.<br>**WILMER CUTLER PICKERING HALE AND DOOR LLP**<br>1117 California Avenue<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br>Email: Maria.Vento@wilmerhale.com<br><br>**Attorneys for Defendants Spark Capital, LLC and Spark Capital, L.P.** | *Via E-mail:*<br>Joel Cavanaugh, Esq.<br>Donald R. Steinberg, Esq.<br>Mark G. Matuschak, Esq.<br>**WILMER CUTLER PICKERING HALE AND DOOR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>Email: Joel.cavanaugh@wilmerhale.com<br>      Don.steinberg@wilmerhale.com<br>      mark.matuschak@wilmerhale.com<br><br>**Attorneys for Defendants Spark Capital, LLC and Spark Capital, L.P.** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2042554

- 3 -

PROOF OF SERVICE OF UMG'S OPPOSITION TO
VEOH'S EX PARTE APPLICATION FOR PERMISSION
TO SUPPLEMENT THE RECORD RE: VEOH'S MOTION
FOR SUMMARY JUDGMENT