

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC. a California Corporation<br><br>Defendant. | **Case No. CV 07 5744 – AHM (AJWx)**<br><br>Hon. A. Howard Matz<br><br>**LOCAL RULE 79-5.1**<br><br>**[PROPOSED] ORDER GRANTING VEOH'S APPLICATION TO FILE UNDER SEAL**<br><br>**VEOH'S OPPOSITION TO UMG'S *EX PARTE* APPLICATION FOR PERMISSION TO SUPPLEMENT THE RECORD IN SUPPORT OF ITS OPPOSITION TO VEOH'S MOTION FOR SUMMARY JUDGMENT RE ENTITLEMENT TO SECTION 512(C) SAFE HARBOR; AND**<br><br>**-DECLARATION OF MELISSA PURCELL IN SUPPORT OF VEOH'S MOTION FOR SUMMARY JUDGMENT RE ENTITLEMENT TO SECTION 512(C) SAFE HARBOR** |

LA:241345.1

1

[PROPOSED] ORDER GRANTING VEOH'S APPLICATION TO FILE UNDER SEAL
CASE NO. CV 07 5744 – AHM(AJWX)

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

Upon consideration of Veoh's Application to File Under Seal (1) Veoh's Opposition to UMG's *Ex Parte* Application for Permission to Supplement the Record in Support of Its Opposition to Veoh's Motion for Summary Judgment Re Entitlement to Section 512(c) Safe Harbor; and (2) Declaration of Melissa Purcell In Support of Veoh's Motion for Summary Judgment Re Entitlement to Section 512(c) Safe Harbor, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. Veoh's Application to File Under Seal (1) Veoh's Opposition to UMG's *Ex Parte* Application for Permission to Supplement the Record in Support of Its Opposition to Veoh's Motion for Summary Judgment Re Entitlement to Section 512(c) Safe Harbor; and (2) Declaration of Melissa Purcell In Support of Veoh's Motion for Summary Judgment Re Entitlement to Section 512(c) Safe Harbor is GRANTED; and

2. The Clerk of the Court shall file under (1) Veoh's Opposition to UMG's *Ex Parte* Application for Permission to Supplement the Record in Support of Its Opposition to Veoh's Motion for Summary Judgment Re Entitlement to Section 512(c) Safe Harbor; and (2) Declaration of Melissa Purcell In Support of Veoh's Motion for Summary Judgment Re Entitlement to Section 512(c) Safe Harbor.

Dated: APR - 8 2009

Hon. A. Howard Matz