UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>VEOH NETWORKS, INC., *et al.*,<br><br>            Defendants. | Case No.  CV 07-05744 AHM (AJWx)<br><br>**[PROPOSED] ORDER GRANTING UMG'S *EX PARTE* APPLICATION TO CONTINUE TIME TO RESPOND TO VEOH'S MOTION TO COMPEL UMG TO PRODUCE FURTHER CHAIN OF TITLE DOCUMENTS (DKT. # 432)**<br><br>Discovery Cutoff:  May 4, 2009<br>Pretrial Conference:  August 3, 2009<br>Trial Date:  August 18, 2009 |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER GRANTING UMG'S EX PARTE
APPLICATION TO CONTINUE TIME TO SUBMIT
RESPONSE TO VEOH'S MOTION

This Court, having considered UMG's *Ex Parte* Application to Continue Time To Respond To Veoh's Motion To Compel UMG To Produce Further Chain of Title Documents (Dkt. # 432), hereby rules as follows.

IT IS HEREBY ORDERED that:

(1) UMG's *Ex Parte* Application is GRANTED; and

(2) UMG's Opposition to Veoh's Motion shall be due by May 12, 2009.

IT IS SO ORDERED.

Dated:_____    _____
                     Hon. Andrew J. Wistrich
                     United States Magistrate Judge
                     Central District of California

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER GRANTING UMG'S EX PARTE APPLICATION TO CONTINUE TIME TO SUBMIT RESPONSE TO VEOH'S MOTION

- 1 -

Presented by:

IRELL & MANELLA LLP
Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199


By:\_\_\_/s Brian Ledahl_____
        Brian Ledahl

Attorney for Plaintiffs
UMG Recordings, Inc.;
Universal Music Corp.;
Songs of Universal, Inc.;
Universal-Polygram International Publishing, Inc.;
Rondor Music International, Inc.;
Universal Music –MGB NA LLC;
Universal Music – MGB NA LLC;
Universal Music – Z Tunes LLC;
and Universal Music—MBG Music Publishing Ltd.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER GRANTING UMG'S EX PARTE
APPLICATION TO CONTINUE TIME TO SUBMIT
RESPONSE TO VEOH'S MOTION

- 2 -