UMG Recordings, Inc. et al v. Veoh Networks, Inc. et al                                    Doc. 437

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VEOH NETWORKS, INC., *et al.*, <br><br> Defendants. | Case No. CV 07-05744 AHM (AJWx) <br><br> **ORDER GRANTING UMG'S *EX PARTE* APPLICATION TO CONTINUE TIME TO RESPOND TO VEOH'S MOTION TO COMPEL UMG TO PRODUCE FURTHER CHAIN OF TITLE DOCUMENTS (DKT. # 432)** <br><br> Discovery Cutoff: May 4, 2009 <br> Pretrial Conference: August 3, 2009 <br> Trial Date: August 18, 2009 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

ORDER GRANTING UMG'S EX PARTE APPLICATION
TO CONTINUE TIME TO SUBMIT RESPONSE TO
VEOH'S MOTION

Dockets.Justia.com

1 | This Court, having considered UMG's *Ex Parte* Application to Continue
2 | Time To Respond To Veoh's Motion To Compel UMG To Produce Further Chain of
3 | Title Documents (Dkt. # 432), hereby rules as follows.
4 |     IT IS HEREBY ORDERED that:
5 | (1) UMG's *Ex Parte* Application is GRANTED; and
6 | (2) UMG's Opposition to Veoh's Motion shall be due by May 12, 2009.

8 | IT IS SO ORDERED.

10 | Dated: May 7, 2009  _____/s/_____
11 |                                  Hon. Andrew J. Wistrich
                                 United States Magistrate Judge
12 |                                  Central District of California

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

Presented by:

IRELL & MANELLA LLP
Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199


By:\_\_\_/s Brian Ledahl_____
      Brian Ledahl

Attorney for Plaintiffs
UMG Recordings, Inc.;
Universal Music Corp.;
Songs of Universal, Inc.;
Universal-Polygram International Publishing, Inc.;
Rondor Music International, Inc.;
Universal Music –MGB NA LLC;
Universal Music – MGB NA LLC;
Universal Music – Z Tunes LLC;
and Universal Music—MBG Music Publishing Ltd.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

ORDER GRANTING UMG'S EX PARTE APPLICATION
TO CONTINUE TIME TO SUBMIT RESPONSE TO
VEOH'S MOTION

- 2 -