Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

Rebecca Lawlor Calkins (195593) (rcalkins@winston.com)
Erin R. Ranahan (235286) (eranahan@winston.com)
Jennifer A. Golinveaux (203056) (jgolinveaux@winston.com)
Michael S. Elkin (*pro hac vice*) (melkin@winston.com)
Thomas P. Lane (*pro hac vice*) (tlane@winston.com)
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC., *et al.*,<br><br>Defendants. | Case No. CV-07-05744 AHM (AJWx)<br><br>**JOINT STIPULATION REGARDING EXTENDING TIME FOR CONDUCTING SETTLEMENT CONFERENCE**<br><br>**Concurrently filed herewith:**<br>  **(1) [Proposed] Order**<br><br>Magistrate: Hon. A. Howard Matz<br>Ctrm: 14<br><br>Discovery Cutoff: May 4, 2009<br>Pretrial Conference: August 8, 2009<br>Trial Date: August 18, 2009 |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2058525

JOINT STIPULATION REGARDING EXTENDING TIME
FOR CONDUCTING SETTLEMENT CONFERENCE

Dockets.Justia.com

| 1 | Plaintiffs UMG Recordings, Inc., Universal Music Corp., Songs of Universal,
| 2 | Inc., Universal-PolyGram International Publishing, Inc., Rondor Music
| 3 | International, Inc., Universal Music – MGB NA LLC, Universal Music – Z Tunes
| 4 | LLC, and Universal Music – MBG Music Publishing, Ltd. ("UMG") and Defendant
| 5 | Veoh Networks, Inc. ("Veoh") (collectively, the "Parties"), by and through their
| 6 | respective counsel, stipulate and agree as follows:
| 7 | WHEREAS, on December 23, 2008, the Court issued an Order setting April
| 8 | 20, 2009, as the last day to conduct a settlement conference (Dkt. No. 288);
| 9 | WHEREAS, on April 21, 2009, the Court extended the existing pre-trial and
| 10 | trial dates and deadlines by three weeks (Dkt. No. 424), thus making May 11, 2009,
| 11 | the last day to conduct a settlement conference;
| 12 | WHEREAS, the parties have selected the Hon. Gary L. Taylor (ret.) of JAMS
| 13 | as a mediator, but due to scheduling conflicts, the parties were unable to conduct a
| 14 | mediation prior to the May 11, 2009, deadline; and
| 15 | WHEREAS, the parties have scheduled a mediation with Judge Taylor for
| 16 | May 28, 2009;
| 17 | NOW THEREFORE, the Parties, by and through their respective counsel
| 18 | hereby STIPULATE AND AGREE as follows:
| 19 | A. The deadline to conduct a settlement conference will be extended to
| 20 | May 28, 2009.

| | |
|---|---|
| Dated: May 11, 2009 | IRELL & MANELLA LLP<br>Steven A. Marenberg<br>Elliot Brown<br>Brian Ledahl<br>Benjamin Glatstein<br><br>By: /s Brian Ledahl<br>   Brian Ledahl<br><br>Attorneys for Plaintiffs |
| Dated: May 11, 2009 | WINSTON & STRAWN LLP<br>Rebecca Lawlor Calkins<br>Erin R. Ranahan<br>Jennifer A. Golinveaux<br>Michael S. Elkin<br>Thomas P. Lane<br><br>By: /s Rebecca Lawlor Calkins<br>    (w/ permission)<br>   Rebecca Lawlor Calkins<br><br>Attorneys for Defendants |