1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA

10            WESTERN DIVISION

11 UMG RECORDINGS, INC., *et al*.,    )    Case No. CV-07-05744 AHM (AJWx)

                       )

12        Plaintiffs,           )    ORDER EXTENDING TIME FOR

                       )    CONDUCTING SETTLEMENT

13       vs.               )    CONFERENCE

                       )

14 VEOH NETWORKS, INC., *et al*.,     )

                       )

15        Defendants.         )

                       )

16                        )

                       )

17

18

19

20

21

22

23

24

25

26

27

28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2058558

[PROPOSED] ORDER EXTENDING TIME FOR
CONDUCTING SETTLEMENT CONFERENCE

1    This Court, having read and considered Plaintiffs UMG Recordings, Inc. *et*

2  *al.*'s ("UMG") and Defendant Veoh Networks, Inc.'s ("Veoh") Joint Stipulation

3  Regarding Extending Time for Conducting Settlement Conference, and good cause

4  appearing therefor,

5        **IT IS HEREBY ORDERED:**

6        The deadline to conduct a settlement conference is extended to May 28, 2009.

7

8        **IT IS SO ORDERED.**

9

10  Dated: May 12, 2009      _____

11                           Hon. A. Howard Matz
                             United States District Judge
12                           Central District of California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28