# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

No.   CV 07-5744-AHM(AJWx)                                              Date: May 21, 2009

Title     UMG RECORDINGS VS. VEOH NETWORKS, INC., ET AL.

Present: The
 Honorable     ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

| Ysela Benavides | N/A | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff:                          Attorneys Present for Defendant:

**Proceedings:**   ORDER CALENDARING VEOH'S MOTION TO COMPEL UMG TO PRODUCE CHAIN OF TITLE DOCUMENTS FOR THE REMAINING 80% OF THE IDENTIFIED COPYRIGHTS BASED ON DEFECTS ADMITTED BY UMG, OR ALTERNATIVELY, EXTENDING VEOH'S DEADLINE TO COMPLETE ITS ANALYSIS OF THE 20% SAMPLE OF CHAIN OF TITLE DOCUMENTS

The parties are advised that Veoh's Motion to Compel UMG to Produce Chain of Title Documents is calendared for hearing on Wednesday, June 3, 2009, at 10 a.m. in Courtroom 690.

IT IS SO ORDERED.

cc:  Parties

                                                                                            :
                                                       Initials of Preparer    yb

Dockets.Justia.com