| | |
|---|---|
| Rebecca Calkins (SBN: 195593)<br>Email: rcalkins@winston.com<br>Erin Ranahan (SBN: 235286)<br>Email: eranahan@winston.com<br>**WINSTON & STRAWN LLP**<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1700<br>Facsimile: (213) 615-1750 | Michael S. Elkin (admitted *pro hac vice*)<br>Email: melkin@winston.com<br>Thomas P. Lane (admitted *pro hac vice*)<br>Email: tlane@winston.com<br>**WINSTON & STRAWN LLP**<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700 |

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1506
Facsimile: (415) 591-1400

Attorneys for Defendant
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VEOH NETWORKS, INC., *et al.*,<br><br>Defendants. | Case No. CV 07 5744 – AHM (AJWx)<br><br>**NOTICE OF MOTION RE DEFENDANT VEOH NETWORKS, INC.'S MOTION FOR PROTECTIVE ORDER ALLOWING IT TO CEASE STORING VIDEO FILES**<br><br>[JOINT STIPULATION, DECLARATIONS OF JOSEPH PAPA AND JENNIFER GOLINVEAUX IN SUPPORT THEREOF FILED CONCURRENTLY HEREWITH]<br><br>Hearing: June 15, 2009<br>Time: 10:00 a.m.<br><br>Discovery Cut-off: May 11, 2009<br>Pretrial Conference: August 8, 2009<br>Trial Date: August 18, 2009<br><br>Complaint Filed: September 4, 2007 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on June 15, 2009, or as soon thereafter as this matter can be heard before the Honorable Andrew J. Wistrich of the United States District Court for the Central District of California, at 255 E. Temple Street, Room 690, Los Angeles, California, 90012, Veoh Networks, Inc. ("Veoh") will and hereby does move for an order permitting Veoh to immediately cease storing copies of video files, other than those Plaintiffs ("UMG") have identified as allegedly infringing, given that the discovery cut-off and the deadline for UMG to identify claimed infringements in this case expired on May 11, 2009.

This motion[1] is brought on the grounds that if Veoh is required to continue to retain videos that UMG has not identified as infringing, it will have to expend significant resources on additional server space that it otherwise would not need and cannot afford. In an effort to resolve this matter informally, Veoh explained to UMG the extreme financial burden it is placing on Veoh to continue to store these files. UMG refused to discuss with Veoh any reasonable accommodation, stating that Veoh should continue to maintain all video files until "final judgment."

There is no practical purpose for Veoh to continue to store all video files. UMG is free to copy any files they consider relevant to this action, and has had more than two years to identify alleged infringements. Veoh regrets having to burden the Court with this issue, but because UMG has categorically refused to discuss any reasonable accommodation, Veoh urgently requires the Court's assistance to allow it to cease storing the video files without facing the threat of motion practice related to issues of spoliation.

---

[1] In December 2008, Veoh brought an *Ex Parte* Application seeking the relief sought herein, but the Court denied the application without prejudice to bring this issue on a regularly noticed motion. (Docket 270). Veoh has waited until the close of fact discovery, and the deadline for Plaintiffs to identify any remaining alleged infringements to seek such relief, and renews its request in accordance with Local Rule 37.

1

NOTICE OF MOT. RE VEOH'S MOTION FOR PROTECTIVE ORDER ALLOWING IT TO CEASE
STORING VIDEO FILES                       Case No. CV 07-5744 – AHM (AJWx)

Dated: May 22, 2009

**WINSTON & STRAWN LLP**

By  /s/ Erin R. Ranahan
Jennifer A. Golinveaux
Erin R. Ranahan
Attorneys for Defendant
VEOH NETWORKS, INC.

LA:243696.3