Joshua Y. Karp
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
(310) 277-1010

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG Recordings, Inc., et al. <br><br> PLAINTIFF(S) <br> v. <br> Veoh Networks, Inc., et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 07-05744 AHM (AJWx) <br><br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Ledahl Declaration in Opposition to Veoh's Motion for Protective Order (Re: Docket No. 447)

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  As above.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  September 30, 2008

☑ Manual Filing required (*reason*):
Filed under seal pursuant to Protective Order (Docket No. 150), entered September 30, 2008, and contains information designated confidential under the Protective Order.

| | |
|---|---|
| May 26, 2009 <br> Date | Joshua Y. Karp <br> Attorney Name <br><br> Plaintiffs UMG Recordings, Inc., et al. <br> Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                 **NOTICE OF MANUAL FILING**