# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

No. CV 07-5744-AHM(AJWx) Date: May 28, 2009

Title: UMG RECORDINGS, INC., ET AL. VS. VEOH NETWORKS, INC., ET AL.

Present: The Honorable ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

| Ysela Benavides | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Smart | Tape No. |

Attorneys Present for Plaintiff: Attorneys Present for Defendant:

**Proceedings:** **ORDER CALENDARING VEOH'S MOTION FOR PROTECTIVE ORDER ALLOWING IT TO CEASE STORING VIDEO FILES**

The parties are advised that defendant's motion for protective order allowing it to cease storing video files is calendared for June 3, 2009, at 10 a.m. in Courtroom 690.

cc: Parties

 : 
 Initials of Preparer yb