

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., et al. | Case No. CV 07 5744 – AHM (AJWx) |
| Plaintiffs, | |
| vs. | LOCAL RULE 79-5.1 |
| VEOH NETWORKS, INC. a California Corporation | [PROPOSED] ORDER GRANTING VEOH'S APPLICATION TO FILE UNDER SEAL |
| Defendant. | DECLARATION OF REBECCA CALKINS IN SUPPORT OF DEFENDANT VEOH NETWORKS, INC.'S RENEWED MOTION FOR SUMMARY JUDGMENT RE ENTITLEMENT TO SECTION 512(C) SAFE HARBOR |

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

1

[PROPOSED] ORDER GRANTING VEOH'S APPLICATION TO FILE UNDER SEAL
CASE NO. CV 07 5744 – AHM(AJWX)

Upon consideration of Veoh's Application to File Under Seal the Declaration of Rebecca Calkins in Support of Defendant Veoh Networks, Inc.'s Renewed Motion for Summary Judgment Re Entitlement to Section 512(c) Safe Harbor, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. Veoh's Application to File Under Seal the Declaration of Rebecca Calkins in Support of Defendant Veoh Networks, Inc.'s Renewed Motion for Summary Judgment Re Entitlement to Section 512(c) Safe Harbor is GRANTED; and

2. The Clerk of the Court shall file under seal the Declaration of Rebecca Calkins in Support of Defendant Veoh Networks, Inc.'s Renewed Motion for Summary Judgment Re Entitlement to Section 512(c) Safe Harbor.

Dated: MAY 27 2009

_____
Hon. A. Howard Matz

LA:245477.1