Robert G. Badal (Bar No. 81313)
Robert.Badal@WilmerHale.com
Amanda Walker (Bar No. 252380)
Amanda.Walker@WilmerHale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 (213) 443-5300
Facsimile: +1 (213) 443-5400

Attorneys for Defendants
SHELTER CAPITAL PARTNERS, LLC and
SHELTER VENTURE FUND, L.P.

Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs
[OTHER COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> VEOH NETWORKS, INC. et al., <br><br> Defendants. | Case No. CV07-5744 AHM (AJWx) <br><br> **JOINT STIPULATION REGARDING ENTRY OF FINAL JUDGMENT PURSUANT TO RULE 54(b)** <br><br> The Honorable A. Howard Matz <br> Courtroom: 14 |

UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal-PolyGram International Publishing, Inc., Rondor Music International, Inc., Universal Music – MGB NA LLC, Universal Music – Z Tunes LLC, and Universal Music – MBG Music Publishing, Ltd. ("Plaintiffs") and Shelter Capital Partners, LLC, Shelter Venture Fund, LP, Spark Capital, LLC, and Spark Capital, LP, and The Tornante Company, LLC ("Investor Defendants") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, pursuant to Federal Rule of Civil Procedure 54(b), when an action presents more than one claim for relief or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties if the court determines that there is no just reason for delay;

WHEREAS, Plaintiffs filed a complaint against Veoh Networks, Inc. on September 4, 2007;

WHEREAS, the Court granted Plaintiffs Motion for Leave to Amend Complaint to add Defendants on August 22, 2008 and Plaintiffs thereafter added the Investor Defendants as parties on August 26, 2008;

WHEREAS, on October 16, 2008, the Investor Defendants filed a motion to dismiss Plaintiffs' First Amended Complaint and this Court granted that motion without prejudice on February 2, 2009;

WHEREAS, Plaintiffs filed a Second Amended Complaint on February 23, 2009, the Investor Defendants filed a motion to dismiss on March 2, 2009, and on May 5, 2009, the Court granted with prejudice the Investor Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint;

WHEREAS, the Court's May 5, 2009 Order granting with prejudice the Investor Defendants' motion to dismiss disposed of all claims asserted against the Investor Defendants on all causes of action;

WHEREAS, the efficient administration of justice will be served by entry of final judgment because it will terminate proceedings in the District Court as to the

Investor Defendants and will ripen any appeal that might be taken from the Court's Order, thereby expediting the appeals process; and

WHEREAS, Plaintiffs and the Investor Defendants agree that there is no just reason for delaying entry of final judgment.

NOW THEREFORE, the Parties, by and through their respective counsel hereby STIPULATE AND AGREE as follows:

A.  Entry of final judgment may be entered pursuant to Rule 54(b) as to all claims between Shelter Capital Partners, LLC, Shelter Venture Fund, LP, Spark Capital, LLC, and Spark Capital, LP, and The Tornante Company, LLC and Plaintiffs as alleged in the Second Amended Complaint.

B.  An appropriate Proposed Order has been agreed upon by the Parties and is filed concurrently herewith.

Dated: May 29, 2009

WILMER CUTLER HALE PICKERING & DORR LLP

ORRICK HERRINGTON & SUTCLIFFE LLP

By _____
ROBERT G. BADAL

Attorneys for Defendants
SHELTER CAPITAL PARTNERS, LLC and
SHELTER VENTURE FUND, L.P.

Dated: May 29, 2009

KULIK, GOTTESMAN, MOUTON & SIEGEL, LLP

By _____
GLEN L. KULIK
ALISA S. EDELSON

2

JOINT STIPULATION RE ENTRY OF FINAL JUDGMENT          CV07-5744 AHM (AJWX)

Attorneys for Defendant
THE TORNANTE COMPANY LLC

Dated: May 29, 2009

WILMER CUTLER HALE PICKERING AND DORR LLP

By _____/s/ Maria Vento by PLB_____
           MARIA VENTO

Attorneys for Defendants
SPARK CAPITAL PARTNERS, LLC AND
SPARK CAPITAL, L.P.

Dated: May 29, 2009

IRELL & MANELLA LLP

By _____/s/ Brian Ledahl by PLB_____
           BRIAN LEDAHL

Attorneys for Plaintiffs UMG RECORDINGS, INC., UNIVERSAL MUSIC CORP., SONGS OF UNIVERSAL, INC., UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., RONDOR MUSIC INTERNATIONAL, INC., UNIVERSAL MUSIC – MGB NA LLC, UNIVERSAL MUSIC – Z TUNES LLC, and UNIVERSAL – MBG MUSIC PUBLISHING, LTD.

(*) Consent to sign provided by counsel