UMG Recordings, Inc. et al v. Veoh Networks, Inc. et al | Doc. 460

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> VEOH NETWORKS, INC. et al., <br><br> Defendants. | Case No. CV07-5744 AHM (AJWx) <br><br> **ORDER FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)** <br><br> The Honorable A. Howard Matz <br> Courtroom: 14 |

1

[PROPOSED] ORDER FOR ENTRY OF FINAL JUDGMENT    CV07-5744 AHM (AJWX)

US1DOCS 7173110V1

Dockets.Justia.com

The Court, having considered the Joint Stipulation Regarding Entry of Final Judgment Pursuant to Fed. R. Civ. P. 54(b) filed by Plaintiffs UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal-Polygram International Publishing, Inc., Rondor Music International, Inc., Universal Music-MGB NA LLC, Universal Music-Z Tunes LLC, and Universal Music-MBG Music Publishing Ltd. (hereinafter, "Plaintiffs") and Defendants Shelter Capital Partners, LLC, Shelter Venture Fund, L.P., Spark Capital Partners, LLC, Spark Capital, L.P. and The Tornante Company, LLC (hereinafter, "Investor Defendants"), finds that:

1. The Court, by its May 5, 2009 Order, granted the Investor Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint;

2. The Court's May 5, 2009 Order dismissed all of Plaintiffs' claims pending against the Investor Defendants and did so with prejudice and without leave to amend; and

3. There is no just reason to delay entry of separate and final judgment with respect to the dismissed claims against the Investor Defendants.

Based upon these findings, the Court directs the Clerk to enter final judgment pursuant to Rule 54(b) as to all claims by Plaintiffs against the Investor Defendants as alleged in the Second Amended Complaint.

IT IS SO ORDERED.

Dated: June 01, 2009

_____
The Honorable A. Howard Matz
United States District Court Judge
Central District of California