Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VEOH NETWORKS, INC., *et al.*, <br><br> Defendants. | Case No. CV-07-05744 AHM (AJWx) <br><br> **PROOF OF SERVICE** <br><br> Judge: Hon. A. Howard Matz <br> Date: June 15, 2009 <br> Time: 10:00 a.m. <br> Courtroom: 14 <br><br> Discovery Cutoff: May 4, 2009 <br> Pretrial Conference: August 3, 2009 <br> Trial Date: August 18, 2009 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2068673

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276.

On June 1, 2009, I served the foregoing documents described as:

1. **UMG'S OPPOSITION TO VEOH'S RENEWED MOTION FOR SUMMARY JUDGMENT RE: ENTITLEMENT TO SECTION 512(c) SAFE HARBOR;**

2. **PLAINTIFFS' OBJECTIONS TO EVIDENCE SUBMITTED BY DEFENDANT IN SUPPORT OF ITS RENEWED MOTION FOR SUMMARY JUDGMENT;**

3. **PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT; and**

4. **SUPPLEMENTAL DECLARATION OF BRIAN LEDAHL IN SUPPORT OF UMG'S OPPOSITION TO VEOH'S RENEWED MOTION FOR SUMMARY JUDGMENT RE: ENTITLEMENT TO SECTION 512(C) SAFE HARBOR**

on each interested party, as stated on the attached service list.

☒ (BY ELECTRONIC MAIL) I caused the foregoing document to be served electronically by electronically mailing a true and correct copy through Irell & Manella LLP's electronic mail system to the e-mail address(es), as stated on the attached service list, and the transmission was reported as complete and no error was reported.

☒ (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by FedEx, an express service carrier which provides overnight delivery, as follows. I placed a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed, as stated on the attached service list, with fees for overnight delivery paid or provided for.

☒ (BOX DEPOSIT) I deposited such envelopes or packages in a box or other facility regularly maintained by the express service carrier.

☐ (CARRIER PICK-UP) I delivered such envelopes or packages to an authorized carrier or driver authorized by the express service carrier to receive documents.

Executed on June 1, 2009, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

Jennifer Hill (jhill@irell.com)    _/s/ Jennifer Hill_
(Type or print name)               (Signature)

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2068673

PROOF OF SERVICE

- 1 -

# SERVICE LIST

*Via E-mail & FedEx:*

Rebecca Calkins, Esq.
Erin Ranahan, Esq.
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone:        (213) 615-1700
Facsimile:         (213) 615-1750
Email:  rcalkins@winston.com
        eranahan@winston.com
**Attorneys for Defendant Veoh Networks, Inc.**

*Via E-mail:*

Michael S. Elkin, Esq. (pro hac vice)
Thomas P. Lane, Esq. (pro hac vice)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone:        (212) 294-6700
Facsimile:         (212) 294-4700
Email:  melkin@winston.com
        tlane@winston.com
**Attorneys for Defendant Veoh Networks, Inc.**

*Via E-mail:*

Jennifer A. Golinveaux, Esq.
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111-5894
Telephone:
Facsimile:
Email: jgolinveaux@winston.com
**Attorneys for Defendant Veoh Networks, Inc.**

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2068673

- 2 -

PROOF OF SERVICE