# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.    CV07-5744-AHM(AJWx)              Date: June 03, 2009

Title: UMG RECORDINGS, VS. VEOH NETWORKS, INC., ET AL.

Present: The
Honorable    ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

| Ysela Benavides | CS 06-03-2009 | n/a |
|---|---|---|
| Deputy Clerk | Court Smart Recorder | Tape No. |

Attorneys Present for Plaintiff:            Attorneys Present for Defendant:

Brian Ledahl                                 Erin R. Ranahan
Steven Marenberg                             Jennifer Golinveaux

**Proceedings:**      1) VEOH'S MOTION TO COMPEL UMG TO PRODUCE CHAIN OF
TITLE DOCUMENTS FOR THE REMAINING 80% OF THE
IDENTIFIED COPYRIGHTS BASED ON DEFECTS ADMITTED BY
UMG, OR ALTERNATIVELY, EXTENDING VEOH'S DEADLINE TO
COMPLETE ITS ANALYSIS OF THE 20% SAMPLE OF CHAIN OF
TITLE DOCUMENTS; 2) VEOH'S MOTION FOR PROTECTIVE ORDER
ALLOWING IT TO CEASE STORING VIDEO FILES

Case called.   Counsel make their appearances.  Court questions counsel and listens to their responses.
Separate orders to issue.

cc:  Parties

                                                             1      :    00

                              Initials of Preparer    yb

Dockets.Justia.com