ERIN R. RANAHAN (SBN: 235286)
WINSTON & STRAWN LLP
333 SOUTH GRAND AVENUE, 38TH FLOOR
LOS ANGELES, CA 90071-1543
T: (213) 615-1700    F: (213) 615-1750

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UMG RECORDINGS, INC., et al. PLAINTIFF(S) | CASE NUMBER: CV-07-05744-AHM (AJWx) |
|---|---|
| v. VEOH NETWORKS, INC., DEFENDANT(S). | NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

(1) Veoh's Application to File Documents Under Seal; (2) [Proposed] Order Granting Veoh's Application to File Documents Under Seal; (3) Veoh's Reply to Plaintiffs' Statement of Genuine Issues of Material Facts; (4) Veoh's Evidentiary Objections to the Declarations of Benjamin Edelman and Ellis Horowitz, and other exhibits; (5) Proof of Service

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☒ Other
  See above.

**Reason:**

- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☒ Per Court order dated September 30, 2008
- ☒ Manual Filing required (*reason*):
  Documents contain information designated as confidential under the Protective Order dated September 30, 2008.

| June 8, 2009 | /S/ ERIN R. RANAHAN |
|---|---|
| Date | Attorney Name |
| | ERIN R. RANAHAN |
| | Party Represented |
| | DEFENDANT VEOH NETWORKS, INC. |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)        NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com