Rebecca Lawlor Calkins (SBN 195593)
Email: rcalkins@winston.com
Erin R. Ranahan (SBN 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)

Michael S. Elkin (admitted *pro hac vice*)
Email: melkin@winston.com
Thomas P. Lane (admitted *pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Attorneys for Defendant
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | Case No. CV 07 5744 – AHM (AJWx) |
| Plaintiffs, | **NOTICE OF LODGING OF MARKED DEPOSITION TRANSCRIPTS IN SUPPORT OF VEOH'S RENEWED MOTION FOR SUMMARY JUDGMENT RE: ENTITLEMENT TO SECTION 512(c) SAFE HARBOR** |
| vs. | |
| VEOH NETWORKS, INC., *et al.*, | |
| Defendants. | Judge Hon. A. Howard Matz |
| | Date: June 15, 2009<br>Time: 10:00 a.m.<br>Courtroom: 14 |

NOTICE OF LODGING
LA:246935.1

Case No. CV 07-5744-AHM (AJWx)

TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to conversations with the Clerk of the Court, Defendant Veoh Networks, Inc. ("Veoh")– on behalf of itself and Plaintiffs UMG Recordings, Inc., *et al.* ("UMG")– hereby lodges complete copies of deposition transcripts of Ted Dunning, Michael Eisner and Jennifer Betka, cited by UMG and Veoh in connection with Veoh's Renewed Motion for Summary Judgment re Entitlement to Section 512(c) Safe Harbor, and UMG's Opposition thereto. UMG has highlighted the portions of each transcript to which it cites in yellow. Veoh has not marked any sections of the Dunning or Eisner transcripts, but has highlighted a portion of the Betka transcript, directly preceding the portion relied upon by UMG, in orange.

Dated: June 11, 2009      **WINSTON & STRAWN LLP**


By   /s/ Erin R. Ranahan
Michael S. Elkin
Thomas P. Lane
Jennifer A. Golinveaux
Rebecca L. Calkins
Erin R. Ranahan
Attorneys for Defendant
VEOH NETWORKS, INC.