Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP., a New York corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; RONDOR MUSIC INTERNATIONAL, INC., a California corporation; UNIVERSAL MUSIC – MGB NA LLC, a California Limited Liability company; UNIVERSAL MUSIC – Z TUNES LLC, a New York Limited Liability company; and UNIVERSAL MUSIC – MBG MUSIC PUBLISHING LTD., a UK company,<br><br>Plaintiffs,<br><br>v.<br><br>VEOH NETWORKS, INC., a California corporation; SHELTER CAPITAL PARTNERS, LLC, a Delaware limited liability company; SHELTER VENTURE FUND, L.P., a Delaware limited partnership; SPARK CAPITAL, LLC, a Delaware limited liability company; SPARK CAPITAL, L.P., a Delaware limited partnership; THE TORNANTE COMPANY, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. CV-07-05744 AHM (AJWx)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that all plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Order dismissing all Plaintiffs' claims against Defendants Shelter Capital Partners, LLC, Shelter Venture Fund, L.P., Spark Capital Partners, LLC, Spark Capital, L.P. and The Tornante Company, LLC, entered in this action on the 5th day of May, 2009, and made a final judgment pursuant to Fed. R. Civ. P. 54(b) on the 1st day of June, 2009.

Dated: June 11, 2009

IRELL & MANELLA LLP
Steven A. Marenberg
Elliot Brown
Brian Ledahl
Benjamin Glatstein

By: /s/ Brian Ledahl
Brian Ledahl
Attorneys for Plaintiffs

**Representation Statement**

Pursuant to Circuit Rules 3-2(b) and 12-2, Plaintiffs hereby submit the following Representation Statement, identifying all parties to the action along with the names, addresses and telephone numbers of their respective counsel:

**Counsel for Plaintiffs/Appellants UMG Recordings, Inc.; Universal Music Corp.; Songs of Universal, Inc.; Universal-Polygram International Publishing, Inc.; Rondor Music International, Inc.; Universal Music – MGB NA LLC; Universal Music – Z Tunes LLC; and Universal Music – MGB Music Publishing Ltd.**

IRELL & MANELLA LLP
Steven A. Marenberg
Elliot Brown
Brian Ledahl
Benjamin Glatstein
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

**Counsel for Defendants/Appellees Shelter Capital Partners and Shelter Venture Fund L.P.**

WILMER CUTLER PICKERING HALE AND DOOR LLP
Robert G. Badal
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

ORRICK, HERRINGTON & SUTCLIFFE LLP
Annette L. Hurst
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-4585
Facsimile: (415) 773-5759

**Counsel for Defendants/Appellees Spark Capital, LLC and Spark Capital, L.P.**

WILMER CUTLER PICKERING HALE AND DOOR LLP
Maria K. Vento
1117 California Avenue
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILMER CUTLER PICKERING HALE AND DOOR LLP
Joel Cavanaugh
Donald R. Steinberg
Mark G. Matuschak
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

**Counsel for Defendant/Appellee The Tornante Company, LLC**

KULIK, GOTTESMAN, MOUTON & SIEGEL, LLP
Glen L. Kulik
Alisa S. Edelson
15303 Ventura Boulevard, Suite 1400
Sherman Oaks, CA 91403
Telephone: (310) 557-9200
Facsimile: (310) 557-0224

**Counsel for Defendant Veoh Networks, Inc.**

WINSTON & STRAWN LLP
Rebecca Calkins
Erin Ranahan
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

WINSTON & STRAWN LLP
Michael S. Elkin
Thomas P. Lane
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

WINSTON & STRAWN LLP
Jennifer A. Golinveaux, Esq.
101 California Street
San Francisco, CA 94111-5894
Telephone: (310) 586-7800
Facsimile: (310) 591-1400

Dated: June 11, 2009

Respectfully submitted,

IRELL & MANELLA LLP
Steven A. Marenberg
Elliot Brown
Brian Ledahl
Benjamin Glatstein

By: /s/ Brian Ledahl
    Brian Ledahl
Attorneys for Plaintiffs