Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VEOH NETWORKS, INC., *et al.*, <br><br> Defendants. | Case No. CV-07-05744 AHM (AJWx) <br><br> **PROOF OF SERVICE RE: UMG'S OBJECTIONS TO NEWLY SUBMITTED EVIDENCE BY VEOH IN SUPPORT OF ITS RENEWED MOTION FOR SUMMARY JUDGMENT RE: ENTITLEMENT TO SECTION 512(c) SAFE HARBOR** <br><br> Judge: Hon. A. Howard Matz <br> Date: June 15, 2009 <br> Time: 10:00 AM <br> Courtroom: 14 |

PROOF OF SERVICE

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2072861

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276. |
| 3 | |
| 4 | On June 11, 2009, I served the foregoing documents described as |
| 5 | **UMG'S OBJECTIONS TO NEWLY SUBMITTED EVIDENCE BY VEOH IN SUPPORT OF ITS RENEWED MOTION FOR SUMMARY JUDGMENT RE: ENTITLEMENT TO SECTION 512(c) SAFE HARBOR** |

on each interested party, as stated on the attached service list.

☒ (BY ELECTRONIC MAIL) I caused the foregoing document to be served electronically by electronically mailing a true and correct copy through Irell & Manella LLP's electronic mail system to the e-mail address(es), as stated on the attached service list, and the transmission was reported as complete and no error was reported.

☒ (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by FedEx, an express service carrier which provides overnight delivery, as follows. I placed a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed, as stated on the attached service list, with fees for overnight delivery paid or provided for.

  ☒ (BOX DEPOSIT) I deposited such envelopes or packages in a box or other facility regularly maintained by the express service carrier.

  ☐ (CARRIER PICK-UP) I delivered such envelopes or packages to an authorized carrier or driver authorized by the express service carrier to receive documents.

☐ (BY MESSENGER) I caused each such envelope to be delivered by hand to the offices of each interested party.

Executed on June 11, 2009, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

Carter Batsell
(cbatsell@irell.com)
(Type or print name)                              (Signature)

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2072861

# SERVICE LIST

*Via FedEx & E-mail:*
Rebecca Calkins, Esq.
Erin Ranahan, Esq.
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone:    (213) 615-1700
Facsimile:    (213) 615-1750
Email:  rcalkins@winston.com
          eranahan@winston.com

**Attorneys for Defendant Veoh Networks, Inc.**

*Via E-mail:*
Michael S. Elkin, Esq. (pro hac vice)
Thomas P. Lane, Esq. (pro hac vice)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone:    (212) 294-6700
Facsimile:    (212) 294-4700
Email:  melkin@winston.com
          tlane@winston.com

**Attorneys for Defendant Veoh Networks, Inc.**

*Via E-mail:*
Jennifer A. Golinveaux, Esq.
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111-5894
Telephone:    (310) 586-7800
Facsimile:    (310) 591-1400
Email: jgolinveaux@winston.com

**Attorneys for Defendant Veoh Networks, Inc.**

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2072861

- 2 -

PROOF OF SERVICE