

FILED
CLERK, U.S. DISTRICT COURT
JUN - 9 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC. a California Corporation<br><br>Defendant. | Case No. CV 07 5744 – AHM (AJWx)<br><br>**LOCAL RULE 79-5.1**<br><br>[PROPOSED] ORDER GRANTING VEOH'S APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF VEOH'S RENEWED MOTION FOR SUMMARY JUDGMENT RE ENTITLEMENT TO SECTION 512(C) SAFE HARBOR (DKT. 449):<br><br>(1) VEOH'S REPLY TO PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT; AND<br><br>(2) VEOH'S EVIDENTIARY OBJECTIONS TO THE DECLARATIONS OF EDELMAN AND HOROWITZ, AND OTHER EXHIBITS |

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

LA:238653.1

1

Upon consideration of Veoh's Application to File Under Seal (1) Veoh's Reply To Plaintiffs' Statement of Genuine Issues of Material Fact; and (2) Veoh's Evidentiary Objections to the Declarations of Edelman and Horowitz, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. Veoh's Application to File Under Seal (1) Veoh's Reply To Plaintiffs' Statement of Genuine Issues of Material Fact; and (2) Veoh's Evidentiary Objections to the Declarations of Edelman and Horowitz, and Other Exhibits is GRANTED; and

2. The Clerk of the Court shall file under seal (1) Veoh's Reply To Plaintiffs' Statement of Genuine Issues of Material Fact; and (2) Veoh's Evidentiary Objections to the Declarations of Edelman and Horowitz.

Dated: JUN - 9 2009

_____
Hon. A. Howard Matz