Robert G. Badal (Bar No. 81313)
robert.badal@wilmerHale.com
Amanda Walker (Bar No. 252380)
amanda.walker@WilmerHale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 (213) 443-5300
Facsimile: +1 (213) 443-5400

Attorneys for Defendants
SHELTER CAPITAL PARTNERS, LLC and
SHELTER VENTURE FUND, L.P.

*lodged proposed order*

FILED 2009 JUN 15 PM 4:36

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – SPRING STREET

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> VEOH NETWORKS, INC., *et al.* <br><br> Defendants. | Case No. CV-07-5744 AHM (AJWx) <br><br> **INVESTOR DEFENDANTS' APPLICATION TO FILE DOCUMENTS UNDER SEAL** <br><br> Date: July 6, 2009 <br> Time: 10:00 a.m. <br> Courtroom: 14 <br><br> The Honorable A. Howard Matz |

1 | Pursuant to Local Rule 79-5 and Paragraphs 18, 19, and 24 of the Protective
2 | Order [Docket No. 150.], Shelter Capital Partners, LLC; Shelter Venture Fund, L.P.;
3 | The Tornante Company LLC; Spark Capital, LLC; and Spark Capital, L.P. (the
4 | "Investor Defendants"), seek leave to file under seal:

5 |     1) Notice Of Motion And Motion By Investor Defendants For Attorneys' Fees
6 | And Costs;

7 |     2) [Proposed] Order Granting Investor Defendants' Motion For Attorneys' Fees
8 | And Costs;

9 |     3) Declaration Of Robert G. Badal In Support Of Shelter Capital Partners,
10 | LLC's And Shelter Venture Fund, L.P.'S Motion For Attorneys' Fees And Costs;

11 |     4) Declaration Of Annette L. Hurst In Support Of Shelter Capital Partners,
12 | LLC's And Shelter Venture Fund, L.P.'S Motion For Attorneys' Fees And Costs;

13 |     5) Declaration Of Alisa S. Edelson In Support Of The Tornante Company's
14 | Motion For Attorneys' Fees And Costs; and

15 |     6) Declaration Of Mark G. Matuschak In Support Of Spark Capital Partners,
16 | LLC's And Spark Capital, L.P.'S Motion For Attorneys' Fees And Costs.

17 | Each of these documents contains information designated confidential by the
18 | Investor Defendants pursuant to the protective order in this action. Accordingly, the
19 | Investor Defendants seek to seal these documents to preserve the confidentiality of
20 | this information.

21 | This Application is narrowly tailored to seal only those materials containing
22 | confidential information the Investor Defendants seek to protect.

23 | ///
24 | ///
25 | ///

Thus, the Investor Defendants respectfully request that the Court grant the Investor Defendants' application to file the aforementioned documents under seal, pursuant to the Stipulated Interim Protective Order governing this action.

Dated: June 15, 2009

WILMER CUTLER HALE PICKERING & DORR LLP

ORRICK HERRINGTON & SUTCLIFFE LLP

By *Robert G. Badal By anw*
ROBERT G. BADAL

Attorneys for Defendants
SHELTER CAPITAL PARTNERS, LLC and SHELTER VENTURE FUND, L.P.

Dated: June 15, 2009

KULIK, GOTTESMAN, MOUTON & SIEGEL, LLP

By *Alisa S. Edelson By anw*
GLEN L. KULIK
ALISA S. EDELSON

Attorneys for Defendant
THE TORNANTE COMPANY LLC

Dated: June 15, 2009

WILMER CUTLER HALE PICKERING AND DORR LLP

By *Maria Vento By anw*
MARIA VENTO

Attorneys for Defendants
SPARK CAPITAL PARTNERS, LLC AND SPARK CAPITAL, L.P.