Robert G. Badal (Bar No. 81313)
robert.badal@wilmerHale.com
Amanda Walker (Bar No. 252380)
amanda.walker@WilmerHale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 (213) 443-5300
Facsimile: +1 (213) 443-5400

Attorneys for Defendants
SHELTER CAPITAL PARTNERS, LLC and
SHELTER VENTURE FUND, L.P.

FILED 2009 JUN 15 PM 4:37 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – SPRING STREET

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> VEOH NETWORKS, INC., *et al.* <br><br> Defendants. | Case No. CV-07-5744 AHM (AJWx) <br><br> **PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** <br><br> [17 U.S.C. § 505] <br><br> Date: TBD <br> Time: TBD <br> Courtroom: 14 <br><br> The Honorable A. Howard Matz |

Dockets.Justia.com

# PROOF OF SERVICE

I am employed in the County of Los Angeles, in the State of California. I am over the age of 18 and not a party to the within action. My business address is 350 South Grand Avenue, Suite 2100, Los Angeles, CA 90071.

On June 15, 2009, I served the foregoing documents:

1. **NOTICE OF MOTION AND MOTION BY INVESTOR DEFENDANTS FOR ATTORNEYS' FEES AND COSTS;**

2. **DECLARATION OF ROBERT G. BADAL IN SUPPORT OF SHELTER CAPITAL PARTNERS, LLC'S AND SHELTER VENTURE FUND, L.P.'S MOTION FOR ATTORNEYS' FEES AND COSTS;**

3. **DECLARATION OF ANNETTE L. HURST IN SUPPORT OF SHELTER CAPITAL PARTNERS, LLC'S AND SHELTER VENTURE FUND, L.P.'S MOTION FOR ATTORNEYS' FEES AND COSTS;**

4. **DECLARATION OF ALISA S. EDELSON IN SUPPORT OF THE TORNANTE COMPANY'S MOTION FOR ATTORNEYS' FEES AND COSTS;**

5. **DECLARATION OF MARK G. MATUSCHAK IN SUPPORT OF SPARK CAPITAL PARTNERS, LLC'S AND SPARK CAPITAL, L.P.'S MOTION FOR ATTORNEYS' FEES AND COSTS;**

6. **INVESTOR DEFENDANTS' APPLICATION TO FILE DOCUMENTS UNDER SEAL;**

7. **[PROPOSED] ORDER GRANTING INVESTOR DEFENDANTS' APPLICATION TO FILE DOCUMENTS UNDER SEAL;**

8. **[PROPOSED] ORDER GRANTING INVESTOR DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS; and**

9. **NOTICE OF MANUAL FILING**

☒ (BY FIRST CLASS MAIL) I caused the foregoing document to be served by First Class Mail on the following:

| | | |
|---|---|---|
| 1 | And | |
| 2 | ☒ (BY ELECTRONIC MAIL) I caused the foregoing document to be served by email transmission on the following: | |
| 3 | | |
| 4 | Brian Ledahl (BY EMAIL AND FIRST CLASS MAIL) | *Counsel for Plaintiffs UMG Recordings, Inc., et al.* |
| 5 | Steven Marenberg (BY EMAIL ONLY) | |
| 6 | Elliot Brown (BY EMAIL ONLY) Benjamin Glatstein (BY EMAIL ONLY) | |
| 7 | IRELL & MANELLA LLP 1800 Avenue of the Stars, Suite 900 | |
| 8 | Los Angeles, CA 90067 Phone: (310) 277-1010 | |
| 9 | Fax: (310) 203-7199 Email: smarenberg@irell.com | |
| 10 | Email: ebrown@irell.com | |
| 11 | Email: bledahl@irell.com Email: bglatstein@irell.com | |
| 12 | | |
| 13 | Jennifer A. Golinveaux (BY EMAIL AND FIRST CLASS MAIL) | *Counsel For Defendant Veoh Networks* |
| 14 | WINSTON & STRAWN LLP 101 California St. | |
| 15 | San Francisco, CA 94111 Phone: (415) 591-1000 | |
| 16 | Fax: (415) 591-1400 Email: jgolinveaux@winston.com | |
| 17 | | |
| 18 | Maria K. Vento (BY EMAIL AND FIRST CLASS MAIL) | *Counsel for Defendants Spark Capital, LLC and Spark Capital, L.P.* |
| 19 | Mark G. Matuschak (BY EMAIL ONLY) Wilmer Cutler Pickering Hale and | |
| 20 | Dorr LLP 1117 California Avenue | |
| 21 | Palo Alto,CA 94304 Phone: (650) 858-6000 | |
| 22 | Fax: (650) 858-6100 Email: maria.vento@wilmerhale.com | |
| 23 | Email: mark.matuschak@wilmerhale.com | |
| 24 | Alisa S. Edelson (BY EMAIL AND FIRST CLASS MAIL) | *Counsel for Defendant Tornante Company LLC* |
| 25 | Glen L. Kulik (BY EMAIL ONLY) | |
| 26 | KULIK GOTTESMAN MOUTON & SIEGEL | |
| 27 | Comerica Bank Building | |
| 28 | | |

| | |
|---|---|
| 15303 Ventura Boulevard, Suite 1400<br>Sherman Oaks, CA 91403<br>Phone: (310) 557-9200<br>Fax: (310) 557-0224<br>Email: aedelson@kgmslaw.com<br>Email: gkulik@kgmslaw.com | |
| Annette L. Hurst (BY EMAIL ONLY)<br>Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Phone: (415) 773-5700<br>Fax (415) 773-5759<br>Email: ahurst@orrick.com | *Counsel for Defendant Shelter Capital Partners LLC and Shelter Venture Fund LP* |
| Rebecca Lawlor Calkins (BY EMAIL ONLY)<br>Erin R. Ranahan (BY EMAIL ONLY)<br>WINSTON & STRAWN LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Phone: (213) 615-1700<br>Fax: (213) 615-1750<br>Email: rcalkins@winston.com<br>Email: eranahan@winston.com | *Counsel For Defendant Veoh Networks* |
| Michael S. Elkin (BY EMAIL ONLY)<br>Thomas P. Lane (BY EMAIL ONLY)<br>WINSTON & STRAWN LLP<br>200 Park Ave.<br>New York, NY 10166<br>Phone: (212) 294-6700<br>Fax: (212) 294-4700<br>Email: melkin@winston.com<br>Email: tlane@winston.com | |

Executed on June 15, 2009, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

*/s/ Petra Gonzalez*