



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – SPRING STREET

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.* <br> Plaintiffs, <br> vs. <br> VEOH NETWORKS, INC., *et al.* <br> Defendants. | Case No. CV-07-5744 AHM (AJWx) <br> [PROPOSED] ORDER GRANTING INVESTOR DEFENDANTS' APPLICATION TO FILE DOCUMENTS UNDER SEAL <br><br> Date: July 6, 2009 <br> Time: 10:00 a.m. <br> Courtroom: 14 <br><br> The Honorable A. Howard Matz |

Upon consideration of the Investor Defendants' Application to File Under Seal the following documents:

1) Notice Of Motion And Motion By Investor Defendants For Attorneys' Fees And Costs;

2) [Proposed] Order Granting Investor Defendants' Motion For Attorneys' Fees And Costs; 

3) Declaration Of Robert G. Badal In Support Of Shelter Capital Partners, LLC's And Shelter Venture Fund, L.P.'S Motion For Attorneys' Fees And Costs;

4) Declaration Of Annette L. Hurst In Support Of Shelter Capital Partners, LLC's And Shelter Venture Fund, L.P.'S Motion For Attorneys' Fees And Costs;

5) Declaration Of Alisa S. Edelson In Support Of The Tornante Company's Motion For Attorneys' Fees And Costs; and

6) Declaration Of Mark G. Matuschak In Support Of Spark Capital Partners, LLC's And Spark Capital, L.P.'S Motion For Attorneys' Fees And Costs;

and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Investor Defendants' Application to File Under Seal the above-listed documents is GRANTED; and

2. The Clerk of the Court shall file under seal the above-listed documents.

Dated: JUN 1 6 2009  _____
                     Hon. A. Howard Matz