1  Steven A. Marenberg (101033) (smarenberg@irell.com)
2  Elliot Brown (150802) (ebrown@irell.com)
   Brian Ledahl (186579) (bledahl@irell.com)
3  Benjamin Glatstein (242034) (bglatstein@irell.com)
   IRELL & MANELLA LLP
4  1800 Avenue of the Stars, Suite 900
   Los Angeles, California  90067-4276
5  Telephone:   (310) 277-1010
   Facsimile:    (310) 203-7199
6
7  Attorneys for Plaintiffs

8  Additional Counsel Listed on Signature Page

9                    UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                      WESTERN DIVISION

12

   UMG RECORDINGS, INC., *et al.*,        )   Case No. CV-07-05744 AHM (AJWx)
13                                          )
              Plaintiffs,                   )   **JOINT STIPULATION TO**
14                                          )   **CONTINUE HEARING ON**
         vs.                                )   **CERTAIN DEFENDANTS'**
15                                          )   **MOTION FOR ATTORNEYS' FEES**
   VEOH NETWORKS, INC., *et al.*,          )
16                                          )   **Concurrently filed herewith:**
              Defendants.                   )      **(1)  [Proposed] Order**
17                                          )
                                            )   Judge: Hon. A. Howard Matz
18                                          )   Ctrm:    14
                                            )
19                                          )
                                            )
20

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2078755

                                                JOINT STIPULATION TO CONTINUE MOTION FOR
                                                                    ATTORNEYS' FEES

1    Plaintiffs UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal-PolyGram International Publishing, Inc., Rondor Music International, Inc., Universal Music – MGB NA LLC, Universal Music – Z Tunes LLC, and Universal Music – MBG Music Publishing, Ltd. (collectively "UMG") and Defendants Shelter Capital Partners, LLC, Shelter Venture Fund, LP, The Tornante Company, LLC, Spark Capital, LLC, and Spark Capital, LP ("Defendants" and collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, Defendants filed a motion for attorneys' fees (Dkt. # 488) noticed for hearing on July 6, 2009;

WHEREAS, UMG's lead counsel has a scheduling conflict for July 6 and for the following Monday, July 13, 2009;

WHEREAS, UMG has requested a brief additional period to prepare its response to the motion for attorneys' fees; and

WHEREAS, the Parties agree that the hearing on the motion for attorneys' fees may be continued to July 20, 2009 and that UMG will submit its response brief by June 29, 2009 and Defendants will submit their reply by July 13, 2009.

NOW THEREFORE, the Parties, by and through their respective counsel hereby STIPULATE AND AGREE as follows:

A.    The hearing on Defendant's motion for attorneys' fees (Dkt. # 488) will be continued to July 20, 2009; and

B.    UMG will submit its response to the motion for attorneys' fees by June 29, 2009 and Defendants will submit their reply in support of the motion by July 13, 2009.

| 1 | Dated: June 22, 2009 | IRELL & MANELLA LLP |
|---|---|---|
| 2 | | |
| 3 | | |
| 4 | | By: /s Brian Ledahl |
| | | Brian Ledahl |
| 5 | | |
| | | Attorneys for Plaintiffs UMG |
| 6 | | RECORDINGS, INC., UNIVERSAL |
| | | MUSIC CORP., SONGS OF |
| 7 | | UNIVERSAL, INC., UNIVERSAL- |
| | | POLYGRAM INTERNATIONAL |
| 8 | | PUBLISHING, INC., RONDOR MUSIC |
| | | INTERNATIONAL, INC., UNIVERSAL |
| 9 | | MUSIC – MGB NA LLC, UNIVERSAL |
| | | MUSIC – Z TUNES LLC, and |
| 10 | | UNIVERSAL – MBG MUSIC |
| | | PUBLISHING, LTD. |
| 11 | | |
| 12 | | |
| 13 | Dated: June 22, 2009 | KULIK, GOTTESMAN, MOUTON & |
| | | SIEGEL, LLP |
| 14 | | |
| 15 | | |
| 16 | | By: /s Alisa S. Edelson |
| | | (w/ permission) |
| 17 | | Alisa S. Edelson |
| 18 | | |
| | | Attorneys for Defendant THE |
| 19 | | TORNANTE COMPANY, LLC |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| 1 | Dated:  June 22, 2009 | WILMER CUTLER PICKERING HALE & DORR LLP |

Dated:  June 22, 2009                    WILMER CUTLER PICKERING HALE
                                         & DORR LLP


                                         By:    /s Robert Badal
                                                (w/ permission)
                                                Robert Badal

                                         Attorneys for Defendants SHELTER
                                         CAPITAL PARTNERS, LLC and
                                         SHELTER VENTURE FUND, LP


Dated:  June 22, 2009                    WILMER CUTLER PICKERING HALE
                                         & DORR LLP


                                         By:    /s Joel Cavanaugh
                                                (w/ permission)
                                                Joel Cavanaugh

                                         Attorneys for Defendants SPARK
                                         CAPITAL PARTNERS, LLC and SPARK
                                         CAPITAL, LP