1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10                          WESTERN DIVISION

11  UMG RECORDINGS, INC., *et al.*,   )   Case No. CV-07-05744 AHM (AJWx)
                                      )
12              Plaintiffs,           )   **ORDER CONTINUING HEARING**
                                      )   **RE: MOTION FOR ATTORNEYS'**
13         vs.                        )   **FEES (Dkt. #488)**
                                      )
14  VEOH NETWORKS, INC., *et al.*,    )
                                      )
15              Defendants.           )
                                      )
16                                    )
                                      )
17

18
19
20
21
22
23
24
25
26
27
28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2078757

1      This Court, having read and considered the Parties' Joint Stipulation Regarding Continuance of Motion for Attorneys' Fees, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

The hearing on Defendants' motion (Dkt. # 488) is continued to July 20, 2009 at 10:00 a.m. The parties shall submit their briefs on the motion pursuant to the schedule set forth in the parties' stipulation.

**IT IS SO ORDERED.**

Dated: June 22, 2009

_____
Hon. A. Howard Matz
United States District Judge
Central District of California