Steven A. Marenberg (101033) (smarenberg@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VEOH NETWORKS, INC., *et al.*, <br><br> Defendants. | Case No. CV-07-05744 AHM (AJWx) <br><br> **PROOF OF SERVICE RE: UMG'S MOTIONS *IN LIMINE* NOS. 1-8** <br><br> Judge: Hon. A. Howard Matz <br> Date: August 3, 2009 <br> Time: 10:00 AM <br> Courtroom: 14 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2087062

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276. |
| 3 | |
| 4 | On July 6, 2009, I served the foregoing documents described as |
| 5 | **(1) UMG'S MOTIONS *IN LIMINE* NOS. 1-8; (2) DECLARATION OF BRIAN LEDAHL IN SUPPORT OF UMG'S MOTIONS *IN LIMINE* NOS. 1-8; (3) [PROPOSED] ORDERS GRANTING UMG'S MOTIONS *IN LIMINE* NOS. 1-8; AND (4) PROOF OF SERVICE THEREOF** |
| 6 | |
| 7 | |
| 8 | on each interested party, as stated on the attached service list. |
| 9 | ☒ (BY ELECTRONIC MAIL) I caused the foregoing document to be served electronically by electronically mailing a true and correct copy through Irell & Manella LLP's electronic mail system to the e-mail address(es), as stated on the attached service list, and the transmission was reported as complete and no error was reported. |
| 10 | |
| 11 | |
| 12 | Executed on July 6, 2009, at Los Angeles, California. |
| 13 | I declare under penalty of perjury that the foregoing is true and correct. |

Carter Batsell
(cbatsell@irell.com)
(Type or print name)                    (Signature)

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2087062

PROOF OF SERVICE RE: UMG'S MOTIONS IN LIMINE
NOS. 1-8

- 1 -

## SERVICE LIST

*Via E-mail:*
Rebecca Calkins, Esq.
Erin Ranahan, Esq.
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:    (213) 615-1750
Email: rcalkins@winston.com
           eranahan@winston.com

**Attorneys for Defendant Veoh Networks, Inc.**

*Via E-mail:*
Michael S. Elkin, Esq. (pro hac vice)
Thomas P. Lane, Esq. (pro hac vice)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone:   (212) 294-6700
Facsimile:    (212) 294-4700
Email: melkin@winston.com
           tlane@winston.com

**Attorneys for Defendant Veoh Networks, Inc.**

*Via E-mail:*
Jennifer A. Golinveaux, Esq.
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111-5894
Telephone:   (310) 586-7800
Facsimile:    (310) 591-1400
Email: jgolinveaux@winston.com

**Attorneys for Defendant Veoh Networks, Inc.**

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2087062

- 2 -

PROOF OF SERVICE RE: UMG'S MOTIONS IN LIMINE
NOS. 1-8