Name & Address:
ERIN R. RANAHAN (SBN: 235286)
WINSTON & STRAWN LLP
333 SOUTH GRAND AVENUE, 38TH FLOOR
LOS ANGELES, CA 90071-1543
T: (213) 615-1700   F: (213) 615-1750

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UMG RECORDINGS, INC., ET AL., | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV-07-05744-AHM (AJWx) |
| v. | |
| VEOH NETWORKS, INC., ET AL., | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

(1) Veoh's Notice of Motions and Motions in Limine to Exclude UMG's Experts David Blackburn and Ellis Horowitz; Memorandum of Points and Authorities; (2) Decl. Erin Ranahan ISO Veoh's Motions in Limine; (3) [Proposed] Order Granting Veoh's Motions in Limine to Exclude UMG's Experts

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☒ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☒ Per Court order dated September 30, 2008

☒ Manual Filing required (*reason*):

Documents contain information designated as confidential under the Protective Order dated September 30, 2008.

| July 7, 2009 | /S/ ERIN R. RANAHAN |
|---|---|
| Date | Attorney Name |
| | VEOH NETWORKS, INC. |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)   NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com