Rebecca Calkins (SBN: 195593)
Erin Ranahan (SBN: 235286)
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750
Email: rcalkins@winston.com
Email: eranahan@winston.com

Jennifer A. Golinveaux (SBN 203056)
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)
Email: jgolinveaux@winston.com

Michael S. Elkin (admitted *pro hac vice*)
Thomas P. Lane (admitted *pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)
Email: melkin@winston.com
Email: tlane@winston.com

Attorneys for Defendant
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.* | Case No. CV 07 5744 – AHM (AJWx) |
| Plaintiffs, | **PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |
| vs. | |
| VEOH NETWORKS, INC. *et al.* | |
| Defendants. | |

1

PROOF OF SERVICE
Case No. CV 07 5744-AHM (AJWx)

LA:249042.1

*UMG Recordings, Inc., et al. v. Veoh Networks, Inc.*
USDC, Central Case No. CV 07-5744-AHM (AJWx)

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 333 South Grand Avenue, Los Angeles, CA 90071-1543. On July 7, 2009, I served the within documents:

1. **VEOH'S NOTICE OF MOTIONS AND MOTIONS *IN LIMINE* TO EXCLUDE UMG'S EXPERTS DAVID BLACKBURN AND ELLIS HOROWITZ; MRMORANDUM OF POINTS AND AUTHORITIES [FILED UNDER SEAL];**

2. **DECLARATION OF ERIN R. RANAHAN IN SUPPORT OF VEOH'S MOTIONS *IN LIMINE* TO EXCLUDE EXPERTS [FILED UNDER SEAL]; AND**

3. **[PROPOSED] ORDER GRANTING VEOH'S MOTIONS *IN LIMINE* TO EXCLUDE EXPERTS [FILED UNDER SEAL]**

[✓] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

[✓] The foregoing documents were served electronically on July 6, 2009, by electronically mailing a true and correct copy through Winston & Strawn's electronic mail system to the e-mail address(es), as stated in the attached service list, and the transmission was reported as complete and no error was reported.

**PLEASE SEE ATTACHED SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 7, 2009, at Los Angeles, California.

_____
Patricia Waters

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

# SERVICE LIST

**(BY U.S. MAIL AND E-MAIL)**
Steven A. Marenberg, Esq.
Elliot Brown, Esq.
Brian Ledahl, Esq.
Benjamin Glatstein, Esq.
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Fax: (310) 203-7199
(smarenberg@irell.com)
(ebrown@irell.com)
(bledahl@irell.com)
(bglatstein@irell.com

**Attorneys for Plaintiffs**