UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES--GENERAL

Case No.   CV 07-5744 AHM (AJWx)                    Date: July 9, 2009

Title: UMG RECORDINGS, INC., et al. v. VEOH NETWORKS, INC., et al.
================================================================
PRESENT:     **HON.  ANDREW J. WISTRICH, MAGISTRATE JUDGE**

           Ysela Benavides
           Deputy Clerk                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:
         None Present                              None Present

**ORDER REGARDING SUPPLEMENTAL JOINT STIPULATION REGARDING VEOH'S MOTION TO COMPEL UMG TO PRODUCE CHAIN OF TITLE DOCUMENTS FOR THE REMAINING 80% OF IDENTIFIED COPYRIGHTS BASED ON DEFECTS ADMITTED BY UMG, ETC.**

Apparently, the parties' attempt to negotiate a stipulation to resolve this motion and related matters has stalled because of certain issues as to which they have been unable to agree.  The parties are directed to file a supplemental joint stipulation.  The supplemental joint stipulation shall describe the progress of the negotiations, the issues as to which they have been unable to agree, the parties' respective positions on those issues, and the rationale for the parties' respective positions.  The supplemental joint stipulation shall be filed by July 13, 2009.  A further hearing on Veoh's motion is calendared for July 20, 2009, at 10:00 a.m.

**IT IS SO ORDERED.**

cc:   Parties



MINUTES FORM 11                          Initials of Deputy Clerk_____
CIVIL-GEN