Robert G. Badal (Bar No. 81313)
Robert.Badal@WilmerHale.com
Amanda Walker (Bar No. 252380)
Amanda.Walker@WilmerHale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 (213) 443-5300
Facsimile: +1 (213) 443-5400

Attorneys for Defendants
SHELTER CAPITAL PARTNERS, LLC and
SHELTER VENTURE FUND, L.P.

[OTHER COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS INC. et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>VEOH NETWORKS, INC. et al.,<br><br>  Defendants. | Case No. CV07-5744 AHM (AJWx)<br><br>**INVESTOR DEFENDANTS' OBJECTIONS TO AND REQUEST TO STRIKE PLAINTIFFS' HEARSAY EVIDENCE PURSUANT TO FED. R. EVID. 801 AND 802**<br><br>[Filed Concurrently with the Reply To Opposition To Motion By Investor Defendants For Attorneys' Fees And Costs]<br><br>Courtroom: 14<br>Date: July 20, 2009<br>Time: 10:00 a.m.<br><br>The Honorable A. Howard Matz |

## INTRODUCTION

Defendants Shelter Capital Partners, LLC, Shelter Venture Fund, L.P., Spark Capital, LLC, Spark Capital, L.P. and The Tornante Company, LLC (the "Investor Defendants"), hereby object to, and request that the Court strike, paragraphs 2 and 3, and accompanying exhibits A and B, from the Declaration of Carter Batsell filed in Support of UMG's Opposition to Motion by Owner Defendants for Attorneys' Fees and Costs ("Batsell Declaration"), as well as all references to those materials in UMG's Opposition to Motion by Owner Defendants for Attorneys' Fees and Costs ("Opposition"), on the ground that those materials contain inadmissible hearsay.

## ARGUMENT

"'Hearsay' is a statement other than one made by the declarant while testifying at the trial or hearing, offered in evidence to prove the truth of the matter asserted." Fed. R. Evid. 801(c). Federal Rule of Evidence 802, the Hearsay Rule, states that hearsay is inadmissible unless an exception to the Rule applies. Fed. R. Evid. 802. The Ninth Circuit has held that newspaper articles, and the statements contained in those articles, are inadmissible hearsay when offered for the truth of the matters asserted therein. *See Larez v. City of Los Angeles*, 946 F.2d 630, 642-45 (9th Cir. 1991) (holding that statements contained in newspaper articles were inadmissible hearsay that did not qualify for admission under any exception to the Hearsay Rule).

Plaintiffs rely on hearsay statements consisting of media articles purporting to describe behavior of law firms. *See* Opposition, p. 17; Batsell Declaration ¶¶ 2, 3 and Exs. A, B. Because these articles are plainly offered for the truth of the matters asserted therein, they are inadmissible. Plaintiffs' Opposition includes statements taken verbatim from the media articles. It quotes the media reports as a means of proving the substance of what the articles purport to assert about fees at law firms. These quotes from the media articles are clearly out-of-court statements. *Larez*, 946 F.2d at 942 (statements made in a newspaper are, a fortiori, statements made out-of court). In addition, plaintiffs have plainly offered these statements for the truth of the

1

matters they assert. Thus, the exhibits and any reference to them are inadmissible hearsay. No exception applies.

## CONCLUSION

For all the foregoing reasons, Investor Defendants respectfully request this Court strike paragraphs 2 and 3, and accompanying exhibits A and B, from the Declaration of Carter Batsell in Support of UMG's Opposition to Motion by Owner Defendants for Attorneys' Fees and Costs, as well as all references to those materials in UMG's Opposition to Motion by Owner Defendants for Attorneys' Fees and Costs.

Dated: July 13, 2009    Respectfully submitted,

WILMER CUTLER HALE PICKERING & DORR LLP

ORRICK HERRINGTON & SUTCLIFFE LLP

By */s/ Robert G. Badal*
    ROBERT G. BADAL

Attorneys for Defendants
SHELTER CAPITAL PARTNERS, LLC and
SHELTER VENTURE FUND, L.P.

Dated: July 13, 2009    Respectfully submitted,

KULIK, GOTTESMAN, MOUTON & SIEGEL, LLP

By */s/ Alisa S. Edelson*
    GLEN L. KULIK
    ALISA S. EDELSON

Attorneys for Defendant
THE TORNANTE COMPANY LLC

2

Dated: July 13, 2009         Respectfully submitted,

WILMER CUTLER HALE PICKERING AND DORR LLP


By */s/ Maria Vento*
          MARIA VENTO

Attorneys for Defendants
SPARK CAPITAL PARTNERS, LLC AND
SPARK CAPITAL, L.P.