Joshua Y. Karp
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
(310) 277-1010

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG Recordings, Inc., et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>Veoh Networks, Inc., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 07-05744 AHM (AJWx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

(1) UMG's Opposition To Veoh's Motion In Limine To Exclude The Testimony Of Drs. David Blackburn And Ellis Horowitz; (2) UMG's Opposition To Veoh's Motions In Limine Nos. 1-7; (3) Declaration Of Brian Ledahl In Support Of Umg's Oppositions To Veoh's Motions In Limine

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other   As above.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated September 30, 2008

☑ Manual Filing required (*reason*):
Filed under seal pursuant to Protective Order (Docket No. 150), entered September 30, 2008; contain information designated as confidential defendants.

| July 20, 2009 | Joshua Y. Karp |
|---|---|
| Date | Attorney Name |
| | Plaintiffs UMG Recordings, Inc., et al. |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)         NOTICE OF MANUAL FILING