ERIN R. RANAHAN (SBN: 235286)
WINSTON & STRAWN LLP
333 SOUTH GRAND AVENUE, 38TH FLOOR
LOS ANGELES, CA 90071-1543
T: (213) 615-1700    F: (213) 615-1750

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UMG RECORDINGS, INC., et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV-07-05744-AHM (AJWx) |
| v. | |
| VEOH NETWORKS, INC., | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

**PLEASE TAKE NOTICE:**

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Defendant Veoh Networks Inc.'s Opposition to UMG's Motion in Limine No. 1 to Exclude Expert Testimony on the Promotional Value of UMG's Videos

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
☒ Other
   See above.

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated September 30, 2008
☒ Manual Filing required (*reason*):
   Documents contain information designated as confidential under the Protective Order dated September 30, 2008.

| July 20, 2009 | /S/ ERIN R. RANAHAN |
|---|---|
| Date | Attorney Name |
| | ERIN R. RANAHAN |
| | Party Represented |
| | DEFENDANT VEOH NETWORKS, INC. |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)    **NOTICE OF MANUAL FILING**    American LegalNet, Inc. www.FormsWorkflow.com