Rebecca Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Jennifer A. Golinveaux (SBN: 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1506
Facsimile: (415) 591-1400

Michael S. Elkin (admitted *pro hac vice*)
Email: melkin@winston.com
Thomas P. Lane (admitted *pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Attorneys for Defendant
VEOH NETWORKS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware Corporation, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC., a California Corporation, et al.,<br><br>Defendants. | **Case No. CV 07 5744 -- AHM (AJWx)**<br><br>**DEFENDANT VEOH NETWORKS INC.'s PRELIMINARY PRETRIAL DISCLOSURE OF WITNESSES**<br><br>Pretrial Conference: August 8, 2009<br>Trial Date: August 18. 2009 |

#SF255850

Pursuant to the Court's Case Scheduling Order and the parties' Rule 16 meeting, defendant Veoh Networks Inc. through its attorneys, submits its preliminary list of trial witnesses. Defendant reserves the right to supplement, modify or amend its witness list as necessary, depending upon the witness or exhibit designations of Plaintiffs, the outcome of the parties' conferences on pretrial matters, in response to Plaintiffs' case, and any applicable rulings of the Court, or other developments. Veoh also reserves the right to designate deposition testimony should any of the listed witnesses become unavailable.

- Joshua Metzger
- Anita Talebizadeh
- Joseph Papa
- Stacie Simons
- Dmitry Shapiro
- Ted Dunning
- Bruce Wiseman
- Art Bilger
- Lew Roth
- Melissa Purcell
- Steve Mitgang
- Jennifer Betka
- Vance Ikezoye
- Roy Weinstein (expert witness)
- Liudvikas Bukys (expert witness)
- Francis Costello
- Zach Horowitz
- David Benjamin (UMG witness by designation, if necessary)
- Rio Caraeff (UMG witness by designation, if necessary)
- Harvey Geller (UMG witness by designation, if necessary)

Wendy Nussbaum (UMG witness by designation, if necessary)

David Ring (UMG witness by designation, if necessary)

Margot Stephenson (UMG witness by designation, if necessary)

Dated: July 20, 2009  **WINSTON & STRAWN LLP**

By /s/ Erin R. Ranahan
Michael S. Elkin
Thomas P. Lane
Jennifer A. Golinveaux
Rebecca Calkins
Erin R. Ranahan
Attorneys for Defendant
VEOH NETWORKS, INC.

LA:250110.1

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543