Steven A. Marenberg (101033) (smarenberg@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VEOH NETWORKS, INC., *et al.*, <br><br> Defendant. | Case No. CV-07-05744 AHM (AJWx) <br><br> **UMG'S LOCAL RULE 16.5 WITNESS DISCLOSURE** <br><br> Date: August 3, 2009 <br> Time: 10:00 AM <br> Judge: Hon. A. Howard Matz <br> Ctrm: 14 <br><br> Discovery Cutoff: May 4, 2009 <br> Pretrial Conference: August 3, 2009 <br> Trial Date: August 18, 2009 |

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and (b), and Local Rule 16.5, UMG identifies the following witnesses who UMG expects to call to testify at trial. Pursuant to Local Rule 16.5, witnesses marked with an asterisk (*) may be called only if the need arises.

1. Anita Talebizadeh – UMG believes that Ms. Talebizadeh may be contacted through counsel of record for Veoh, Winston & Strawn LLP

2. Arthur Bilger – UMG believes that Mr. Bilger may be contacted through counsel of record for Veoh, Winston & Strawn LLP

3. Benjamin Edelman, PhD – Dr. Edelman may be contacted through UMG's counsel of record, Irell & Manella LLP

4. Bruce Wiseman – UMG believes that Mr. Wiseman may be contacted through counsel of record for Veoh, Winston & Strawn LLP

5. David Blackburn, PhD - may be contacted through UMG's counsel of record, Irell & Manella LLP

6. David Weinberg - Mr. Weinberg may be contacted through UMG's counsel of record, Irell & Manella LLP

7. Dmitry Shapiro – UMG believes that Mr. Shapiro may be contacted through counsel of record for Veoh, Winston & Strawn LLP

8. Ed Arrow – Mr. Arrow may be contacted through UMG's counsel of record, Irell & Manella LLP

9. Ellis Horowitz, PhD – Dr. Horowitz may be contacted through UMG's counsel of record, Irell & Manella LLP

10. Jeffrey Harleston – Mr. Harleston may be contacted through UMG's counsel of record, Irell & Manella LLP

11. Jennifer Betka – UMG believes that Ms. Betka may be contacted through counsel of record for Veoh, Winston & Strawn LLP

12. Jennifer Roberts – Ms. Roberts may be contacted through UMG's counsel of record, Irell & Manella LLP

13. Joseph Papa – UMG believes that Mr. Papa may be contacted through counsel of record for Veoh, Winston & Strawn LLP

14. Joshua Metzger – UMG believes that Mr. Metzger may be contacted through counsel of record for Veoh, Winston & Strawn LLP

15. Michael Eisner – UMG believes that Mr. Eisner may be contacted through Mr. Glen Kulik, Esq., of Kulik, Gottesman, Mouton & Siegel LLP

16. Stacie Simons – UMG believes that Ms. Simons may be contacted through counsel of record for Veoh, Winston & Strawn LLP

17. Steve Mitgang – UMG believes that Mr. Mitgang may be contacted through counsel of record for Veoh, Winston & Strawn LLP

18. Ted Dunning – UMG believes that Mr. Dunning may be contacted through counsel of record for Veoh, Winston & Strawn LLP

19. Tegan Kossowicz – Ms. Kozzowicz may be contacted through UMG's counsel of record, Irell & Manella LLP

20. Vance Ikezoye – UMG believes that Mr. Ikezoye may be contacted through counsel for Audible Magic, Mr. William Bly, Esq., of Davis Wright Tremaine LLP

21. Wendy Nussbaum – Ms. Nussbaum may be contacted through UMG's counsel of record, Irell & Manella LLP

22. Melissa Purcell (*) – UMG believes that Ms. Purcell may be contacted through counsel of record for Veoh, Winston & Strawn LLP

23. Rio Caraeff (*) – Mr. Caraeff may be contacted through UMG's counsel of record, Irell & Manella LLP

24. David Ring (*) – Mr. Ring may be contacted through UMG's counsel of record, Irell & Manella LLP

25. Harvey Geller (*) – Mr. Geller may be contacted through UMG's counsel of record, Irell & Manella LLP

26. Margot Stephenson (*) – Ms. Stephenson may be contacted through UMG's counsel of record, Irell & Manella LLP

27. David Benjamin (*) – Mr. Benjamin may be contacted through UMG's counsel of record, Irell & Manella LLP

Additionally, UMG identifies the following witnesses whose testimony will be presented through designation of testimony presented at deposition:

1. Rachel Lam

2. Todd Dagres

Dated: July 20, 2009

IRELL & MANELLA LLP
Steven A. Marenberg
Brian Ledahl
Benjamin Glatstein

By: _____
Brian Ledahl
Attorneys for Plaintiffs