Steven A. Marenberg (101033) (smarenberg@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Plaintiffs

Michael S. Elkin  (*admitted pro hac vice*)
Thomas P. Lane  (*admitted pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York  10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)
Email: melkin@winston.com
Email: tlane@winston.com

Attorneys for Defendant
Additional Counsel Listed on Signature Page

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VEOH NETWORKS, INC., <br><br> Defendant. | Case No. CV-07-05744 AHM (AJWx) <br><br> **JOINT STATUS REPORT RE: SETTLEMENT** <br><br> Judge:     Hon. A. Howard Matz <br> Courtroom: 14 <br><br> Discovery Cutoff: May 11, 2009 <br> Pretrial Conference: August 8, 2009 <br> Trial Date: August 18, 2009 |

2095772                                                                                 JOINT STATUS REPORT RE: SETTLEMENT

Pursuant to the Court's order, Plaintiffs UMG Recordings, Inc., *et al.* (collectively, "UMG") and Defendant Veoh Networks, Inc. ("Veoh") conducted a mediation on May 28, 2009 before the Honorable Gary L. Taylor of JAMS. The parties were unable to reach a settlement.

Dated: July 20, 2009

IRELL & MANELLA LLP
Steven A. Marenberg
Brian Ledahl
Benjamin Glatstein

By: /s
    Brian Ledahl
Attorneys for Plaintiffs

Dated: July 20, 2009

WINSTON & STRAWN LLP
Michael S. Elkin
Thomas P. Lane
Jennifer A. Golinveaux
Rebecca Calkins
Erin Ranahan

By: /s (with permission)
    Thomas Lane
Attorneys for Defendant