Steven A. Marenberg (101033) (smarenberg@irell.com)
Brian Ledahl (186579) (bledahl@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | Case No. **CV-07-05744 AHM (AJWx)** |
| Plaintiffs, | **NOTICE OF LODGING OF PARTIES' PROPOSED PRETRIAL CONFERENCE ORDER** |
| v. | Date: August 3, 2009<br>Time: 10:00 AM<br>Judge: Hon. A. Howard Matz<br>Ctrm: 14 |
| VEOH NETWORKS, INC., | |
| Defendant. | Discovery Cutoff: May 4, 2009<br>Pretrial Conference: August 3, 2009<br>Trial Date: August 18, 2009 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2096534

NOTICE OF LODGING OF PARTIES' PRETRIAL
CONFERENCE ORDER

Dockets.Justia.com

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that pursuant to Local Rule 16, Plaintiffs UMG Recordings, Inc., *et al.* hereby lodge the parties' proposed pretrial conference order. The parties' proposed pretrial conference order is attached as Exhibit A hereto. |

Dated: July 20, 2009

IRELL & MANELLA LLP
Steven A. Marenberg
Brian Ledahl
Benjamin Glatstein

By: /s/
    Brian Ledahl

Attorneys for Plaintiffs

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2096534

NOTICE OF LODGING OF PARTIES' PRETRIAL
CONFERENCE ORDER

- 1 -