1  Steven A. Marenberg (101033) (smarenberg@irell.com)
   Brian Ledahl (186579) (bledahl@irell.com)
2  Benjamin Glatstein (242034) (bglatstein@irell.com)
   IRELL & MANELLA LLP
3  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
4  Telephone:   (310) 277-1010
   Facsimile:    (310) 203-7199
5
   Attorneys for Plaintiffs
6
   Michael S. Elkin  (*admitted pro hac vice*)
7  Thomas P. Lane  (*admitted pro hac vice*)
   WINSTON & STRAWN LLP
8  200 Park Avenue
   New York, New York  10166
9  (212) 294-6700 (Telephone)
   (212) 294-4700 (Facsimile)
10 Email: melkin@winston.com
   Email: tlane@winston.com
11
   Attorneys for Defendant
12 Additional Counsel Listed on Signature Page

13

14                    UNITED STATES DISTRICT COURT

15                   CENTRAL DISTRICT OF CALIFORNIA

16                          WESTERN DIVISION

17
   UMG RECORDINGS, INC., *et al.*,     ) Case No. CV-07-05744 AHM (AJWx)
18                                     )
                                       ) **PRE-TRIAL EXHIBIT STIPULATION**
19            Plaintiffs,              )
                                       ) Date:   August 3, 2009
20                                     ) Time:   10:00 AM
        v.                             ) Judge:  Hon. A. Howard Matz
21                                     ) Ctrm:   14
                                       )
22 VEOH NETWORKS, INC., *et al.*,      ) Discovery Cutoff:  May 4, 2009
                                       ) Pretrial Conference:  August 3, 2009
23            Defendants.              ) Trial Date:  August 18, 2009
                                       )
24                                     )
                                       )
25 _____ )

26

27

28

   2095751                                    PRE-TRIAL EXHIBIT STIPULATION

Pursuant to Local Rule 16, Plaintiffs UMG Recordings, Inc., *et al.* ("UMG") and Defendant Veoh Networks, Inc. ("Veoh") hereby submit the following Pre-Trial Exhibit Stipulation. The parties will endeavor to further resolve authentication objections prior to the pretrial conference.

**UMG'S POSITION**

Veoh lists various "General Objections" which are not consistent with the Court's Order regarding the presentation of the Joint Pretrial Exhibit Stipulation. Because Veoh does not identify the exhibit(s) to which these objections apply, UMG cannot respond consistent with the Court's Orders. UMG reserves the right to further respond to these "General Objections" should Veoh be permitted to rely upon any of them.

**VEOH'S POSITION**

Defendant Veoh Networks, Inc., hereby provides its objection to UMG's Proposed Exhibit List as follows:

GENERAL OBJECTIONS

1. Defendant objects to the introduction into evidence of exhibits that have not been authenticated or lack proper foundation.

2. Defendant objects to the introduction into evidence of documents and materials that were not timely produced in discovery. For certain of the exhibits listed below (and objected to as "DNP" or "Did Not Produce," Defendant has not yet been provided with a bates-stamped copy of said exhibit and therefore reserves all rights.

3. Defendant objects to the introduction of exhibits which are incomplete, fragmentary or illegible. Defendant reserves the right to supplement, modify or amend these objections if such documents are used in their entirety at trial.

4. Defendant objects to the introduction of exhibits that are collections or composites of multiple documents, and objects that Plaintiffs' description of the exhibits is either misleading or flatly incorrect.

1    5.    Defendant objects to the exhibits to the extent that many of the exhibits

2   may need to either be excluded or redacted pursuant to Defendant's pending

3   Motions in Limine.

4                            SPECIFIC OBJECTIONS

5    6.    In addition to the foregoing General Objections, defendant propounds

6   the specific objections set forth in the attached Appendix A, pursuant to the

7   following code:

