Joshua Y. Karp
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
(310) 277-1010

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG Recordings, Inc., et al. <br> PLAINTIFF(S) <br> v. <br> Veoh Networks, Inc., et al. <br> DEFENDANT(S). | CASE NUMBER: <br> CV 07-05744 AHM (AJWx) <br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

(1) UMG's Reply Brief In Support Of Its Motion In Limine To Exclude Expert Testimony Of Roy Weinstein On The Possible Promotional Value Of UMG Videos Appearing On Veoh's Website (Motion In Limine No. 1); (2) Supplemental Declaration Of Brian Ledahl In Support Of UMG's Motions In Limine

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other  As above.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  September 30, 2008

☑ Manual Filing required (*reason*):
Filed under seal pursuant to Protective Order (Docket No. 150), entered September 30, 2008; contain information designated as confidential defendants.

| | |
|---|---|
| July 27, 2009 <br> Date | Joshua Y. Karp <br> Attorney Name <br><br> Plaintiffs UMG Recordings, Inc., et al. <br> Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                    NOTICE OF MANUAL FILING

Dockets.Justia.com