**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UMG RECORDINGS, INC., ET AL., <br><br> Plaintiff(s), <br> v. <br> VEOH NETWORKS, INC., ET AL., <br><br> Defendant(s). | CASE NUMBER <br><br> CV07-05744-AHM(AJWx) <br><br> **NOTICE OF FILING OF** <br> ☑ **OFFICIAL** ☐ **REDACTED TRANSCRIPT** |

TO ALL COUNSEL OF RECORD:

☑ Notice is hereby given that an official transcript of a proceeding, document number(s) 547 and 548, has been filed by the court reporter/electronic court recorder in the above-captioned matter. The parties have seven (7) business days from the filing of the official transcript to file with the court a Notice of Intent to Request Redaction of this transcript and/or 21 calendar days from the filing of the official transcript to file with the court a Redaction Request. If no such Notice or Redaction Request is filed, the transcript will be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter/electronic court recorder or view the document at the clerk's office public terminal.

☐ Notice is hereby given that a redacted transcript of a proceeding, document number(s) _____, has been filed by the court reporter/electronic court recorder in the above-captioned matter.

CLERK U.S. DISTRICT COURT

Date: 7/17/09                                    Cindy Nirenberg, Court Reporter
                                                 Court Reporter/Deputy Clerk

G-46 (5/08)                    **NOTICE OF FILING OF OFFICIAL TRANSCRIPT**