UMG Recordings, Inc. et al v. Veoh Networks, Inc. et al                                                    Doc. 565

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

No.   CV 07-5744-AHM(AJWx)                                    Date: July 20, 2009

Title:   UMG RECORDINGS, INC., ET AL. Vs. VEOH NETWORKS, INC., ET AL.

Present: The
 Honorable    ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

                                    CS 07- 20-09
| Ysela Benavides | | N/A |
|---|---|---|
| Deputy Clerk | Court Smart | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Steven Marenberg<br>Brian Ledahl | Jennifer Golinveaux |

**Proceedings:**   CONTINUED HEARING ON VEOH'S MOTION TO COMPEL UMG TO PRODUCE CHAIN OF TITLE DOCUMENTS FOR THE REMAINING 80% OF IDENTIFIED COPYRIGHTS BASED ON DEFECTS ADMITTED BY UMG, ETC.

Case called.  Counsel make their appearances.  Court questions counsel and listens to their responses.  Counsel are directed to meet and confer during a recess and see if they can make progress on resolving their remaining differences.

LATER AND ON THE RECORD: The parties report they have made progress on resolving the remaining issues and place their agreement on the record.  The parties are directed to submit a revised stipulation within one week that describes the matters as to which they have agreed and delineates the issues requiring resolution by Judge Matz .

cc:  Parties

                                                                                           :    35

                                                             Initials of Preparer   yb