Rebecca Calkins (SBN: 195593)
Erin Ranahan (SBN: 235286)
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750
Email: rcalkins@winston.com
Email: eranahan@winston.com

Jennifer A. Golinveaux (SBN 203056)
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)
Email: jgolinveaux@winston.com

Michael S. Elkin (admitted *pro hac vice*)
Thomas P. Lane (admitted *pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)
Email: melkin@winston.com
Email: tlane@winston.com

Attorneys for Defendant
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.* Plaintiffs, vs. VEOH NETWORKS, INC. *et al.* Defendants. | Case No. CV 07 5744 – AHM (AJWx) **PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |

LA:250882.1

*UMG Recordings, Inc., et al. v. Veoh Networks, Inc.*
USDC, Central Case No. CV 07-5744-AHM (AJWx)

## PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES   )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 333 South Grand Avenue, Los Angeles, CA 90071-1543. On July 28, 2009, I served the within documents:

1. **VEOH'S REPLY IN SUPPORT OF ITS MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF UMG'S EXPERTS DAVID BLACKBURN AND ELLIS HOROWITZ; AND**

2. **SUPPLEMENTAL DECLARATION OF ERIN R. RANAHAN IN SUPPORT OF VEOH NETWORKS, INC.'S MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF UMG'S EXPERTS DAVID BLACKBURN AND ELLIS HOROWITZ**

[✓] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

[ ] On _____ I sent such document(s) from facsimile machine 213-615-1750. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 213-615-1750 which confirms said transmission and receipt.

[ ] by causing the document(s) listed above to be delivered via overnight delivery (Federal Express) to the person(s) at the address(es) set forth below.

[✓] By causing the foregoing document to be served electronically by electronically mailing a true and correct copy through Winston & Strawn's electronic mail system on July 27, 2009 to the e-mail address(es), as stated in the attached service list, and the transmission was reported as complete and no error was reported.

**PLEASE SEE ATTACHED SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 28, 2009, at Los Angeles, California.

*/s/ P. Waters*
Patricia Waters

LA:250882.1                                         2

**PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL**
Case No. CV 07 5744-AHM (AJWx)

| | |
|---|---|
| 1 | *UMG Recordings, Inc., et al. v. Veoh Networks, Inc.*<br>USDC, Central Case No. CV 07-5744-AHM (AJWx) |
| 2 | |
| 3 | SERVICE LIST |

| (BY U.S. MAIL AND E-MAIL)<br>Steven A. Marenberg, Esq.<br>Elliot Brown, Esq.<br>Brian Ledahl, Esq.<br>Benjamin Glatstein, Esq.<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Telephone: (310) 277-1010<br>Fax: (310) 203-7199<br>(smarenberg@irell.com)<br>(ebrown@irell.com)<br>(bledahl@irell.com)<br>(bglatstein@irell.com<br><br>**Attorneys for Plaintiffs** | |
|---|---|

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543