# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV2007-05744-AHM (AJWx) | Date | July 30, 2009 |
|---|---|---|---|
| Title | UMG RECORDINGS, INC. v. VEOH NETWORKS, INC., et al. | | |

Present: The Honorable  A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:        Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On the Court's own motion, the Court continues the August 3, 2009 final pretrial conference and all pending motions *in limine* to September 14, 2009 at 11:00 a.m. The Court also continues the two-week jury trial from August 18, 2009 to September 29, 2009 at 8:00 a.m.

:  
Initials of Preparer      SMO

Dockets.Justia.com