UMG Recordings, Inc. et al v. Veoh Networks, Inc. et al                                                    Doc. 570

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES--GENERAL

Case No.  CV 07-5744 AHM (AJWx)                     Date: August 3, 2009

Title: <u>UMG RECORDINGS, INC., et al. v. VEOH NETWORKS, INC., et al.</u>
===================================================================
PRESENT:      **HON.  <u>ANDREW J. WISTRICH</u>, MAGISTRATE JUDGE**

              <u>    Ysela Benavides    </u>           <u>                        </u>
                    Deputy Clerk                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:
        None Present                                 None Present

**ORDER REGARDING VEOH'S MOTION TO COMPEL UMG TO PRODUCE CHAIN OF TITLE DOCUMENTS**

The motion is **denied** without prejudice to its renewal on an expedited basis after trial, if necessary. [<u>See</u> Stipulation dated July 27, 2009, at page 2, lines 17-20].

**IT IS SO ORDERED.**

cc:  Parties

MINUTES FORM 11                              Initials of Deputy Clerk_____
CIVIL-GEN

Dockets.Justia.com