# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-5744-AHM (AJWx) | Date | September 2, 2009 |
|---|---|---|---|
| Title | UMG RECORDINGS, INC., et al. v. VEOH NETWORKS, INC., et al. | | |

Present: The Honorable   A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On the Court's own motion, the Court resets the hearing date on the Motion for Summary Judgment re Entitlement to Section 512(c) Safe Harbor filed by Defendant Veoh Networks, Inc. for hearing on Tuesday, September 8, 2009 at 3:00 p.m.

|  | : |
|---|---|
| Initials of Preparer | SMO |