O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV2007-05744-AHM (AJWx) | Date | September 8, 2009 |
|---|---|---|---|
| Title | UMG RECORDINGS, INC. v. VEOH NETWORKS, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steven A. Marenberg | Michael S. Elkin |
| Brian D. Ledahl | Erin R. Ranahan |
| | Thomas P. Lane |
| | Jennifer A. Golinveaux |

**Proceedings:** Motion for Summary Judgment re Entitlement to Section 512(c) Safe Harbor filed by Defendant Veoh Networks, Inc. [449] (non-evidentiary)

Court previously issued its tentative order and now hears oral argument. For reasons stated on the record, the Court takes the matter under submission. Order to issue.

In light of the Court's tentative ruling, the Court vacates indefinitely all pending pretrial and trial dates and deadlines.

|  | 1 | : | 02 |
|---|---|---|---|
| Initials of Preparer | | SMO | |