O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5744 AHM (AJWx) | Date | October 2, 2009 |
|---|---|---|---|
| Title | UMG RECORDINGS, INC., et al. v. VEOH NETWORKS INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

Having read the parties' Joint Status Report filed on September 23, 2009, the Court concludes that if Veoh seeks to have judgment entered in this case it will have to move for summary judgment as to potential injunctive relief, or else enter into an agreement with UMG. If the parties choose to continue to litigate this case, they should comply with the following scheduling order:

(1) <u>Pre-trial Conference</u>:   November 16, 2009
(2) <u>Trial</u>:   December 1, 2009

:

Initials of Preparer    SMO