JS-6

FILED
CLERK, U.S. DISTRICT COURT
NOV - 3 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., et al., <br> Plaintiffs, <br> v. <br> VEOH NETWORKS, INC., <br> Defendant. | CASE NO. CV 07-5744 AHM (AJWx) <br><br> FINAL JUDGMENT |

The Court hereby enters Final Judgment pursuant to the Joint Stipulation and Order Requesting Entry of Judgment, which is incorporated by reference into this Judgment.

Dated: November 3, 2009

_____
A. HOWARD MATZ
United States District Judge