Steven A. Marenberg (101033) (smarenberg@irell.com)
Brian D. Ledahl (186579) (bledahl@irell.com)
Carter R. Batsell (254396) (cbatsell@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP., a New York corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; RONDOR MUSIC INTERNATIONAL, INC., a California corporation; UNIVERSAL MUSIC – MGB NA LLC, a California Limited Liability company; UNIVERSAL MUSIC – Z TUNES LLC, a New York Limited Liability company; and UNIVERSAL MUSIC – MBG MUSIC PUBLISHING LTD., a U.K. company, <br><br> Plaintiffs, <br><br> v. <br><br> VEOH NETWORKS, INC., a California corporation; SHELTER CAPITAL PARTNERS, LLC, a Delaware limited liability company; SHELTER VENTURE FUND, L.P., a Delaware limited partnership; SPARK CAPITAL, LLC, a Delaware limited liability company; SPARK CAPITAL, L.P., a Delaware limited partnership; THE TORNANTE COMPANY, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. CV-07-05744 AHM (AJWx) <br><br> **NOTICE OF APPEAL OF UMG RECORDINGS, INC.; UNIVERSAL MUSIC CORP.; SONGS OF UNIVERSAL, INC.; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC.; RONDOR MUSIC INTERNATIONAL, INC.; UNIVERSAL MUSIC – MGB NA LLC; UNIVERSAL MUSIC – Z TUNES LLC; AND UNIVERSAL MUSIC – MBG MUSIC PUBLISHING LTD.** |

PLAINTIFFS' NOTICE OF APPEAL

2150295

- 1 -

Notice is hereby given that all plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on November 4, 2009, and all interlocutory orders and orders underlying that judgment, including but not limited to (1) the Court's order denying Plaintiffs UMG Recordings, Inc., *et al.*'s (collectively "UMG") Motion for Partial Summary Judgment re: Defendant Veoh Networks, Inc.'s ("Veoh") Second Affirmative Defense ("17 U.S.C. § 512(c)"), entered in this action on December 31, 2008, and (2) the Court's order granting Veoh's Renewed Motion for Summary Judgment re: Entitlement to Section 512(c) Safe Harbor, entered in this action on September 14, 2009.

Dated: November 4, 2009

IRELL & MANELLA LLP
Steven A. Marenberg
Brian D. Ledahl
Carter R. Batsell

By: _____
Steven A. Marenberg
Attorneys for Plaintiffs

# **REPRESENTATION STATEMENT**

Pursuant to Circuit Rules 3-2(b) and 12-2, Plaintiffs hereby submit the following Representation Statement, identifying all parties to the action along with the names, addresses and telephone numbers of their respective counsel:

**Counsel for Plaintiffs/Appellants UMG Recordings, Inc.; Universal Music Corp.; Songs of Universal, Inc.; Universal-Polygram International Publishing, Inc.; Rondor Music International, Inc.; Universal Music – MGB NA LLC; Universal Music – Z Tunes LLC; and Universal Music – MGB Music Publishing Ltd.**

IRELL & MANELLA LLP
Steven A. Marenberg
Brian D. Ledahl
Carter R. Batsell
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

**Counsel for Defendant/Appellee Veoh Networks, Inc.**

WINSTON & STRAWN LLP
Rebecca Calkins
Erin Ranahan
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

WINSTON & STRAWN LLP
Michael S. Elkin
Thomas P. Lane
200 Park Avenue
New York, New York 10166-0007
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

2150323

| | |
|---|---|
| 1 | |
| 2 | WINSTON & STRAWN LLP |
| | Jennifer A. Golinveaux |
| 3 | 101 California Street |
| | San Francisco, CA 94111-5894 |
| 4 | Telephone: (310) 586-7800 |
| 5 | Facsimile: (310) 591-1400 |
| 6 | |
| 7 | **Counsel for Defendants Shelter Capital Partners, LLC and Shelter Venture Fund L.P.** |
| 8 | |
| 9 | WILMER CUTLER PICKERING HALE AND DOOR LLP |
| 10 | Robert G. Badal |
| | 350 S. Grand Avenue, Suite 2100 |
| 11 | Los Angeles, CA 90071 |
| 12 | Telephone: (213) 443-5300 |
| | Facsimile: (213) 443-5400 |
| 13 | |
| 14 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 15 | Annette L. Hurst |
| | The Orrick Building |
| 16 | 405 Howard Street |
| 17 | San Francisco, CA 94105-2669 |
| | Telephone: (415) 773-4585 |
| 18 | Facsimile: (415) 773-5759 |
| 19 | |
| 20 | **Counsel for Defendants Spark Capital, LLC and Spark Capital, L.P.** |
| 21 | |
| 22 | WILMER CUTLER PICKERING HALE AND DOOR LLP |
| | Maria K. Vento |
| 23 | 1117 California Avenue |
| | Palo Alto, CA 94304 |
| 24 | Telephone: (650) 858-6000 |
| 25 | Facsimile: (650) 858-6100 |
| 26 | |
| 27 | WILMER CUTLER PICKERING HALE AND DOOR LLP |
| | Joel Cavanaugh |
| 28 | Donald R. Steinberg |

Mark G. Matuschak
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

**Counsel for Defendant The Tornante Company, LLC**

KULIK, GOTTESMAN, MOUTON & SIEGEL, LLP
Glen L. Kulik
Alisa S. Edelson
15303 Ventura Boulevard, Suite 1400
Sherman Oaks, CA 91403
Telephone: (310) 557-9200
Facsimile: (310) 557-0224

| | |
|---|---|
| Dated: November 4, 2009 | Respectfully submitted, |
| | IRELL & MANELLA LLP<br>Steven A. Marenberg<br>Brian D. Ledahl<br>Carter R. Batsell |
| | By: _/s/ Steven A. Marenberg_<br>Steven A. Marenberg<br>Attorneys for Plaintiffs |