

USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: | |
|---|---|
| See Attachment A. | DISTRICT: C.D. Cal.    JUDGE: A. Howard Matz |
| | DISTRICT COURT NUMBER: CV-07-05744 AHM (AJWx) |
| | DATE NOTICE OF APPEAL FILED: November 4, 2009    IS THIS A CROSS APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): 09-55902 |

BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:

See Attachment B.

PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:

See Attachment C; Attachment D includes judgments, orders, and opinions of the District Court required under Circuit Rule 3-4.

PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):

Proceedings in the United States Court of Appeals for the Ninth Circuit against defendants previously dismissed from this matter are ongoing. The docket number of those proceedings is 09-55902.

DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:

☐ Possibility of Settlement
☐ Likelihood that intervening precedent will control outcome of appeal
☒ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify)

All parties will likely file a motion requesting that the Ninth Circuit consolidate this appeal with 09-55902.

☐ Any other information relevant to the inclusion of this case in the Mediation Program

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

# LOWER COURT INFORMATION

## JURISDICTION

### FEDERAL
- [X] FEDERAL QUESTION
- [ ] DIVERSITY
- [ ] OTHER (SPECIFY):

### APPELLATE
- [X] FINAL DECISION OF DISTRICT COURT
- [ ] INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT
- [ ] INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):
- [ ] OTHER (SPECIFY):

## DISTRICT COURT DISPOSITION

### TYPE OF JUDGMENT/ORDER APPEALED
- [ ] DEFAULT JUDGMENT
- [ ] DISMISSAL/JURISDICTION
- [ ] DISMISSAL/MERITS
- [X] SUMMARY JUDGMENT
- [ ] JUDGMENT/COURT DECISION
- [ ] JUDGMENT/JURY VERDICT
- [ ] DECLARATORY JUDGMENT
- [ ] JUDGMENT AS A MATTER OF LAW
- [ ] OTHER (SPECIFY):

### RELIEF
- [ ] DAMAGES:
  - SOUGHT $
  - AWARDED $
- [ ] INJUNCTIONS:
  - [ ] PRELIMINARY
  - [ ] PERMANENT
  - [ ] GRANTED
  - [ ] DENIED
- [ ] ATTORNEY FEES:
  - SOUGHT $
  - AWARDED $
- [ ] PENDING
- [ ] COSTS: $

# CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**

1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

Signature: [signed]  Date: 11/4/09

# COUNSEL WHO COMPLETED THIS FORM

| Field | Value |
|---|---|
| NAME | Steven A. Marenberg |
| FIRM | Irell & Manella LLP |
| ADDRESS | 1800 Avenue of the Stars, Suite 900 |
| CITY | Los Angeles |
| STATE | CA |
| ZIP CODE | 90067 |
| E-MAIL | smarenberg@irell.com |
| TELEPHONE | (310) 277-1010 |
| FAX | (310) 203-7199 |

**\*\*THIS DOCUMENT SHOULD BE FILED IN DISTRICT COURT WITH THE NOTICE OF APPEAL.\*\***
**\*\*IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS.\*\***