# CIVIL APPEALS DOCKETING STATEMENT
# ATTACHMENT A: TITLE IN FULL

UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP., a New York corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; RONDOR MUSIC INTERNATIONAL, INC., a California corporation; UNIVERSAL MUSIC – MGB NA LLC, a California Limited Liability Company; UNIVERSAL MUSIC – Z TUNES LLC, a New York Limited Liability company; and UNIVERSAL MUSIC – MBG MUSIC PUBLISHING LTD., a U.K. company,

Plaintiffs,

v.

VEOH NETWORKS, INC., a California corporation; SHELTER CAPITAL PARTNERS, LLC, a Delaware limited liability company; SHELTER VENTURE FUND, L.P., a Delaware limited partnership; SPARK CAPITAL, LLC, a Delaware limited liability company; SPARK CAPITAL, L.P., a Delaware limited partnership; THE TORNANTE COMPANY, LLC, a Delaware limited liability company,

Defendants.

CIVIL APPEALS DOCKETING STATEMENT:
ATTACHMENT A

2150365