# CIVIL APPEALS DOCKETING STATEMENT
# ATTACHMENT B: BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW

On September 4, 2007, Plaintiffs ("UMG") sued Defendant Veoh Networks, Inc. ("Veoh") for direct, contributory, vicarious, and inducing copyright infringement. Plaintiffs' claims stem from Veoh's unauthorized exploitation of Plaintiffs' copyrighted works on the website http://www.veoh.com, and through the use of Veoh's software application.

On September 5, 2008, UMG moved for partial summary judgment on Veoh's second affirmative defense ("17 U.S.C. § 512"). UMG argued that Veoh was not entitled to 17 U.S.C. § 512(c)'s limitations on copyright infringement liability because Veoh's infringement did not occur by reason of "storage at the direction of a user," as that term is used in 17 U.S.C. § 512(c)(1). On December 29, 2008, the District Court denied UMG's motion for partial summary judgment and expressed, among other things, the Court's conclusion that functions performed by Veoh's software qualify as "storage" undertaken "at the direction of a user" for the purposes of 17 U.S.C. § 512(c).

On May 22, 2009, Veoh moved for summary judgment on its alleged entitlement to Section 512(c)'s limitation on liability. On September 11, 2009, the Court granted Veoh's motion for summary judgment and expressed, among other things, the Court's conclusion that Veoh satisfied the remaining requirements of 17 U.S.C. § 512(c) and was thus entitled to that section's limitations on liability for copyright infringement. Pursuant to the Court's December 2008 and September 2009 Orders, UMG was entitled to no money damages from Veoh, and to only limited injunctive relief, as provided under 17 U.S.C. § 512.

The parties subsequently stipulated to the limited injunctive relief provided under 17 U.S.C. § 512 to facilitate the entry of final judgment and this appeal. The parties' stipulation rendered any further proceedings in the action moot, absent any

reversal, vacatur, remand, or other alteration of the Court's December 2008 and/or September 2009 Orders on appeal.  (UMG reserved its right to appeal the Court's December 2008 and September 2009 Orders under the parties' stipulation.)  In light of the parties' stipulation and the Court's December 2008 and September 2009 Orders, the parties requested that the District Court enter a final judgment pursuant to the parties' stipulation.  The Court did so on November 4, 2009.