# REPRESENTATION STATEMENT

Pursuant to Circuit Rules 3-2(b) and 12-2, Plaintiffs hereby submit the following Representation Statement, identifying all parties to the action along with the names, addresses and telephone numbers of their respective counsel:

**Counsel for Plaintiffs/Appellants UMG Recordings, Inc.; Universal Music Corp.; Songs of Universal, Inc.; Universal-Polygram International Publishing, Inc.; Rondor Music International, Inc.; Universal Music – MGB NA LLC; Universal Music – Z Tunes LLC; and Universal Music – MGB Music Publishing Ltd.**

IRELL & MANELLA LLP
Steven A. Marenberg
Brian D. Ledahl
Carter R. Batsell
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

**Counsel for Defendant/Appellee Veoh Networks, Inc.**

WINSTON & STRAWN LLP
Rebecca Calkins
Erin Ranahan
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

WINSTON & STRAWN LLP
Michael S. Elkin
Thomas P. Lane
200 Park Avenue
New York, New York 10166-0007
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

WINSTON & STRAWN LLP
Jennifer A. Golinveaux
101 California Street
San Francisco, CA 94111-5894
Telephone: (310) 586-7800
Facsimile: (310) 591-1400

**Counsel for Defendants Shelter Capital Partners, LLC and Shelter Venture Fund L.P.**

WILMER CUTLER PICKERING HALE AND DOOR LLP
Robert G. Badal
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

ORRICK, HERRINGTON & SUTCLIFFE LLP
Annette L. Hurst
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-4585
Facsimile: (415) 773-5759

**Counsel for Defendants Spark Capital, LLC and Spark Capital, L.P.**

WILMER CUTLER PICKERING HALE AND DOOR LLP
Maria K. Vento
1117 California Avenue
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILMER CUTLER PICKERING HALE AND DOOR LLP
Joel Cavanaugh
Donald R. Steinberg

Mark G. Matuschak
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

**Counsel for Defendant The Tornante Company, LLC**

KULIK, GOTTESMAN, MOUTON & SIEGEL, LLP
Glen L. Kulik
Alisa S. Edelson
15303 Ventura Boulevard, Suite 1400
Sherman Oaks, CA 91403
Telephone: (310) 557-9200
Facsimile: (310) 557-0224

| | |
|---|---|
| Dated: November 4, 2009 | Respectfully submitted, |
| | IRELL & MANELLA LLP<br>Steven A. Marenberg<br>Brian D. Ledahl<br>Carter R. Batsell |
| | By: _____<br>Steven A. Marenberg<br>Attorneys for Plaintiffs |