

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
San Francisco, California 94103
415-355-8000

November 10, 2009

---

| | |
|---|---|
| No.: | 09-56777 |
| D.C. No.: | 2:07-cv-05744-AHM-AJW |
| Short Title: | UMG Recordings, Inc., et al v. Veoh Networks, Inc., et al |

---

Dear Appellants/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for designating and filing the reporter's transcript, if applicable, filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

The following information is being provided in an attempt to answer the most frequently asked questions regarding the appellate process. Please review this information very carefully. For convenience, we use the term "Circuit Rules" instead of "Rules of the United States Court of Appeals for the Ninth Circuit" and "FRAP" instead of "Federal Rules of Appellate Procedure".

Enclosed with this letter is an appellate processing schedule along with a case processing checklist to help you monitor the progress of your case.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 10 2009

MOLLY C. DWYER
CLERK OF COURT
U.S. COURT OF APPEALS

UMG RECORDINGS, INC., a Delaward
corporation; et al.,

       Plaintiffs - Appellants,

  v.

VEOH NETWORKS, INC., a California
corporation,

       Defendant - Appellee,

 and

SHELTER CAPITAL PARTNERS LLC,
a Delaware Limited Liability Company;
et al.,

       Defendants.

No.       09-56777

D.C. No.   2:07-cv-05744-AHM-
           AJW

U.S. District Court for Central
California, Los Angeles

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule:

| | |
|---|---|
| **Thu., March 4, 2010** | Court reporter shall file transcript in the district court, pursuant to FRAP 11(b) and 9th Cir. R. 11-1.1. |
| **Thu., March 11, 2010** | Certificate of record due. |
| **Tue., April 20, 2010** | Appellant's opening brief and excerpts of record shall |

be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1.

**Thu., May 20, 2010**       Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1.

**The optional appellants reply brief shall be filed and served within fourteen days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellants to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Jennifer Nidorf
Deputy Clerk