Rebecca Lawlor Calkins (SBN: 195593)
Erin R. Ranahan (SBN: 235286)
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Tel: (213) 615-1700   Fax: (213) 615-1750
Email: rcalkins@winston.com; eranahan@winston.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UMG RECORDS, INC., et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 07 5744-AHM (AJWx) |
| v. | |
| VEOH NETWORKS, INC., | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents: Ntc of Motion and Motion for Attorneys Fees and Costs; Ranahan Declaration ISO of Motion for Attorneys Fees and Costs; Application to File Under Seal; [Proposed] Order Granting Application to File Under Seal; Notice of Manual Filing**

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☒ Other  See above.

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☒ Per Court order dated  September 30, 2008

☒ Manual Filing required (*reason*): **Contains attorney-work product regarding Veoh's attorneys fees and costs, and confidential information regarding settlement discussions**

| November 17, 2009 | /S/ ERIN R. RANAHAN |
|---|---|
| Date | Attorney Name |
| | Defendant Veoh Networks, Inc. |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)           **NOTICE OF MANUAL FILING**

American LegalNet, Inc.
www.FormsWorkflow.com