# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC. a California Corporation, *et al.*,<br><br>    Defendants. | Case No. CV 07 5744 – AHM (AJWx)<br><br>**[PROPOSED] ORDER GRANTING VEOH NETWORKS INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>**Judge:** Hon. A. Howard Matz<br><br>**Date:** December 14, 2009<br>**Time:** 10:00 a.m.<br>**Ctrm:** 14 |

LA:259966.1      1

1     The Motion of Veoh Networks, Inc. ("Veoh") for attorneys' fees and costs was heard on December 14, 2009, in Courtroom 14 of the above-referenced court. The Honorable Judge A. Howard Matz presided.

    Having considered all papers, pleadings and evidence submitted and the oral arguments presented, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

    1.    Veoh's Motion for Attorneys' Fees and Costs is GRANTED; and

    2.    Veoh his hereby awarded a total of $4,613,062.20, in fees and $204,530.11 in costs pursuant to 17 U.S.C. § 505; and/or

    3.    Veoh is hereby awarded 2,859,073.40 in fees, and $170,627.78 in costs pursuant to Rule 68 of the Federal Rules of Civil Procedure.

Dated: _____      _____

                                                   Hon. A. Howard Matz