Rebecca Calkins (SBN: 195593)
Erin Ranahan (SBN: 235286)
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750
Email: rcalkins@winston.com
Email: eranahan@winston.com

Jennifer A. Golinveaux (SBN 203056)
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)
Email: jgolinveaux@winston.com

Michael S. Elkin (admitted *pro hac vice*)
Thomas P. Lane (admitted *pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)
Email: melkin@winston.com
Email: tlane@winston.com

Attorneys for Defendant
VEOH NETWORKS, INC.

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> VEOH NETWORKS, INC. *et al.* <br><br> Defendants. | Case No. CV 07 5744 – AHM (AJWx) <br><br> **PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |

LA:259971.1

## PROOF OF SERVICE

| STATE OF CALIFORNIA | ) | |
|---|---|---|
| | ) | ss |
| COUNTY OF LOS ANGELES | ) | |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 333 South Grand Avenue, Los Angeles, CA 90071-1543. On November 17, 2009, I served the within documents:

**1.** **VEOH'S APPLICATION TO FILE DOCUMENTS UNDER SEAL;**

**2.** **[PROPOSED] ORDER GRANTING VEOH'S APPLICATION TO FILE DOCUMENTS UNDER SEAL;**

**3.** **VEOH'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND**

**4.** **DECLARATION OF ERIN R. RANAHAN IN SUPPORT OF VEOH'S MOTION FOR ATTORNEYS' FEES AND COSTS**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

☐ On _____ I sent such document(s) from facsimile machine 213-615-1750. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 213-615-1750 which confirms said transmission and receipt.

☑ by causing the document(s) listed above to be delivered via overnight delivery (Federal Express) to the person(s) at the address(es) set forth below.

☑ By causing the foregoing document to be served electronically by electronically mailing a true and correct copy through Winston & Strawn's electronic mail system on November 17, 2009 to the e-mail address(es), as stated in the attached service list, and the transmission was reported as complete and no error was reported.

### PLEASE SEE ATTACHED SERVICE LIST

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 17, 2009, at Los Angeles, California.

Patricia Waters

3

**PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL**
**Case No. CV 07 5744-AHM (AJWx)**

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

1  *UMG Recordings, Inc., et al. v. Veoh Networks, Inc.*
   **USDC, Central Case No. CV 07-5744-AHM (AJWx)**

2

3                          **SERVICE LIST**

4  | **(BY U.S. MAIL AND E-MAIL)** | |
   |---|---|
   | Steven A. Marenberg, Esq. | |
   | Elliot Brown, Esq. | |
   | Brian Ledahl, Esq. | |
   | **IRELL & MANELLA LLP** | |
   | 1800 Avenue of the Stars, Suite 900 | |
   | Los Angeles, CA 90067 | |
   | Telephone: (310) 277-1010 | |
   | Fax: (310) 203-7199 | |
   | (smarenberg@irell.com) | |
   | (ebrown@irell.com) | |
   | (bledahl@irell.com) | |
   | | |
   | **Attorneys for Plaintiffs** | |

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

**PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL**
**Case No. CV 07 5744-AHM (AJWx)**