Rebecca Lawlor Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1506/Fax: (415) 591-1400

Michael S. Elkin (*pro hac vice*)
Email: melkin@winston.com
Thomas Patrick Lane (*pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700/Fax: (212) 294-4700

Attorneys for Defendant,
VEOH NETWORKS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware Corporation, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC., a California Corporation, et al.,<br><br>Defendants. | **Case No. CV 07 5744 -- AHM (AJWx)**<br><br>**VEOH NETWORKS INC.'S NOTICE OF APPLICATION AND APPLICATION TO CLERK TO TAX CERTAIN COSTS**<br><br>Date: December 4, 2009<br>Time: 10:00 a.m.<br><br>Judgment Entered: November 3, 2009 |

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

TO THE CLERK OF THE COURT, THE COURT, PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on December 4, 2009, at 10:00 a.m., Defendant Veoh Networks, Inc. ("Veoh") hereby requests that the Clerk of the Court, pursuant to Federal Rules of Civil Procedure 54(d)(1) and Local Rule 54-3, tax certain costs incurred in the litigation of this action, in the amount of $73,279.24, as set forth in the Bill of Costs, Declaration of Erin R. Ranahan, and supporting documentation being filed concurrently herewith.

This Application is made subsequent to the Court's entering final judgment in this action on November 3, 2009 (Dkt. No. 582). This Application is brought on the grounds that Veoh is the prevailing party under Local Rule 54-2 against Plaintiffs ("UMG") in the above-captioned action because Veoh prevailed on its motion for summary judgment regarding its entitlement to safe harbor protection pursuant to Section 512(c) of the DMCA from any monetary damages sought by UMG. *See* September 11, 2009 Order Granting Veoh's Motion for Summary Judgment, Dkt. No. 575. Thus, having obtained summary judgment in its favor, Veoh is the prevailing party under Local Rule 54-2.2.

On November 3, 2009, at the Court's direction, the parties entered a stipulation whereby Veoh agreed to continue to comply with its policies and not put the allegedly infringing videos back up on the site or reinstate users who were terminated for uploading the videos. The parties further stipulated that any further relief permitted by 17 U.S.C. § 512(j) was moot. Nov. 13, 2009 Joint Stip. & Order, Dkt. No. 582. Because UMG recovered nothing from its entire complaint, UMG cannot be considered the "prevailing party" under Local Rule 54-2.1. Accordingly, as the prevailing party in this litigation, Veoh is entitled to have certain costs taxed by the Clerk of the Court pursuant to Federal Rules of Civil Procedure 54(d)(1) and Local Rule 54-4.

1
VEOH'S NOTICE OF APPLICATION AND APPLICATION TO CLERK TO TAX CERTAIN COSTS
CASE NO. 07 5744 – AHM (AJWx)

LA:260022.2

Attached as Exhibit A to this Application are Winston & Strawn's Disbursement Audit reports for all of the costs included on Veoh's Bill of Costs.

Attached as Exhibit B to this Application are invoices from L.A. Best Photocopies, Inc., regarding copying and printing services allowable by Local Rule 54-4.11.

Attached as Exhibit C to this Application are invoices from Doerner & Goldberg (Veritext), Bell & Myers, and Legal Link regarding court reporter and transcript costs allowable by Local Rule 54-4.5 and Local Rule 54-4.6.

This Application is based upon this Notice and Application, the accompanying Bill of Costs, the accompanying Declaration of Erin R. Ranahan, and the exhibits attached hereto, and upon such other and further evidence and argument as may be presented to the Court if the Court sets a hearing on this Application.

Dated: November 18, 2009  WINSTON & STRAWN LLP

By: /s/ Erin R. Ranahan
Michael S. Elkin
Thomas Patrick Lane
Jennifer A. Golinveaux
Rebecca Lawlor Calkins
Erin R. Ranahan

Attorneys for Defendant
VEOH NETWORKS, INC.