# EXHIBIT B



# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 3/19/2008 | LA 91232 |

**PAID**

| BILL TO | PLEASE REMIT TO |
|---|---|
| Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>Attn: Arlene/Erin | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|---|---|---|---|---|
| Net 30 | 33-0718874 | (213) 615-1700 | 85276-4 | Arlene/Erin |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|---|---|---|---|---|---|
| Bates Labels | Page 5----Page 420 | 416 | 0.05 | | 20.80T |
| Bottom Tabs | Bottom Tabs | 13 | 0.20 | | 2.60T |
| | Sales Tax | | 8.25% | | 1.93 |

| Thank you for your business. | **Total** | $25.33 |
|---|---|---|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please remit promptly to avoid this charge.



# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 5/23/2008 | LA 92848 |

| BILL TO | PLEASE REMIT TO |
|---------|-----------------|
| Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>Attn: Erin Ranahan | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|-------|----------|---------|-------------------|--------------|
| Net 30 | 33-0718874 | (213) 615-1700 | 85276-4 | Erin Ranahan |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|------|-------------|-----|------|----------|--------|
| Labor | 1 Hour Labor Charge for FTP Download @ $35/Hour | 1 | 35.00 | 5/23/2008 | 35.00 |
| CD | CDs with Label | 8 | 14.95 | | 119.60T |
| B & W | B&W Printout with Blue Slip Sheets | 5,184 | 0.08 | | 414.72T |
| Labor | 2 Hours Labor Charge for Hand Staple each Document @ $25/Hour | 2 | 25.00 | | 50.00 |
| | Sales Tax | | 8.25% | | 44.08 |

| Thank you for your business. | **Total** | $663.40 |
|---|---|---|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please remit promptly to avoid this charge.



# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 6/2/2008 | LA 93039 |

PAID

| BILL TO | PLEASE REMIT TO |
|---------|-----------------|
| Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>Attn: Arlene/Erin | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|-------|----------|---------|-------------------|--------------|
| Net 30 | 33-0718874 | (213) 615-1700 | 85276-4 | Arlene/Erin |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|------|-------------|-----|------|----------|--------|
| CD | CD Duplication<br>Sales Tax | 8 | 14.95<br>8.25% | 6/2/2008 | 119.60T<br>9.87 |

| Thank you for your business. | **Total** | $129.47 |
|------------------------------|-----------|---------|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please
remit promptly to avoid this charge.



# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 6/4/2008 | LA 93105 |

**PAID**

| BILL TO | PLEASE REMIT TO |
|---------|-----------------|
| Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>Attn: Arlene/Erin | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|-------|----------|---------|-------------------|--------------|
| Net 30 | 33-0718874 | (213) 615-1700 | 85276-4 | Arlene/Erin |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|------|-------------|-----|------|----------|--------|
| DVD Duplicati... | DVD Duplication<br>Sales Tax | 2 | 25.00<br>8.25% | 6/4/2008 | 50.00T<br>4.13 |

| Thank you for your business. | | **Total** | $54.13 |
|---|---|---|---|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please remit promptly to avoid this charge.



# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 7/21/2008 | LA 94162 |

**PAID**

| BILL TO | PLEASE REMIT TO |
|---------|-----------------|
| Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>Attn: Arlene/Erin | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|-------|----------|---------|-------------------|--------------|
| Net 30 | 33-0718874 | (213) 615-1700 | 85276-4 | Arlene/Erin |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|------|-------------|-----|------|----------|--------|
| Bates Labels | Laser Bates Label (Exhibits)<br>Sales Tax | 233 | 0.05<br>8.25% | 7/18/2008 | 11.65T<br>0.96 |

| Thank you for your business. | **Total** | $12.61 |
|------|------|------|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please
remit promptly to avoid this charge.



# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 8/29/2008 | LA 95069 |

**PAID**

| BILL TO | PLEASE REMIT TO |
|---------|-----------------|
| Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>Attn: Elizabeth / Veronica | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|-------|----------|---------|-------------------|--------------|
| Due on receipt | 33-0718874 | (213) 615-1700 | 85276-4 | Kolette |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|------|-------------|-----|------|----------|--------|
| B & W | B&W Printout on Legal Paper | 9,295 | 0.08 | 8/27/2008 | 743.60T |
| Long Acco Bind | Long Acco Bind | 10 | 1.00 | | 10.00T |
| Redwelds | Redweld with No Label | 10 | 1.00 | | 10.00T |
| Report Cover | 3" Report Cover | 1 | 2.00 | | 2.00T |
| | Sales Tax | | 8.25% | | 63.16 |

| Thank you for your business. | **Total** | $828.76 |
|------------------------------|-----------|---------|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please
remit promptly to avoid this charge.



# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 9/2/2008 | LA 95101 |



| BILL TO | PLEASE REMIT TO |
|---------|-----------------|
| Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>Attn: Arlene/Erin | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|-------|----------|---------|-------------------|--------------|
| Due on receipt | 33-0718874 | (213) 615-1700 | 85276-4 | Arlene/Erin |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|------|-------------|-----|------|----------|--------|
| Bates Labels | Exhibit & Page # | 405 | 0.05 | 9/2/2008 | 20.25T |
| B & W | B&W Copies | 464 | 0.10 | | 46.40T |
| Bottom Tabs | Bottom Tabs | 18 | 0.20 | | 3.60T |
| Scan | B&W Scan and E-Mail | 414 | 0.12 | | 49.68T |
| | Sales Tax | | 8.25% | | 9.89 |

| Thank you for your business. | **Total** | $129.82 |
|------|------|------|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please remit promptly to avoid this charge.



# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 10/2/2008 | LA 95780 |

**PAID**

| BILL TO | PLEASE REMIT TO |
|---------|-----------------|
| Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>Attn: Arlene/Rebecca | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|-------|----------|---------|-------------------|--------------|
| Due on receipt | 33-0718874 | (213) 615-1700 | 85276-4 | Arlene/Rebecca |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|------|-------------|-----|------|----------|--------|
| CD | CD Duplication<br>Sales Tax | 10 | 14.95<br>8.25% | 10/2/2008 | 149.50T<br>12.33 |

| Thank you for your business. | **Total** | $161.83 |
|------------------------------|-----------|---------|

1.5% late charge ($5.00 minimum) will be assess if payment is past due.  Please
remit promptly to avoid this charge.



# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 10/15/2008 | LA 96028 |

**PAID**

| BILL TO | PLEASE REMIT TO |
|---|---|
| Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>Attn: Arlene/Rebecca | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|---|---|---|---|---|
| Due on receipt | 33-0718874 | (213) 615-1700 | 85276-4 | Arlene/Rebecca |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|---|---|---|---|---|---|
| Scan | B&W Scan to PDF | 595 | 0.10 | 10/15/2008 | 59.50T |
| CD | 6 Sets of CDs | 6 | 14.95 | | 89.70T |
| Labor | 1 Hour Labor Charge for Convert PDF to Single Tiff with Load Files @ $35/Hour | 1 | 35.00 | | 35.00 |
| CD | Master CD | 1 | 14.95 | | 14.95T |
| | Sales Tax | | 8.25% | | 13.54 |

| Thank you for your business. | **Total** | $212.69 |
|---|---|---|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please remit promptly to avoid this charge.



# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 10/22/2008 | LA 96176 |

**PAID**

| BILL TO | PLEASE REMIT TO |
|---|---|
| Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>Attn: Elizabeth / Veronica | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|---|---|---|---|---|
| Due on receipt | 33-0718874 | (213) 615-1700 | 85276-4 | Kolette |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|---|---|---|---|---|---|
| CD | CD Duplication<br>Sales Tax | 5 | 14.95<br>8.25% | 10/22/2008 | 74.75T<br>6.17 |

Thank you for your business.

**Total**      $80.92

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please remit promptly to avoid this charge.



