# EXHIBIT C

EXHIBIT C  PAGE 48

**Doerner & Goldberg**
**A Veritext Company**

25 B Vreeland Rd
Suite 301
Florham Park, NJ 07932
Tel. (973) 740-1100
Fax (973) 716-9572

1350 Broadway
Suite 1407
New York, NY 10018
Tel. (212) 564-8808
Fax (212) 564-9524

**Bill To:** Jennifer A. Golinveaux, Esq.
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

| | |
|---|---|
| **Invoice #:** | NJ174843 |
| **Invoice Date:** | 07/23/2009 |
| **Balance Due:** | $0.00 |

| | |
|---|---|
| **Case:** | Umg Recordings v. Veoh Networks |
| **Job #:** | 207134 \| Job Date: 7/3/2009 \| Delivery: Normal |
| **Billing Atty:** | **Jennifer A. Golinveaux, Esq.** |
| **Location:** | Winston & Strawn LLP |
| | 333 South Grand Street \| Los Angeles, CA 90071 |
| **Sched Atty:** | Evelyn Bernal Yaffe, Esq. \| Winston LA office |
| **Deposing Atty:** | Erin Ranahan, Esq |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Ellis Horowitz | Attendance Fee (appearance) | 1 | | $125.00 |
| 2 | | Transcript - Original & 1 copy | Page | 169.00 | $760.50 |
| 3 | | Transcript - Rough ASCII | Page | 169.00 | $380.25 |
| 4 | | Exhibits | per pag | 55.00 | $26.40 |
| 5 | | CD Depo Litigation Package | Packag | | $39.00 |
| 6 | | Shipping & Handling | 1 | | $22.50 |

**Notes:** (Attendance: Los Angeles CA, Ordered Rough Ascii)

| | |
|---|---|
| **Invoice Total:** | $1,353.65 |
| **Payment:** | ($1,353.65) |
| **Credit:** | |
| **Interest:** | |
| **Balance Due:** | $0.00 |

| | |
|---|---|
| Fed. Tax ID: 20-3132569 | Term: Net 30 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

### THIS INVOICE IS 118 DAYS PAST DUE, PLEASE REMIT - THANK YOU

Make check payable to:

**Veritext Reporting Co.**
**25 B Vreeland Rd, Suite 301**
**Florham Park, NJ 07932**

| | |
|---|---|
| **Invoice #:** | NJ174843 |
| **Job #:** | 207134 |
| **Invoice Date:** | 07/23/2009 |
| **Balance:** | $0.00 |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

EXHIBIT C  PAGE 49

### Doerner & Goldberg
### A Veritext Company

25 B Vreeland Rd
Suite 301
Florham Park, NJ 07932
Tel. (973) 740-1100
Fax (973) 716-9572

1350 Broadway
Suite 1407
New York, NY 10018
Tel. (212) 564-8808
Fax (212) 564-9524

**Bill To:** Melodie Butler
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

| | |
|---|---|
| **Invoice #:** | NJ176329 |
| **Invoice Date:** | 08/21/2009 |
| **Balance Due:** | $0.00 |

| | |
|---|---|
| **Case:** | Umg Recordings v. Veoh Networks |
| **Job #:** | 207134 \| Job Date: 7/3/2009 \| Delivery: Normal |
| **Billing Atty:** | **Melodie Butler** |
| **Location:** | Winston & Strawn LLP |
| | 333 South Grand Street \| Los Angeles, CA 90071 |
| **Sched Atty:** | Evelyn Bernal Yaffe, Esq. \| Winston LA office |
| **Deposing Atty:** | **Erin Ranahan, Esq** |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Ellis Horowitz | Video - Initial fee | | | $350.00 |
| 2 | | Video - Additional hours | Hour | 4.00 | $440.00 |
| 3 | | Video - Digitize & Sync (DepoView) | Hour | 3.00 | $330.00 |
| 4 | | Video - Media Archive/Tape stock | Per tap | 3.00 | $45.00 |
| 5 | | Shipping of Media | 1 | | $18.25 |

| Notes: | | | |
|---|---|---|---|
| | | **Invoice Total:** | $1,183.25 |
| | | **Payment:** | ($1,183.25) |
| | | **Credit:** | |
| | | **Interest:** | |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**THIS INVOICE IS 89 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to:

**Veritext Reporting Co.**
**25 B Vreeland Rd, Suite 301**
**Florham Park, NJ 07932**

| | |
|---|---|
| **Invoice #:** | NJ176329 |
| **Job #:** | 207134 |
| **Invoice Date:** | 08/21/2009 |
| **Balance :** | $0.00 |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

EXHIBIT C PAGE 50

**Doerner & Goldberg**
**A Veritext Company**

25 B Vreeland Rd
Suite 301
Florham Park, NJ 07932
Tel. (973) 740-1100
Fax (973) 716-9572

1350 Broadway
Suite 1407
New York, NY 10018
Tel. (212) 564-8808
Fax (212) 564-9524

**Bill To:** Thomas P. Lane, Esq.
Winston & Strawn LLP
200 Park Ave
New York, NY 10166

| | |
|---|---|
| **Invoice #:** | NJ171986 |
| **Invoice Date:** | 07/07/2009 |
| **Balance Due:** | $0.00 |

| | |
|---|---|
| **Case:** | Umg Recordings v. Veoh Networks |
| **Job #:** | 207136 | Job Date: 7/2/2009 | Delivery: Daily |
| **Billing Atty:** | **Thomas P. Lane, Esq.** |
| **Location:** | Winston & Strawn |
| | 200 Park Ave | Metlife Bldg | New York, NY |
| **Sched Atty:** | Thomas P. Lane, Esq. | Winston & Strawn |
| **Deposing Atty:** | Erin Ranahan, Esq |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | David Blackburn | Attendance Fee (appearance) | 1 | | $125.00 |
| 2 | | Transcript - Original & 1 copy | Page | 322.00 | $2,898.00 |
| 3 | | CD Depo Litigation Package | Packag | | $39.00 |
| 4 | | Shipping & Handling | 1 | | $24.50 |

| | | |
|---|---|---|
| **Notes:** (Attendance: New York, Ordered Daily) | **Invoice Total:** | $3,086.50 |
| | **Payment:** | ($3,086.50) |
| | **Credit:** | |
| | **Interest:** | |
| Fed. Tax ID: 20-3132569     Term: Net 30 | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**THIS INVOICE IS 134 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to:

**Veritext Reporting Co.**
**25 B Vreeland Rd, Suite 301**
**Florham Park, NJ 07932**

| | |
|---|---|
| **Invoice #:** | NJ171986 |
| **Job #:** | 207136 |
| **Invoice Date:** | 07/07/2009 |
| **Balance :** | $0.00 |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

EXHIBIT C  PAGE 51

25 B Vreeland Rd
Suite 301
Florham Park, NJ 07932
Tel. (973) 740-1100
Fax (973) 716-9572

1350 Broadway
Suite 1407
New York, NY 10018
Tel. (212) 564-8808
Fax (212) 564-9524

| | |
|---|---|
| **Bill To:** Melodie Butler<br>Winston & Strawn LLP<br>101 California Street<br>San Francisco, CA 94111-5894 | **Invoice #:** NJ176346<br>**Invoice Date:** 07/30/2009<br>**Balance Due:** $0.00 |

| | |
|---|---|
| **Case:** Umg Recordings v. Veoh Networks<br>**Job #:** 207136 \| Job Date: 7/2/2009 \| Delivery: Normal<br>**Billing Atty:** Melodie Butler<br>**Location:** Winston & Strawn<br>200 Park Ave \| Metlife Bldg \| New York, NY<br>**Sched Atty:** Thomas P. Lane, Esq. \| Winston & Strawn<br>**Deposing Atty:** Erin Ranahan, Esq | : |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | David Blackburn | Video - Initial fee | | | $350.00 |
| 2 | | Video - Additional hours | Hour | 5.50 | $605.00 |
| 3 | | Video - Digitize & Sync (DepoView) | Hour | 5.50 | $605.00 |
| 4 | | Video - Media Archive/Tape stock | Per tap | 4.00 | $60.00 |
| 5 | | Expenses - parking fees | | | $38.50 |
| 6 | | Shipping of Media | 1 | | $18.25 |

| | |
|---|---|
| **Notes:** | **Invoice Total:** $1,676.75<br>**Payment:** ($1,676.75)<br>**Credit:**<br>**Interest:**<br>**Balance Due:** $0.00 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**THIS INVOICE IS 111 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to:

