Rebecca Lawlor Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1506/Fax: (415) 591-1400

Michael S. Elkin (*pro hac vice*)
Email: melkin@winston.com
Thomas Lane (*pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700/Fax: (212) 294-4700

Attorneys for Defendant,
VEOH NETWORKS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware Corporation, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> VEOH NETWORKS, INC., a California Corporation, et al., <br><br> Defendants. | Case No. CV 07 5744 -- AHM (AJWx) <br><br> [PROPOSED] ORDER GRANTING DEFENDANT VEOH NETWORKS, INC.'S APPLICATION TO FILE DOCUMENTS UNDER SEAL <br><br> Date: December 14, 2009 <br> Time: 10:00 a.m. <br><br> Judgment Entered: November 3, 2009 |

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL–
CASE NO. 07 5744 -- AHM (AJWx)

Upon consideration of Defendant Myxer Inc.'s ("Myxer") Application to File Under Seal: (1) Veoh's notice Of Motion And Motion For Attorneys' Fees And Costs; Memorandum Of Points And Authorities In Support Thereof (2) Declaration of Erin Ranahan In Support of Veoh's Notice Of Motion And Motion For Attorneys' Fees And Costs; Memorandum Of Points And Authorities In Support Thereof.

IT IS HEREBY ORDERED THAT:

1. Veoh's Application to File Under Seal (1)Veoh's Notice Of Motion And Motion For Attorneys' Fees And Costs; Memorandum Of Points And Authorities In Support Thereof (2) Declaration Of Erin Ranahan In Support Of Veoh's Notice Of Motion And Motion For Attorneys' Fees And Costs; Memorandum Of Points And Authorities In Support Thereof.

2. The Clerk of the Court shall file under seal (1)Veoh's Notice Of Motion And Motion For Attorneys' Fees And Costs; Memorandum Of Points And Authorities In Support Thereof (2) Declaration Of Erin Ranahan In Support Of Veoh's Notice Of Motion And Motion For Attorneys' Fees And Costs; Memorandum Of Points And Authorities In Support Thereof.

IT IS SO ORDERED.

Dated: November 18, 2009

Hon. A. HOWARD MATZ