Rebecca Lawlor Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1506/Fax: (415) 591-1400

Michael S. Elkin (*pro hac vice*)
Email: melkin@winston.com
Thomas Patrick Lane (*pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700/Fax: (212) 294-4700

Attorneys for Defendant,
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware Corporation, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC., a California Corporation, et al.,<br><br>Defendants. | **Case No. CV 07 5744 -- AHM (AJWx)**<br><br>**VEOH NETWORKS INC.'S NOTICE OF TELEPHONIC HEARING RE BILL OF COSTS**<br><br>Date: December 10, 2009<br>Time: 11:00 a.m.<br><br>Judgment Entered: November 3, 2009 |

1  TO THE CLERK OF THE COURT, THE COURT, PLAINTIFFS AND
2  THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that in the event that a hearing is deemed necessary by the Clerk of the Court, Veoh Networks, Inc. ("Veoh") hereby notices a telephonic hearing for December 10, 2009, at 11:00 a.m., or as soon as the Clerk of the Court is available, regarding Veoh's Application to tax certain costs incurred in this litigation in the amount of $73,279.24 pursuant to Civil Procedure 54(d)(1) and Local Rule 54-3, as set forth in Veoh's Application, Bill of Costs, Declaration and supporting documentation filed on November 18, 2009 (Dkt. No. 590).

Dated: November 20, 2009      WINSTON & STRAWN LLP

By: /s/ Erin R. Ranahan
    Michael S. Elkin
    Thomas Patrick Lane
    Jennifer A. Golinveaux
    Rebecca Lawlor Calkins
    Erin R. Ranahan

    Attorneys for Defendant
    VEOH NETWORKS, INC.

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543