Rebecca Lawlor Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1506/Fax: (415) 591-1400

Michael S. Elkin (*pro hac vice*)
Email: melkin@winston.com
Thomas Patrick Lane (*pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700/Fax: (212) 294-4700

Attorneys for Defendant,
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware Corporation, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> VEOH NETWORKS, INC., a California Corporation, et al., <br><br> Defendants. | **Case No. CV 07 5744 -- AHM (AJWx)** <br><br> **VEOH'S RE-NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS** <br><br> **Date: December 21, 2009** <br> (Original Hearing Date: December 14, 2009) <br> **Time: 10:00 a.m.** <br><br> Judgment Entered: November 3, 2009 |

VEOH'S RE-NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS – CASE NO. 07 5744 – AHM (AJWx)
LA:260308.2

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Veoh hereby re-notices[1] its Motion for Attorneys' Fees and Costs, previously noticed for December 14, 2009 (Dkt. No. 587), for December 21, 2009, at 10:00 a.m., in the Courtroom of the Honorable A. Howard Matz, 312 N. Spring Street, Los Angeles, California 90012, whereby Defendant Veoh Networks, Inc. ("Veoh") will move this Court, pursuant to Fed. R. Civ. P. 54(d)(1) and Fed. R. Civ. P. 54(d)(2), and 17 U.S.C. § 505, for an award of attorneys' fees and costs.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on November 9, 2009; and is subsequent to the Court's entering final judgment in this action on November 3, 2009 (Dkt. No. 582). This motion is brought on the grounds that Veoh is the prevailing party against Plaintiffs ("UMG") in the above-captioned action and is entitled to an award of reasonable attorneys' fees and costs under the Copyright Act, 17 U.S.C. § 505, *Fogerty v. Fantasy, Inc.*, 510 U.S. 517 (1994), and Rule 68 of the Federal Rules of Civil Procedure.

///

///

///

///

///

---

[1] Veoh re-notices its motion for December 21, 2009 pursuant to the request of Plaintiffs' counsel, who requested additional time in light of the Thanksgiving holiday and the extent of fees at issue in Veoh's motion.

1

VEOH'S RE-NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS – CASE NO. 07 5744 –AHM (AJWx)
LA:260308.2

This motion is based upon this Notice, the Memorandum of Points and Authorities (Dkt. No. 587), the Declaration of Erin R. Ranahan and the exhibits attached thereto (*See* Dkt. No. 592), the Supplemental Declaration of Erin R. Ranahan and the exhibits attached thereto, and upon such other and further evidence and argument as may be presented to the Court prior to or at the time of hearing on this motion.

Dated: November 23, 2009          WINSTON & STRAWN LLP

By: /s/ Erin R. Ranahan
Michael S. Elkin
Thomas Patrick Lane
Jennifer A. Golinveaux
Rebecca Lawlor Calkins
Erin R. Ranahan

Attorneys for Defendant
VEOH NETWORKS, INC.