# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | **Case No. CV 07 5744 – AHM (AJWx)** |
| Plaintiffs, | |
| vs. | **REVISED [PROPOSED] ORDER GRANTING VEOH NETWORKS INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS** |
| VEOH NETWORKS, INC. a California Corporation, *et al.*, | |
| Defendants. | Judge: Hon. A. Howard Matz |
| | Date: December 21, 2009<br>Time: 10:00 a.m.<br>Ctrm: 14 |

LA:260312.1

The Motion of Veoh Networks, Inc. ("Veoh") for attorneys' fees and costs was heard on December 21, 2009, in Courtroom 14 of the above-referenced court. The Honorable Judge A. Howard Matz presided.

Having considered all papers, pleadings and evidence submitted and the oral arguments presented, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

    1.    Veoh's Motion for Attorneys' Fees and Costs is GRANTED; and

    2.    Veoh is hereby awarded a total of $4,613,062.20 in fees, and $456,244.44 in costs pursuant to 17 U.S.C. § 505; and/or

    3.    Veoh is hereby awarded $2,859,073.40 in fees, and $422,342.11 in costs pursuant to Rule 68 of the Federal Rules of Civil Procedure.

Dated: _____      _____
                                                                               Hon. A. Howard Matz