| | |
|---|---|
| 1 | Rebecca Calkins (SBN: 195593) |
| | Erin Ranahan (SBN: 235286) |
| 2 | **WINSTON & STRAWN LLP** |
| | 333 South Grand Avenue, 38th Floor |
| 3 | Los Angeles, CA 90071-1543 |
| | Telephone: 213-615-1700 |
| 4 | Facsimile: 213-615-1750 |
| | Email: rcalkins@winston.com |
| 5 | Email: eranahan@winston.com |
| 6 | Jennifer A. Golinveaux (SBN 203056) |
| | **WINSTON & STRAWN LLP** |
| 7 | 101 California Street |
| | San Francisco, CA 94111 |
| 8 | (415) 591-1506 (Telephone) |
| | (415) 591-1400 (Facsimile) |
| 9 | Email: jgolinveaux@winston.com |
| 10 | Michael S. Elkin (admitted *pro hac vice*) |
| | Thomas P. Lane (admitted *pro hac vice*) |
| 11 | **WINSTON & STRAWN LLP** |
| | 200 Park Avenue |
| 12 | New York, New York 10166 |
| | (212) 294-6700 (Telephone) |
| 13 | (212) 294-4700 (Facsimile) |
| | Email: melkin@winston.com |
| 14 | Email: tlane@winston.com |
| 15 | Attorneys for Defendant |
| | VEOH NETWORKS, INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.* | Case No. CV 07 5744 – AHM (AJWx) |
| Plaintiffs, | |
| vs. | **PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |
| VEOH NETWORKS, INC. *et al.* | |
| Defendants. | |

LA:260365.1

*UMG Recordings, Inc., et al. v. Veoh Networks, Inc.*
**USDC, Central Case No. CV 07-5744-AHM (AJWx)**

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 333 South Grand Avenue, Los Angeles, CA 90071-1543. On November 23, 2009, I served the within documents:

**1.** VEOH'S APPLICATION TO FILE DOCUMENTS UNDER SEAL;

**2.** [PROPOSED] ORDER GRANTING VEOH'S APPLICATION TO FILE DOCUMENTS UNDER SEAL; AND

**3.** SUPPLEMENTAL DECLARATION OF ERIN R. RANAHAN IN SUPPORT OF VEOH'S MOTION FOR ATTORNEYS' FEES AND COSTS

[✓] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

[ ] On _____ I sent such document(s) from facsimile machine 213-615-1750. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 213-615-1750 which confirms said transmission and receipt.

[ ] by causing the document(s) listed above to be delivered via overnight delivery (Federal Express) to the person(s) at the address(es) set forth below.

[✓] By causing the foregoing document to be served electronically by electronically mailing a true and correct copy through Winston & Strawn's electronic mail system on November 23, 2009 to the e-mail address(es), as stated in the attached service list, and the transmission was reported as complete and no error was reported.

**PLEASE SEE ATTACHED SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 23, 2009, at Los Angeles, California.

/s/ Patricia Waters
Patricia Waters

LA:260365.1

2

**PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL**
**Case No. CV 07 5744-AHM (AJWx)**

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

| | |
|---|---|
| *UMG Recordings, Inc., et al. v. Veoh Networks, Inc.*<br>USDC, Central Case No. CV 07-5744-AHM (AJWx) | |

### SERVICE LIST

| | |
|---|---|
| **(BY U.S. MAIL AND E-MAIL)**<br>Steven A. Marenberg, Esq.<br>Elliot Brown, Esq.<br>Brian Ledahl, Esq.<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067<br>Telephone:  (310) 277-1010<br>Fax:  (310) 203-7199<br>(smarenberg@irell.com)<br>(ebrown@irell.com)<br>(bledahl@irell.com)<br><br>**Attorneys for Plaintiffs** | |

LA:260365.1

3

PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL
Case No. CV 07 5744-AHM (AJWx)