


# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UMG RECORDINGS, INC., a Delaware Corporation, et al.,

  Plaintiffs,

vs.

VEOH NETWORKS, INC., a California Corporation, et al.,

  Defendants.

Case No. CV 07 5744 -- AHM (AJWx)

[PROPOSED] ORDER GRANTING DEFENDANT VEOH NETWORKS, INC.'S APPLICATION TO FILE DOCUMENTS UNDER SEAL

Date: December 21, 2009
Time: 10:00 a.m.

Judgment Entered: November 3, 2009

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

Dockets.Justia.com

Upon consideration of Defendant Veoh's ("Veoh") Application to File Under Seal the Supplemental Declaration of Erin Ranahan In Support of Veoh's Motion For Attorneys' Fees And Costs:

IT IS HEREBY ORDERED THAT:

1. Veoh's Application to File Under Seal the Supplemental Declaration of Erin Ranahan In Support of Veoh's Motion For Attorneys' Fees And Costs is GRANTED.

2. The Clerk of the Court shall file under seal the Supplemental Declaration of Erin Ranahan In Support of Veoh's Motion For Attorneys' Fees And Costs.

IT IS SO ORDERED.

Dated: NOV 24 2009 ~~2009~~

Hon. A. HOWARD MATZ