# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| 09-56777 | 07-CV-05744-AHM-AJW |
|---|---|
| U.S. COURT OF APPEALS CASE NUMBER | U.S. DISTRICT COURT CASE NUMBER |
| UMG Recordings, Inc., et al. v. Veoh Networks, Inc., et al. | November 10, 2009 |
| SHORT CASE TITLE | DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT |

**SECTION A** – TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 03/17/2008 | Cindy Nirenberg | [X] OTHER (PLEASE SPECIFY) Rule 16(b) Scheduling Conference |
| 12/04/2008 | Cindy Nirenberg | [X] OTHER (PLEASE SPECIFY) Status Conference |
| 09/08/2009 | Cindy Nirenberg | [X] OTHER (PLEASE SPECIFY) Hearing on Veoh's Mot. for Summary Judgment |
| 06/23/2008 | Recorded/D. Babykin | [X] OTHER (PLEASE SPECIFY) Hearing on Motion for Protective Order |
| 08/25/2008 | Recorded/D. Babykin | [X] OTHER (PLEASE SPECIFY) Hearing on Motions to Compel |
| 12/17/2008 | Recorded/D. Babykin | [X] OTHER (PLEASE SPECIFY) Hearing on Motions to Compel |

ATTACH ADDITIONAL PAGE FOR DESIGNATIONS, IF NECESSARY  Continued on Attachment A; all "recorded" hearings were electronically recorded and later transcribed by the reporter listed after the "/".

[ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[X] As retained counsel (or litigant in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five (5) days hereof, will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

NAME, ADDRESS AND TELEPHONE NUMBER:

Brian Ledahl
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

DATE TRANSCRIPT ORDERED:  Previously Ordered and Complete.

SIGNATURE
ATTORNEY/PRO PER LITIGANT

THIS FORM IS DIVIDED INTO FIVE (5) PARTS. IT SHOULD BE USED TO COMPLY WITH THE FEDERAL RULES OF APPELLATE PROCEDURE AND THE LOCAL RULES OF THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT REGARDING THE DESIGNATION AND ORDERING OF COURT REPORTERS' TRANSCRIPTS.

PLEASE NOTE THE SPECIFIC INSTRUCTIONS BELOW. IF THERE ARE FURTHER QUESTIONS, CONTACT THE CLERK'S OFFICE, U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT AT (415) 556-9800

## SPECIFIC INSTRUCTIONS FOR ATTORNEYS/PRO PER LITIGANTS

1. Pick up form from District Court Clerk's Office when filing the notice of appeal.
2. Complete **Section A**. Place additional designations on blank paper, if needed.
3. Send **Copy One** to District Court.
4. Send **Copy Four** to opposing counsel. Make additional photocopies, if necessary.
5. Send **Copy Two** and **Copy Three** to court reporter. Contact court reporter to make further arrangements for payment.
6. Continue to monitor progress of transcript preparation.

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

A-9 (08/97)  CA9-036(10/01/82)

COPY ONE

# ATTACHMENT A – ADDITIONAL TRANSCRIPT DESIGNATIONS

UMG Recordings, Inc., et al. v. Veoh Networks, Inc., et al., 07-CV-5744 AHM (AJWx)

| **HEARING DATE** | **COURT REPORTER** | **PROCEEDINGS** |
|---|---|---|
| 04/06/2009 | Recorded/D. Harand | Hearing on Motions to Compel |
| 06/03/2009 | Recorded/D. Harand | Hearing on Motion to Compel |