Rebecca Lawlor Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1506/Fax: (415) 591-1400

Michael S. Elkin (*pro hac vice*)
Email: melkin@winston.com
Thomas Lane (*pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700/Fax: (212) 294-4700

Attorneys for Defendant,
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware Corporation, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>VEOH NETWORKS, INC., a California Corporation, et al.,<br><br>Defendants. | Case No. CV 07 5744 -- AHM (AJWx)<br><br>**SUPPLEMENTAL DECLARATION OF ERIN R. RANAHAN IN SUPPORT OF VEOH'S APPLICATION TO CLERK TO TAX CERTAIN COSTS**<br><br>Date: Previously Scheduled for December 10, 2009 at 11:00 a.m., but vacated by the Clerk on December 7, 2009<br><br>Judgment Entered: November 3, 2009 |

LA:261178.1

SUPP. RANAHAN DECL. ISO VEOH'S APP. TO CLERK TO TAX CERTAIN COSTS
– CASE NO. 07 5744 – AHM (AJWx)

# SUPPLEMENTAL DECLARATION OF ERIN R. RANAHAN

I, Erin R. Ranahan, declare as follows:

1. I am an attorney at the law firm of Winston & Strawn LLP, attorneys for Defendant Veoh Networks, Inc. ("Veoh") in this matter. I am licensed to practice before the Courts of the State of California and this United States District Court. I have personal knowledge of the matters set forth herein, and if called as a witness, could and would competently testify thereto.

2. There are only two invoices for which a rough deposition transcript was sought in addition to the original and one copy allowed, totaling $1,032.75 in costs. *See,* Application Ex C. at 49 ($380.25), 53 ($652.50).

3. Expedited deposition transcripts from Veritext cost twice the amount of regular transcripts. There are only two invoices for which expedited transcripts were sought. *See,* Application Ex. C at 51 ($1449.00) and 61 ($438.75). Thus, the expedited transcript fees total $1887.75 in costs.

4. Attached hereto as Exhibit 1 are true and correct copies of additional invoices relating to copying charges that amounting to $1077.33.

5. Attached hereto as Exhibit 2 are additional invoices relating to transcript and other deposition charges amounting to $4725.60.

I declare under penalty of perjury under the laws of the United States of America, the foregoing is true and correct. Executed on December 7, 2009, in Los Angeles, California.

/s/ Erin R. Ranahan
Erin R. Ranahan

LA:261178.1
2
SUPP. RANAHAN DECL. ISO VEOH'S APP. TO CLERK TO TAX CERTAIN COSTS
– CASE NO. 07 5744 – AHM (AJWx)

# EXHIBIT 1



**Please Pay From This Invoice**



*APSF110112*

| DATE | INVOICE NO. |
|---|---|
| 7/7/2008 | 58960 |

| BILL TO | | PLEASE PAY |
|---|---|---|
| Winston Strawn, LLP<br>101 California St. - 39th floor<br>San Francisco, CA 94111-5894<br>(415) 591-1000 | Winston & Strawn LLP<br>Golinveaux *(handwritten)* | ALC Legal Technologies<br>333 Bush Street, Suite 400<br>San Francisco, CA 94104<br>415-777-4449<br>Tax ID # 94-3364812 |

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|---|---|---|---|---|---|
| 0807801200 | Due Upon Receipt | JS | 7/7/2008 | Melodie Butler | 085276-00004 |

| QUANTITY | DESCRIPTION | ITEM | AMOUNT |
|---|---|---|---|
| | Requestor: Melodie Butler | | |
| | Re: Copy * 1 on 3-hole paper, match color and insert divider tabs, staple as original | | |
| 872 | Standard Litigation Copying - Obstacles Every 12 or More Pages @ $.16/page<br>Number of Copy Sets:1 | | 139.52T |
| 14 | Color Copying - 8.5x11 @ $.99/page | | 13.86T |
| 10 | Custom Divider Tabs @ $.75/each | | 7.50T |
| | Subtotal | | 160.88 |

***Thank You for Your Business***

| | Sales Tax (8.5%) | $13.67 |
|---|---|---|
| Received & Approved *(signature)* Date | TOTAL | $174.55 |



