# WINSTON & STRAWN LLP

200 PARK AVENUE, NEW YORK NY 10166-4193
TELEPHONE: 212-294-6700     FACSIMILE: 212-294-4700

35 W. WACKER DRIVE          1700 K STREET, N.W.       333 SOUTH GRAND AVENUE    101 CALIFORNIA STREET     43 RUE DU RHONE
CHICAGO IL 60601-9703       WASHINGTON, DC 20006-3817 LOS ANGELES, CA 90071-1543 SAN FRANCISCO CA 94111-5894  1204 GENEVA, SWITZERLAND
312-558-5600                202-282-5000              213-615-1700              415-591-1000              41-22-317-75-75

WRITER'S DIRECT DIAL
212-294-6729
melkin@winston.com

September 24, 2007

**VIA FACSIMILE AND U.S. MAIL**
Steven A. Marenberg
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276

      Re:    **UMG Recordings, Inc., et al. v. Veoh Networks, Inc., U.S. District Court Case No. CV 07-5744 GW (RCx)**

Dear Mr. Marenberg:

      We represent Veoh Networks, Inc. ("Veoh") regarding the above captioned matter. Veoh takes allegations of copyright infringement very seriously. Veoh has a strict policy of promptly terminating access to infringing content on Veoh upon obtaining knowledge or awareness of such material, or upon notification of claimed infringement that substantially complies with 17 U.S.C. § 512(c).

      We have reviewed the complaint filed in the above referenced matter. The complaint does not appear to provide information sufficient to determine any specific works on Veoh that Plaintiffs allege infringe their works. For example, the complaint refers to Exhibit B as "a list of available Fergie videos (including many infringing copies of music videos featuring UMGR's copyright sound recordings) that are available to be viewed from Veoh.com", but does not specify which of the videos listed in Exhibit B allegedly infringe your clients' works. If there are specific works reflected on Exhibit B that your clients allege infringe their works, please let me know and Veoh will promptly review the matter.

      The complaint further states that a "user can then view any video appearing in the search results, for example to view the Fergie video for the song 'Fergalicious,' with one mouse click mouse [sic]. See Exhibit C." Exhibit C, however, appears to be a screenshot of a video that states "Fergie Fergalicious, Will.i.am/A&M Records, Promo Only."

      If there are specific works identified in the complaint that Plaintiffs allege infringe their works, please let me know, and Veoh will promptly review the matter to determine whether access should be terminated to those works. As always, if Plaintiffs contend that any works

Steven A. Marenberg
September 24, 2007
Page 2

infringing their copyrights are available on Veoh, please provide notice of such works pursuant to 17 U.S.C. § 512(c), and Veoh will respond promptly.

Sincerely,

*Michael Elkin /ge*

Michael S. Elkin

/ge

cc:   Veoh Networks, Inc.

SF:184131.1