| NOTATION | DESCRIPTION |
|----------|-------------|
| D | Duplicative |
| DNP | Did Not Produce |
| F | Lacks Foundation |
| H | Hearsay |
| IA | Inaccurate Description |
| IC | Incomplete |
| LC | Legal Conclusion |
| N/O | No Objection |
| P | Prejudicial |
| PRV | Privileged |
| R | Relevance |
| S | Speculation |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|-------------|-------------|------------------------------|------------------------|
| 2 | Veoh Organization Chart (Beg Bates: VN0000000004) | N/O | |
| 3 | Screenshot: Rihanna – *Umbrella* | DNP, R, H, F | Relevant to issues in dispute; Produced to Veoh at deposition; Not hearsay (Rule 801); Relevant to non-hearsay purpose; Rule 801(d)(2) (party admission) |
| 4 | Screenshot: new Rihanna – *Umbrella* | DNP, R, H, F | Relevant to issues in dispute; Produced to Veoh at deposition; Not hearsay (Rule 801); Relevant to non-hearsay purpose; Rule 801(d)(2) (party admission) |
| 5 | Screenshot: download page for Rihanna – *Umbrella* | DNP, R, H, F | Relevant to issues in dispute; Produced to |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | Veoh at deposition; Not hearsay (Rule 801); Relevant to non-hearsay purpose; Rule 801(d)(2) (party admission) |
| 6 | Veoh Publishing Pipeline (Beg Bates: VN0000000002) | R, F, H | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection) |
| 7 | Screenshot: Veoh download page | DNP, R, H, F | Relevant to issues in dispute; Produced to Veoh at deposition; Not hearsay (Rule 801); Relevant to non-hearsay purpose; Rule 801(d)(2) (party admission) |
| 8 | Screenshot: license acquisition page for downloading Jim Gaffigan video | DNP, R, H, F | Relevant to issues in dispute; Produced to Veoh at deposition; Not hearsay (Rule 801); Relevant to non-hearsay purpose; Rule 801(d)(2) (party admission) |
| 11 | Audible Magic Press Release: Grouper Partners w/ AM for the Best-in-Class Content Mng and Filtering Technology (Beg Bates: AM-UNIV000048) | R, H, F | Relevant to issues in dispute; Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity) |
| 12 | Audible Magic Press Release: AM Forms Agreement w/ UMG to Support its RepliCheck Anti-Piracy System | DNP, R, H, F | Relevant to issues in dispute; Produced to Veoh at deposition; Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity) |
| 13 | Audible Magic Press Release: MySpace Launches "Take Down Stay Down" Copyright Protection (Beg Bates: AM-UNIV000031) | R, H, F | Relevant to issues in dispute; Rule 803(5) (recorded recollection); Rule 803(6) (records regularly conducted |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | activity) |
| 14 | Email: Stern to Roth re: Veoh and Audible Magic (Beg Bates: AM-UNIV000733) | R, H, F | Relevant to issues in dispute; Not offered for the truth of matter asserted therein; Rule 801(d)(2) (party admission) |
| 15 | PowerPoint: Content Recognition of Digital Media: the Best Solution, the Safe Choice (Beg Bates: AM-UNIV000921) | R, H, F | Relevant to issues in dispute; Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); Offered for nonhearsay purpose |
| 18 | Email: Stern to Ikezoye, Schrempp, Williams, and Sams re: Veoh Final Agreement (Beg Bates: AM-UNIV000668) | R, H, F | Relevant to issues in dispute; Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity) |
| 19 | Content Identification License and Services Agreement (Beg Bates: AM-UNIV000060) | R, H, F | Relevant to issues in dispute; Not hearsay (Rule 801); Rule 801(d)(2) (party admission); Waived (included as Ex. 702 in Veoh's proposed exhibits) |
| 20 | Content Identification License and Services Agreement Renewal (Beg Bates: AM-UNIV000559) | R, H, F | Relevant to issues in dispute; Rule 801 (not hearsay); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity) |
| 21 | Brief AMICI CURIAE of Audible Magic Corp., Digimarc Corp., and Gracenote in support of neither party | DNP, R, H, F, LC | Relevant to issues in dispute; Produced to Veoh at deposition; Rule 803(5) (recorded recollection); Not offered as legal conclusion; Relevant to nonhearsay purpose |
| 23 | Email: Talebizadeh to Simons re: "Most porn was taken down" (Beg Bates: VN0000303942) | R, IC | Relevant to issues in dispute; Not incomplete |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| 24 | Email: Simons to Talebizadeh re: "Quartz Video Violation Summary" (Beg Bates: VN0000286293) | R | Relevant to issues in dispute |
| 25 | Email: Talebizadeh to Simons re: "Quartz disabling" (Beg Bates: VN0000303672) | R | Relevant to issues in dispute |
| 26 | Email: Simons to Talebizadeh re: "NBC Form" (Beg Bates: VN0000286360) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Relevant to nonhearsay purpose |
| 27 | Email: FUNimation to Morita, Simons, and Metzger re: Veoh news email (Beg Bates: VN0000304387) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose |
| 28 | Email: Veoh mail service to Foxover (Beg Bates: VN0000146050) | R | Relevant to issues in dispute |
| 29 | Email: Simons to Dimm re: "Copyright Takedown Report" (Beg Bates: VN0000329163) | R | Relevant to issues in dispute |
| 30 | Email: Simons to Dunning re: "FW" (Beg Bates: VN0000332991) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Relevant to nonhearsay purpose |
| 31 | Email: Talebizadeh to Benitez re: Excel spreadsheet (Beg Bates: VN0000303870) | R | Relevant to issues in dispute |
| 32 | Email: Talebizadeh to Simons re: "deleting account ??? RE: takedown Copyright Infringement" (Beg Bates: VN0000307258) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Relevant to nonhearsay purpose |
| 33 | Email: Simons to Talebizadeh re: "disabling video only" (Beg Bates: VN0000286281) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Relevant to nonhearsay purpose |
| 34 | Email: RIAA Antipiracy to *Copyright Notice re: content takedown (Beg Bates: VN0000188390) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose; Rule 803(6) (regularly conducted activity) |
| 35 | Screenshot: Akon's "Don't Matter" video (Beg Bates: UMGE00000237) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Not |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | hearsay (Rule 801); Relevant to non-hearsay purpose |
| 36 | Screenshot: Aerosmith's "Livin' on the Edge" video (Beg Bates:UMGE00000198) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Not hearsay (Rule 801); Relevant to non-hearsay purpose |
| 37 | Email: Talebizadeh to Simons re: "Projects" (Beg Bates: VN0000303660) | R | Relevant to issues in dispute |
| 38 | Email: Simons to Trofimov and Bray re: "Mike's updated contact information email" (Beg Bates: VN0000374250) | R, H | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Relevant to non-hearsay purpose |
| 39 | Email: Simons to Talebizadeh and Benitez re: "Extra hours – Urgent Project" (Beg Bates: VN0000286543) | R | Relevant to issues in dispute |
| 40 | Email: Dimm to Simons, Rosenfeld, and Sherback re: "For Your Review" (Beg Bates: VN0000404264) | R, IC | Relevant to issues in dispute; permissible summary of 2,481-page document (beg. Bates: VN0000404265) |
| 41 | Email: Rosenfeld to Simons & Wiseman re: "For Your Review" (Beg Bates: VN0000334100) | R | Relevant to issues in dispute |
| 42 | Email: Simons to Rosenfeld re: "For Your Review" (Beg Bates: VN0000334140) | R | Relevant to issues in dispute |
| 43 | Email: Simons to Hansen re: "Mindsplinter Films Account Canceled in Error (Again)" (Beg Bates: VN0000198315) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Relevant to nonhearsay purpose |
| 44 | Email: Volkov to Simons, Dimm, et al. re: "Copyright Takedown Report" (Beg Bates: VN0000391035) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Relevant to nonhearsay purpose; Rule 803(6) (regularly conducted activity); Rule 803(5) |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | (recorded recollection) |
| 45 | Email: Papa to Simons, Burkhardt, and Volkov re: "CopyrightUser takedown" (Beg Bates: VN0000317037) | R | Relevant to issues in dispute |
| 46 | Veoh's production of Skype chats or communications for Ms. Simons (Beg Bates: VN0000430967 (NATIVES)) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Portions offered for nonhearsay purpose; Rule 803(6) (regularly conducted activity); Rule 803(5) (recorded recollection) |
| 47 | Veoh FAQ dated July 7, 2006 (Beg Bates: VN0000284447) | N/O | |
| 48 | Veoh Copyright Policy (Screen Capture) | DNP | Produced to Veoh at deposition |
| 49 | Veoh June 23, 2006 Terms of Use (Beg Bates: VN0000284425) | N/O | |
| 50 | Veoh FAQ dated Feb. 28, 2006 (Beg Bates: VN0000284493) | N/O | |
| 51 | E-mail: Harvey to Talebizadeh re: user complaint (Beg Bates: VN0000203178) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose |
| 52 | E-mail: Simons to Talebizadeh re: Audible Magic terminations (Beg Bates: VN0000286698) | R | Relevant to issues in dispute |
| 53 | E-mail: Trofimaov to Simons re: porn tool (Beg Bates: VN0000304322) | R | Relevant to issues in dispute |
| 54 | E-mail: Talebizadeh to Simons re: terminating user (Beg Bates: VN0000303963) | R | Relevant to issues in dispute |
| 55 | E-mail: Talebizadeh to Simons re: "animation belong to copyright owners" (Beg Bates: VN0000311596) | R | Relevant to issues in dispute |
| 56 | Spreadsheet: list of available video meta-data (Beg Bates: VN0000201270) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Not hearsay (Rule 801) |
| 57 | Spreadsheet: video metadata (20 pages starting w/ 1 of 28860 all w/ same Bates no.) (Beg Bates: VN0000183592) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Not hearsay (Rule 801) |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| 58 | Spreadsheet: video metadata (20 pages starting w/ 961 of 28860 all w/ same Bates no.) (Beg Bates: VN0000183592) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Not hearsay (Rule 801) |
| 59 | Audible Magic Document entitled "Content Identification License Agreement and Services Agreement" (Beg Bates: VN0000344120) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Not hearsay (Rule 801); Waiver (included on Veoh's exhibit list at Ex. 702) |
| 60 | List of Audible Magic metadata (Beg Bates: VN0000284045) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Not hearsay (Rule 801) |
| 61 | Screenshot: Veoh website | DNP, R, H, F | Relevant to issues in dispute; Produced to Veoh at deposition; Rule 801(d)(2) (party admission); Not hearsay (Rule 801); Relevant to non-hearsay purpose |
| 62 | Screenshot: Veoh website | DNP, R, H, F | Relevant to issues in dispute; Produced to Veoh at deposition; Rule 801(d)(2) (party admission); Not hearsay (Rule 801); Relevant to non-hearsay purpose |
| 63 | Screenshot: Veoh website | DNP, R, H, F | Relevant to issues in dispute; Produced to Veoh at deposition; Rule 801(d)(2) (party admission); Not hearsay (Rule 801); Relevant to non-hearsay purpose |
| 64 | Screenshot: Veoh website | DNP, R, H, F | Relevant to issues in dispute; Produced to Veoh at deposition; Rule 801(d)(2) (party admission); Not |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | hearsay (Rule 801); Relevant to non-hearsay purpose |
| 65 | E-mail: Yasnovsky to Fopeano re: mapping search terms to categories (Beg Bates: VN0000420475) | R, H, F, IC | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); Excerpt of 2,528-page document (beg Bates: VN0000420476) |
| 68 | Four page document entitled "AOW Intergration - Phase 1" | DNP, R, H, F | Relevant to issues in dispute; Veoh produced this document, not UMG; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Rule 803(5) (recorded recollection) |
| 69 | E-mail: Dunning to Dimm re: AM takedowns (Beg Bates: VN0000284354) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity) |
| 70 | Spreadsheet re: "mapping of search terms to categories" (Beg Bates: VN0000420476) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity) |
| 72 | Email w/ attachment: Yanovsky to Goode re: "dirty words list" (Beg Bates: VN0000345637) | R, H, F, IC | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | conducted activity); Not incomplete |
| 73 | Email w/ attachment: Sorokin to Wiseman re: "ad safety tool in production" (Beg Bates: VN0000345685) | R, H, F, IC | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); Not incomplete |
| 74 | E-mail: Wiseman to the Con Ops team re: adult content review (Beg Bates: VN0000198325) | R, H, F, IC | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Not incomplete |
| 75 | E-mail: Rosenfeld to Weedon w/ attachment re: advertising information (Beg Bates: VN0000418866) | R, H, F, IC | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Not incomplete |
| 76 | E-mail: Mitgang to Veoh Board w/ attachment (Beg Bates: VN0000342784) | R, IC | Relevant to issues in dispute; Not incomplete |
| 77 | E-mail: Simons to Wiseman re: video review (Beg Bates: VN0000310477) | R, IC | Relevant to issues in dispute; Not incomplete |
| 79 | E-mail w/ attachment: Labb to "PartnerRelations" re: "Market Segmentation" (Beg Bates: VN0000376613) | R, H, F, IC | Relevant to issues in dispute; Not incomplete; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection) |
| 80 | Audited financial statements for the years ended December 31st, 2007 and 2006 (Beg Bates: VN0000431049) | N/O | |
| 81 | Spreadsheet: Veoh Financial Statements (Beg Bates: VN0000431048) | N/O | |
| 82 | E-mail: Wiseman to Costello w/ attachment re: audience development | R, H, F, IC | Relevant to issues in dispute; Not |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | (Beg Bates: VN0000350717) | | incomplete; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection) |
| 83 | Veoh Insertion Order (Beg Bates: VN0000366409) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 85 | Email: Talebizadeh to Kim re: 2007 MTVN Media Player and Video Content License Distribution and Marketing Agreement (Execution Copy) (Beg Bates: VN0000344204) | R, H, F, IC | Relevant to issues in dispute; Not incomplete; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 86 | Fax: Hudack to Metzger re: Veoh Networks, Inc. Media Feed Inclusion Agreement (Beg Bates: VN0000431313) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 87 | Veoh-WB TV Deal Memorandum (Beg Bates: VN0000431655) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 88 | Veoh Networks, Inc. Media | R, H, F | Relevant to issues in |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | Feed Inclusion Agreement (Beg Bates: VN0000431302) | | dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 89 | Content Streaming Agreement b/w CBS Interactive Inc. and Veoh Networks (Beg Bates: VN0000431243) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801); Waived (included in Veoh's Exhibit List at Ex. 682) |
| 90 | Promotional Streaming Agreement b/w CBS and Veoh (Beg Bates: VN0000431561) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801); Waived (included in Veoh's Exhibit List at Ex. 653) |
| 91 | Veoh Content Agreement w/ Collegiate Images (Beg Bates: VN0000431489) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801); Waived (included in Veoh's Exhibit List at Ex. |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | 654) |
| 92 | Fax: Marcello to Birenbaum re: Veoh Content Agreement (Beg Bates: VN0000431475) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801); Waived (included in Veoh's Exhibit List at Ex. 655) |
| 93 | Digital Video Player Distribution Agreement b/w Veoh and ESPN (Beg Bates: VN0000431613) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801); Waived (included at Veoh's Exhibit List at Ex. 642) |
| 94 | Email: Meisel to Metzger, Mitgang, Shapiro and Bilger re: NBC Universal Strategy (Beg Bates: VN0000431591) | R, H, F, P, LC | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Not offered for truth of matter asserted therein; Not unfairly prejudicial; Not a legal conclusion |
| 104 | Email: MacDonald to Employees re: CHANNEL BUILDING PART 2 (Beg Bates: VN0000199162) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection) |
| 105 | Webpage: Terms of Use (Beg Bates: VN0000430968) | N/O | |
| 107 | Webpage: Veoh Copyright Policy (Beg Bates: VN0000431975) | IA, R, H, F | Not inaccurate description; Relevant to issues in dispute; |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | Rule 801(d)(2) (party admission); Relevant to nonhearsay purpose; Not hearsay (Rule 801) |
| 108 | PowerPoint: Veoh Operations: Organizational Design and Planning (Beg Bates: VN0000202939) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity) |
| 109 | Email: Betka to Costello and Mitgang re: Updated Slides (Beg Bates: VN0000350775) | R, H, F, IC | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); Not incomplete |
| 110 | PowerPoint: 2008 Strategic Overview (Beg Bates: VN0000333995) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity) |
| 111 | PowerPoint: 2008-2009 Financial Assumptions and Detail (Beg Bates: VN0000284606) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity) |
| 113 | Email: Mitgang to Allusers@veoh.com re: All hands on deck (Beg Bates: VN0000376328) | R, H, F, IC | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); Not incomplete; |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | Relevant to nonhearsay purpose |
| 114 | Email: Mitgang to Allusers@veoh.com re: Here is the PowerPoint for the All hands (Beg Bates: VN0000416245) | R, H, F, IC | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); Not incomplete; Relevant to nonhearsay purpose |
| 117 | PowerPoint: Veoh Networks: Music Strategy Definition – Phase 1 Fall (Beg Bates: VN0000202968 07)) | R, H, F, IC | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Not incomplete |
| 118 | Email: Labb to Kristensen, Russo, Dominguez, Zahir, Kim, and Doyle re: Review Pub Strategy (Beg Bates: VN0000376644) | R, H, F, IC | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Not incomplete |
| 120 | Email: Lam to Gellert re: our commitment to you (Beg Bates: TW0003394) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Relevant to nonhearsay purpose |
| 121 | Veoh Networks, Inc. Sale of Series C Preferred Stock (Beg Bates: VN0000345743) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Not hearsay (Rule 801) |
| 122 | Email: Gellert to Lam re: Agreement w/ Todd's points although the milestones are aggressive (Beg Bates: TW0003576) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); Relevant to nonhearsay purpose |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| 123 | Email: Mitgang to Dagres re: traffic (Beg Bates: SPA00000067) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Relevant to nonhearsay purpose; Rule 803(5) (recorded recollection) |
| 126 | Email: Dimm to Apodaca, Mitgang, Papa re: Bad Recs (Beg Bates: VN0000412777) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection) |
| 128 | Email: Mitgang to Bilger, Dagres, Perrone, Meisel, Shapiro, Lam, Eisner, Paez and Betka re: New Spin of Financing release (Beg Bates: GS00000008) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection) |
| 129 | Tech.com; Interview w/ Dmitry Shapiro | DNP, R, H, F | Produced to Veoh at deposition; Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 130 | Veoh Networks, Inc., Company Information (Beg Bates: TW0006712) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity) |
| 131 | Time Warner Diligence Meeting (Beg Bates: GS00002863) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); Relevant to nonhearsay purpose |