# LA Best Photocopies, Inc.
811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 11/19/2008 | LA 96853 |

**PAID**

| BILL TO | PLEASE REMIT TO |
|---------|-----------------|
| Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>Attn: Erin Ranahan | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|-------|----------|---------|-------------------|--------------|
| Due on receipt | 33-0718874 | (213) 615-1700 | 85276-4 | Erin Ranahan |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|------|-------------|-----|------|----------|--------|
| B & W | B&W Print (Staple and Clip)<br>Sales Tax | 25,540 | 0.08<br>8.25% | 11/19/2008 | 2,043.20T<br>168.56 |

| Thank you for your business. | **Total** | $2,211.76 |
|---|---|---|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please
remit promptly to avoid this charge.



# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 12/4/2008 | LA 97123 |

**PAID**

| BILL TO | PLEASE REMIT TO |
|---------|-----------------|
| Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>Attn: Erin Ranahan | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|-------|----------|---------|-------------------|--------------|
| Due on receipt | 33-0718874 | (213) 615-1700 | 85276-4 | Erin Ranahan |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|------|-------------|-----|------|----------|--------|
| Heavy<br>Manila Folder | Heavy Litigation Copies<br>Manila Folder without Label<br>Sales Tax | 647<br>49 | 0.10<br>0.50<br>8.25% | 12/4/2008 | 64.70T<br>24.50T<br>7.36 |

| Thank you for your business. | **Total** | $96.56 |
|------|------|------|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please
remit promptly to avoid this charge.



# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 1/23/2009 | LA 97994 |



| BILL TO | PLEASE REMIT TO |
|---------|-----------------|
| Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>Attn: Arlene/Rebecca | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|-------|----------|---------|-------------------|--------------|
| Due on receipt | 33-0718874 | (213) 615-1700 | 85276-4 | Arlene/Rebecca |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|------|-------------|-----|------|----------|--------|
| DVD Duplicati... | DVD Duplication | 14 | 25.00 | 1/23/2009 | 350.00T |
| CD | CD Duplication | 2 | 14.95 | | 29.90T |
| | Sales Tax | | 8.25% | | 31.34 |

Thank you for your business.

| **Total** | $411.24 |
|-----------|---------|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please remit promptly to avoid this charge.



# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 3/17/2009 | LA 99213 |



| BILL TO | PLEASE REMIT TO |
|---------|-----------------|
| Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>Attn: Erin Ranahan/Patty S. | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|-------|----------|---------|-------------------|--------------|
| Due on receipt | 33-0718874 | (213) 615-1700 | 85276-4 | Erin Ranahan/Patty S. |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|------|-------------|-----|------|----------|--------|
| CD | CD Duplication<br>Sales Tax | 8 | 14.95<br>8.25% | 3/17/2009 | 119.60T<br>9.87 |

| Thank you for your business. | **Total** | $129.47 |
|---|---|---|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please remit promptly to avoid this charge.



# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 3/30/2009 | LA 99434 |

**PAID**

| BILL TO | PLEASE REMIT TO |
|---------|-----------------|
| Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>Attn: Patty Strader | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|-------|----------|---------|-------------------|--------------|
| Due on receipt | 33-0718874 | (213) 615-1846 | 85276-4 | Patty Strader |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|------|-------------|-----|------|----------|--------|
| B & W | B&W Copies | 3,261 | 0.08 | 3/30/2009 | 260.88T |
| Side Tabs | Side & Bottom Tabs | 333 | 0.20 | | 66.60T |
| 1.5" D-Ring Bi... | 1.5" D-Ring Black View Binder | 9 | 4.99 | | 44.91T |
| 2" D-Ring Bin... | 2" D-Ring Black View Binder | 3 | 6.49 | | 19.47T |
| | Sales Tax | | 8.25% | | 32.33 |

| Thank you for your business. | **Total** | $424.19 |
|------------------------------|-----------|---------|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please remit promptly to avoid this charge.



# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 4/9/2009 | LA 99704 |

**PAID**

| BILL TO | PLEASE REMIT TO |
|---------|-----------------|
| Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>Attn: Arlene/Rebecca | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|-------|----------|---------|-------------------|--------------|
| Due on receipt | 33-0718874 | (213) 615-1700 | 85276-4 | Arlene/Rebecca |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|------|-------------|-----|------|----------|--------|
| CD | CD Duplication | 5 | 14.95 | 4/9/2009 | 74.75T |
| DVD Duplicati... | DVD Duplication | 5 | 25.00 | | 125.00T |
| | Sales Tax | | 9.25% | | 18.48 |

| Thank you for your business. | **Total** | $218.23 |
|------|------|------|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please
remit promptly to avoid this charge.



# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 4/15/2009 | LA 99801 |

**PAID**

| BILL TO | PLEASE REMIT TO |
|---------|-----------------|
| Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>Attn: Erin Ranahan | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|-------|----------|---------|-------------------|--------------|
| Due on receipt | 33-0718874 | (213) 615-1700 | 85276-4 | Erin Ranahan |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|------|-------------|-----|------|----------|--------|
| Blow Back | 92,340 Pages B&W Blow Back with Blue Slip Sheets<br><br>UMG 01611716 - UMG 01704055<br><br>One Time Special Deal for Erin Ranahan<br>Sales Tax | 1 | 3,000.00<br><br><br><br><br>9.25% | 4/15/2009 | 3,000.00T<br><br><br><br><br>277.50 |

| Thank you for your business. | **Total** | $3,277.50 |
|---|---|---|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please remit promptly to avoid this charge.

# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 6/23/2009 | LA 101159 |

**PAID**

| BILL TO | PLEASE REMIT TO |
|---|---|
| Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>Attn: Erin Ranahan | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|---|---|---|---|---|
| Due on receipt | 33-0718874 | (213) 615-1700 | 85276-4 | Erin Ranahan |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|---|---|---|---|---|---|
| B & W | B&W Printout | 689 | 0.07 | 6/23/2009 | 48.23T |
| CD | CD Duplication | 1 | 14.95 | | 14.95T |
| | Sales Tax | | 9.25% | | 5.84 |

Thank you for your business.

| **Total** | $69.02 |
|---|---|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please remit promptly to avoid this charge.



# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 6/23/2009 | LA 101160 |

**PAID**

| BILL TO | PLEASE REMIT TO |
|---------|-----------------|
| Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>Attn: Erin Ranahan | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|-------|----------|---------|-------------------|--------------|
| Due on receipt | 33-0718874 | (213) 615-1700 | 85276-4 | Erin Ranahan |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|------|-------------|-----|------|----------|--------|
| B & W<br>Bottom Tabs | B&W Copies<br>Bottom Tabs<br>Sales Tax | 1,044<br>12 | 0.10<br>0.20<br>9.25% | 6/23/2009 | 104.40T<br>2.40T<br>9.88 |

| Thank you for your business. | **Total** | $116.68 |
|---|---|---|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please
remit promptly to avoid this charge.



# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 6/24/2009 | LA 101194 |

**PAID**

| BILL TO | PLEASE REMIT TO |
|---|---|
| Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>Attn: Erin Ranahan | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|---|---|---|---|---|
| Due on receipt | 33-0718874 | (213) 615-1700 | 85276-4 | Erin Ranahan |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|---|---|---|---|---|---|
| B & W | B&W Printout | 775 | 0.07 | 6/24/2009 | 54.25T |
| | UMG01733777 -UMG01734551<br>Sales Tax | | 9.25% | | 5.02 |

| Thank you for your business. | **Total** | $59.27 |
|---|---|---|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please
remit promptly to avoid this charge.



# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 7/2/2009 | LA 101371 |

**PAID**

| BILL TO | PLEASE REMIT TO |
|---------|-----------------|
| Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>Attn: Erin Ranahan | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|-------|----------|---------|-------------------|--------------|
| Due on receipt | 33-0718874 | (213) 615-1700 | 85276-4 | Erin Ranahan |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|------|-------------|-----|------|----------|--------|
| Scan | B&W Scan to Single Tiff | 2,678 | 0.10 | 7/2/2009 | 267.80T |
| Electronic Bates | RW00001 - RW02678 | 2,678 | 0.03 | | 80.34T |
| CD | CD Duplication | 2 | 14.95 | | 29.90T |
| | Sales Tax | | 9.75% | | 36.86 |

Thank you for your business.

| **Total** | $414.90 |
|-----------|---------|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please remit promptly to avoid this charge.



# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 7/8/2009 | LA 101465 |

**PAID**

| BILL TO | PLEASE REMIT TO |
|---|---|
| Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>Attn: Erin Ranahan | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|---|---|---|---|---|
| Due on receipt | 33-0718874 | (213) 615-1700 | 85276-4 | Erin Ranahan |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|---|---|---|---|---|---|
| B & W | B&W Printout & Insert Tabs (Follow Exhibit List) | 6,071 | 0.10 | 7/7/2009 | 607.10T |
| Side Tabs | Side # Tabs | 267 | 0.20 | | 53.40T |
| Custom Tab | Custom Made Tabs | 51 | 0.45 | | 22.95T |
| 3" D-Ring Bin... | 3" D-Ring Black View Binder | 14 | 7.99 | | 111.86T |
| B & W | B&W Printout & Insert Tabs | 571 | 0.10 | 7/8/2009 | 57.10T |
| Side Tabs | Side Tabs | 2 | 0.20 | | 0.40T |
| Custom Tab | Custom Made Tabs | 10 | 0.45 | | 4.50T |
| 3" D-Ring Bin... | 3" D-Ring Black View Binder | 1 | 7.99 | | 7.99T |
| | Sales Tax | | 9.75% | | 84.37 |

| Thank you for your business. | **Total** | $949.67 |
|---|---|---|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please
remit promptly to avoid this charge.



# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 7/10/2009 | LA 101526 |

**PAID**

| BILL TO | PLEASE REMIT TO |
|---------|-----------------|
| Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>Attn: Erin Ranahan | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|-------|----------|---------|-------------------|--------------|
| Due on receipt | 33-0718874 | (213) 615-1700 | 85276-4 | Erin |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|------|-------------|-----|------|----------|--------|
| Conversion | 140 pages convert from PDF to Single Tiff with Load File | 140 | 0.05 | | 7.00T |
| Electronic Bates | LB00001 - LB00140 | 140 | 0.03 | | 4.20T |
| CD | 1 Master & 1 Copy | 2 | 14.95 | | 29.90T |
| | Sales Tax | | 9.75% | | 4.01 |

| Thank you for your business. | **Total** | $45.11 |
|------------------------------|-----------|--------|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please remit promptly to avoid this charge.



# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 7/29/2009 | LA 101926 |

**PAID**

| BILL TO | PLEASE REMIT TO |
|---|---|
| Winston & Strawn, LLP<br>333 S. Grand Ave., Suite 3800<br>Los Angeles, CA 90071<br>Attn: Patty Waters | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|---|---|---|---|---|
| Due on receipt | 33-0718874 | (213) 615-1700 | 85276-4 | Patty Waters |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|---|---|---|---|---|---|
| B & W<br>Side Tabs<br>3" D-Ring Bin... | B&W Copies<br>Side Tabs<br>3" D-Ring Black Clear View<br>Binder<br><br>Veoh's Motions in Limine Nos.<br>1-7<br>Veoh's Motion in Limie re<br>Experts<br>UMG's Oppositions<br>Veoh's Replies<br>8/3/09<br>Sales Tax | 5,220<br>72<br>6 | 0.08<br>0.20<br>7.99<br><br><br><br><br><br><br><br>9.75% | 7/29/2009 | 417.60T<br>14.40T<br>47.94T<br><br><br><br><br><br><br><br>46.79 |

| Thank you for your business. | Total | $526.73 |
|---|---|---|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please remit promptly to avoid this charge.