**Veritext Reporting Co.**
**25 B Vreeland Rd, Suite 301**
**Florham Park, NJ 07932**

| | |
|---|---|
| **Invoice #:** | NJ176346 |
| **Job #:** | 207136 |
| **Invoice Date:** | 07/30/2009 |
| **Balance :** | $0.00 |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

EXHIBIT C  PAGE 52

**Doerner & Goldberg**
**A Veritext Company**

25 B Vreeland Rd
Suite 301
Florham Park, NJ 07932
Tel. (973) 740-1100
Fax (973) 716-9572

1350 Broadway
Suite 1407
New York, NY 10018
Tel. (212) 564-8808
Fax (212) 564-9524

| | |
|---|---|
| **Bill To:** Rebecca Calkins, Esq<br>Winston & Strawn LLP<br>333 South Grand Street<br>Los Angeles, CA 90071 | **Invoice #:** NJ172387<br>**Invoice Date:** 07/08/2009<br>**Balance Due:** $0.00 |

| | |
|---|---|
| **Case:** Umg Recordings, Inc., et al. v. Veoh Networks, Inc.<br>**Job #:** 207130 \| Job Date: 6/24/2009 \| Delivery: Normal<br>**Billing Atty:** Rebecca Calkins, Esq<br>**Location:** Winston & Strawn LLP<br>333 South Grand Street \| Los Angeles, CA 90071<br>**Sched Atty:** Evelyn Bernal Yaffe, Esq. \| Winston LA office<br>**Deposing Atty:** Erin Ranahan, Esq | : |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Benjamin Edelman | Attendance Fee (appearance) | 1 | | $125.00 |
| 2 | | Transcript - Original & 1 copy | Page | 290.00 | $1,305.00 |
| 3 | | Transcript - Rough ASCII | Page | 290.00 | $652.50 |
| 4 | | Exhibits | per pag | 51.00 | $24.48 |
| 5 | | CD Depo Litigation Package | Packag | | $39.00 |
| 6 | | Shipping & Handling | 1 | | $24.50 |

**Notes:** (Attendance: California & Rough Ascii)

| | |
|---|---|
| **Invoice Total:** | $2,170.48 |
| **Payment:** | ($2,170.48) |
| **Credit:** | |
| **Interest:** | |
| **Balance Due :** | $0.00 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**THIS INVOICE IS 133 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to:

**Veritext Reporting Co.**
**25 B Vreeland Rd, Suite 301**
**Florham Park, NJ 07932**

| | |
|---|---|
| **Invoice #:** | NJ172387 |
| **Job #:** | 207130 |
| **Invoice Date:** | 07/08/2009 |
| **Balance :** | $0.00 |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

EXHIBIT C  PAGE 53

**Doerner & Goldberg**
**A Veritext Company**

25 B Vreeland Rd
Suite 301
Florham Park, NJ 07932
Tel. (973) 740-1100
Fax (973) 716-9572

1350 Broadway
Suite 1407
New York, NY 10018
Tel. (212) 564-8808
Fax (212) 564-9524

Bill To: Melodie Butler
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

| | |
|---|---|
| Invoice #: | NJ173091 |
| Invoice Date: | 07/14/2009 |
| Balance Due: | $0.00 |

| | |
|---|---|
| Case: | Umg Recordings, Inc., et al. v. Veoh Networks, Inc. |
| Job #: | 207130 | Job Date: 6/24/2009 | Delivery: Normal |
| Billing Atty: | Melodie Butler |
| Location: | Winston & Strawn LLP |
| | 333 South Grand Street | Los Angeles, CA 90071 |
| Sched Atty: | Evelyn Bernal Yaffe, Esq. | Winston LA office |
| Deposing Atty: | Erin Ranahan, Esq |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Benjamin Edelman | Video - Initial fee | | | $350.00 |
| 2 | | Video - Additional hours | Hour | 5.50 | $605.00 |
| 3 | | Video - Digitize & Sync (DepoView) | Hour | 5.50 | $605.00 |
| 4 | | Video - Media Archive/Tape stock | Per tap | 3.00 | $45.00 |
| 5 | | Shipping of Media | 1 | | $18.25 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,623.25 |
| Payment: | ($1,623.25) |
| Credit: | |
| Interest: | |
| Balance Due: | $0.00 |

Fed. Tax ID: 20-3132569    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**THIS INVOICE IS 127 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to:

**Veritext Reporting Co.**
**25 B Vreeland Rd, Suite 301**
**Florham Park, NJ 07932**

| | |
|---|---|
| Invoice #: | NJ173091 |
| Job #: | 207130 |
| Invoice Date: | 07/14/2009 |
| Balance : | $0.00 |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

EXHIBIT C PAGE 54

**Doerner & Goldberg**
**A Veritext Company**

25 B Vreeland Rd
Suite 301
Florham Park, NJ 07932
Tel. (973) 740-1100
Fax (973) 716-9572

1350 Broadway
Suite 1407
New York, NY 10018
Tel. (212) 564-8808
Fax (212) 564-9524

**Bill To:** Melodie Butler
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

| | |
|---|---|
| **Invoice #:** | NJ161336 |
| **Invoice Date:** | 04/29/2009 |
| **Balance Due:** | $0.00 |

| | |
|---|---|
| **Case:** | Umg Recordings v. Veoh Networks |
| **Job #:** | 199393 \| Job Date: 4/16/2009 \| Delivery: Normal |
| **Billing Atty:** | Melodie Butler |
| **Location:** | Winston & Strawn LLP |
| | 333 South Grand Street \| Conf 38F \| Los Angelas, CA 90071 |
| **Sched Atty:** | Evelyn Bernal Yaffe, Esq. \| Winston LA office |
| **Deposing Atty:** | Rebecca Calkins, Esq |

:

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Rio Caraeff | Attendance Fee (appearance) | 1 | | $125.00 |
| 2 | | Transcript - Original & 1 copy | Page | 185.00 | $832.50 |
| 3 | | Exhibits | per pag | 115.00 | $46.00 |
| 4 | | CD Depo Litigation Package | Packag | | $34.00 |
| 5 | | Shipping & Handling | 1 | | $32.50 |

| | | | |
|---|---|---|---|
| **Notes:** (Attendance California) | | **Invoice Total:** | $1,070.00 |
| | | **Payment:** | ($1,070.00) |
| | | **Credit:** | |
| | | **Interest:** | |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**THIS INVOICE IS 203 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to:

**Veritext Reporting Co.**
**25 B Vreeland Rd, Suite 301**
**Florham Park, NJ 07932**

| | |
|---|---|
| **Invoice #:** | NJ161336 |
| **Job #:** | 199393 |
| **Invoice Date:** | 04/29/2009 |
| **Balance :** | $0.00 |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

EXHIBIT C PAGE 55

25 B Vreeland Rd
Suite 301
Florham Park, NJ 07932
Tel. (973) 740-1100
Fax (973) 716-9572

1350 Broadway
Suite 1407
New York, NY 10018
Tel. (212) 564-8808
Fax (212) 564-9524

| | |
|---|---|
| **Bill To:** Melodie Butler<br>Winston & Strawn LLP<br>101 California Street<br>San Francisco, CA 94111-5894 | **Invoice #:** NJ162794<br>**Invoice Date:** 05/07/2009<br>**Balance Due:** $0.00 |