**CP Document Technologies**
Downtown Los Angeles
350 S. Grand Ave. #2900
Los Angeles, CA 90071
Phone: (213) 617-4040
Fax: (213) 617-4050

| Firm: Winston & Strawn LLP | Date In: | 1/29/2009 |
|---|---|---|
| Contact: Robert Orwat | Date Due: | 1/29/2009 12:00 PM |
| Address: 333 South Grand Avenue 38th Floor | Acct Mgr: | Pablo Sanchez |
| City/Zip: Los Angeles, CA 90071   Phone: (213) 615-1700 | DSC: | |
| Client Ref: 085276.00004 | Project #: | **GRD109010487** |

**Special Billing Information:**

**Special Delivery Instructions:**

**Project Description:**
Blowback request from Erin Ranahan.

## BILLING DETAIL

| Item Description | Total Quantity | Unit Price | Total Cost |
|---|---|---|---|
| Digital Prints | 2233 | $ 0.060 | $ 133.98 |
| | 0 | $ - | $ - |
| | | Sub-Total: | $ 133.98 |
| | | Tax: | $ 11.05 |
| | | ) Total: | $ - |
| | | **TOTAL:** | **$ 145.03** |

Signed/Received By _____   Date: _____

*See Reverse Side for Terms & Conditions*



**CP Document Technologies**
Downtown Los Angeles
350 S. Grand Ave. #2900
Los Angeles, CA 90071
Phone: (213) 617-4040
Fax: (213) 617-4050

| Firm: Winston & Strawn LLP | Date In: | 3/26/2009 |
|---|---|---|
| Contact: Robert Orwat | Date Due: | 3/27/2009 4:30 PM |
| Address: 333 South Grand Avenue 38th Floor | Acct Mgr: | Pablo Sanchez |
| City/Zip: Los Angeles, CA 90071   Phone: (213) 615-1700 | DSC: | |
| Client Ref: Myxer | Project #: | **GRD109030593** |

**Special Billing Information:**

**Special Delivery Instructions:**

**Project Description:**
2 HD's - Copy x 2

## BILLING DETAIL

| Item Description | Total Quantity | Unit Price | Total Cost |
|---|---|---|---|
| Hard Drive Duplication | 4 | $ 175.000 | $ 700.00 |
| | 0 | $ - | $ - |

Sub-Total: $ 700.00
Tax: $ 57.75
) Total: $ -
TOTAL: $ 757.75

Signed/Received By _____      Date: _____

*See Reverse Side for Terms & Conditions*




**Please Pay From This Invoice**

| DATE | INVOICE NO. |
|---|---|
| 7/7/2008 | 58960 |

*APSF110112*

| BILL TO | PLEASE PAY |
|---|---|
| Winston Strawn, LLP<br>101 California St. - 39th floor<br>San Francisco, CA 94111-5894<br>(415) 591-1000 | ALC Legal Technologies<br>333 Bush Street, Suite 400<br>San Francisco, CA 94104<br>415-777-4449<br>Tax ID # 94-3364812 |

Winston & Strawn LLP
Golinveaux

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|---|---|---|---|---|---|
| 0807801200 | Due Upon Receipt | JS | 7/7/2008 | Melodie Butler | 085276-00004 |

| QUANTITY | DESCRIPTION | ITEM | AMOUNT |
|---|---|---|---|
| | Requestor: Melodie Butler<br><br>Re: Copy * 1 on 3-hole paper, match color and insert divider tabs, staple as original | | |
| 872 | Standard Litigation Copying - Obstacles Every 12 or More Pages @ $.16/page<br>Number of Copy Sets:1 | | 139.52T |
| 14 | Color Copying - 8.5x11 @ $.99/page | | 13.86T |
| 10 | Custom Divider Tabs @ $.75/each | | 7.50T |
| | Subtotal | | 160.88 |

**\*\*Thank You for Your Business\*\***

| | Sales Tax (8.5%) | $13.67 |
|---|---|---|
| Received & Approved _____ Date | TOTAL | $174.55 |