| 132 | Monetization Strategy Update (Beg Bates: VN0000418877) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | recollection); Rule 803(6) (regularly conducted activity) |
| 133 | Email: Betka to Klein re: Executive Team Release (Beg Bates: DKC00009204) | R, H, F, IC | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Not incomplete |
| 134 | Email: Raubvogel to Metzger re: NY Times Article re Veoh Networks (Beg Bates: VN0000201193) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Relevant to nonhearsay purpose |
| 135 | ValleyWag Article re: Steve Mitgang going to Veoh | DNP, R, H, F | Produced to Veoh at a deposition; Relevant to issues in dispute; Relevant to nonhearsay purpose |
| 136 | Email: Shapiro to Simons re: Video to be taken down (Beg Bates: VN0000314465) | R, IC | Relevant to issues in dispute; Not incomplete |
| 137 | Email: Tung to Costello, Shapiro re: Flagged Copyright (Beg Bates: VN0000197733) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |
| 138 | Deposition of Dmitry Shapiro in case no. C-06-3926 | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 139 | Powerpoint: Veoh Networks Company Overview (Beg Bates: GS00002902) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Rule 803(5) (recorded recollection) |
| 140 | Email: Breckenridge to Shapiro, Hu, Bilger, Dagres and Redman re: Veoh (Beg Bates: TOR00001363) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Relevant |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | to nonhearsay purpose |
| 141 | Email: Bay to Eisner, Shapiro, and Hu re Veoh (Beg Bates: TOR00001000) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose; Rule 801(d)(2) (party admission) |
| 144 | Screenshot: Veoh Web Page | DNP, R, H, F | Produced to Veoh at deposition; Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801); Relevant to nonhearsay purpose |
| 146 | Email: Shapiro to Papa re: Pirated Files (Beg Bates: VN0000197666) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Rule 803(5) (recorded recollection); Relevant to nonhearsay purpose |
| 147 | Email: Costello to Papa and Shapiro re: Change to Terms of Use Page (Beg Bates: VN0000198239) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Rule 803(5) (recorded recollection) |
| 148 | Email: McGinley to Johnson, Seet, Bilger, Gubisch, and Shapiro re: video fingerprinting/adnetwork test (Beg Bates: VN0000333195) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection) |
| 149 | Email: Rosenfeld to Shapiro and Papa re: Top Keywords (Beg Bates: VN0000344557) | R, H, F, IC | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Rule 803(5) (recorded recollection); Not |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | incomplete |
| 150 | Screenshot: Veoh website | DNP, R, H, F | Produced to Veoh at deposition; Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801); Relevant to nonhearsay purpose |
| 151 | Screenshot: Veoh website | DNP, R, H, F | Produced to Veoh at deposition; Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801); Relevant to nonhearsay purpose |
| 153 | Veoh Launch Marketing Strategy (Beg Bates: VN0000430161) | R, H, F | Produced to Veoh at deposition; Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Rule 803(5) (recorded recollection) |
| 154 | Email: Ramirez to Bilger and Shapiro re: YouTube Magic (Beg Bates: VN0000200717) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose; Rule 801(d)(2) (party admission) |
| 155 | Powerpoint: Veoh Board of Director Meeting (Beg Bates: TW0004611) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Rule 803(5) (recorded recollection) |
| 156 | Powerpoint: Veoh - Reaching Tomorrow's Television Viewer (Beg Bates: VN000333999) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | 803(6) (regularly conducted activity); Rule 803(5) (recorded recollection) |
| 157 | Email: Betka to Rosado, Libaw, Jourdan, Labb re: Segmentation project Action Items (Beg Bates: VN0000429475) | R, H, F, IC | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Rule 803(5) (recorded recollection); Not incomplete |
| 158 | Powerpoint: Music Content Strategy (Beg Bates: VN0000432071) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Rule 803(5) (recorded recollection); Not incomplete |
| 160 | Veoh Networks, Inc.'s Amended First Supplemental Responses to UMG Recordings Third Set of Interrogatories | R | Relevant to issues in dispute |
| 161 | Email: Rosado to Mitgang, Betka, Leeloy, Wiseman, Shapiro, Metzger, Paez, and Zahir re: Marketing (Beg Bates: VN0000435726) | R, H, F, IC | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Rule 803(5) (recorded recollection); Not incomplete |
| 164 | Email w/ attachment: Birenbaum to Betka re: Music Consumption on Veoh (Beg Bates: VN0000432280) | R, H, F, IC | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Rule 803(5) (recorded recollection); Excerpted 2,317-page document (beg Bates VN0000432282); Relevant to |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | nonhearsay purpose |
| 165 | Email: Lakin to Betka. Emery, Simons, and Bray re: Sexy Category (Beg Bates: VN0000314320) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Rule 803(5) (recorded recollection); Relevant to nonhearsay purpose |
| 183 | Email: Dunning to Metzger re: please review the attached scanned document from Rodriguez (Beg Bates: VN0000197924) | R, H, F, IC | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Rule 803(5) (recorded recollection); Not incomplete; Relevant to nonhearsay purpose |
| 184 | Email: Dunning to Costello re: Take-downs (Beg Bates: VN0000197976) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Rule 803(5) (recorded recollection); Relevant to nonhearsay purpose |
| 185 | Email: Dunning to Metzger re: FLAGGED OFFENSIVE (Beg Bates: VN0000238907) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Rule 803(5) (recorded recollection); Relevant to nonhearsay purpose |
| 186 | Email: Dunning to Simons re: Copyright Infringement (Beg Bates: VN0000186766) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Rule 803(5) (recorded recollection); Relevant to nonhearsay purpose |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| 187 | Email: Dunning to Papa re: Info and next step (Beg Bates: VN0000334592) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Relevant to nonhearsay purpose |
| 189 | Email: Dimm to Coady, Ziskind, Lynch, and Short re: Migrating videos into the new Anime category (Beg Bates: VN0000389327) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Rule 803(5) (recorded recollection); Relevant to nonhearsay purpose |
| 211 | Veoh Networks, Inc. Sale of Series B Preferred Stock (Beg Bates: TOR00000102) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Rule 803(5) (recorded recollection); Not hearsay (Rule 801) |
| 213 | Veoh Networks, Inc. Sale of Series C Preferred Stock (Beg Bates: TOR00000396) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Rule 803(5) (recorded recollection); Not hearsay (Rule 801) |
| 214 | First Subsequent Closing (Beg Bates: TW0000220) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Rule 803(5) (recorded recollection); Not hearsay (Rule 801) |
| 215 | Veoh Networks, Inc. Disclosure Schedule (Beg Bates: SPA00000211) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | 803(6) (regularly conducted activity); Rule 803(5) (recorded recollection); Not hearsay (Rule 801) |
| 216 | Email: Ware to Dagres re: Veoh/porn (Beg Bates: SPA00000144) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Relevant to nonhearsay purpose |
| 217 | Email: O'Leary to Dagres re: Veoh article in today's WSJ.com (Beg Bates: SPA00000152) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Relevant to nonhearsay purpose |
| 218 | Email: Bilger to Dagres re: You may want to have a company position (Beg Bates: SPA00000348) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Relevant to nonhearsay purpose |
| 221 | Email: Dagres to Mitgang and Shapiro re: Re: (Beg Bates: SPA00000070) | R, H, F, D | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Relevant to nonhearsay purpose; SPA00000070 not included elsewhere in UMG's exhibits |
| 222 | Email: Rosado to Morita and Zahir re: Leads Meeting – Monday (Beg Bates: VN0000435410) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); 803(6) (regularly conducted activity); Relevant to nonhearsay purpose |
| 225 | Email: Dagres to Lam re: Veoh docs (Beg Bates: SPA00000161) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | admission); Rule 803(5) (recorded recollection); 803(6) (regularly conducted activity); Relevant to nonhearsay purpose |
| 227 | PowerPoint: Time Warner Diligence Meeting (Beg Bates: TW0002421) | R, H, F, D | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); 803(6) (regularly conducted activity); TW0002421 not included elsewhere in UMG's exhibits; Relevant to nonhearsay purpose |
| 228 | Veoh Networks, Inc.: Summary of Due Diligence Issues (Beg Bates: TW0002092) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); 803(6) (regularly conducted activity); Relevant to nonhearsay purpose |
| 230 | Email: Lam to Metzger re: Feedback and Next Steps (Beg Bates: VN0000436529) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Relevant to nonhearsay purpose |
| 231 | Email: Lam to Gellert re: Our commitment to you (Beg Bates: TW0003364) | IA, R, H, F | Description not inaccurate; Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Relevant to nonhearsay purpose |
| 232 | Letter: Mitgang to Time Warner re: Filtering Technology Agreement (Beg Bates: TW0001563) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | recollection) |
| 233 | Email: Aistars to Mitgang re: Our Commitment (Beg Bates: VN0000436600) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Relevant to nonhearsay purpose |
| 234 | Email: Lam to Mitgang re: Additional Rep (Beg Bates: TW0003605) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Relevant to nonhearsay purpose |
| 235 | Email: Aistars to Mitgang re: Our Commitment (Beg Bates: VN0000437746) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Relevant to nonhearsay purpose |
| 236 | Email: Lam to Gellert re: Veoh Amendment (Beg Bates: TW0003757) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection) |
| 237 | Email: Goldberg to Lam re: Valleywag on Veoh (Beg Bates: TW0003916) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose |
| 238 | Veoh Networks, Inc.: Sale of Series C Preferred Stock (Beg Bates: TW0005343) | R, H, F, D | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); 803(6) (regularly conducted activity); Not hearsay (Rule 801); TW0005343 not included elsewhere in UMG's exhibits |
| 239 | Veoh Networks, Inc.: Sale of Series C Preferred Stock (Beg Bates: TW0005081) | R, H, F, D | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | 803(5) (recorded recollection); 803(6) (regularly conducted activity); Not hearsay (Rule 801); TW0005081 not included elsewhere in UMG's exhibits |
| 240 | Email: Lam to Gellert re: FW: FOR REVIEW: Veoh Series C Draft Release (Beg Bates: TW0003359) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); 803(6) (regularly conducted activity) |
| 242 | Handwritten Note (Beg Bates: TW0000147) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); Rule 803(1) (present sense impression) |
| 243 | Handwritten Note (Beg Bates: TW0000153) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); 803(6) (regularly conducted activity); Rule 803(1) (present sense impression) |
| 244 | PowerPoint: Board of Directors Meeting: Los Angeles, CA (Beg Bates: TW0000631) | IA, R, H, F | Description is not inaccurate; Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); 803(6) (regularly conducted activity); Relevant to nonhearsay purpose |
| 245 | Handwritten Note | R, H, F | Relevant to issues in |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | (Beg Bates: TW0000155) | | dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); 803(6) (regularly conducted activity); Rule 803(1) (present sense impression) |
| 246 | Handwritten Note (Beg Bates: TW0000161) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); 803(6) (regularly conducted activity); Rule 803(1) (present sense impression) |
| 247 | Handwritten Note (Beg Bates: TW0000165) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); 803(6) (regularly conducted activity); Rule 803(1) (present sense impression) |
| 248 | Veoh Networks, Inc.: Sale of Series A Preferred Stock Financing (Beg Bates: SHE001751) | R, H, F, D | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); 803(6) (regularly conducted activity); Not hearsay (Rule 801); SHE001751 not included elsewhere in UMG's exhibits |
| 251 | Veoh Strategy Meeting (Beg Bates: SHE001244) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); Rule |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | 803(6) (regularly conducted activity) |
| 254 | Minutes of Meeting of Board of Directors of Veoh (Beg Bates: SHE000585) | IA, R, H, F | Description not inaccurate; Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection); 803(6) (regularly conducted activity); Rule 803(1) (present sense impression) |
| 256 | Excerpts from Deposition of Arthur Bilger | R, H, F, DNP | Veoh produced this document, not UMG; Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 257 | Bear Stearns: Veoh: Company Overview (Beg Bates: SHE001158) | R, H, F | Relevant to issues in dispute; 803(6) (regularly conducted activity); Relevant to nonhearsay purpose |
| 259 | Email: Eisner to Bay re: Veoh (Beg Bates: TOR00000994) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose; Rule 802(d)(1) (party admission) |
| 260 | Email: Redman to Eisner re: Veoh (Beg Bates: TOR00000996) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose; Rule 802(d)(1) (party admission) |
| 261 | Email: Redman to Eisner re: Prom Queen/Vuguru (Beg Bates: TOR00001175) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose; Rule 802(d)(1) (party admission) |
| 262 | Email: Hu to Redman re: Veoh Lawsuit in WSJ (Beg Bates: TOR00001818) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose |
| 263 | Email: Huffman to Hu re: Veoh-Message from Zenia (Beg Bates: TOR00001203) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose |
| 264 | Email: Redman to Hu re: FW: Conversation/Dan Rather | R, H, F | Relevant to issues in |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | (Beg Bates: TOR00001002) | | dispute; Relevant to nonhearsay purpose |
| 265 | Email: Eisner to Hu re: Veoh - Good/Bad/Unclear News (Beg Bates: TOR00001009) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Relevant to nonhearsay purpose; Rule 802(d)(1) (party admission) |
| 266 | Memo: Disney: Bainbridge to Murphy re: Veoh (Beg Bates: TOR00001201) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose |
| 267 | Email: Hu to Eisner re: Veoh and copyright artilcle (Beg Bates: TOR00000845) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose |
| 276 | Email: Simons to Roth re: Audible Magic metadata (Beg Bates: VN0000202807) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(5) (recorded recollection) |
| 277 | Email: Dimm to Papa and Simons re: Takedown tool (flagging for copyright) (Beg Bates: VN0000308124) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 278 | Email: Papa to Shapiro and Costello re: straight/gay filter (Beg Bates: VN0000351374) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 279 | Email: Porn Tool Request (Beg Bates: VN0000342942) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 280 | Email: Apodaca to Papa re: Daily Top 100 queries (Beg Bates: VN0000344454) | R, H, F | Relevant to issues in dispute; Rule 803(6) (regularly conducted activity); Rule 801(d)(2) (party admission) |
| 281 | Screenshot: Veoh Recommendations Tab description (Beg Bates: | DNP, R, H, F | Relevant to issues in dispute; Rule 803(6) (regularly conducted activity); Rule 801(d)(2) (party admission) |
| 282 | Email: Papa to Wiseman attaching engineering proposals | R, H, F, IC | Relevant to issues in |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | (Beg Bates: VN0000344718) | | dispute; Rule 801(d)(2) (party admission; Document not incomplete |
| 283 | Screenshot: Veoh Beta Music Homepage (Beg Bates: | DNP, R, H, F | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Rule 801(d)(2) (party admission) |
| 284 | UMG's Amended Supplemental Response to Veoh's Interrogatory No. 25 (Beg Bates: | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 285 | All copyright registrations for the works identified in UMG's Amended Supplemental response to Veoh's Interrogatory No. 25 (Beg Bates: | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801); Rule 803(8) (public records) |
| 286 | UMG-AOL Video License Agreement (Beg Bates: UMG00278641) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 287 | UMG-Blastro Video License Agreement (Beg Bates: UMG00278735) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 288 | UMG-CenterStaging Video License Agreement (Beg Bates: UMG00278764) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| 289 | UMG-Clear Channel Video License Agreement (Beg Bates: UMG00278793) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 290 | UMG-Clear Channel Video License Agreement (Beg Bates: UMG00278820) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 291 | UMG-Clevver Media Video License Agreement (Beg Bates: UMG00278849) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 292 | UMG-Entertainment Media Works Video License Agreement (Beg Bates: UMG00278875) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 293 | UMG-TGN Video License Agreement (Beg Bates: UMG00278889) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 294 | UMG-Gotuit Media Video License Agreement (Beg Bates: UMG00278943) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 295 | UMG-Geneva Video License Agreement (Beg Bates: UMG00278979) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | Not hearsay (Rule 801) |
| 296 | UMG-Quepasa Video License Agreement (Beg Bates: UMG00279108) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 297 | UMG-Cellco Video License Agreement (Beg Bates: UMG00279358) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 298 | UMG-Fox Interactive Permanent Download Agreement (Beg Bates: UMG00279835) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 299 | UMG-Gibson Agreement for Universal Sound Recordings (Beg Bates: UMG00279984) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 300 | UMG-iMesh Permanent Download Agreement (Beg Bates: UMG00280104)) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 301 | UMG-Microsoft Agreement for Universal Sound Recordings (Beg Bates: UMG00280677) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 302 | UMG-Microsoft Agreement for Subscription Services (Beg Bates: UMG00280867) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 303 | UMG-MTVN Permanent Download Agreement (Beg Bates: UMG00281245) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 304 | UMG-Mohen Agreement for Ad-Supported Services (Beg Bates: UMG00283230) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 305 | UMG-MySpace Video License Agreement (Beg Bates: UMG00283530) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 306 | UMG-Tagzilla Video License Agreement (Beg Bates: UMG00283556) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 307 | UMG-GoFish Video License Agreement (Beg Bates: UMG01233534) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 308 | UMPG-Slacker Agreement (Beg Bates: UMG01233952) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 309 | UMPG-SpiralFrog Agreement | R, H, F, P | Relevant to issues in |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | (Beg Bates: UMG01233976) | | dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 310 | UMG-imeem Common Stock Acquisition Agreement (Beg Bates: UMG01233763) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 311 | UMG-imeem Agreement (Beg Bates: UMG01233771) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 312 | UMPG-imeem Agreement (Beg Bates: UMG01233930) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 313 | UMG-YouTube Agreement (Beg Bates: UMG01234028) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 314 | UMG-YouTube Convertible Promissory Note (Beg Bates: UMG01234077) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 315 | UMPG-YouTube Agreement (Beg Bates: UMG01265626) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | 801) |