**Case:** Umg Recordings v. Veoh Networks
**Job #:** 199393  |  Job Date: 4/16/2009  |  Delivery:  Normal
**Billing Atty:** **Melodie Butler**
**Location:** Winston & Strawn LLP
333 South Grand Street | Conf 38F | Los Angelas, CA 90071
**Sched Atty:** Evelyn Bernal Yaffe, Esq. | Winston LA office
**Deposing Atty:** Rebecca Calkins, Esq

:

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Rio Caraeff | Video - Initial fee | | | $350.00 |
| 2 | | Video - Additional hours | Hour | 4.00 | $440.00 |
| 3 | | Video - Digitize & Sync (DepoView) | Hour | 3.50 | $385.00 |
| 4 | | Video - Media Archive/Tape stock | Per tap | 2.00 | $30.00 |
| 5 | | Shipping & Handling | 1 | | $18.50 |

| | |
|---|---|
| **Notes:** | **Invoice Total:** $1,223.50<br>**Payment:** ($1,223.50)<br>**Credit:**<br>**Interest:**<br>**Balance Due:** $0.00 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**THIS INVOICE IS 195 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to:

**Veritext Reporting Co.**
**25 B Vreeland Rd, Suite 301**
**Florham Park, NJ 07932**

**Invoice #:** NJ162794
**Job #:** 199393
**Invoice Date:** 05/07/2009
**Balance :** $0.00

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

EXHIBIT C  PAGE 56

**Doerner & Goldberg**
**A Veritext Company**

| 25 B Vreeland Rd | | 1350 Broadway |
|---|---|---|
| Suite 301 | | Suite 1407 |
| Florham Park, NJ 07932 | | New York, NY 10018 |
| Tel. (973) 740-1100 | | Tel. (212) 564-8808 |
| Fax (973) 716-9572 | | Fax (212) 564-9524 |

**Bill To:** Melodie Butler
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

| **Invoice #:** | NJ160581 |
|---|---|
| **Invoice Date:** | 04/27/2009 |
| **Balance Due:** | $0.00 |

| | |
|---|---|
| **Case:** Umg Recordings v. Veoh Networks | **:** |
| **Job #:** 198586 \| Job Date: 4/9/2009 \| Delivery: Normal | |
| **Billing Atty:** Melodie Butler | |
| **Location:** Winston & Strawn LLP | |
| 333 South Grand Street \| Conf 38C \| Los Angelas, CA 90071 | |
| **Sched Atty:** Rebecca Calkins, Esq | |
| **Deposing Atty:** Thomas P. Lane, Esq. | |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | | Attendance Fee (appearance) | 1 | | $95.00 |
| 2 | Margot Stephensen | Transcript - Original & 1 copy | Page | 95.00 | $427.50 |
| 3 | Wendy Nussbaum | Transcript - Original & 1 copy | Page | 162.00 | $729.00 |
| 4 | | Exhibits | per pag | 32.00 | $12.80 |
| 5 | | CD Depo Litigation Package | Packag | | $34.00 |
| 6 | | Shipping & Handling | 1 | | $22.50 |

**Notes:**

| | | |
|---|---|---|
| | **Invoice Total:** | $1,320.80 |
| | **Payment:** | ($1,320.80) |
| | **Credit:** | |
| | **Interest:** | |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**THIS INVOICE IS 205 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to:

**Veritext Reporting Co.**
**25 B Vreeland Rd, Suite 301**
**Florham Park, NJ 07932**

| **Invoice #:** | NJ160581 |
|---|---|
| **Job #:** | 198586 |
| **Invoice Date:** | 04/27/2009 |
| **Balance :** | $0.00 |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

EXHIBIT C  PAGE 57

**Doerner & Goldberg**
**A Veritext Company**

25 B Vreeland Rd
Suite 301
Florham Park, NJ 07932
Tel. (973) 740-1100
Fax (973) 716-9572

1350 Broadway
Suite 1407
New York, NY 10018
Tel. (212) 564-8808
Fax (212) 564-9524

**Bill To:** Melodie Butler
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

| | |
|---|---|
| **Invoice #:** | NJ161471 |
| **Invoice Date:** | 04/30/2009 |
| **Balance Due:** | $0.00 |

| | | | |
|---|---|---|---|
| **Case:** | Umg Recordings v. Veoh Networks | **:** | |
| **Job #:** | 198586 | Job Date: 4/9/2009 | Delivery: Normal | | |
| **Billing Atty:** | **Melodie Butler** | | |
| **Location:** | Winston & Strawn LLP | | |
| | 333 South Grand Street | Conf 38C | Los Angelas, CA 90071 | | |
| **Sched Atty:** | Rebecca Calkins, Esq | | |
| **Deposing Atty:** | **Thomas P. Lane, Esq.** | | |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Margot Stephensen | Video - Initial fee | | | $350.00 |
| 2 | Wendy Nussbaum | Video - Additional hours | Hour | 7.00 | $770.00 |
| 3 | Margot Stephensen | Video - Digitize & Sync (DepoView) | Hour | 2.00 | $220.00 |
| 4 | Wendy Nussbaum | Video - Digitize & Sync (DepoView) | Hour | 3.50 | $385.00 |
| 5 | | Video - Media Archive/Tape stock | Per tap | 3.00 | $45.00 |
| 6 | | Shipping of Media | 1 | | $18.25 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,788.25 |
| **Payment:** | ($1,788.25) |
| **Credit:** | |
| **Interest:** | |
| **Balance Due:** | $0.00 |

| | |
|---|---|
| Fed. Tax ID: 20-3132569 | Term: Net 30 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

### THIS INVOICE IS 202 DAYS PAST DUE, PLEASE REMIT - THANK YOU

Make check payable to:

**Veritext Reporting Co.**
**25 B Vreeland Rd, Suite 301**
**Florham Park, NJ 07932**

| | |
|---|---|
| **Invoice #:** | NJ161471 |
| **Job #:** | 198586 |
| **Invoice Date:** | 04/30/2009 |
| **Balance:** | $0.00 |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

EXHIBIT C  PAGE 58

25 B Vreeland Rd
Suite 301
Florham Park, NJ 07932
Tel. (973) 740-1100
Fax (973) 716-9572

1350 Broadway
Suite 1407
New York, NY 10018
Tel. (212) 564-8808
Fax (212) 564-9524

| Bill To: | Melodie Butler | | | |
|---|---|---|---|---|
| | Winston & Strawn LLP | **Invoice #:** | NJ160765 |
| | 101 California Street | **Invoice Date:** | 04/27/2009 |
| | San Francisco, CA 94111-5894 | **Balance Due:** | $0.00 |

| | | : |
|---|---|---|
| **Case:** | Umg Recordings v. Veoh Networks | |
| **Job #:** | 197156  \|  Job Date: 4/7/2009  \|  Delivery:    Normal | |
| **Billing Atty:** | **Melodie Butler** | |
| **Location:** | Winston & Strawn LLP | |
| | 333 South Grand Street \| Conf 38C \| Los Angelas, CA 90071 | |
| **Sched Atty:** | Rebecca Calkins, Esq | |
| **Deposing Atty:** | **Thomas P. Lane, Esq.** | |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | David Weinberg | Video - Initial fee | | | $350.00 |
| 2 | | Video - Additional hours | Hour | 5.00 | $550.00 |
| 3 | | Video - Digitize & Sync (DepoView) | Hour | 3.50 | $385.00 |
| 4 | | Video - Media Archive/Tape stock | Per tap | 2.00 | $30.00 |
| 5 | | Shipping of Media | 1 | | $18.25 |

| Notes: | | | Invoice Total: | $1,333.25 |
|---|---|---|---|---|
| | | | Payment: | ($1,333.25) |
| | | | Credit: | |
| | | | Interest: | |
| Fed. Tax ID: 20-3132569 | | Term: Net 30 | Balance Due : | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments will be made after 90 days.