**CP Document Technologies**
Downtown Los Angeles
350 S. Grand Ave. #2900
Los Angeles, CA 90071
Phone: (213) 617-4040
Fax: (213) 617-4050

| | |
|---|---|
| Firm: Winston & Strawn LLP | Date In: 1/29/2009 |
| Contact: Robert Orwat | Date Due: 1/29/2009 12:00 PM |
| Address: 333 South Grand Avenue 38th Floor | Acct Mgr: Pablo Sanchez |
| City/Zip: Los Angeles, CA 90071   Phone: (213) 615-1700 | DSC: |
| Client Ref: 085276.00004 | Project #: **GRD109010487** |
| Special Billing Information: | Special Delivery Instructions: |

**Project Description:**
Blowback request from Erin Ranahan.

## BILLING DETAIL

| Item Description | Total Quantity | Unit Price | Total Cost |
|---|---|---|---|
| Digital Prints | 2233 | $ 0.060 | $ 133.98 |
| | 0 | $ - | $ - |

Sub-Total: $ 133.98
Tax: $ 11.05
> Total: $ -
**TOTAL: $ 145.03**

Signed/Received By _____     Date: _____

*See Reverse Side for Terms & Conditions*



**CP Document Technologies**
Downtown Los Angeles
350 S. Grand Ave. #2900
Los Angeles, CA 90071
Phone: (213) 617-4040
Fax: (213) 617-4050

| Firm: Winston & Strawn LLP | Date In: | 3/26/2009 |
|---|---|---|
| Contact: Robert Orwat | Date Due: | 3/27/2009 4:30 PM |
| Address: 333 South Grand Avenue 38th Floor | Acct Mgr: | Pablo Sanchez |
| City/Zip: Los Angeles, CA 90071   Phone: (213) 615-1700 | DSC: | |
| Client Ref: Myxer | Project #: | **GRD109030593** |

**Special Billing Information:**

**Special Delivery Instructions:**

**Project Description:**
2 HD's - Copy x 2

## BILLING DETAIL

| Item Description | Total Quantity | Unit Price | Total Cost |
|---|---|---|---|
| Hard Drive Duplication | 4 | $ 175.000 | $ 700.00 |
| | 0 | $ - | $ - |

Sub-Total: $ 700.00
Tax: $ 57.75
) Total: $ -
TOTAL: $ 757.75

Signed/Received By _____  Date: _____

*See Reverse Side for Terms & Conditions*

# EXHIBIT 2

# INVOICE

**Doerner & Goldberg**
**A Veritext Company**

25 B Vreeland Rd
Suite 301
Florham Park, NJ 07932
Tel. (973) 740-1100
Fax (973) 716-9572

1350 Broadway
Suite 1407
New York, NY 10018
Tel. (212) 564-8808
Fax (212) 564-9524


*APLA114175*

**Bill To:** Erin Ranahan, Esq.
Winston & Strawn LLP
333 South Grand Street
Los Angeles, CA 90071

**Invoice #:** NJ140675
**Invoice Date:** 12/18/2008
**Balance Due:** $941.60

**Case:** Umg Recordings Inc v. Veoh Networks
**Job #:** 183106  |  **Job Date:** 12/5/2008  |  **Delivery:** Normal
**Billing Atty:** Erin Ranahan, Esq.
**Location:** Winston & Strawn
333 S. Grand Ave. | 38th Fl | Los Angeles, CA
**Sched Atty:** Thomas P. Lane, Esq. | Winston & Strawn
**Deposing Atty:** Thomas P. Lane, Esq.

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | David Ring | Attendance Fee (appearance) | | | $100.00 |
| 2 | | Transcript - Original & 1 copy | Page | 142.00 | $639.00 |
| 3 | | Waiting time | Per hour | | $80.00 |
| 4 | | Exhibits | per page | 187.00 | $56.10 |
| 5 | | CD Depo Litigation Package | Package | | $34.00 |
| 6 | | Shipping & Handling | | 1 | $32.50 |

**Notes:** Attendance - Los Angeles, CA
Waiting time 1 hour

**Invoice Total:** $941.60
**Payment:** 
**Credit:** 
**Interest:** $0.00
**Balance Due:** $941.60

Fed Tax ID: 20-3132569    Terms: Net 30

Please tear off stub and return with payment

Make check payable to:
Veritext Reporting Co.
25 B Vreeland Rd, Suite 301
Florham Park, NJ 07932