| 316 | UMG-Yahoo Agreement (Beg Bates: UMG00279490) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 317 | UMG-Napster Subscription Service Agreement (Beg Bates: UMG00281930) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 318 | UMG-Napster Download Agreement (Beg Bates: UMG00282240) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 319 | UMG-Amazon Agreement (Beg Bates: UMG01611200) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 320 | UMG-Apple Computer Agreement for Universal Sound Recordings (Beg Bates: UMG00279559) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 321 | UMG-Apple Computer First Amendment to Amended and Restated Agreement for Universal Sound Recordings (Beg Bates: UMG00279505) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not hearsay (Rule 801) |
| 322 | Email: Birenbaum to Roberts re: Veoh (Beg Bates: UMG01446294) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | 801(d)(2) (party admission) |
| 323 | Curriculum Vitae of Dr. Benjamin Edelman (Exhibit A to 5/11/2009 Expert Report of Dr. Edelman) | R, H | Relevant to issues in dispute; Rule 803(5) (recorded recollection) |
| 324 | Prior testimony of Dr. Benjamin Edelman (Exhibit B to 5/11/2009 Expert Report of Dr. Edelman) | R, H | Relevant to issues in dispute; Relevant to nonhearsay purpose; Rule 703 (expert may rely on otherwise inadmissible evidence) |
| 325 | Excerpt from People magazine's web site (Exhibit D to 5/11/2009 Expert Report of Dr. Edelman) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose; Rule 803(6) (regularly conducted activity) Rule 703 (expert may rely on otherwise inadmissible evidence) |
| 326 | Excerpt from Alexa.com's web site (Exhibit E to 5/11/2009 Expert Report of Dr. Edelman) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose; Rule 803(6) (regularly conducted activity) Rule 703 (expert may rely on otherwise inadmissible evidence) |
| 327 | Excerpt from Comscore.com's web site (Exhibit F to 5/11/2009 Expert Report of Dr. Edelman) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose; Rule 803(6) (regularly conducted activity) Rule 703 (expert may rely on otherwise inadmissible evidence) |
| 328 | Excerpt from YouTube.com's web site (Exhibit G to 5/11/2009 Expert Report of Dr. Edelman) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose; Rule 803(6) (regularly conducted activity) Rule 703 (expert may rely on otherwise inadmissible evidence) |
| 329 | Excerpts from imeem.com's web site (Exhibit J-M to 5/11/2009 Expert Report of Dr. Edelman) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose; |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | Rule 803(6) (regularly conducted activity) Rule 703 (expert may rely on otherwise inadmissible evidence) |
| 330 | CNET News article titled "Napster cuts deal with majors (Exhibit N to 5/11/2009 Expert Report of Dr. Edelman) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose; Rule 803(6) (regularly conducted activity) Rule 703 (expert may rely on otherwise inadmissible evidence) |
| 331 | Excerpt from Crackle.com's web site (Exhibit O to 5/11/2009 Expert Report of Dr. Edelman) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose; Rule 803(6) (regularly conducted activity); Rule 703 (expert may rely on otherwise inadmissible evidence) |
| 332 | Excerpt from TimeWarner's web site (Exhibit P to 5/11/2009 Expert Report of Dr. Edelman) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose; Rule 803(6) (regularly conducted activity); Rule 703 (expert may rely on otherwise inadmissible evidence) |
| 333 | Excerpted metadata re: videos from Veoh.com (Exhibit EE to 5/11/2009 Expert Report of Dr. Edelman) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Rule 703 (expert may rely on otherwise inadmissible evidence) |
| 334 | Excerpted metadata re: videos from Veoh.com (Exhibit FF to 5/11/2009 Expert Report of Dr. Edelman) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | conducted activity); Rule 703 (expert may rely on otherwise inadmissible evidence) |
| 335 | Excerpt from Sony Music's web site (Exhibit GG to 5/11/2009 Expert Report of Dr. Edelman) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose; Rule 803(6) (regularly conducted activity); Rule 703 (expert may rely on otherwise inadmissible evidence) |
| 336 | Excerpted search result pages from Google.com (Exhibits HH-JJ to 5/11/2009 Expert Report of Dr. Edelman) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose; Rule 803(6) (regularly conducted activity); Rule 703 (expert may rely on otherwise inadmissible evidence) |
| 337 | Excerpt from Veoh.com's web site (Exhibit KK to 5/11/2009 Expert Report of Dr. Edelman) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Rule 703 (expert may rely on otherwise inadmissible evidence) |
| 338 | Excerpt from Veoh.com's web site (Exhibit LL to 5/11/2009 Expert Report of Dr. Edelman) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Rule 703 (expert may rely on otherwise inadmissible evidence) |
| 339 | Excerpt from Sony Music's "MyPlay" web site (Exhibit MM to 5/11/2009 Expert Report of Dr. Edelman) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose; Rule 803(6) (regularly conducted activity); |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | Rule 703 (expert may rely on otherwise inadmissible evidence) |
| 340 | Excerpt from Veoh.com's web site (Exhibit OO-SS to 5/11/2009 Expert Report of Dr. Edelman) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Rule 703 (expert may rely on otherwise inadmissible evidence) |
| 341 | Wall Street Journal article titled "Google Push to Sell Ads on YouTube Hits Snags" (Exhibit TT to 5/11/2009 Expert Report of Dr. Edelman) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose; Rule 703 (expert may rely on otherwise inadmissible evidence) |
| 342 | CNET News article titled "YouTube can't blame Viacom for ad woes" (Exhibit UU to 5/11/2009 Expert Report of Dr. Edelman) | R, H, F | Relevant to issues in dispute; Relevant to nonhearsay purpose; Rule 703 (expert may rely on otherwise inadmissible evidence) |
| 343 | Email re: spreadsheet of Veoh searches (Beg Bates: VN0000334317) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |
| 344 | Spreadsheet attached to above email (Beg Bates: VN0000334318) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |
| 345 | Email: "VeohALL" re: article about Veoh (Beg Bates: VN0000335015) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 346 | Veoh-DoubleClick agreement (Beg Bates: VN0000344028) | R | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | conducted activity) |
| 347 | Email: Rosen to Shapiro et al. re: interest in B.B. King Music (Beg Bates: VN0000351402 | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 348 | Presentation attached to above email (Beg Bates: VN0000351404) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 349 | Email: Morita to "MarketingTeam" re: segmentation study (Beg Bates: VN0000376476) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 350 | Presentation attached to above email (Beg Bates: VN0000376478) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 351 | Email: Morita to "MarketingTeam" re: segmentation study (Beg Bates: VN0000376667) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 352 | Presentation attached to above email (Beg Bates: VN0000376668) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 353 | Email: Paez to "InternetTVNews" re: article on behavioral targeting (Beg Bates: VN0000377043) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 354 | Email: Weedon to Rosenfeld re: Veoh advertiser kit (Beg Bates: VN0000419551) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 355 | "Media Opportunities" slide deck (Beg Bates: VN0000419552) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 356 | "Marketing" slide deck (Beg Bates: VN0000432058) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 357 | "Marketing & Programming Status" bullet-point memorandum (Beg Bates: VN0000432089) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 358 | "Exec Ops: Marketing" slide deck | R, H, F | Relevant to issues in |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | (Beg Bates: VN0000435216) | | dispute; Rule 801(d)(2) (party admission) |
| 359 | Selected articles from Veoh's Wiki (User Ad Targeting, User Judgments, Ads Metrics, Targeting Code, Ad Networks, Display Networks, Video Networks, Network Logins) | DNP, R, H, F | Produced by Veoh; Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 360 | Email: Shapiro to Betka, Mitgang, et al. re: press release re: new hires (Beg Bates: DKC00007178) | R | Relevant to issues in dispute |
| 361 | "Veoh Networks: Reinventing Television" information sheet (Beg Bates: DKC00007336) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 362 | Veoh Board of Directors (2008 materials) (Beg Bates: TW0000424) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 801(d)(2) (party admission) |
| 363 | Veoh Board of Directors (2007 materials) (Beg Bates: TW0000522) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 801(d)(2) (party admission) |
| 364 | "Veoh Strategy Session" slide deck (Beg Bates: TW0002293) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 365 | "Veoh: Financing Draft, Working Document" slide deck (Beg Bates: TW0005441) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 366 | "Internet Television: Beyond GooTube" slide deck (Beg Bates: TW0005466) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 367 | "Veoh Strategy Session" slide deck (Beg Bates: TW0006036) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 368 | Veoh slide deck (Beg Bates: TW0008366) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 369 | Attachments 1-3 to the Expert | R, H, F | Relevant to issues in |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | Report of Dr. David Blackburn (5/11/2009) (Beg Bates: | | dispute; Rule 803(6) (regularly conducted activity) |
| 370 | Veoh: Series A Preferred Stock Purchase Agreement (Beg Bates: TOR00001835) | R, H, F, D | Relevant to issues in dispute; Rule 803(6) (regularly conducted activity); Rule 801(d)(2) (party admission); TOR00001835 not included elsewhere in UMG's exhibits |
| 371 | TimeWarner: Investment Memorandum re: Veoh (Beg Bates: TW0002457) | R, H, F | Relevant to issues in dispute; Rule 803(6) (regularly conducted activity) |
| 372 | "TimeWarner Diligence Meeting" slide deck (Beg Bates: TW0003002) | R, H, F, D | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); TW0003002 not included elsewhere in UMG's exhibits |
| 373 | Veoh: actuals, unaudited spreadsheet (Beg Bates: TW0008753) | H, F, IC | Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Document not incomplete |
| 374 | Veoh: actuals, unaudited spreadsheet (Beg Bates: TW0008754) | H, F, IC | Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Document not incomplete |
| 375 | Veoh: actuals, unaudited spreadsheet (Beg Bates: TW0008755) | H, F, IC | Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Document not incomplete |
| 376 | Veoh: actuals, unaudited spreadsheet (Beg Bates: TW0008756) | H, F, IC | Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | Document not incomplete |
| 377 | Veoh: Ops plan v1_9_BOD (Beg Bates: TW0008757) | R, H, F, S | Relevant to issues in dispute; Rule 803(6) (regularly conducted activity); Rule 801(d)(2) (party admission); Document not speculative |
| 378 | Veoh: Q2 Financials_Unaudited.xls (Beg Bates: TW0008758) | H, F, IC | Document not incomplete |
| 379 | Veoh: 2006 Ops plan 3-30-2006 TW.xls (Beg Bates: TW0008761) | R, H, F, S | Relevant to issues in dispute; Rule 803(6) (regularly conducted activity); Rule 801(d)(2) (party admission); Document not speculative |
| 380 | Veoh: 2006 Ops plan 3-7-2006 TW.xls (Beg Bates: TW0008762) | R, H, F, S | Relevant to issues in dispute; Rule 803(6) (regularly conducted activity); Document not speculative |
| 381 | UMG Terms of Sale for a la carte sales of permanent downloads (Beg Bates: UMG00910451) | R, H, F | Relevant to issues in dispute; Rule 803(6) (regularly conducted activity) |
| 382 | Catalog Video Servicing Term Sheet with Video Streaming Partners (Beg Bates: UMG01134147) | R, H, F | Relevant to issues in dispute; Rule 803(6) (regularly conducted activity) |
| 383 | Catalog Video Servicing Term Sheet with Video Streaming Partners (Beg Bates: UMG01134165) | R, H, F | Relevant to issues in dispute; Rule 803(6) (regularly conducted activity) |
| 384 | UMG Internet Subscription Service Content Agreement Term Sheet (Beg Bates: UMG01136051) | R, H, F | Relevant to issues in dispute; Rule 803(6) (regularly conducted activity) |
| 385 | UMG Income Statement (Beg Bates: UMG01706979) | R, H, F, P, IC | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Document not incomplete |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| 386 | UMG Digital Distribution Plan (Beg Bates: UMG01707181) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 803(6) (regularly conducted activity); |
| 387 | UMGD Digital Distribution slide deck (Beg Bates: UMG01707208) | R, H, F | Relevant to issues in dispute; Rule 803(6) (regularly conducted activity); |
| 388 | Veoh: Sale of Series C Preferred Stock Closing (Beg Bates: VN0000345830) | R, H, F, D | Relevant to issues in dispute; Rule 803(6) (regularly conducted activity); VN0000345830 not included elsewhere in UMG's exhibits |
| 389 | Email:  Paez to "VeohAll" re: Series D (Beg Bates: VN0000377353) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |
| 390 | UMG digital and mobile revenues spreadsheet (Beg Bates: UMG01014319) | R, H, F | Relevant to issues in dispute; Rule 803(6) (regularly conducted activity) |
| 391 | Cerian's May 31, 2007 "Valuation of Common Stock of Veoh Networks, Inc." (Beg Bates: VN0000284681)) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity) |
| 392 | SVB Analytics' June 24, 2008 valuation of Veoh (Beg Bates: VN0000430977) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity) |
| 393 | Email:  Papa to Houlgate re: Veoh press release (Beg Bates: VN0000344705) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |
| 394 | Email:  Greenberg to Paez re: Mitgang's interview in Wired (Beg Bates: DKC00001423) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | admission); |
| 395 | Minutes from Veoh's September 25, 2007, Board of Directors' Meeting (Beg Bates: SPA00000048) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule 803(1) (present sense impression); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity) |
| 396 | Handwritten notes re: Veoh Board of Directors call (1/31/2008) (Beg Bates: TW0000168) | R, H, F, D | Relevant to issues in dispute; Rule 803(1) (present sense impression); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); TW0000168 not included elsewhere in UMG's exhibits |
| 397 | Email: Mitgang to Dunning re: filtering (Beg Bates: VN0000334099) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 398 | Handwritten notes re: Veoh Board of Directors call (Beg Bates: TW0000166) | R, H, F, D | Relevant to issues in dispute; Rule 803(1) (present sense impression); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); TW0000166 not included elsewhere in UMG's exhibits |
| 399 | Reuter's article re: Veoh v. UMG (Beg Bates: VN0000305110) | R, H, F, P | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 803(6) (regularly conducted activity) |
| 400 | Email: Mitgang to Kim re: filtering (Beg Bates: VN0000202955) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| 401 | Email: Mitgang to Stonehill re: partnership (Beg Bates: VN0000202832) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 402 | Email: Paez to Mitgang re: opinion piece (Beg Bates: DKC00001887) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 403 | Email: Lancer to Mitgang re: investor questions (Beg Bates: VN0000437768) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 404 | Attachment to above email (Beg Bates: VN0000437783) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 405 | Email: Lam to Mitgang re: filtering (Beg Bates: VN0000437703) | N/O | |
| 406 | Email: Costello to Swope re: filtering (Beg Bates: VN0000436963) | R, H, F, P, PRV | Exhibit withdrawn |
| 407 | Veoh Board of Directors Meeting Minutes (4/17/2007) (Beg Bates: SHE000486) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); |
| 408 | Letter: Metzger to Connell re: Veoh-SESAC Agreement (Beg Bates: VN0000436101) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 801(d)(2) (party admission); |
| 409 | Email: Shapiro to Paez re: interview questions from DigitalJournal.com (Beg Bates: VN0000432258) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 410 | Veoh "PR Plan and Recommendations" slide deck (11/2007) (Beg Bates: VN0000432170) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 411 | Email: Gellert to Lam re: Veoh board meeting update (Beg Bates: TW0008836) | R, H, F | Relevant to issues in dispute; Rule 803(1) (present sense impression); Rule 803(5) (recorded recollection); Not offered for truth of matter asserted therein |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| 412 | Questions and answers re: Veoh and content on its system (Beg Bates: DKC00010032) | R, H, F | Relevant to issues in dispute; Not unfairly prejudicial; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission) |
| 413 | Letter: Cotton to Metzger re: availability of infringing NBC content on Veoh (Beg Bates: VN0000432015) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission) |
| 414 | Handwritten notes re: Veoh meeting (5/23) (Beg Bates: TW0000154) | R, H, F, D | Relevant to issues in dispute; Rule 803(1) (present sense impression); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); TW0000154 not included elsewhere in UMG's exhibits |
| 415 | Handwritten notes re: Veoh meeting (5/31) (Beg Bates: TW0000156) | R, H, F, D | Relevant to issues in dispute; Rule 803(1) (present sense impression); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); TW0000156 not included elsewhere in UMG's exhibits |
| 416 | Handwritten notes re: Veoh meeting (6/7) (Beg Bates: TW0000158) | R, H, F, D | Relevant to issues in dispute; Rule 803(1) (present sense impression); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); TW0000158 not |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | included elsewhere in UMG's exhibits |