**THIS INVOICE IS 205 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to:

**Veritext Reporting Co.**
**25 B Vreeland Rd, Suite 301**
**Florham Park, NJ 07932**

| | |
|---|---|
| **Invoice #:** | **NJ160765** |
| **Job #:** | **197156** |
| **Invoice Date:** | **04/27/2009** |
| **Balance :** | **$0.00** |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

EXHIBIT C  PAGE 59

**Doerner & Goldberg**
**A Veritext Company**

25 B Vreeland Rd
Suite 301
Florham Park, NJ 07932
Tel. (973) 740-1100
Fax (973) 716-9572

1350 Broadway
Suite 1407
New York, NY 10018
Tel. (212) 564-8808
Fax (212) 564-9524

| | |
|---|---|
| **Bill To:** Melodie Butler<br>Winston & Strawn LLP<br>101 California Street<br>San Francisco, CA 94111-5894 | **Invoice #:** NJ160821<br>**Invoice Date:** 04/27/2009<br>**Balance Due:** $0.00 |

| | |
|---|---|
| **Case:** Umg Recordings v. Veoh Networks<br>**Job #:** 197156 \| Job Date: 4/7/2009 \| Delivery: Normal<br>**Billing Atty:** **Melodie Butler**<br>**Location:** Winston & Strawn LLP<br>333 South Grand Street \| Conf 38C \| Los Angelas, CA 90071<br>**Sched Atty:** Rebecca Calkins, Esq<br>**Deposing Atty:** **Thomas P. Lane, Esq.** | : |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | David Weinberg | Attendance Fee (appearance) | 1 | | $95.00 |
| 2 | | Transcript - Original & 1 copy | Page | 199.00 | $895.50 |
| 3 | | Exhibits | per pag | 37.00 | $14.80 |
| 4 | | CD Depo Litigation Package | Packag | | $34.00 |
| 5 | | Shipping & Handling | 1 | | $22.50 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,061.80 |
| **Payment:** | |
| **Credit:** | ($1,061.80) |
| **Interest:** | |
| **Balance Due:** | $0.00 |

Fed. Tax ID: 20-3132569      Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**THIS INVOICE IS 205 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to:

**Veritext Reporting Co.**
**25 B Vreeland Rd, Suite 301**
**Florham Park, NJ 07932**

| | |
|---|---|
| **Invoice #:** | NJ160821 |
| **Job #:** | 197156 |
| **Invoice Date:** | 04/27/2009 |
| **Balance :** | $0.00 |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

EXHIBIT C  PAGE 60

25 B Vreeland Rd
Suite 301
Florham Park, NJ 07932
Tel. (973) 740-1100
Fax (973) 716-9572

1350 Broadway
Suite 1407
New York, NY 10018
Tel. (212) 564-8808
Fax (212) 564-9524

**Bill To:** Thomas P. Lane, Esq.
Winston & Strawn LLP
200 Park Ave
New York, NY 10166

| | |
|---|---|
| **Invoice #:** | NJ155804 |
| **Invoice Date:** | 03/30/2009 |
| **Balance Due:** | $0.00 |

| | |
|---|---|
| **Case:** | UMG Recordings v. VEOH Networks |
| **Job #:** | 195038 | Job Date: 3/24/2009 | Delivery: Expedited |
| **Billing Atty:** | **Thomas P. Lane, Esq.** |
| **Location:** | Winston & Strawn |
| | 200 Park Ave, Conf. Room 44A | Metlife Bldg | New York, NY |
| **Sched Atty:** | Thomas P. Lane, Esq. | Winston & Strawn |
| **Deposing Atty:** | **Thomas P. Lane, Esq.** |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | David Benjamin | Attendance Fee (appearance) | 1 | | $125.00 |
| 2 | | Transcript - Original & 1 copy | Page | 195.00 | $1,404.00 |
| 3 | | Exhibits | per pag | 126.00 | $50.40 |
| 4 | | CD Depo Litigation Package | Packag | | $34.00 |
| 5 | | Shipping & Handling | 1 | | $24.50 |

**Notes:** (Attendance: New York, Expedited )

| | |
|---|---|
| **Invoice Total:** | $1,637.90 |
| **Payment:** | ($1,637.90) |
| **Credit:** | |
| **Interest:** | |
| **Balance Due:** | $0.00 |

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**THIS INVOICE IS 233 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to:

**Veritext Reporting Co.**
**25 B Vreeland Rd, Suite 301**
**Florham Park, NJ 07932**

| | |
|---|---|
| **Invoice #:** | NJ155804 |
| **Job #:** | 195038 |
| **Invoice Date:** | 03/30/2009 |
| **Balance :** | $0.00 |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

EXHIBIT C  PAGE 61

25 B Vreeland Rd
Suite 301
Florham Park, NJ 07932
Tel. (973) 740-1100
Fax (973) 716-9572

1350 Broadway
Suite 1407
New York, NY 10018
Tel. (212) 564-8808
Fax (212) 564-9524

**Bill To:** Thomas P. Lane, Esq.
Winston & Strawn LLP
200 Park Ave
New York, NY 10166

| | |
|---|---|
| **Invoice #:** | NJ158165 |
| **Invoice Date:** | 04/13/2009 |
| **Balance Due:** | $0.00 |

| | |
|---|---|
| **Case:** | UMG Recordings v. VEOH Networks |
| **Job #:** | 195038 | Job Date: 3/24/2009 | Delivery: Normal |
| **Billing Atty:** | **Thomas P. Lane, Esq.** |
| **Location:** | Winston & Strawn |
| | 200 Park Ave, Conf. Room 44A | Metlife Bldg | New York, NY |
| **Sched Atty:** | Thomas P. Lane, Esq. | Winston & Strawn |
| **Deposing Atty:** | **Thomas P. Lane, Esq.** |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | David Benjamin | Video - Initial fee | | | $350.00 |
| 2 | | Video - Additional hours | Hour | | $110.00 |
| 3 | | Video - Digitize & Sync (DepoView) | Hour | 3.00 | $330.00 |
| 4 | | Video - Media Archive/Tape stock | Per tap | 3.00 | $45.00 |
| 5 | | Shipping of Media | 1 | | $18.25 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $853.25 |
| | **Payment:** | ($853.25) |
| | **Credit:** | |
| | **Interest:** | |
| Fed. Tax ID: 20-3132569     Term: Net 30 | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**THIS INVOICE IS 219 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to:

**Veritext Reporting Co.**
**25 B Vreeland Rd, Suite 301**
**Florham Park, NJ 07932**

| | |
|---|---|
| **Invoice #:** | NJ158165 |
| **Job #:** | 195038 |
| **Invoice Date:** | 04/13/2009 |
| **Balance :** | $0.00 |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

EXHIBIT C  PAGE 62

Bell & Myers, CSR, Inc.
2055 Junction Avenue
Suite 200
San Jose, CA 95131
(408) 287-7500  Fax (408) 294-1211

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 96629 *** | 02/03/2009 | 01-27535 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/22/2009 | MYERDE | |

| CASE CAPTION |
|---|
| UMG Recordings, Inc. vs. Veoh Networks, Inc. |

| TERMS |
|---|
| Payable upon receipt |

Jennifer A. Golinveaux, Esq.
Winston & Strawn
101 California Street
Suite 3900
San Francisco, CA 94111-5894

```
ONE CERTIFIED COPY OF THE VIDEO DEPOSITION OF:
   Vance Ikezoye              141 Pages          408.90
       EXHIBITS                41 Pages           20.50
       Certificate Fee cc                          5.00
       Rough ASCII         141.00 Pages          211.50
       Condensed trpt/word list                   35.00
       P/H CC                                      28.00
                                                _____
                         TOTAL  DUE  >>>>         708.90

                   AFTER 03/05/2009 PAY          779.79
```

TAX ID NO. :  77-0322902                              (415) 591-1400

*Please detach bottom portion and return with payment.*

Jennifer A. Golinveaux, Esq.
Winston & Strawn
101 California Street
Suite 3900
San Francisco, CA 94111-5894

```
Invoice No.:  96629 ***
Date     :  02/03/2009
TOTAL DUE :     708.90
AFTER 3/5/2009 PAY : 779.79


Job No.   :  01-27535
Case No.  :
UMG Recordings, Inc. vs. Veoh Networ
```