**Invoice #:** NJ140675
**Job #:** 183106
**Invoice Date:** 12/18/2008
**Balance:** $941.60

VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED

# INVOICE

**Doerner & Goldberg**
**A Veritext Company**

25 B Vreeland Rd
Suite 301
Florham Park, NJ 07932
Tel. (973) 740-1100
Fax (973) 716-9572

1350 Broadway
Suite 1407
New York, NY 10018
Tel. (212) 564-8808
Fax (212) 564-9524



*APNY130804*

**Bill To:** Michael Elkin Esq
Winston & Strawn LLP
200 Park Ave
New York, NY 10166

| | |
|---|---|
| Invoice #: | NJ143627 |
| Invoice Date: | 01/09/2009 |
| Balance Due: | $783.25 |

| | |
|---|---|
| Case: | Umg Recordings Inc v. Veoh Networks |
| Job #: | 181728    Job Date: 11/25/2008    Delivery: Normal |
| Billing Atty: | Michael Elkin Esq |
| Location: | Winston & Strawn |
| | 333 S. Grand Ave, 38th Fl, Los Angeles, CA |
| Sched Atty: | Thomas P. Lane, Esq. | Winston & Strawn |
| Deposing Atty: | Thomas P. Lane, Esq. |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Harvey Geller | Video - First 2 Hours | | | $350.00 |
| | | Video - Additional hours | Hour | | $110.00 |
| | | Video - Digitize & Sync (DepoView) | Hour | 2.50 | $275.00 |
| | | Media Archive/Tape stock | Per tap | 2.00 | $30.00 |
| | | Shipping of Media | | | $18.25 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $783.25 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $783.25 |

Fed. Tax ID: 20-3132369    Term: Net 30

*Please tear off stub and return with payment*

Make check payable to:

Veritext Reporting Co.
25 B Vreeland Rd, Suite 301
Florham Park, NJ 07932

| | |
|---|---|
| Invoice #: | NJ143627 |
| Job #: | 181728 |
| Invoice Date: | 01/09/2009 |
| Balance: | $783.25 |

VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED

# INVOICE



**Doerner & Goldberg**
**A Veritext Company**

25 B Vreeland Rd
Suite 301
Florham Park, NJ 07932
Tel. (973) 740-1100
Fax (973) 716-9572

1350 Broadway
Suite 1407
New York, NY 10018
Tel. (212) 564-8808
Fax (212) 564-9524

Bill To: Thomas P. Lane, Esq.
Winston & Strawn LLP
200 Park Ave
New York, NY 10166

| | |
|---|---|
| Invoice #: | NJ146842 |
| Invoice Date: | 01/31/2009 |
| Balance Due: | $808.25 |

| | |
|---|---|
| Case: | Umg Recordings Inc v. Veoh Networks |
| Job #: | 183106  \|  Job Date: 12/5/2008  \|  Delivery: Normal |
| Billing Atty: | Thomas P. Lane, Esq. |
| Location: | Winston & Strawn |
| | 333 S. Grand Ave. \| 38th Fl \| Los Angeles, CA |
| Sched Atty: | Thomas P. Lane, Esq. \| Winston & Strawn |
| Deposing Atty: | Thomas P. Lane, Esq. |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | David Ring | Video - First 2 Hours | | | $350.00 |
| 2 | | Video - Additional hours | Hour | 1.50 | $165.00 |
| 3 | | Video - Digitize & Sync (DepoView) | Hour | 2.50 | $275.00 |
| 4 | | Shipping of Media | | 1 | $18.25 |

Notes:

| | |
|---|---|
| Invoice Total: | $808.25 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $808.25 |

Fed. Tax ID: 20-8102585    Terms: Net 30

*Please tear off stub and return with payment*

Make check payable to:
Veritext Reporting Co.
25 B Vreeland Rd, Suite 301
Florham Park, NJ 07932

| | |
|---|---|
| Invoice #: | NJ146842 |
| Job #: | 183106 |
| Invoice Date: | 01/31/2009 |
| Balance: | $808.25 |

VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED

# INVOICE



**Doerner & Goldberg**
**A Veritext Company**

25 B Vreeland Rd
Suite 301
Florham Park, NJ 07932
Tel. (973) 740-1100
Fax (973) 716-9572

1350 Broadway
Suite 1407
New York, NY 10018
Tel. (212) 564-8808
Fax (212) 564-9524

Bill To: Melodie Butler
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

Invoice #: NJ161186
Invoice Date: 04/29/2009
Balance Due: $1,091.80

Case: Umg Recordings v. Veoh Networks
Job #: 197156 | Job Date: 4/7/2009 | Delivery: Normal
Billing Atty: Melodie Butler
Location: Winston & Strawn LLP
333 South Grand Street | Conf 38C | Los Angeles, CA 90071
Sched Atty: Rebecca Calkins, Esq
Deposing Atty: Thomas P. Lane, Esq

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | David Weinberg | Attendance Fee (appearance) | 1 | | $125.00 |
| 2 | | Transcript - Original & 1 copy | Page | 199.00 | $895.50 |
| 3 | | Exhibits | per pag | 37.00 | $14.80 |
| 4 | | CD Depo Litigation Package | Packag | | $34.00 |
| 5 | | Shipping & handling | 1 | | $22.50 |

Notes: (Attendance California)

Invoice Total: $1,091.80
Payment:
Credit:
Interest: $0.00
Balance Due: $1,091.80

Fed Tax ID: 20-3132569     Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**Please tear off stub and return with payment**

Make check payable to:
Veritext Reporting Co
25 B Vreeland Rd, Suite 301
Florham Park, NJ 07932

Invoice #: NJ161186
Job #: 197156
Invoice Date: 04/29/2009
Balance: $1,091.80

VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED

# INVOICE



**Doerner & Goldberg
A Veritext Company**

25 B Vreeland Rd
Suite 301
Florham Park, NJ 07932
Tel. (973) 740-1100
Fax (973) 716-9572

1350 Broadway
Suite 1407
New York, NY 10018
Tel. (212) 564-8808
Fax (212) 564-9524

**Bill To:** Michael Elkin Esq
Winston & Strawn LLP
200 Park Ave
New York, NY 10166

| | |
|---|---|
| Invoice #: | NJ139879 |
| Invoice Date: | 12/12/2008 |
| Balance Due: | $959.10 |

| | |
|---|---|
| Case: | Umg Recordings Inc v. Veoh Networks |
| Job #: | 181728  |  Job Date: 11/25/2008  |  Delivery: Normal |
| Billing Atty: | Michael Elkin Esq |
| Location: | Winston & Strawn |
| | 333 S. Grand Ave. | 38th Fl. | Los Angeles, CA |
| Sched Atty: | Thomas P. Lane, Esq. | Winston & Strawn |
| Deposing Atty: | Thomas P. Lane, Esq. |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Harvey Geller | Attendance Fee (appearance) | | | $100.00 |
| 2 | | Waiting time | Per hour | | $80.00 |
| 3 | | Transcript - Original & 1 copy | Page | 165.00 | $742.50 |
| 4 | | Exhibits | per page | 47.00 | $14.10 |
| 5 | | Shipping & handling | | 1 | $22.50 |

**Notes:** (Attendance: Los Angeles CA ; Waiting time 1 hour)

| | |
|---|---|
| Invoice Total: | $959.10 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $959.10 |

Fed. Tax ID: 20-3132589     Terms: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

*Please tear off stub and return with payment.*

Make check payable to:

Veritext Reporting Co.
25 B Vreeland Rd, Suite 301
Florham Park, NJ 07932

| | |
|---|---|
| Invoice #: | NJ139879 |
| Job #: | 181728 |
| Invoice Date: | 12/12/2008 |
| Balance: | $959.10 |

VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED



DOROTHY BABYKIN
COURTHOUSE SERVICES
1218 VALEBROOK PLACE
GLENDORA, CALIFORNIA 91740
TELEPHONE/FAX (626) 963-0566
DECEMBER 30, 2008

**WINSTON & STRAWN**

JAN 2 6 REC'D

**RECEIVED**

REBECCA LAWLOR CALKINS
ATTORNEY AT LAW
WINSTON & STRAWN
333 SOUTH GRAND STREET
38TH FLOOR
LOS ANGELES, CALIFORNIA 90071

UMG RECORDINGS, INC. V. VEOH NETWORKS
CV 06-6561-AHM(AJWX)

121708, PAGES 1-118                                    $141.60