| 417 | Handwritten notes re: conversation with "Ted @ Veoh" (2/22/2006) (Beg Bates: TW0003047) | R, H, F, D | Relevant to issues in dispute; Rule 803(1) (present sense impression); Rule 803(5) (recorded recollection); Rule 803(6) (regularly conducted activity); TW0003047 not included elsewhere in UMG's exhibits |
| 418 | Email: Paez to "InternetTVNews" re: article on filtering (Beg Bates: VN0000430915) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 803(6) (regularly conducted activity) |
| 419 | ZDNet article re: filtering (Beg Bates: VN0000430917) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 803(6) (regularly conducted activity) |
| 420 | Email: Seraphin to Jourdan re: content filtering (Beg Bates: VN0000341223) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 421 | Veoh Rating and Filtering Rules (10/7/2006) (Beg Bates: VN0000341317) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission) |
| 422 | Veoh's Takedown Process for DMCA Notice Takedowns (Beg Bates: VN0000330605) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission) |
| 423 | Email: Eighner to "Copyright Notice" re: video removals (Beg Bates: VN0000350535) | R, H, F, P, LC | Relevant to issues in dispute; Not unfairly prejudicial; Relevant to nonhearsay purpose; Not a legal conclusion |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| 424 | Email: Jourdan to Trofimov re: reviewing content on Veoh (Beg Bates: VN0000199300) | R, H, F, P, LC | Relevant to issues in dispute; Not unfairly prejudicial; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission); Not a legal conclusion |
| 425 | Email: Roth to Stern re: filtering (Beg Bates: VN0000286251) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission) |
| 426 | Email: Szalavitz to Costello et al. re: Revver and filtering (Beg Bates: VN0000338773) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission) |
| 427 | Site Monitoring and Filtering Memorandum (10/07/2006) (Beg Bates: VN0000341315) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission); |
| 428 | Email: Avina to "copyright-agent@veoh.com" re: removal of materials (Beg Bates: VN0000306167) | R, H, F, P, LC | Relevant to issues in dispute; Not unfairly prejudicial; Not offered for truth of matter asserted therein; Rule 803(6) (regularly conducted activity); Not a legal conclusion |
| 429 | Email: Aw to "copyright-agent@veoh.com" re: removal of materials (Beg Bates: VN0000315817) | R, H, F, P, LC | Relevant to issues in dispute; Not unfairly prejudicial; Not offered for truth of matter asserted therein; Rule 803(6) (regularly conducted activity); Not a legal conclusion |
| 430 | Email: Jaros to "copyright-agent@veoh.com" re: removal of materials (Beg Bates: VN0000329027) | R, H, F, P, LC | Relevant to issues in dispute; Not unfairly prejudicial; Not offered for truth of |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | matter asserted therein; Rule 803(6) (regularly conducted activity); Not a legal conclusion |
| 431 | Email: Redman to Hu re: Mark Cuban (Beg Bates: TOR00001812) | R, H, F, P | Relevant to issues in dispute; Not offered for the truth of the matter asserted; Rule 801(d)(2) (party admission) |
| 432 | Email: Shapiro to Costello re: notice of infringement from RIAA (6/29/2006) (Beg Bates: VN0000197678) | R, H, F | Waived (included in Veoh's exhibit list at Ex. 614) |
| 433 | Email: "RIAA Antipiracy" to "copyright-notice@veoh.com" re: infringing material (12/6/2006) (Beg Bates: RIAA0000151) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |
| 434 | Email: "RIAA Antipiracy" to "copyright-notice@veoh.com" re: infringing material (1/24/2007) (Beg Bates: RIAA0000183) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |
| 435 | Email: "RIAA Antipiracy" to "copyright-notice@veoh.com" re: infringing material (2/21/2007) (Beg Bates: RIAA0000243) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |
| 436 | Email: "RIAA Antipiracy" to "copyright-notice@veoh.com" re: infringing material (3/14/2007) (Beg Bates: RIAA0000280) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| 437 | Email: "RIAA Antipiracy" to "copyright-notice@veoh.com" re: infringing material (4/23/2007) (Beg Bates: RIAA0000328) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |
| 438 | Email: "RIAA Antipiracy" to "copyright-notice@veoh.com" re: infringing material (5/23/2007) (Beg Bates: RIAA0000342) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |
| 439 | Email: "RIAA Antipiracy" to "copyright-notice@veoh.com" re: infringing material (7/25/2007) (Beg Bates: RIAA0000536) | R, H, F | Waived (included in Veoh's exhibit list at Ex. 621) |
| 440 | Email: "RIAA Antipiracy" to "copyright-notice@veoh.com" re: infringing material (9/24/2007) (Beg Bates: VN0000263953) | R, H, F | Waived (included in Veoh's exhibit list at Ex. 622) |
| 441 | Email: "RIAA Antipiracy" to "copyright-notice@veoh.com" re: infringing material (3/10/2008) (Beg Bates: VN0000005231) | R, H, F | Waived (included in Veoh's exhibit list at Ex. 623) |
| 442 | Summary of Audible Magic Metadata (Declaration of Brian Ledahl in Support of UMG's Opposition to Veoh's Motion for Summary Judgment re: Entitlement to Section 512(c) Safe Harbor, Exs. B & C) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |
| 443 | Revver website "Copyright Information" (Declaration of Carter Batsell in Opposition to Veoh's Motion for Summary Judgment re: Entitlement to Section 512(c) Safe Harbor, Exhibit 5) | R, H, F | Relevant to issues in dispute; Rule 803(6) (regularly conducted activity); Not offered for the truth of the matter asserted therein |
| 444 | Wired article titled "Watch It, YouTube: Veoh's Dmitry Shapiro Has a Plan to Win the Video Wars" (9/25/2007) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | (Declaration of Carter Batsell in Opposition to Veoh's Motion for Summary Judgment re: Entitlement to Section 512(c) Safe Harbor, Exhibit 8) | | asserted therein; Rule 801(d)(2) (party admission) |
| 445 | News release from Gracenote website re: MySpace implementing filtering (10/30/2006) (Declaration of Carter Batsell in Opposition to Veoh's Motion for Summary Judgment re: Entitlement to Section 512(c) Safe Harbor, Exhibit 36) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 803(6) (regularly conducted activity) |
| 446 | News release from Audible Magic website re: GoFish implementing filtering (3/7/2007) (Declaration of Carter Batsell in Opposition to Veoh's Motion for Summary Judgment re: Entitlement to Section 512(c) Safe Harbor, Exhibit 37) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 803(6) (regularly conducted activity) |
| 447 | News release from Audible Magic website re: Break.com implementing filtering (3/7/2007) (Declaration of Carter Batsell in Opposition to Veoh's Motion for Summary Judgment re: Entitlement to Section 512(c) Safe Harbor, Exhibit 38) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 803(6) (regularly conducted activity) |
| 448 | New York Times article titled "Veoh's Vexing Visitor Numbers" (7/15/2007) (Declaration of Carter Batsell in Opposition to Veoh's Motion for Summary Judgment re: Entitlement to Section 512(c) Safe Harbor, Exhibit 49) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein |
| 449 | Tech Crunch article titled "Forget YouTube: Go to These Sites If You Want Hard Core Copyright Infringing Content" (4/4/2007) (Declaration of Carter Batsell in Opposition to Veoh's Motion for Summary Judgment re: Entitlement to Section 512(c) Safe Harbor, Exhibit 51) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein |
| 450 | New York Times article titled "Veoh vs. Copyright Holders: Is a War Brewing?" (8/9/2007) (Declaration of Carter Batsell in | R, H, F | Relevant to issues in dispute; Not offered for truth of matter |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | Opposition to Veoh's Motion for Summary Judgment re: Entitlement to Section 512(c) Safe Harbor, Exhibit 53) | | asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |
| 451 | Veoh's Current Terms of Use | N/O | |
| 452 | Veoh's Terms of Use (2/27/2006) (Beg Bates: VN0000284441) | N/O | |
| 453 | Veoh's Terms of Use (4/25/2006) (Beg Bates: VN0000284435) | N/O | |
| 454 | Veoh's current "Frequently Asked Questions" | DNP | Equally available to Veoh |
| 455 | Veoh's current video upload web page | DNP | Equally available to Veoh |
| 456 | Veoh's current "Publisher Terms and Conditions" | DNP | Equally available to Veoh |
| 457 | Veoh's current "Create a New Veoh Account" web page | DNP | Equally available to Veoh |
| 458 | Excerpt from Veoh.com web site (Exhibit H to Declaration of Brian Ledahl in Support of UMG's Motion for Partial Summary Judgment) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |
| 459 | Excerpt from Veoh.com web site (Exhibit I to Declaration of Brian Ledahl in Support of UMG's Motion for Partial Summary Judgment) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |
| 460 | Excerpt from Veoh.com web site (Exhibit J to Declaration of Brian Ledahl in Support of UMG's Motion for Partial Summary Judgment) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |
| 461 | Excerpt from Veoh.com web site (Exhibit K to Declaration of Brian Ledahl in Support of UMG's Motion for Partial | R, H, F | Relevant to issues in dispute; Not offered for truth of matter |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | Summary Judgment) | | asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |
| 462 | Excerpt from Veoh.com web site (Exhibit L to Declaration of Brian Ledahl in Support of UMG's Motion for Partial Summary Judgment) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |
| 463 | Excerpt from VeohTV (Exhibit O to Declaration of Brian Ledahl in Support of UMG's Motion for Partial Summary Judgment) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |
| 464 | Excerpt from Veoh.com web site (Exhibit P to Declaration of Brian Ledahl in Support of UMG's Motion for Partial Summary Judgment) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |
| 465 | Excerpt from VeohTV (Exhibit Q to Declaration of Brian Ledahl in Support of UMG's Motion for Partial Summary Judgment) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 466 | Excerpt from RIAA web site (Exhibit 4 to Supplemental Declaration of Brian Ledahl in Support of UMG's Opposition to Veoh's Renewed Motion for Summary Judgment re: Entitlement to Section 512(c) Safe Harbor) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 803(6) (regularly conducted activity) |
| 467 | UMG's Evidence Collection of Veoh (Beg Bates: UMGEV00000001) | DNP, R, H, F, P | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | conducted activity) |
| 468 | Email from Simons to Talebizadeh re: Complaint from LifeLine Ent re: speed of takedown (Beg Bates: VN0000286491) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |
| 469 | Email from Simons to Talebizadeh attaching top 1000 views spreadsheet (Beg Bates: VN0000366726) | R, H, F, IC | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity); Not incomplete (all pages produced) |
| 470 | Email from Simons to Talebizadeh with Anita saying that she "will also continue to look for porn an dcontent tonight…" (Beg Bates: VN0000286594) | R | Relevant to issues in dispute |
| 471 | Email from Trofimov to Simons and Jourdan re: "This user uploads full length movies …" (Beg Bates: VN0000315481) | R | Relevant to issues in dispute |
| 472 | Veoh Acceptable Use Policy dated 02/27/2006 (Beg Bates: VN0000284512) | N/O | |
| 473 | Veoh Acceptable Use Policy dated 03/02/2006 (Beg Bates: VN0000284508) | N/O | |
| 474 | Veoh Acceptable Use Policy dated 04/25/2006 (Beg Bates: VN0000284504) | N/O | |
| 475 | Content Ops Goals - November 2007 (Beg Bates: VN0000371692) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission) |
| 476 | UMG/Audible Music Product Supply Agreement dated April 1, 2005 (Beg Bates: UMG01233453) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 803(6) (regularly |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | conducted activity) |
| 477 | Press Release: GoFish Partners with AM (dated March 7, 2007) (Beg Bates: AM-UNIV 000042) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 803(6) (regularly conducted activity) |
| 478 | Press Release: Audible Magic Licenses Filtering Tech to Break.com (dated March 15, 2007) (Beg Bates: AM-UNIV 000040) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 803(6) (regularly conducted activity) |
| 479 | Press Release: Microsoft Selects Audible for Soapbox (dated March 26, 2007) (Beg Bates: AM-UNIV 000039) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 803(6) (regularly conducted activity) |
| 480 | Press Release: Eyespot Selects AM for Detecting Copyrighted Video (dated May 10, 2007) (Beg Bates: AM-UNIV 000037) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 803(6) (regularly conducted activity) |
| 481 | Press Release: Dailymotion Selects AM (dated May 10, 2007) (Beg Bates: AM-UNIV 000035) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 803(6) (regularly conducted activity) |
| 482 | Press Release: Bebo Protects the Rights of Artists with AM (dated June 14, 2007) (Beg Bates: AM-UNIV 000027) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 803(6) (regularly conducted activity) |
| 483 | Letter from Golinveaux to Bly requesting report of data (dated December 4, 2008) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 484 | Audible Magic Metadata | DNP, R, H, F | Produced by Veoh; Relevant to issues in dispute; Rule 801(d)(2) (party admission); Rule |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | 803(6) (regularly conducted activity) |
| 485 | Email from Volkov to Dimm and others; includes Veoh video "category name and category description" (Beg Bates: VN0000379615) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 486 | Email from Dunning to Dimm re: Ad placement qualification (Beg Bates: VN0000201267) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 487 | Email from Dunning to Dimm with "top 100 daily queries" (Beg Bates: VN0000334638) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |
| 488 | Presentation: "Audience Development - Grow users and user engagement" (Beg Bates: VN0000432114) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 489 | Email from Sandra Aistars to Mitgang -- "Steve - sorry but this is not consistent with what we discussed. …" (Beg Bates: VN0000437748) | R, H, F, P, LC | Relevant to issues in dispute; Not unfairly prejudicial; Rule 801(d)(2) (party admission); Not a legal conclusion |
| 490 | Veoh "Key Messages" -- Veoh is a "Leading Innovator," "User-focused," etc. (Beg Bates: VN0000435064) | R, H, F | Relevant to issues in dispute; Not unfairly prejudicial; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission) |
| 491 | Veoh "Amended and Restated Investor Rights Agreement" (Beg Bates: TW0005592) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 803(6) (regularly conducted activity) |
| 492 | "AdBrite Subscriber Agreement" (Beg Bates: VN0000366551) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | 803(6) (regularly conducted activity) |
| 493 | "Moxie Interactive" advertising agreement (Beg Bates: VN0000365804) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 803(6) (regularly conducted activity) |
| 494 | "Icon International Online Insertion Order" (Beg Bates: VN0000365813) | R, H, F | Relevant to issues in dispute; Not offered for truth of matter asserted therein; Rule 803(6) (regularly conducted activity) |
| 495 | "Valuation of Common Stock of Veoh Networks" by Cerian (dated July 2, 2006) (Beg Bates: VN0000284638) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity); Not a legal conclusion |
| 496 | Email: Oliveira to "copyright-notice@veoh.com" re: "important information about your account" (Beg Bates: VN0000178007) | R, H, F, P, LC | Relevant to issues in dispute; Not unfairly prejudicial; Not offered for truth of matter asserted therein; Rule 803(6) (regularly conducted activity); Not a legal conclusion |
| 497 | Email from Wiseman to Simons, re: "For review" (Beg Bates: VN0000311870) | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 498 | Email to Talebizadeh from user (Beg Bates: VN0000308025) | R, H, F, P, LC | Relevant to issues in dispute; Not unfairly prejudicial; Not offered for truth of matter asserted therein; Rule 803(6) (regularly conducted activity); Not a legal conclusion |
| 499 | Email to Talebizadeh from user (Beg Bates: VN0000307705) | R, H, F, P, LC | Relevant to issues in dispute; Not unfairly prejudicial; Not offered for truth of matter asserted |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | therein; Rule 803(6) (regularly conducted activity); Not a legal conclusion |
| 500 | Email to Talebizadeh from user (Beg Bates: VN0000305916) | R, H, F, P, LC | Relevant to issues in dispute; Not unfairly prejudicial; Not offered for truth of matter asserted therein; Rule 803(6) (regularly conducted activity); Not a legal conclusion |
| 501 | Letter from Golinveaux to Ledahl containing search terms and custodians | R, H, F | Relevant to issues in dispute; Rule 801(d)(2) (party admission) |
| 502 | Veoh's Responses to UMG's First Set of Interrogatories | R | Relevant to issues in dispute; |
| 503 | Veoh's First Supplemental Responses to UMG's First Set of Interrogatories | R | Relevant to issues in dispute; |
| 504 | Veoh's Second Supplemental Responses to UMG's First Set of Interrogatories | R | Relevant to issues in dispute; |
| 505 | Veoh's Responses to UMC's First Set of Interrogatories | R | Relevant to issues in dispute; |
| 506 | Veoh's Responses to UMG's Second Set of Interrogatories | R | Relevant to issues in dispute |
| 507 | Veoh's First Supplemental Responses to UMG's Second Set of Interrogatories | R | Relevant to issues in dispute; |
| 508 | Veoh's Responses to UMG's Third Set of Interrogatories | R | Relevant to issues in dispute |
| 509 | Veoh's Responses to UMG's First Set of Requests for Admission | R | Relevant to issues in dispute |
| 510 | Video files uploaded by Veoh's users corresponding to numbers 1-7814 on UMG's Amended Supplemental Response to Veoh's Interrogatory No. 25 | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |
| 511 | Video files available through Veoh.com corresponding to numbers 1-7814 on UMG's Amended Supplemental Response to Veoh's | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Not offered for truth of |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | Interrogatory No. 25 | | matter asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |
| 512 | Selected video metadata corresponding to videos 1-7814 on UMG's Amended Supplemental Response to Veoh's Interrogatory No. 25 | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Not offered for truth of matter asserted therein; Rule 801(d)(2) (party admission); Rule 803(6) (regularly conducted activity) |
| 707 | UMG Requirements for Streaming Video (February 24, 2008) (UMG01704641-UMG01704656) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity) |
| 708 | UMG's Amended Response to Veoh's Interrogatory No. 25 (dated July 17, 2009) | R, H, F, P | Relevant to issues in dispute; Not unfairly prejudicial; Rule 803(6) (regularly conducted activity) |