Remit To:   **Bell & Myers, CSR, Inc.**
            **2055 Junction Avenue**
            **Suite 200**
            **San Jose, CA 95131**

EXHIBIT C  PAGE 63

Bell & Myers Legal Videography
2055 Junction Avenue
Suite 200
San Jose, CA 95131
(408) 287-7500   Fax (408) 294-1211

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 96634 *** | 02/04/2009 | 03-27536 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/22/2009 | BUTKJA | |

| CASE CAPTION |
|---|
| UMG Recordings, Inc. vs. Veoh Networks, Inc. |

| TERMS |
|---|
| Payable upon receipt |

Jennifer A. Golinveaux, Esq.
Winston & Strawn
101 California Street
Suite 3900
San Francisco, CA 94111-5894

```
VIDEOGRAPHER CHARGES FOR THE DEPOSITION OF:
    Vance Ikezoye
         Synch'd DVD w/trpt CC                          300.00
         Overnight delivery                              35.00

                          TOTAL  DUE  >>>>              335.00
                     AFTER 03/06/2009 PAY                368.50

Please Note:  Multiple videos now fit on one DVD.
```

TAX ID NO. :  77-0322902                                    (415) 591-1400

*Please detach bottom portion and return with payment.*

Jennifer A. Golinveaux, Esq.
Winston & Strawn
101 California Street
Suite 3900
San Francisco, CA 94111-5894

```
Invoice No.:  96634 ***
Date      :  02/04/2009
TOTAL DUE  :     335.00
AFTER 3/6/2009 PAY : 368.50


Job No.   :  03-27536
Case No.  :
UMG Recordings, Inc. vs. Veoh Networ
```

Remit To:   **Bell & Myers, CSR, Inc.**
            **2055 Junction Avenue**
            **Suite 200**
            **San Jose, CA 95131**

EXHIBIT C  PAGE 64



# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205    Phone: (818) 593-2300
Woodland Hills, CA 91364    Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17103514 | 07/29/2008 | 1705-269008 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/10/2008 | LSD | CV0705744AH |
| CASE CAPTION | | |
| UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al. | | |
| TERMS | | |
| Immediate, sold FOB Merrill facility | | |

**Michael S. Elkin**
**Winston & Strawn LLP**
**200 Park Avenue**
**New York, NY 10166**

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Joseph Papa                    355 Pages @      2.10/Page      745.50
          EXHIBITS                 18 Pages @       .55/Page        9.90
          Color Copies           9.00 Pages @      1.00/Page        9.00
          Unedited ASCII (RT)  313.00 Pages @      1.25/Page      391.25
          TotalTranscript                                          40.00
          Production and Code Comp                                 45.00
          Process/Delivery NL                                      25.00
                                                               _____
                              TOTAL   DUE   >>>>              1,265.65


Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.

San Diego, CA
```

**TAX ID NO.:**  20-2665382             (212) 294-6700    Fax  (212) 294-4700

*Please detach bottom portion and return with payment.*

Michael S. Elkin
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Invoice No.:  17103514
Date     :  07/29/2008
**TOTAL DUE  :   1,265.65**

Job No.   :  1705-269008
Case No.  :  CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO

Remit To:    **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 65



# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205
Woodland Hills, CA 91364

Phone: (818) 593-2300
Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17120157 | 07/30/2009 | 1706-286375 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/14/2009 | LAV | CV0705744AH |

| CASE CAPTION |
|---|
| UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

**Jennifer Golinveaux**
**Winston & Strawn**
**101 California Street**
**San Francisco, CA 94111**

```
VIDEO DIGITIZATION & SYNC:
     Liudvikas Burys-VIDEO-V.1
          Legalink Viewer          6.00 Hours @     95.00/Hour        570.00
          Shipping & Handling                                          30.00
                                                                   _____
                                    TOTAL   DUE   >>>>                 600.00

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.
```

TAX ID NO. :  20-2665382                                          (415) 591-1425

*Please detach bottom portion and return with payment.*

Jennifer Golinveaux
Winston & Strawn
101 California Street
San Francisco, CA 94111

Invoice No.:  17120157
Date       :  07/30/2009
**TOTAL DUE  :        600.00**

Job No.    :  1706-286375
Case No.   :  CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO

Remit To:     **LegaLink, Inc.**
              **File 70206**
              **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 66



# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205
Woodland Hills, CA 91364

Phone: (818) 593-2300
Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17120103 | 07/30/2009 | 1702-286283 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/09/2009 | SMITST | CV0705744AH |

| CASE CAPTION |
|---|
| UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

**Thomas Lane**
**Winston & Strawn LLP**
**200 Park Avenue**
**New York, NY 10166**

```
VIDEO DIGITIZATION & SYNC:
     Roy Weinstein-VIDEO-V.1
          Legalink Viewer           5.75 Hours @       95.00/Hour        546.25
          Shipping & Handling                                             40.00
                                                                       _____
                                    TOTAL   DUE  >>>>                     586.25

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.
```

**TAX ID NO. :**  20-2665382                                    (212) 294-6700    Fax  (212) 294-4700

*Please detach bottom portion and return with payment.*

Thomas Lane
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

```
Invoice No.:  17120103
Date      :  07/30/2009
TOTAL DUE :      586.25


Job No.   :  1702-286283
Case No.  :  CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO
```

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 67



# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205     Phone: (818) 593-2300
Woodland Hills, CA 91364     Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17119827 | 07/24/2009 | 1701-286282 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/09/2009 | LEVISH | CV0705744AH |

| CASE CAPTION |
|---|
| UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

**Thomas Lane**
**Winston & Strawn LLP**
**200 Park Avenue**
**New York, NY 10166**

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Roy Weinstein              300 Pages @       2.60/Page        780.00
        EXHIBITS               293 Pages @        .55/Page        161.15
        Unedited ASCII (RT)    266.00 Pages @    1.15/Page        305.90
        TotalTranscript                                            40.00
        Production and Code Comp                                   45.00
        Process/Delivery NL                                        25.00
                                                              _____
                              TOTAL   DUE   >>>>                1,357.05


Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.
```

TAX ID NO. :  20-2665382                            (212) 294-6700     Fax  (212) 294-4700

*Please detach bottom portion and return with payment.*

Thomas Lane
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Invoice No.:  17119827
Date      :  07/24/2009
**TOTAL DUE  :    1,357.05**

Job No.   :  1701-286282
Case No.  :  CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO

Remit To:     **LegaLink, Inc.**
               **File 70206**
               **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 68



# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205    Phone: (818) 593-2300
Woodland Hills, CA 91364    Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17117674 | 06/04/2009 | 1701-283878 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/21/2009 | NELSSU | CV0705744AH |

| CASE CAPTION |
|---|
| UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

**Michael S. Elkin**
**Winston & Strawn LLP**
**200 Park Avenue**
**New York, NY 10166**

```
 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Arthur Bilger              223 Pages @      2.60/Page        579.80
            EXHIBITS           830 Pages @       .50/Page        415.00
            Unedited ASCII (RT)  198.00 Pages @  1.15/Page       227.70
            TotalTranscript                                       40.00
            Production and Code Comp                              45.00
            Process/Delivery NL                                   40.00
                                                             _____
                                 TOTAL   DUE   >>>>            1,347.50


 Merrill Legal Solutions has a new payment address.
 For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.
```

**TAX ID NO.:**  20-2665382        (212) 294-6700   Fax  (212) 294-4700

*Please detach bottom portion and return with payment.*

Michael S. Elkin
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Invoice No.:  17117674
Date      :  06/04/2009
**TOTAL DUE  :   1,347.50**

Job No.    :  1701-283878
Case No.   :  CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO

Remit To:    **LegaLink, Inc.**
               **File 70206**
               **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 69



# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205      Phone: (818) 593-2300
Woodland Hills, CA 91364      Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17117634 | 06/04/2009 | 1701-283620 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/22/2009 | NELSSU | CV0705744AH |
| **CASE CAPTION** | | |
| UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Michael S. Elkin
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Michael Eisner          124 Pages @      2.60/Page      322.40
      EXHIBITS             303 Pages @       .55/Page      166.65
      Unedited ASCII (RT)  109.00 Pages @   1.15/Page      125.35
      TotalTranscript                                       40.00
      Production and Code Comp                              45.00
      Process/Delivery NL                                   25.00
                                                          _____
                             TOTAL   DUE  >>>>             724.40

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.
```

**TAX ID NO. :** 20-2665382        (212) 294-6700   Fax  (212) 294-4700

*Please detach bottom portion and return with payment.*

Michael S. Elkin
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Invoice No.:  17117634
Date      :  06/04/2009
**TOTAL DUE :**     **724.40**


Job No.    :  1701-283620
Case No.   :  CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO

Remit To:     **LegaLink, Inc.**
               **File 70206**
               **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 70

# LEGALINK, INC.



## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205    Phone: (818) 593-2300
Woodland Hills, CA 91364    Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17117492 | 06/12/2009 | 1705-283754 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/18/2009 | LNY | CV0705744AH |
| **CASE CAPTION** | | |
| UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

**Thomas Lane**
**Winston & Strawn LLP**
**200 Park Avenue**
**New York, NY 10166**

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Rachel Lam, 30 (b) (6)        179 Pages @        3.25/Page        581.75
         EXHIBITS              1,299 Pages @         .45/Page        584.55
         Unedited ASCII (RT)   158.00 Pages @       1.50/Page        237.00
         TotalTranscript                                              40.00
         Production and Code Comp                                     45.00
         Process/Delivery NL                                          40.00
                                                                 _____
                                 TOTAL   DUE   >>>>              1,528.30

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.

New York, NY
```

**TAX ID NO. :** 20-2665382              (212) 294-6700    Fax  (212) 294-4700

*Please detach bottom portion and return with payment.*

Thomas Lane
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Invoice No.:  17117492
Date      :  06/12/2009
**TOTAL DUE  :**    **1,528.30**

Job No.   :  1705-283754
Case No.  :  CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO

Remit To:    **LegaLink, Inc.**
              **File 70206**
              **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 71

# LEGALINK, INC.



## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205     Phone: (818) 593-2300
Woodland Hills, CA 91364     Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17117321 | 06/05/2009 | 1702-283621 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/22/2009 | SMITST | CV0705744AH |
| **CASE CAPTION** | | |
| UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

**Michael S. Elkin**
**Winston & Strawn LLP**
**200 Park Avenue**
**New York, NY 10166**

```
VIDEO ON CD:
     Michael Eisner-VIDEO-V.1
               Video on CD          1.75 Hours @      60.00/Hour          105.00
               Shipping & Handling                                         40.00
                                                                       _____
                                    TOTAL   DUE   >>>>                     145.00


Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.
```

**TAX ID NO. :** 20-2665382        (212) 294-6700    Fax (212) 294-4700

*Please detach bottom portion and return with payment.*

Michael S. Elkin
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Invoice No.:   17117321
Date      :   06/05/2009
**TOTAL DUE**   **:**     **145.00**

Job No.     :   1702-283621
Case No.    :   CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO

Remit To:     **LegaLink, Inc.**
              **File 70206**
              **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 72

# LEGALINK, INC.



## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205    Phone: (818) 593-2300
Woodland Hills, CA 91364    Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17117269 | 05/27/2009 | 1702-283879 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/21/2009 | SPERAD | CV0705744AH |

| CASE CAPTION |
|---|
| UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Michael S. Elkin
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

```
VIDEO ON CD:
      Arthur Bilger-VIDEO-V.1
            Video on CD              4.00 Hours @      60.00/Hour      240.00
            Shipping & Handling                                         40.00
                                                                _____
                                     TOTAL   DUE  >>>>                  280.00
```

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.

**TAX ID NO. :**  20-2665382                                   (212) 294-6700     Fax  (212) 294-4700

*Please detach bottom portion and return with payment.*

Michael S. Elkin
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Invoice No.:  17117269
Date     :  05/27/2009
**TOTAL DUE  :**      280.00

Job No.   :  1702-283879
Case No.  :  CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO

Remit To:    **LegaLink, Inc.**
    **File 70206**
    **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 73



# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205
Woodland Hills, CA 91364

Phone: (818) 593-2300
Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17117211 | 05/28/2009 | 1705-283616 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/13/2009 | LBO | CV0705744AH |

| CASE CAPTION |
|---|
| UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Thomas Lane
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Todd Dagres                        184 Pages @      2.75/Page      506.00
         EXHIBITS                     679 Pages @       .50/Page      339.50
         Unedited ASCII (RT)       161.00 Pages @      1.50/Page      241.50
         TotalTranscript                                               40.00
         Production and Code Comp                                      45.00
         Process/Delivery                                              20.00
                                                                 _____
                                        TOTAL   DUE  >>>>          1,192.00
```

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.

Boston, MA

**TAX ID NO. :** 20-2665382                                   (212) 294-6700    Fax  (212) 294-4700

*Please detach bottom portion and return with payment.*

Thomas Lane
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Invoice No.:  17117211
Date      :  05/28/2009
**TOTAL DUE  :    1,192.00**

Job No.   :  1705-283616
Case No.  :  CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 74



# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205    Phone: (818) 593-2300
Woodland Hills, CA 91364    Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17117162 | 05/27/2009 | 1706-283617 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/13/2009 | LBO | CV0705744AH |
| **CASE CAPTION** | | |
| UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

**Thomas Lane**
**Winston & Strawn LLP**
**200 Park Avenue**
**New York, NY 10166**

```
VIDEO ON CD:
     Todd Dagres-VIDEO
            Video on CD              3.50 Hours @       60.00/Hour        210.00
            Shipping & Handling                                            40.00
                                                                    _____
                                    TOTAL   DUE   >>>>                     250.00
```

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.

---

**TAX ID NO. :** 20-2665382                      (212) 294-6700     Fax  (212) 294-4700

*Please detach bottom portion and return with payment.*

Thomas Lane
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Invoice No.: 17117162
Date    :  05/27/2009
**TOTAL DUE :**    **250.00**

Job No.   :  1706-283617
Case No.  :  CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO

Remit To:    **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 75



# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205    Phone: (818) 593-2300
Woodland Hills, CA 91364    Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17117107 | 05/27/2009 | 1706-283755 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/18/2009 | LAV | CV0705744AH |
| **CASE CAPTION** | | |
| UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

**Thomas Lane**
**Winston & Strawn LLP**
**200 Park Avenue**
**New York, NY 10166**

```
VIDEO ON CD:
    Rachal Lam-VIDEO
        Video on CD             3.00 Hours @      60.00/Hour        180.00
        Shipping & Handling                                          40.00
                                                                    _____
                              TOTAL   DUE   >>>>                     220.00
```

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.

**TAX ID NO. :**  20-2665382                                  (212) 294-6700    Fax  (212) 294-4700

*Please detach bottom portion and return with payment.*

Thomas Lane
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

```
Invoice No.:  17117107
Date      :  05/27/2009
TOTAL DUE :     220.00


Job No.   :  1706-283755
Case No.  :  CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO
```

Remit To:    **LegaLink, Inc.**
                      **File 70206**
                      **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 76



# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205    Phone: (818) 593-2300
Woodland Hills, CA 91364    Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17116183 | 04/30/2009 | 1707-282118 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/10/2009 | BELL02 | CV0705744AH |

| CASE CAPTION |
|---|
| UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Jennifer Golinveaux
**Winston & Strawn**
**101 California Street**
**San Francisco, CA 94111**

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Ted Dunning                    203 Pages @        2.90/Page        588.70
        EXHIBITS                    52 Pages @         .55/Page         28.60
        Unedited ASCII (RT)     176.00 Pages @        1.80/Page        316.80
        TotalTranscript                                                 40.00
        Production and Code Comp                                        45.00
        Process/Delivery                                               20.00
                                                                    _____
                                    TOTAL   DUE   >>>>                1,039.10
```

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.