## Defendant's Exhibits

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| 168 | Article from the New York Times entitled, "Google and Music Labels Bet on Downloads in China" | Rule 402 (relevance); Rule 403 (prejudice); Rule 802 (hearsay); Rule 1002 (best evidence) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. |
| 169 | 10/7/08 M. Stephenson email to Lew Roth re Pussycat Dolls on Veoh | No Bates Number Provided; Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Veoh will provide a copy. |
| 170 | 11/2/06 Email from W. Nussbaum to Daniel Kruchkow et al. re YouTube | Rule 402 (relevance); Rule 403 (prejudice); Subject to UMG MIL | Veoh disagrees. The exhibit is relevant, non-prejudicial, and |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | [UMG00493996] (marked Confidential – AEO) | No. 5 | admissible. Veoh has responded to MIL No. 5. |
| 171 | 8/4/06 email from W. Nussbaum re post production leaks [UMG00503882-UMG00503883] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice); Subject to UMG MIL No. 5 | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Veoh has responded to MIL No. 5. |
| 172 | 10/12/06 email from W. Nussbaum to Chris Maxcy [UMG00636178-UMG00636179] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 173 | 4/19/07 email from W. Nussbaum to Andrew Mains [UMG01327743] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 174 | 1/3/06 email from W. Nussbaum to Jason Liebman [UMG00869711] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 175 | 2/28/05 email from W. Nussbaum to Andrew Mains [UMG01251262] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice); Subject to UMG MIL No. 5; Inaccurate Description | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Veoh has responded to MIL No. 5. |
| 176 | 4/6/05 email from W. Nussbaum to Steve Owens [UMG01127602-UMG01127607] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice); Subject to UMG MIL No. 5 | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Veoh has responded to MIL No. 5. |
| 177 | 10/27/06 email from W. Nussbaum to Luke Wood [UMG01265096-UMG0126509] (marked Confidential – OCEO) | Rule 402 (relevance); Rule 403 (prejudice); Subject to UMG MIL No. 5; Inaccurate Description (Bates no. incorrect) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Veoh has responded to MIL No. 5. |
| 178 | 9/2/05 email from W. Nussbaum to Elijah Kim [UMG01131006-UMG01131007] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice); Subject to UMG MIL No. 5 | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Veoh has responded to MIL No. 5. |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| 179 | 8/2/06 email from W. Nussbaum to Ingrid Erickson [UMG01134918-UMG01134920] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice); Subject to UMG MIL No. 5 | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Veoh has responded to MIL No. 5. |
| 180 | 9/14/06 email from W. Nussbaum [UMG01134926-UMG01134927] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 181 | 7/18/05 email from W. Nussbaum to Courtney Holt and Andrew Mains [UMG01336508] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice); Subject to UMG MIL No. 5 | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Veoh has responded to MIL No. 5. |
| 182 | 5/31/06 email from W. Nussbaum to Julie Lee et al. [UMG00903141-[UMG00903144] (marked Confidential – AEO) | | |
| 188 | Veoh's Patent Application – Ref. No. 13153/12 [VN0000436328-VN0000436364] (marked OCEO) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay (business record etc.). It will be authenticated. |
| 190 | 6/26/07 email where Caraeff signs up for VeohTV beta test [UMG01435712] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 192 | 6/25/07 email chain between Caraeff and J. Hu of Tornante re potential deal between UMG and Veoh [UMG01441833-UMG01441836] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice); Rule 408 (compromise) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not precludd by Rule 408. |
| 193 | 6/25/07 Caraeff email to Ring and Weinberg re meeting with Veoh [UMG01441837] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice); Rule 408 (compromise) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not precluded by Rule 408. |
| 198 | 4/10/09 Article from Los Angeles Business entitled, | Rule 402 (relevance); Rule 403 (prejudice); Rule 802 (hearsay); | Veoh disagrees. The exhibit is relevant, |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | "YouTube, Universal Team Up to Launch Premium Music Video Site [VEVO]" | Rule 1002 (best evidence) | non-prejudicial, admissible, and not hearsay. |
| 199 | 2/18/08 Article from Digital Media – CNET News entitled, "Universal Music Seeing 'Tens of Millions' From YouTube" | | Veoh only intends to offer non-hearsay portion. |
| 200 | 12/11/07 article from WebPro News entitled, "Universal Strikes Deal with iMEEM" | Rule 402 (relevance); Rule 403 (prejudice); Rule 802 (hearsay); Rule 1002 (best evidence) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. |
| 201 | 1/1/09 article from New York Times.com entitled, "Music Sales Fell in 2008, but Climbed on the Web" | Rule 402 (relevance); Rule 403 (prejudice); Rule 802 (hearsay) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. |
| 202 | Article from USAToday.com entitled, "Q&A with Universal Music Group's Rio Caraeff" | Rule 402 (relevance) | Veoh disagrees. The exhibit is relevant. |
| 203 | 1/23/06 @MIDEM: Interview: Rio Caraeff General Manager/VP, Universal Music Mobile | Rule 402 (relevance) | Veoh disagrees. The exhibit is relevant. |
| 204 | 1/10/09 Article from BillBoard.biz entitled, "The BillBoard Q & A: Rio Caraeff" | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 206 | 3/13/08 Digital Media Wire quote from Caraeff re digital revenues | Rule 402 (relevance); Rule 408 (hearsay); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, admissible, and not hearsay. It will be authenticated. |
| 209 | Caraeff email re Bono and takedown [UMG01606724] (marked Confidential – OCEO) | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 210 | 6/13/07 Email from Caraeff to Ring re UMG's deals [UMG01441815-UMG01441816] (marked Confidential – OCEO) | Rule 402 (relevance) | Veoh disagrees. The exhibit is relevant, and admissible. |
| 513 | UMG Recordings, Inc.'s Responses to Defendant Veoh Networks, Inc.'s First Set of Interrogatories served 04/09/2008 | Rule 402 (relevance); Rule 403 (prejudice); Subject to UMG MIL No. 7 (UMG's | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Veoh has |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | Response to ROG No. 7) | responded to MIL No. 7. |
| 514 | Email from Harvey Geller to Zach Horowitz, et al. dated 11/17/2006 [UMG01265445-47] (marked Confidential - AEO) | Rule 402 (relevance); Rule 403 (prejudice); Subject to UMG MIL No. 7 | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Veoh has responded to MIL No. 7. |
| 515 | Email from Stacie Simons to Ed Maudlin dated 09/27/2007 [VN0000032735-34] (marked Confidential) | Rule 802 (hearsay); Rule 901 (authentication) | Veoh disagrees. The exhibit is admissible and not hearsay. It will be authenticated. |
| 516 | Email from Zach Horowitz to Michael Lynton dated 10/29/2006 [UMG01037961] (marked Confidential - AEO) | Rule 402 (relevance); Rule 403 (prejudice); Subject to UMG MIL No. 7 | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Veoh has responded to MIL No. 7. |
| 517 | Memo from Larry Kenswil to Distribution dated 07/01/1999 [UMG01237911-18] (marked Confidential - AEO) | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 518 | Email string from David Ring to Bill McClure et al. dated 03/29/2000; [UMG00629529-30] (marked Confidential - AEO) | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 519 | Email from Deborah Martinez to Michael Ostroff with attachment dated 08/04/2003 [UMG01234725-48] (marked Confidential - AEO) | Rule 402 (relevance); Rule 403 (prejudice); Subject to UMG MIL No. 7 | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Veoh has responded to MIL No. 7. |
| 520 | Email string from Stefanie Henning to Scott Hochgesang et al. dated 05/22/2003 [UMG01127446-54] (marked Confidential - AEO) | Rule 402 (relevance) | Veoh disagrees. The exhibit is relevant, and admissible. |
| 521 | Email string from Larry Kenswil to Zach Horowitz et al. with attachment dated 09/22/2004 [UMG00642459-60] (marked Confidential - OCEO) | Rule 402 (relevance) | Veoh disagrees. The exhibit is relevant, and admissible. |
| 522 | Email string from Terry Terrill to Stefanie Henning et al. with attachment dated 08/13/2003 [UMG00750264-71] (marked Confidential - AEO) | Rule 402 (relevance) | Veoh disagrees. The exhibit is relevant, and admissible. |
| 523 | Email string from David Ring to | Rule 402 (relevance) | Veoh disagrees. The |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | David Weinberg et al. with attachment dated 03/29/2005 [UMG01207908-10] (marked Confidential - AEO) | | exhibit is relevant, and admissible. |
| 524 | Email string from Zach Horowitz to David Ring with attachment dated 02/01/2005 [UMG01020172-79] (marked Confidential - AEO) | | |
| 525 | Email from David Ring to Clark Miller et al. with attachment dated 05/11/2005 [UMG01246761-67] (marked Confidential - AEO) | Rule 402 (relevance) | Veoh disagrees. The exhibit is relevant, and admissible. |
| 526 | Email string from Amanda Marks to Jeffrey Bronikowski dated 12/05/2006 [UMG00764778-81] (marked Confidential – OCEO) | | |
| 527 | Email from Anita Talebizadeh to RIAA dated 09/27/2007 [VN0000032726-34] (marked Confidential) | Rule 802 (hearsay); Rule 901 (authentication) | Veoh disagrees. The exhibit is not hearsay, is admissible, and will be authenticated. |
| 528 | Email from David Benjamin to Courtney Holt dated 09/08/2005 [UMG00512923-24] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice); Subject to UMG MIL No. 5 | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Veoh has responded to MIL No. 5. |
| 529 | Email from David Benjamin to Andrew Flad and Andrew VanMeter dated 10/09/2006 [UMG01067171-73] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 530 | Email from David Benjamin to Ethan Karp et al. dated 07/25/2006 [UMG00641753-54] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice); Subject to UMG MIL No. 5 | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Veoh has responded to MIL No. 5. |
| 531 | Email from Say Street Ratt Promo to Stacie Simons dated 12/14/2007 [VN0000307761] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, not hearsay and will be authenticated. |
| 532 | Email from David Benjamin to David Renzer et al. dated 11/20/06 [UMG00283910-11] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| 533 | Email from Matt Erman to Shannon Moore dated 03/01/2007 [UMG00176511-13] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice); Duplicate of Exhibit 612 (Exhibit N to Golinveaux Decl.) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 534 | Email from David Benjamin to Timothy O'Brien dated 10/12/2006 [UMG01262322-24] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 535 | Email from David Benjamin to Ethan Karp dated 05/18/2005 [UMG00641729-30] (marked Confidential - AEO | Rule 402 (relevance); Rule 403 (prejudice); Subject to UMG MIL No. 5 | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Veoh has responded to MIL No. 5. |
| 536 | Email from David Benjamin to Christopher Horton dated 08/04/2006 [UMG00512962] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice); Subject to UMG MIL No. 5 | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Veoh has responded to MIL No. 5. |
| 537 | Email from David Benjamin to Jeffrey Bronikowski dated 07/06/2006 [UMG004922459-62] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 538 | Email from Daniel Kruchkow to Andrew Thomas et al. dated 11/08/2006 [UMG01298039] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice); Subject to UMG MIL No. 5 | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Veoh has responded to MIL No. 5. |
| 539 | Email from David Benjamin to Ethan Karp dated 09/07/2006 [UMG01067110-14] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 540 | Email from Ethan Karp to David Benjamin dated 11/01/2006 [UMG 00641693] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice); Subject to UMG MIL No. 5 | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Veoh has responded to MIL No. 5. |
| 541 | Email from David Benjamin to Ethan Karp dated 05/16/2006 [01053977] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 542 | Email from David Benjamin to Zach Horowitz dated 05/09/2005 | Rule 402 (relevance); Rule 403 (prejudice); | Veoh disagrees. The exhibit is relevant, |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | [UMG01024837-38] (marked Confidential – AEO) | Duplicate of Ex. 609 | non-prejudicial, and admissible. |
| 543 | Email from David Benjamin to Ethan Karp dated 10/19/2006 [UMG01067222-23] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice); Foundation | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Foundation will be established. |
| 544 | Email from Raul Gonzales to Copyright Service dated 03/08/2007 [UMG00284111-15] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 545 | Email from David Benjamin to Michael Reinert dated 10/31/2006 [UMG00641737-39] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice); Subject to UMG MIL No. 5 | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Veoh has responded to MIL No. 5. |
| 546 | Email from David Benjamin dated 12/04/2005 [UMG01049192-93] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 547 | Business Today Magazine article entitled, "Innovation to Implementation: How Businesses Stay Ahead" | Rule 802 (hearsay); Rule 402 (relevance) | Veoh disagrees. The exhibit is relevant, admissible, and not hearsay. |
| 548 | Email from Antipiracy@umusic.com to dated 08/17/2005 [UMG01044292-93] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 549 | Email from David Benjamin dated 11/02/2006 [UMG00494062-65] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 550 | Email from Antipiracy dated 08/26/2005 [UMG00512919-22] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 551 | Order Denying UMG's Motion for Partial Summary Judgment [Docket No. 293; filed 12/29/08] | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 552 | *IO Group v. Veoh Networks, Inc.* Case No. CV-06-03926 HRL [Docket No. 117] Order on Parties' Cross Motions for Summary Judgment | Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication); MIL No. 4 | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Veoh has |

| | EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|---|
| | | | | responded to MIL No. 4. It will be authenticated. |
| | 553 | 5/8/07 Email from D. Shapiro to V. Gargiolo [VN0000000503] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| | 554 | 6/20/07 Email from D. Kassem to Copyright Notice [VN0000048498] | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication); multi-document exhibit | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| | 555 | 6/30/07 Email from S. Simons to D. Kassem [VN0000068374-77] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| | 556 | 2/18/08 Email string from S. Ferret to T. Dunning [VN0000202439-42] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| | 557 | 1/22/08 Email from S. Simons to T. Dunning [VN0000202465-66] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| | 558 | 9/26/07 Email string from M. Bentkover to T. Dunning [VN0000202501] (marked Confidential) | Rule 802; Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible and not hearsay. It will be authenticated. |
| | 559 | 3/4/08 Email from T. Dunning to Copyright Internal [VN0000202507] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| 560 | 2/15/08 Email string from T. Dunning to Copyright Internal [VN0000202516-18] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 561 | 2/2/08 Email string from T. Dunning to M. Bentkover [VN0000202529-30] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 562 | 2/1/08 Email string from T. Dunning to S. Simons [VN0000202532-33] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 563 | 2/1/08 Email string from T. Dunning to M. Bentkover [VN0000202536-37] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 564 | 7/20/07 Email string from T. Leeloy to S. Fopeano [VN0000202684-86] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 565 | 9/26/07 Email string from T. Dunning to M. Bentkover [VN0000202830-31] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 566 | PowerPoint Presentation entitled, "Veoh Operations – Organizational Design and Planning" [VN0000202939-54] (marked Confidential) | Duplicate of Ex. 108 | |
| 567 | 11/26/07 Email string from A. Kim to S. Mitgang [VN0000202955-56] (marked OCEO) | Duplicate of Ex. 400 | |
| 568 | 11/20/07 Email string from J. Chachas to S. Mitgang [VN0000202957-60] (marked | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); | Veoh disagrees. The exhibit is relevant, non-prejudicial, |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | AEO) | Rule 901 (authentication); MIL No. 3 | admissible, and not hearsay. It will be authenticated. Veoh has responded to MIL No. 3. |
| 569 | 11/20/07 Email string from J. Chachas to S. Mitgang [VN0000202961-62] (marked AEO) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 570 | 3/27/07 Email string from S. Smith to D. Cohen [VN0000238721-23] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 571 | 3/5/07 Email string from T. Dunning to J. Metzger [VN0000238776] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 572 | 12/4/06 Email string from D. Chua to S. Smith [VN0000238935-39] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 573 | 11/27/07 Email string from tsuge@shoppro.co.jp to Copyright Notice [VN0000253296] | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 574 | 5/24/07 Email string from J. Bell to S. Simons [VN0000274260-63] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 575 | 2/12/08 Email from A. Mironov to Change Control [VN0000284730] (marked AEO) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| 576 | 2/16/08 Email from S. Simons to A. Talebizadeh [VN0000304309] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication); multi-document exhibit | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 577 | 12/14/07 Email from Say Street Ratt Promo to S. Simons [VN0000307761] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication); Duplicate of Exs. 531 & 613 | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 578 | 12/14/07 Email from Say Street Ratt Promo to S. Simons [VN0000311587] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 579 | 12/24/07 Email string from T. Dunning to R. Pugh [VN0000334594] | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 580 | 12/24/07 Email string from T. Dunning to R. Pugh [VN0000334595] | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 581 | Project Planning Engineering Proposal v1.0 [VN0000344710-15] (marked OCEO) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 582 | Project Planning Engineering Proposal v1.0 [VN0000344728-33] (marked OCEO) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 583 | Veoh Product Group: Silver Surfer Release – Weekly Update 5/21/07 [VN0000351366-69] | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); | Veoh disagrees. The exhibit is relevant, non-prejudicial, |

| | EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|---|
| | | (marked OCEO) | Rule 901 (authentication) | admissible, and not hearsay. It will be authenticated. |
| | 584 | 8/28/07 Email from J. Papa to J. Cuzens [VN0000379063] (marked Confidential) | Rule 802 (hearsay); Rule 901 (authentication) | Veoh disagrees. The exhibit is admissible, and not hearsay. It will be authenticated. |
| | 585 | 9/26/08 Email from G. Paez to InternetTVNews [VN0000416201-02] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| | 586 | Press Release entitled, "Internet and Media Industry Leaders Unveil Principles to Foster Online Innovation While Protecting Copyrights" [VN0000429416-25] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication); Subject to UMG MIL No. 3 | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. Veoh has responded to MIL No. 3. |
| | 587 | 10/18/07 Email from E. Rosado to B. Ziskind [VN0000429816-17] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication); Subject to UMG MIL No. 3 | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. Veoh has responded to MIL No. 3. |
| | 588 | 9/17/07 Email from G. Paez to S. Mitgang [VN0000434715-16] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication); Subject to UMG MIL No. 3 | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. Veoh has responded to MIL No. 3. |
| | 589 | 1/8/08 Email from E. Rosado to R. Zahir [VN0000435547-52] (marked OCEO) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| | 590 | 1/8/08 Email from E. Rosado to R. Zahir [VN0000435553-55] (marked OCEO) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | (authentication) | hearsay. It will be authenticated. |
| 591 | Expert Report of Roy Weinstein dated 5/11/09 and Exhibits | Rule 802 (hearsay) | Veoh disagrees. The exhibit is admissible and not hearsay. |
| 592 | Rebuttal Expert Report of Roy Weinstein dated 6/8/09 and Exhibits | Rule 802 (hearsay) | Veoh disagrees. The exhibit is admissible and not hearsay. |
| 593 | Expert Report of Liudvikas Bukys dated 5/11/09 and Exhibits | Rule 802 (hearsay) | Veoh disagrees. The exhibit is admissible and not hearsay. |
| 594 | Rebuttal Expert Report of Liudvikas Bukys dated 6/8/09 and Exhibits | Rule 802 (hearsay) | Veoh disagrees. The exhibit is admissible and not hearsay. |
| 595 | Thesis by Dr. Blackburn, "Essays on the Economics of Copying and the Recorded Music Industry" dated 07/05 [UMG01733788-953] (marked Confidential) | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 596 | Abstract by Dr. Blackburn, "Developing Superstars: The Effect of Unauthorized Copying on Investment in Musical Talent" [UMG01734005-51] | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 597 | Abstract by Dr. Blackburn, "The Heterogeneous Effects of Copying: The Case of Re [UMG01734005-51] | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 598 | Press Release entitled, "Vevo and Sony Music Entertainment Join Forces for World-Class Premium Online Music Video Service" | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Exhibit Not Provided; UMG reserves the right to further object | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. Veoh will provide if it has not. |
| 599 | Press Release entitled, "Universal Music Group Named One of the Top 10 Online Music Destinations in the United States" | Rule 402 (relevance); Rule 802 (hearsay); Exhibit Not Provided; UMG reserves the right to further object | Veoh disagrees. The exhibit is relevant, admissible, and not hearsay. Veoh will provide if it has not. |
| 600 | Press Release entitled, "Universal Music Group and You Tube to Launch Revolutionary Premium Music and Video Service | Rule 402 (relevance); Rule 403 (prejudice); Exhibit Not Provided; UMG reserves the right to further object | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Veoh will provide if it has not. |
| 601 | Documents produced by Audible Magic on 6/1/09 – list of dates that albums were submitted to | Rule 901 (authentication) | Veoh disagrees. The exhibit will be authenticated. |