San Jose, CA

**TAX ID NO. :**  20-2665382                                                   (415) 591-1425

*Please detach bottom portion and return with payment.*

Jennifer Golinveaux
Winston & Strawn
101 California Street
San Francisco, CA 94111

Invoice No.:  17116183
Date        :  04/30/2009
**TOTAL DUE   :     1,039.10**

Job No.    :  1707-282118
Case No.   :  CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO

Remit To:    **LegaLink, Inc.**
                **File 70206**
                **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 77

# LEGALINK, INC.



## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205          Phone: (818) 593-2300
Woodland Hills, CA 91364                     Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17116001 | 04/24/2009 | 1708-282119 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/10/2009 | BELL02 | CV0705744AH |
| **CASE CAPTION** | | |
| UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Jennifer Golinveaux
Winston & Strawn
101 California Street
San Francisco, CA 94111

```
VIDEO ON CD:
      Ted Dunning-VIDEO
            Video on CD              4.00 Hours @     60.00/Hour        240.00
            Shipping & Handling                                          40.00
                                                                    _____
                                     TOTAL   DUE   >>>>                  280.00
```

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.

**TAX ID NO. :**  20-2665382                                          (415) 591-1425

*Please detach bottom portion and return with payment.*

Jennifer Golinveaux
Winston & Strawn
101 California Street
San Francisco, CA 94111

Invoice No.:  17116001
Date      :  04/24/2009
**TOTAL DUE  :**      280.00

Job No.   :  1708-282119
Case No.  :  CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO

Remit To:     **LegaLink, Inc.**
              **File 70206**
              **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 78



# LEGALINK, INC.

### MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205    Phone: (818) 593-2300
Woodland Hills, CA 91364    Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17115832 | 04/20/2009 | 1701-282072 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/06/2009 | SHEASY | CV0705744AH |
| **CASE CAPTION** | | |
| UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

**Thomas Lane**
**Winston & Strawn LLP**
**200 Park Avenue**
**New York, NY 10166**

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Jennifer Betka            170 Pages @      2.60/Page      442.00
          EXHIBITS           321 Pages @       .55/Page      176.55
          TotalTranscript                                     40.00
          Production and Code Comp                            45.00
          Process/Delivery NL                                 25.00
                                                            _____
                             TOTAL   DUE  >>>>               728.55

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.
```

**TAX ID NO. :**  20-2665382                     (212) 294-6700    Fax  (212) 294-4700

*Please detach bottom portion and return with payment.*

Thomas Lane
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

```
Invoice No.:  17115832
Date     :  04/20/2009
TOTAL DUE :     728.55


Job No.   :  1701-282072
Case No.  :  CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO
```

Remit To:    **LegaLink, Inc.**
                   **File 70206**
                   **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 79

# LEGALINK, INC.



## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205    Phone: (818) 593-2300
Woodland Hills, CA 91364    Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17115624 | 04/14/2009 | 1702-282073 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/06/2009 | SPERAD | CV0705744AH |

| CASE CAPTION |
|---|
| UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

**Thomas Lane**
**Winston & Strawn LLP**
**200 Park Avenue**
**New York, NY 10166**

```
VIDEO ON CD:
     Jennifer Betka-VIDEO-V.1
          Video on CD                  3.75 Hours @      60.00/Hour        225.00
          Shipping & Handling                                               40.00
                                                                      _____
                                      TOTAL   DUE   >>>>                   265.00


Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.
```

**TAX ID NO. :**  20-2665382                      (212) 294-6700    Fax  (212) 294-4700

*Please detach bottom portion and return with payment.*

Thomas Lane
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Invoice No.:  17115624
Date     :  04/14/2009
**TOTAL DUE :     265.00**

Job No.   :  1702-282073
Case No.   :  CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO

Remit To:    **LegaLink, Inc.**
                **File 70206**
                **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 80



# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205    Phone: (818) 593-2300
Woodland Hills, CA 91364    Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17114612 | 03/19/2009 | 1701-280820 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/05/2009 | NELSSU | CV0705744AH |

| CASE CAPTION |
|---|
| UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al. |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

**Thomas Lane**
**Winston & Strawn LLP**
**200 Park Avenue**
**New York, NY 10166**

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Dmitry Shapiro              321 Pages @       2.60/Page        834.60
          EXHIBITS             370 Pages @        .55/Page        203.50
          Unedited ASCII (RT)  282.00 Pages @    1.15/Page        324.30
          Color Copies         11.00 Pages @     1.00/Page         11.00
          TotalTranscript                                          40.00
          Production and Code Comp                                 45.00
          Process/Delivery NL                                      25.00
                                                             _____
                            TOTAL   DUE   >>>>                  1,483.40

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.
```

**TAX ID NO. :**   20-2665382                              (212) 294-6700     Fax   (212) 294-4700

*Please detach bottom portion and return with payment.*

Thomas Lane
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Invoice No.:   17114612
Date      :   03/19/2009
**TOTAL DUE**   :    **1,483.40**

Job No.      :   1701-280820
Case No.     :   CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO

Remit To:     **LegaLink, Inc.**
                 **File 70206**
                 **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 81



# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205
Woodland Hills, CA 91364

Phone: (818) 593-2300
Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17114112 | 03/13/2009 | 1701-279736 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/24/2009 | SANDFR | CV0705744AH |

| CASE CAPTION |
|---|
| UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Michael S. Elkin
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Steven Mitgang            308 Pages @      2.60/Page        800.80
        EXHIBITS             379 Pages @       .55/Page        208.45
        TotalTranscript                                         40.00
        Production and Code Comp                                45.00
        Process/Delivery                                        20.00
                                                             _____
                             TOTAL   DUE   >>>>             1,114.25
```

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.

TAX ID NO.: 20-2665382                              (212) 294-6700    Fax  (212) 294-4700

*Please detach bottom portion and return with payment.*

Michael S. Elkin
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

```
Invoice No.:  17114112
Date       :  03/13/2009
TOTAL DUE  :    1,114.25


Job No.    :  1701-279736
Case No.   :  CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO
```

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 82



# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205
Woodland Hills, CA 91364

Phone: (818) 593-2300
Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17114068 | 03/12/2009 | 1702-280821 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/05/2009 | SPERFR | CV0705744AH |
| **CASE CAPTION** | | |
| UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

**Thomas Lane**
**Winston & Strawn LLP**
**200 Park Avenue**
**New York, NY 10166**

```
VIDEO ON CD:
     Dmitry Shapiro-VIDEO
          Video on CD            5.50 Hours @      60.00/Hour       330.00
          Shipping & Handling                                        40.00
                                                                _____
                                 TOTAL   DUE   >>>>                  370.00

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.
```

TAX ID NO. :   20-2665382                                    (212) 294-6700    Fax  (212) 294-4700

*Please detach bottom portion and return with payment.*

Thomas Lane
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Invoice No.:  17114068
Date      :  03/12/2009
**TOTAL DUE  :**      370.00

Job No.   :  1702-280821
Case No.  :  CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO

Remit To:    **LegaLink, Inc.**
**File 70206**
**Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 83



# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205     Phone: (818) 593-2300
Woodland Hills, CA 91364     Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17113976 | 03/09/2009 | 1701-279734 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/18/2009 | POBOSU | CV0705744AH |

| CASE CAPTION |
|---|
| UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

**Thomas Lane**
**Winston & Strawn LLP**
**200 Park Avenue**
**New York, NY 10166**

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Joshua Metzger             290 Pages @      2.60/Page      754.00
        EXHIBITS              630 Pages @       .55/Page      346.50
        Unedited ASCII (RT)   256.00 Pages @   1.15/Page      294.40
        TotalTranscript                                        40.00
        Production and Code Comp                               45.00
        Process/Delivery                                       20.00
                                                            _____
                             TOTAL   DUE   >>>>             1,499.90

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.
```

**TAX ID NO. :** 20-2665382                        (212) 294-6700     Fax   (212) 294-4700

*Please detach bottom portion and return with payment.*

Thomas Lane
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Invoice No.: 17113976
Date      : 03/09/2009
**TOTAL DUE   :    1,499.90**