2095751

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | UMG [AM-VEOH 00632-13859] (marked OCEO) | | |
| 602 | 11/6/08 Email string from Lew Roth to Josh Metzger [VN0000432033-34] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication); | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 603 | Veoh Presentation Materials | Document Not Sufficiently described; UMG reserves its right to object | Veoh disagrees. Veoh will describe if necessary. |
| 604 | UMG Financial Statements | Document Not Sufficiently Described; UMG reserves the right to object | Veoh disagrees. Veoh will describe if necessary. |
| 605 | New York Times article from 2009 "Music Labels Cut Friendlier Deals With Start-Ups" | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Document Not Sufficiently Described; UMG reserves the right to object further | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. |
| 606 | Declaration of Jennifer A. Golinveaux in Support of Defendant Veoh Networks, Inc.'s Motion for Summary Judgment re Entitlement to Section 512 (c) Safe Harbor [Docket No. 338; filed 3/12/09] Ex. D - 9/24/07 letter from Elkin to Marenberg | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 607 | Declaration of Jennifer A. Golinveaux in Support of Defendant Veoh Networks, Inc.'s Motion for Summary Judgment re Entitlement to Section 512 (c) Safe Harbor [Docket No. 338; filed 3/12/09] Ex. E - 10/1/07 letter from Marenberg to Elkin | Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. It will be authenticated. |
| 608 | Declaration of Jennifer A. Golinveaux in Support of Defendant Veoh Networks, Inc.'s Motion for Summary Judgment re Entitlement to Section 512 (c) Safe Harbor [Docket No. 338; filed 3/12/09] Ex. F - 10/19/07 letter from Elkin to Marenberg | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| 609 | 5/9/05 Benjamin email [UMG01024837-38] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice); Foundation | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Foundation will be established. |
| 610 | Declaration of Stacie Simons in Support of Veoh Networks, Inc.'s Opposition to UMG's Motion for Partial Summary Judgment re Veoh's Second Affirmative Defense [Docket No. 148; filed 9/29/08] Ex. 1 – UGC Principles | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication); Subject to UMG MIL No. 3 | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. Veoh has responded to MIL No. 3. |
| 611 | Article re Release/attaching same [VN0000420450-59] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication); Subject to UMG MIL No. 3 | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. Veoh has responded to MIL No. 3. |
| 612 | 3/1/07 Email Shannon Moore [UMG00176511-UMG00176513] (marked Confidential – AEO) | Rule 402 (relevance); Rule 403 (prejudice); Duplicate of Ex. 533 | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 613 | 12/14/07 Email to S. Simons from "Say Street Rat Promo" [VN0000307761] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication); Duplicate of Exs. 531 & 577. | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 614 | Declaration of Carter Batsell in Support of Plaintiffs' Opposition to Veoh's Motion for Summary Judgment re Section 512(c) [Docket No. 388; filed 3/30/09] Ex. 23 - RIAA notice (6/22/2006 letter); VN0000197678-80 (marked Confidential) | | |
| 615 | Declaration of Carter Batsell in Support of Plaintiffs' Opposition to Veoh's Motion for Summary Judgment re Section 512(c) [Docket No. 388; filed 3/30/09] Ex. 24 - RIAA notice (12/6/2006 letter); RIAA 0000151-57 (marked Confidential) | | |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| 616 | Declaration of Carter Batsell in Support of Plaintiffs' Opposition to Veoh's Motion for Summary Judgment re Section 512(c) [Docket No. 388; filed 3/30/09] Ex. 25 - RIAA notice (1/24/2007 letter); RIAA 0000183-87 (marked Confidential) | | |
| 617 | Declaration of Carter Batsell in Support of Plaintiffs' Opposition to Veoh's Motion for Summary Judgment re Section 512(c) [Docket No. 388; filed 3/30/09] Ex. 26 - RIAA notice (2/21/2007 letter); RIAA 0000243-50 (marked Confidential) | | |
| 618 | Declaration of Carter Batsell in Support of Plaintiffs' Opposition to Veoh's Motion for Summary Judgment re Section 512(c) [Docket No. 388; filed 3/30/09] Ex. 27 - RIAA notice (3/14/2007 letter); RIAA 0000280-85 (marked Confidential) | | |
| 619 | Declaration of Carter Batsell in Support of Plaintiffs' Opposition to Veoh's Motion for Summary Judgment re Section 512(c) [Docket No. 388; filed 3/30/09] Ex. 28 - RIAA notice (4/23/2007 letter); RIAA 0000328-34 (marked Confidential) | | |
| 620 | Declaration of Carter Batsell in Support of Plaintiffs' Opposition to Veoh's Motion for Summary Judgment re Section 512(c) [Docket No. 388; filed 3/30/09] Ex. 29 - RIAA notice (5/23/2007 letter); RIAA 0000342-47 (marked Confidential) | | |
| 621 | Declaration of Carter Batsell in Support of Plaintiffs' Opposition to Veoh's Motion for Summary Judgment re Section 512(c) [Docket No. 388; filed on 3/30/09] Ex. 30 - RIAA notice (7/25/2007 letter); RIAA0000536-39 (marked Confidential) | | |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| 622 | Declaration of Carter Batsell in Support of Plaintiffs' Opposition to Veoh's Motion for Summary Judgment re Section 512(c) [Docket No. 388; filed on 3/30/09] Ex. 31 - RIAA notice (9/24/2007 letter); VN0000263953-59 (marked Confidential) | | |
| 623 | Declaration of Carter Batsell in Support of Plaintiffs' Opposition to Veoh's Motion for Summary Judgment re Section 512(c) [Docket No. 388; filed 3/30/09] Ex. 32 - RIAA notice (3/10/2008 letter); VN0000005231-33 (marked Confidential) | | |
| 624 | Email to RIAA dated 06/29/2006; VN0000197684-88 (marked Confidential) | Rule 901 (authentication) | Veoh disagrees.  It will be authenticated. |
| 625 | Email to RIAA dated 02/26/2007; VN0000200068-69 (marked Confidential) | Rule 901 (authentication) | Veoh disagrees.  It will be authenticated. |
| 626 | Email to RIAA dated 12/06/2006; VN0000002842-56 (marked Confidential) | Rule 901 (authentication) | Veoh disagrees.  It will be authenticated. |
| 627 | Email to RIAA dated 12/07/2006; VN0000238908-22 (marked Confidential) | Rule 901 (authentication) __ | Veoh disagrees.  It will be authenticated. |
| 628 | Email to RIAA dated 03/14/2007; VN0000002370-71 (marked Confidential) | Rule 901 (authentication) | Veoh disagrees.  It will be authenticated. |
| 629 | Letter to RIAA dated 04/23/2007; VN0000053638 (marked Confidential) | Rule 901 (authentication) | Veoh disagrees.  It will be authenticated. |
| 630 | Email to RIAA dated 04/23/2007; VN00000053631-37 (marked Confidential) | Rule 901 (authentication) | Veoh disagrees.  It will be authenticated. |
| 631 | Email to RIAA dated 05/24/2007; VN0000052883-89 (marked Confidential) | Rule 901 (authentication) | Veoh disagrees.  It will be authenticated. |
| 632 | Letter to RIAA dated 05/24/2007; VN0000052890 (marked Confidential) | Rule 901 (authentication) | Veoh disagrees.  It will be authenticated. |
| 633 | Letter  to RIAA dated 09/04/2007; VN0000036349-50 (marked Confidential) | Rule 901 (authentication) | Veoh disagrees.  It will be authenticated. |
| 634 | Email to RIAA dated 09/04/2007; VN0000036340-48 (marked Confidential) | Rule 901 (authentication) | Veoh disagrees.  It will be authenticated. |
| 635 | 10/08 Email Chain re Pussycat Dolls [VN0000432012- | Rule 402 (relevance); Rule 403 (prejudice); | Veoh disagrees.  The exhibit is relevant, |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | VN0000432014] (marked Confidential) | Rule 901 (authentication) | non-prejudicial, and admissible. It will be authenticated. |
| 636 | Declaration of Stacie Simons in Support of Defendant Veoh Networks, Inc.'s Motion for Summary Judgment re Entitlement to Section 512(C) Safe Harbor [Docket No. 336-4; filed 3/12/09] Ex. E. - pp. 22-25 Pussycat Dolls Profile on Veoh | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 637 | 10/24/07 counter-notice [VN0000001892-VN0000001896] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 638 | 11/5/07 email from Jessie Brown [VN0000312551-VN0000312552] (marked Confidential) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 639 | 1/8/08 email chain re Bon Jovi promotion [VN0000435547-435552] (marked OCEO) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be authenticated. |
| 640 | Veoh License Agreement re SOMA Management 11/30/06 (OCEO) VN0000436210-VN0000436210-16 16 | | |
| 641 | Veoh License Agreement re SOMA amendment 11/30/06 (OCEO) | No Bates number provided or not produced during discovery | Veoh disagrees. |
| 642 | Veoh License Agreement re ESPN 5/9/08 [VN0000431613-VN0000431654] (marked OCEO) | Duplicate of Ex. 93 | |
| 643 | Veoh License Agreement re United Talent Agency 12/5/06 [VN0000436114-VN0000436117] (marked OCEO) | | |
| 644 | Veoh License Agreement re SESAC, Inc. 1/12/07 | Duplicate of Ex. 408; Inaccurate Description | Veoh disagrees. |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | [VN0000436101-VN0000436113] (marked OCEO) | | |
| 645 | Veoh License Agreement re US Weekly, LLC 1/2/07 [VN0000436118-VN0000436131] (marked OCEO) | | |
| 646 | Veoh License Agreement re Hachette Filipacci 1/30/07 [VN0000436136-VN0000436146] (marked OCEO) | | |
| 647 | Veoh License Agreement re Ford Models 2/5/07 (marked OCEO) [VN0000436176-179] (marked OCEO) | | |
| 648 | Veoh License Agreement re MTVN 12/21/07 [VN0000344205-VN0000344242; VN0000431568-VN0000431590] (marked OCEO) | As to first document: Incomplete Document; Duplicate of Ex. 85<br><br>As to second document: Rule 802 (hearsay); Parole Evidenc | Veoh disagrees. The exhibit is admissible and not hearsay. |
| 649 | Veoh License Agreement re BLIP 2/28/08 [VN0000431314-VN0000431330] (marked OCEO) | | |
| 650 | Veoh License Agreement re Warner Bros. 4/22/08 [VN0000431655-VN0000431676] (marked OCEO) | Duplicate of Ex. 87 | |
| 651 | Veoh License Agreement re Howcast 3/3/08 [VN0000431302-VN0000431306; VN0000431447-VN0000431451] (both marked OCEO) | Duplicate of Ex. 88 | |
| 652 | Veoh License Agreement re CBS 4/6/07 [VN0000431243-VN0000431300] (marked OCEO) | Duplicate of Ex. 89 | |
| 653 | Veoh License Agreement re CBS 5/18/07 [VN0000431561-VN0000431563] (marked OCEO) | Duplicate of Ex. 90 | |
| 654 | Veoh License Agreement re NCAA/Collegiate Images 7/27/07 [VN0000431489-VN0000431500] (marked | Duplicate of Ex. 91 | |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | OCEO) | | |
| 655 | Veoh License Agreement re Horror Entertainment, Inc. (FearNet) [VN0000431475-VN0000431486] (marked OCEO) | Duplicate of Ex. 92 | |
| 656 | Veoh License Agreement re ESPN 5/9/08 [VN0000431613-VN0000431654] (marked OCEO) | Duplicate of Ex. 93 | |
| 657 | Veoh License Agreement re Nielsen Business Media, Inc. 3/7/07 [VN0000436147-VN0000436154] (marked OCEO) | | |
| 658 | Veoh License Agreement re National Lampoon, Inc. 3/12/07 [VN0000436171-VN0000436176] (marked OCEO) | | |
| 659 | Veoh License Agreement re Ripe Digital Entertainment, Inc. 10/4/07 [VN0000438180-VN0000438187] (marked OCEO) | Not Properly Identified (incorrect Bates no.) | Veoh disagrees. |
| 660 | Veoh License Agreement re Brad Lechman Productions, Inc. 2008, [VN0000436083-VN0000436092] (marked OCEO) | | |
| 661 | Veoh License Agreement re Playboy.com, Inc. 4/24/08 [VN0000436162-VN0000436170] (marked OCEO) | | |
| 662 | Veoh License Agreement re Time, Inc. 11/11/08 [VN0000436271-VN0000436285] (marked OCEO) | | |
| 663 | Plaintiffs' Initial Disclosures Pursuant to FRCP 26(a)(1), served 02/25/2008 | | |
| 664 | UMG's 4/22/09 cover letter withdrawing works and enclosures thereto [UMG's Amended Response to Interrogatory No. 25 and Attachment A] | Rule 402 (relevance); Rule 403 (prejudice); Subject to UMG MIL No. 2 | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Veoh has responded to MIL No. 2. |
| 665 | UMG's Second Amended Response to Interrogatory No. 25, served 5/11/09 [list of | | |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | 7000+] and Alleged Underlying Videos | | |
| 666 | UMG's Supplemental Responses to Veoh's Third Set of Interrogatories, served 5/8/09 | | |
| 667 | UMGR's Supplemental Responses to Veoh's Interrogatory Nos. 4, 12, 14-17, 20-21 and 23, served 4/27/09 | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 668 | UMG's Response to Veoh's Third Set of Requests for Production, served 4/8/09 | Rule 402 (relevance) | Veoh disagrees. The exhibit is relevant and admissible. |
| 669 | UMGR's Responses to Veoh's Third Set of Interrogatories, served 4/2/09 | Rule 402 (relevance) | Veoh disagrees. The exhibit is relevant and admissible. |
| 670 | UMG's Supplement to Exhibit A to UMG's Response to Veoh's Interrogatory No. 25 (Ex. A Supplemental Infringement List), served 1/16/09 | Rule 402 (relevance); Rule 403 (cumulative, prejudice); Subject to UMG MIL No. 2 | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Veoh has responded to MIL No. 2. |
| 671 | UMGR's Supplemental Response to Veoh's Interrogatory Nos. 1-3, served 1/9/09 | | |
| 672 | UMG's Supplemental Response to Veoh's First Set of Request for Production of Documents, served 12/15/08 | Rule 402 (relevance) | Veoh disagrees. The exhibit is relevant and admissible. |
| 673 | UMG's Response to Veoh's Interrogatory No. 25, served 12/1/08 | Rule 402 (relevance); Rule 403 (cumulative, prejudice); Subject to UMG MIL No. 2 | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. Veoh has responded to MIL No. 2. |
| 674 | UMG's Supplemental Response to Veoh's Interrogatory No. 18, served 9/30/08 | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 675 | UMG's Response to Veoh's Second Set of Requests for Production, served 9/29/08 | Rule 402 (relevance) | Veoh disagrees. The exhibit is relevant and admissible. |
| 676 | UMGD's Objections and Responses to Veoh's Request for Production of Documents, served 4/9/08 | Rule 402 (relevance) | Veoh disagrees. The exhibit is relevant and admissible. |
| 677 | UMG's Responses to Veoh's Request for Admissions, Set One, served 4/9/08 | | |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| 678 | UMG's Response to Veoh's Request for Production of Documents, served 4/6/08 | Rule 402 (relevance); Not Properly Identified (no response served on that date) | Veoh disagrees. The exhibit is relevant and admissible. |
| 679 | UMG's Responses to Veoh's First Set of Interrogatories, served 4/9/08 | Rule 402 (relevance); Duplicate of Ex. 513 | Veoh disagrees. The exhibit is relevant and admissible. |
| 680 | Veoh's First Supplemental Responses to UMG's Second Set of Interrogatories, served 2/13/09 | Duplicate of Ex. 507 | |
| 681 | Veoh's Response to Plaintiff's Statement of Genuine Issues of Material Fact ¶ 71, UNDISPUTED that Veoh removed the material located at the specific URLs identified in the RIAA notices it received | Entry Does Not Refer to a Document | Veoh disagrees. |
| 682 | Declaration of Jennifer A. Golinveaux in Support of Defendant Veoh Networks, Inc.'s Motion for Summary Judgment re Entitlement to Section 512 (c) Safe Harbor [Docket No. 338; filed 3/12/09] Ex. M - Order dismissing with prejudice New York UMG's infringement action against Veoh. *UMG Recordings, Inc. v. Veoh Networks, Inc.*, Case No. CV 07-5744, Index No. 600558/08, Nov. 24, 2008 | Rule 402 (relevance); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, and admissible. |
| 683 | Exhibits to Papa Declaration in Support of Veoh Networks, Inc.'s Motion for Summary Judgment re Entitlement to 512(c) Safe Harbor [Docket No. 336-10; filed 3/12/09] | Does Not Refer to a Single Document; Duplicate of Next Five Entries | Veoh disagrees. |
| 684 | Papa Declaration in Support of Veoh Networks, Inc.'s Motion for Summary Judgment re Entitlement to 512(c) Safe Harbor [Docket No. 336-10; filed 3/12/09] Ex. A - Veoh's Registration page | Rule 802 (hearsay) | Veoh disagrees. The exhibit is admissible and not hearsay. |
| 685 | Papa Declaration in Support of Veoh Networks, Inc.'s Motion for Summary Judgment re Entitlement to 512(c) Safe Harbor [Docket No. 336-10; filed 3/12/09] Ex. B - Veoh's upload and categories pages | Rule 802 (hearsay) | Veoh disagrees. The exhibit is admissible and not hearsay. |
| 686 | Papa Declaration in Support of | Rule 802 (hearsay) | Veoh disagrees. The |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | Veoh Networks, Inc.'s Motion for Summary Judgment re Entitlement to 512(c) Safe Harbor [Docket No. 336-10; filed 3/12/09] Ex. C - current upload screen | | exhibit is admissible and not hearsay. |
| 687 | Papa Declaration in Support of Veoh Networks, Inc.'s Motion for Summary Judgment re Entitlement to 512(c) Safe Harbor [Docket No. 336-10; filed 3/12/09] Ex. D - screenshot of the software license printed from Veoh's website | Rule 802 (hearsay) | Veoh disagrees. The exhibit is admissible and not hearsay. |
| 688 | Papa Declaration in Support of Veoh Networks, Inc.'s Motion for Summary Judgment re Entitlement to 512(c) Safe Harbor [Docket No. 336-10; filed 3/12/09] Ex. E - 11/15/05 Veoh's Interim Designation with the U.S. Copyright Office to receive notifications of claimed infringement) | Rule 802 (hearsay) | Veoh disagrees. The exhibit is admissible and not hearsay. |
| 689 | Exhibits to Declaration of Stacie Simons in Support of Defendant Veoh Networks, Inc.'s Motion for Summary Judgment re Entitlement to Section 512(C) Safe Harbor [Docket No. 336-4; filed 3/12/09] | Does Not Refer to a Single Document; Duplicate of Next Three Entries | Veoh disagrees. |
| 690 | Declaration of Stacie Simons in Support of Defendant Veoh Networks, Inc.'s Motion for Summary Judgment re Entitlement to Section 512(C) Safe Harbor [Docket No. 336-4; filed 3/12/09] Ex. A - Veoh's Current Terms of Use | Rule 802 (hearsay) | Veoh disagrees. The exhibit is admissible and not hearsay. |
| 691 | Declaration of Stacie Simons in Support of Defendant Veoh Networks, Inc.'s Motion for Summary Judgment re Entitlement to Section 512(C) Safe Harbor [Docket No. 336-4; filed 3/12/09] Ex. B - Veoh's Current Copyright Policy | Rule 802 (hearsay) | Veoh disagrees. The exhibit is admissible and not hearsay. |
| 692 | Declaration of Stacie Simons in Support of Defendant Veoh Networks, Inc.'s Motion for Summary | Rule 802 (hearsay) | Veoh disagrees. The exhibit is admissible and not hearsay. |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | Judgment re Entitlement to Section 512(C) Safe Harbor [Docket No. 336-4; filed 3/12/09] Ex. C -Veoh screenshot of Flag Feature | | |
| 693 | Exhibits attached to Declaration of Jennifer A. Golinveaux in Support of Defendant Veoh Networks, Inc.'s Motion for Summary Judgment re Entitlement to Section 512 (c) Safe Harbor [Docket No. 338; filed 3/12/09] | Does Not Refer to a Single Document; As to: Exs. A, B, and C, Rule 802 (hearsay); Violation of L.R. 16-2.7; 32-1<br><br>As to Exs. D, E, and F, Duplicate of Exs. 606, 607 & 608; Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice)<br><br>As to Exs. H, I, K, L, and O, Duplicate of Exs. 670, 506, 513, 679, 507, 680 & 677; Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice)<br><br>As to Ex. J, Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice)<br><br>As to Ex. M, Duplicate of Ex. 682; Rule 402 (relevance); Rule 403 (prejudice)<br><br>As to Ex. N, Duplicate of Ex. 533; Rule 402 (relevance); Rule 403 | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. |
| 694 | Exhibits attached to Supplemental Declaration of Joseph Papa in Support of Defendant Veoh Networks Inc.'s Motion for Summary Judgment re Entitlement to Section 512(C) Safe Harbor [Docket No. 396-4; filed 4/6/09] | No Exhibits Attached to Declaration; Rule 802 (hearsay) | Veoh disagrees. The exhibit is admissible and not hearsay. |
| 695 | Exhibits attached to Supplemental Declaration of Stacie Simons in Support of Defendant Veoh Networks, | Duplicate of Exs. 531, 577, 613, 637, & 638; Rule 802 (hearsay); Rule 402 (relevance); | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | Inc.'s Motion for Summary Judgment re Entitlement to Section 512(C) Safe Harbor [Docket No. 396-2; filed 4/6/09] | Rule 403 (prejudice); Rule 901 (authentication) | hearsay. It will be authenticated. |
| 696 | Exhibits attached to Supplemental Declaration of Jennifer A. Golinveaux in Support of Defendant Veoh Networks, Inc.'s Reply to Plaintiffs' Opposition to Veoh's Motion for Summary Judgment re Entitlement to Section 512(C) Safe Harbor [Docket No. 396-3; filed 4/6/09] | Does not refer to a single document <br><br> As to Ex. A, Duplicate of Ex. 669 (UMG Response to Veoh's 3rd Set of ROGs); <br><br> As to Ex. B, Rule 802 (hearsay); Violation of L.R. 16-2.7; 32-1 | Veoh disagrees. The exhibit is admissible and not hearsay. |
| 697 | Exhibits attached to Declaration of Joshua Metzger in Support of Defendant Veoh Networks, Inc.'s Motion for Summary Judgment re Entitlement to Section 512(C) Safe Harbor [Filed Under Seal; Docket No. 417; filed 4/6/09] | No Exhibits Attached to Declaration; Rule 802 (hearsay) | Veoh disagrees. The exhibit is admissible and not hearsay. |
| 698 | Exhibits attached to Declaration of Melissa Purcell in Support of Veoh's Opposition to UMG's Ex Parte Application for Permission to Supplement the Record in Support of its Opposition to Veoh's Motion for Summary Judgment re Entitlement to Section 512(C) Safe Harbor [Filed Under Seal; Docket No. 414; filed 4/8/09] | Does Not Refer to a Single Document <br><br> As to Exhibit 1, Rule 802 (hearsay); Rule 403 (prejudice) <br><br> As to Exhibit 2, Rule 802 (hearsay); Rule 403 (prejudice) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. |
| 699 | Exhibits attached to Declaration of Rebecca Calkins in Support of Veoh Networks, Inc.'s Renewed Motion for Summary Judgment re Entitlement to Section 512(C) Safe Harbor [Docket 457; filed 5/27/09] | Does not Refer to a Single Document <br><br> As to Ex. 1, Duplicate of Ex. 667 (UMG's Supp. Responses to ROGS 4, 12, 14-17, 20-21, and 23) <br><br> As to Ex. 2, Duplicate of Ex. 665 (UMG's Amended Ex. A to ROG 25 and cover correspondence) | Veoh disagrees. |
| 700 | TOR00000998-999 (Complete Eisner email chain re Cinderella III) | Rule 802 (hearsay); Rule 402 (relevance); Rule 403 (prejudice); Rule 901 (authentication) | Veoh disagrees. The exhibit is relevant, non-prejudicial, admissible, and not hearsay. It will be |

| EXHIBIT NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTIONS |
|---|---|---|---|
| | | | authenticated. |
| 701 | Veoh's Organizational chart as of 1/22/08 (VN0000000004-14) (marked Confidential) | Duplicate of Ex. 2 | |
| 702 | Veoh's 10/19/07 Agreement with Audible Magic [VN0000344120--VN0000344144; AM-UNIV 000060--AM-UNIV 000081] | Duplicate of Ex. 59 | |
| 703 | Terms of Use from 6/23/06 [VN0000284425-VN0000284434] (marked Confidential) | Duplicate of Ex. 49 | |
| 704 | Veoh's Audit 2006 and 2007 [VN0000431049--VN0000431073] (marked OCEO) | Duplicate of Ex. 80; description inaccurate (audited financial results) | |
| 705 | Veoh's Income Statement Produced in Native (a portion was used as Ex. 81 to Wiseman Depo.) [VN0000431048] (marked OCEO) | Duplicate of Ex. 81 | |
| 706 | Veoh's Financial Statements | Document Not Sufficiently Described; UMG Reserves Right to Further Object | Veoh will provide further description. |

Dated:  July 20, 2009

IRELL & MANELLA LLP
Steven A. Marenberg
Brian Ledahl
Benjamin Glatstein


By: _____/s_____
        Brian Ledahl
Attorneys for Plaintiffs

Dated:  July 20, 2009

WINSTON & STRAWN LLP
Michael S. Elkin
Thomas P. Lane
Jennifer A. Golinveaux
Rebecca Calkins
Erin Ranahan


By: _____/s_____
        Erin Ranahan
Attorneys for Defendant