Job No.    : 1701-279734
Case No.   : CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO

Remit To:    **LegaLink, Inc.**
              **File 70206**
              **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 84



# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205          Phone: (818) 593-2300
Woodland Hills, CA 91364          Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17113922 | 03/04/2009 | 1702-279737 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 02/24/2009 | GOLDST | CV0705744AH |
| CASE CAPTION | | |
| UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al. | | |
| TERMS | | |
| Immediate, sold FOB Merrill facility | | |

Michael S. Elkin
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

```
VIDEO ON CD:
    Steven Mitgang-VIDEO-V.1
            Video on CD            6.50 Hours @      60.00/Hour        390.00
            Shipping & Handling                                         40.00
                                                                   _____
                                   TOTAL   DUE   >>>>                  430.00

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.
```

TAX ID NO. :   20-2665382                                    (212) 294-6700     Fax  (212) 294-4700

*Please detach bottom portion and return with payment.*

Michael S. Elkin
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Invoice No.:  17113922
Date      :  03/04/2009
**TOTAL DUE  :      430.00**

Job No.   :  1702-279737
Case No.  :  CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO

Remit To:     **LegaLink, Inc.**
              **File 70206**
              **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 85



# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205     Phone: (818) 593-2300
Woodland Hills, CA 91364               Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17113237 | 02/26/2009 | 1701-278754 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/02/2009 | POBOSU | CV0705744AH |

| CASE CAPTION |
|---|
| UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

**Thomas Lane**
**Winston & Strawn LLP**
**200 Park Avenue**
**New York, NY 10166**

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Bruce Wiseman                  345 Pages @        2.60/Page        897.00
            EXHIBITS               320 Pages @         .55/Page        176.00
            Unedited ASCII (RT)  305.00 Pages @       1.15/Page        350.75
            TotalTranscript                                            40.00
            Production and Code Comp                                   45.00
            Process/Delivery NL                                        25.00
                                                              _____
                                    TOTAL   DUE   >>>>              1,533.75

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.
```

**TAX ID NO.:** 20-2665382                                    (212) 294-6700    Fax  (212) 294-4700

*Please detach bottom portion and return with payment.*

Thomas Lane
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Invoice No.:  17113237
Date      :  02/26/2009
**TOTAL DUE  :    1,533.75**

Job No.   :  1701-278754
Case No.  :  CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO

Remit To:     **LegaLink, Inc.**
              **File 70206**
              **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 86



# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205      Phone: (818) 593-2300
Woodland Hills, CA 91364                Fax: (818) 593-2301

# **I N V O I C E**

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| **17113069** | **02/17/2009** | **1701-278752** |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| **01/30/2009** | **SHEASY** | **CV0705744AH** |

| CASE CAPTION |
|---|
| **UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al.** |

| TERMS |
|---|
| **Immediate, sold FOB Merrill facility** |

**Jennifer Golinveaux**
**Winston & Strawn**
**101 California Street**
**San Francisco, CA 94111**

```
 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Joseph Papa                       326 Pages @       2.60/Page        847.60
          EXHIBITS                    169 Pages @        .55/Page         92.95
          Unedited ASCII (RT)      287.00 Pages @       1.15/Page        330.05
          TotalTranscript                                                 40.00
          Production and Code Comp                                        45.00
          Process/Delivery                                                20.00
                                                                     _____
                                      TOTAL   DUE   >>>>              1,375.60

 Merrill Legal Solutions has a new payment address.
 For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.
```

**TAX ID NO.:**  20-2665382                                         (415) 591-1425

*Please detach bottom portion and return with payment.*

Jennifer Golinveaux
Winston & Strawn
101 California Street
San Francisco, CA 94111

Invoice No.: 17113069
Date      : 02/17/2009
**TOTAL DUE :    1,375.60**

Job No.   : 1701-278752
Case No.  : CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 87



# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205   Phone: (818) 593-2300
Woodland Hills, CA 91364   Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| **17112908** | **02/13/2009** | **1701-278750** |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| **01/29/2009** | **SHEASY** | **CV0705744AH** |
| **CASE CAPTION** | | |
| **UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al.** | | |
| **TERMS** | | |
| **Immediate, sold FOB Merrill facility** | | |

**Jennifer Golinveaux**
**Winston & Strawn**
**101 California Street**
**San Francisco, CA 94111**

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Anita Talebizadeh          128 Pages @      2.60/Page      332.80
        EXHIBITS              165 Pages @       .55/Page       90.75
        Unedited ASCII (RT)   114.00 Pages @   1.15/Page      131.10
        TotalTranscript                                        40.00
        Production and Code Comp                               45.00
        Process/Delivery                                       20.00
                                                          _____
                              TOTAL   DUE   >>>>              659.65


Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.
```

**TAX ID NO. :**  20-2665382                                             (415) 591-1425

*Please detach bottom portion and return with payment.*

Jennifer Golinveaux
Winston & Strawn
101 California Street
San Francisco, CA 94111

```
Invoice No.:  17112908
Date      :  02/13/2009
TOTAL DUE :     659.65



Job No.   :  1701-278750
Case No.  :  CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO
```

Remit To:   **LegaLink, Inc.**
                 **File 70206**
                 **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 88



# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205
Woodland Hills, CA 91364

Phone: (818) 593-2300
Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17112817 | 02/12/2009 | 1701-278748 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/28/2009 | SHEASY | CV0705744AH |

| CASE CAPTION |
|---|
| UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Jennifer Golinveaux
Winston & Strawn
101 California Street
San Francisco, CA 94111

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Stacie Simons                357 Pages @      2.60/Page        928.20
           EXHIBITS             433 Pages @       .55/Page        238.15
           Unedited ASCII (RT)  321.00 Pages @   1.15/Page        369.15
           Color Copies         2.00 Pages @     1.00/Page          2.00
           TotalTranscript                                         40.00
           Production and Code Comp                                45.00
           Process/Delivery                                        20.00
                                                               _____
                                TOTAL   DUE   >>>>              1,642.50
```

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.

**TAX ID NO. :** 20-2665382                                      (415) 591-1425

*Please detach bottom portion and return with payment.*

Jennifer Golinveaux
Winston & Strawn
101 California Street
San Francisco, CA 94111

```
Invoice No.:  17112817
Date      :  02/12/2009
TOTAL DUE  :    1,642.50


Job No.    :  1701-278748
Case No.   :  CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO
```

Remit To:     **LegaLink, Inc.**
              **File 70206**
              **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 89



# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205     Phone: (818) 593-2300
Woodland Hills, CA 91364     Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17120198 | 07/30/2009 | 1705-286374 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/14/2009 | LNY | CV0705744AH |

| CASE CAPTION |
|---|
| UMG Recordings, Inc., et al. vs. VEOH Networks, Inc. et al. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

**Jennifer Golinveaux**
**Winston & Strawn LLP**
**200 Park Avenue**
**New York, NY 10166**

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Liudvikas Bukys            279 Pages @      3.25/Page       906.75
        EXHIBITS              103 Pages @       .55/Page        56.65
        Unedited ASCII (RT)   241.00 Pages @   1.50/Page       361.50
        TotalTranscript                                         40.00
        Production and Code Comp                                45.00
        Process/Delivery NL                                     25.00
                                                              _____
                            TOTAL   DUE   >>>>               1,434.90

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.

New York, NY
```

**TAX ID NO. :** 20-2665382          (212) 294-6700    Fax (212) 294-4700

*Please detach bottom portion and return with payment.*

Jennifer Golinveaux
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Invoice No.: 17120198
Date    : 07/30/2009
**TOTAL DUE :  1,434.90**

Job No.   : 1705-286374
Case No.  : CV0705744AHMAJWX
UMG Recordings, Inc., et al. vs. VEO

Remit To:    **LegaLink, Inc.**
              **File 70206**
              **Los Angeles, CA 90074-0206**

EXHIBIT C  PAGE 90