Welcome to TimesPeople | TimesPeople Lets You Share and Discover the Best of NYTimes.com | 1:12 PM | Recommend
Get Started

HOME PAGE | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS          Get Home Delivery | Log In | Register Now

The New York Times
Wednesday, December 2, 2009

# Technology

Search All NYTimes.com [Go]

WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL | JOBS | REAL ESTATE | AUTOS

Search Technology [Go]   Inside Technology: Internet · Start-Ups · Business Computing · Companies   Bits Blog »   Personal Tech »: Digital Cameras · Cellphones · ▷ ALL PRODUCTS

# Bits

**Business ▪ Innovation ▪ Technology ▪ Society**

July 15, 2007, 9:35 AM

## Veoh's Vexing Visitor Numbers

By BRAD STONE

Here's a little puzzle about online video sharing site Veoh.com, whose new video player, VeohTV, I wrote about in today's Bright Ideas column. Traffic to the San Diego based company's Web site, which is backed by Time Warner and former Disney chairman Michael Eisner, significantly trails online rivals like YouTube and MySpace TV. But the site is seeing some impressive, and slightly mysterious, growth. According to the company, the site now gets 14.3 million visitors a month, up from 4.4 million since February, a 223 percent rise in traffic.

So what are people finding at Veoh.com that they are not getting at YouTube and other sites?

Dmitry Shapiro, Veoh's chief executive, said he does not know the precise cause but credited good word of mouth, the high-quality of video on the service, and a six-month old program that takes the video that users upload to Veoh.com and copies it onto other video sharing sites, like YouTube and MySpace. So content creators can post to Veoh.com and be sure they are covering all their other bases as well.

But there may be a little more to it than that.

Representatives at several major media companies I talked to, including one from television network NBC, say that Veoh.com has been among the least aggressive video sharing sites in fighting copyrighted content. The site does two things that passively and perhaps unintentionally encourage piracy: it imposes no time limits on uploaded clips. And unlike sites such as YouTube and MySpace, it does not currently use digital fingerprinting technology that automatically examines the audio tracks of video files to identify copyrighted material. (Mr. Shapiro said the company was working with the MPAA to find an effective filtering technology.)

As a result, these media companies say, Veoh.com has become a haven for pirated content just as sites like YouTube.com have gotten tough on removing copyrighted clips. To demonstrate this claim, NBC pointed me toward a page for its sitcom "The Office" on a German Web site known for linking to other sites with pirated material. The page contains pointers to six episodes, with three being hosted on Veoh.com (the other three were on French video sharing site DailyMotion.com). The files on Veoh are given nonsensical names, but people in the know can find them by visiting this German link site.

Mr. Shapiro says that Veoh complies with the DMCA by taking down files when rights-holders complain. But understandably, given this linking scheme, many networks say they do not even know what to look for.

If Veoh is serious about striking deals with the networks to bring high quality versions of their programming onto VeohTV, it is probably going to have to tighten its piracy controls on Veoh.com. At the very least, then we will know its impressive visitor growth is legitimate.

✉ E-mail This | 🖨 Print | ➕ Share | Ⓣ Twitter | ☑ Sign in to Recommend

Internet, Music and Video, MySpace, piracy, Veoh, video, YouTube

### Related Posts

**FROM BITS**

MySpace and MTV Turn Pirated Video Into Ad Dollars

Search This Blog [Search]

Previous post ◀  E3: Nintendo's Massive Product Demo          Next post ▶ Sprint to Pesky Customers: "Scram"

[Target dailywish advertisement]

**What We're Reading**

SLATE.COM
Mother's Little Helper
The iPhone is the ultimate kid-pacification device. – Jenna Wortham

THE SYDNEY MORNING HERALD
Google Employee Justin Baird Develops Show Your Vote Platform For Environment Campaigns
A Googler develops a way to combine voting and Google Maps to fight climate change. – Vindu Goel

BLOG.FACEBOOK.COM
An Open Letter from Facebook Founder Mark Zuckerberg
Facebook, which now says it has 350 million members, is reshuffling its privacy options. – Brad Stone

SMARTPLANET.COM
Data Center Will Help Heat Helsinki homes
The heat emitted from hundreds of computer servers will be used to warm homes in Finland. – Jenna Wortham

🔖 Feed

**Holiday Gift Guide**

Tech Gift Guide Central
Top-of-the-line products for this holiday season and the best alternatives for less.
· Go to Holiday Gift Guides »

**On the Blogs**

GADGETWISE | MEDIA DECODER | GREEN INC. | BAY AREA

Collaborative Video Editing, Without Software
Pixorial helps you convert old analog videos to digital, and then edit and share them with your friends and family.

Chinks in the New iMac's Armor
The new Apple iMacs are pretty, but some users are reporting problems.

Ethics of E-Mail Misfires and Facebook Complications
Morally-bound to respond to misdirected e-mails; when relationships advance beyond "It's complicated."

App of the Week: TGI Black Friday
TGI Black Friday compiles pricing data from more than 50 retailers for the coming holiday-shopping scrum.

Phone Deals From a Store You Have Never Heard Of
If you want a deal on a mobile phone, try authorized agents who sell services from the major carriers at a discount.

**Other Technology Blogs**
· AppleInsider          · ReadWriteWeb
· Ars Technica          · Search Engine Land

- Seen: Lonelygirl115 on a New Site
- For $150, Cisco Router Will Play Flip Videos on Your TV
- Should YouTube Charge a Fee to Upload Video?
- Should the White House Be a Place for Friends?

Previous post
◀ E3: Nintendo's Massive Product Demo

Next post
Sprint to Pesky Customers: "Scram" ▶

## 3 Comments

1. July 17, 2007
   4:20 pm
   Link

   Brad - you obviously understand this industry better then any other reporter/blogger.

   Veoh are "all in", praying not to get sued too hard, while letting users share tons of copyrighted stuff. You didn't mention the "porn-factor" which is another great driver of traffic. Veoh has quite a bit of that (try to turn the family filter off). I'm not saying that R-Rated clips should be banned completely (like in youtube), but pure smut like i see in veoh is another thing..

   — *John Bandel*

2. September 8, 2007
   11:49 am
   Link

   Excelent information. Best wishes from New York.

   — *Rebekah*

3. October 8, 2007
   7:39 pm
   Link

   Yes Veho needs to do something with copyright material, But the format on the site can not be beaten by any one I have used over the past 8 years. and unlike other video site, my video talk shows can run for more then 5 or 10 min like other free video sites. Far easier to use and upload video. a Great site for any Video Makers.

   — *casey*

### Add your comments...

Your Name — Required
Your E-mail — Required, will not be published
Your Comment

Comments are moderated and generally will be posted if they are on-topic and not abusive. For more information, please see our Comments FAQ.

Submit

Ads by Google — what's this?

**Political Campaign Ads**
Radio and TV Commercial Advertising Award Winning Political Production!
StudioCenter.com/Political

**OfficeMax® Electronics**
Save on Brand Name Electronics at OfficeMax. Free Shipping Over $50!
www.OfficeMax.com

**Rated #1 Internet Fax**
Find out for yourself why MyFax won #1 by TopTenReviews vs. 13 others.
www.MyFax.com/FreeTrial

---

- BoomTown
- CNet News
- Digits
- Eric Goldman's Technology & Marketing Law Blog
- GigaOm
- Mashable
- PaidContent
- Post Tech
- Silicon Alley Insider
- Tech Trader Daily
- TechCrunch
- Techdirt
- Techmeme
- VentureBeat
- Wired News

### Driven to Distraction

**VIDEO**
**Distracted Drivers**
Most people are aware of the dangers of trying to multitask while driving, but most continue to do it anyway.



**INTERACTIVE FEATURE**
**Gauging Your Distraction**
A game illustrates the potential consequences of distractions like texting on your driving ability.



RELATED ARTICLES
- Truckers Insist on Keeping Computers in the Cab
- U.S. Withheld Data on Risks of Distracted Driving
- Drivers Dismiss Risks of Multitasking on the Road
- Go to All Related Coverage »

### About Bits

Bits offers a steady stream of news and analysis on the technology industry throughout the day from New York Times writers and freelancers. We cover start-ups, tech leaders like Google and Apple, enterprise technology, government policies and the way the Internet is changing how we live and work. Read more.

### Feedback

Tell us what you like, don't like and want to read more about. Send us e-mail with your comments

For news tips and press announcements, please use the e-mail links on the blog home page to reach our writers and editors.

### Subscribe
Bits RSS

FOLLOW US ON
Twitter

### Topics

| | |
|---|---|
| Advertising and E-Commerce | Music and Video |
| Biotechnology | News Analysis |
| Company News | People |
| Consumer Electronics | Personal Computing |
| Enterprise Computing | Phones and Mobile Devices |
| Games | Policy and Law |
| Green Technology | Silicon Valley |
| Internet | Start-Ups |
| Mergers and Finance | Venture Capital and Finance |
| Misfit Bits | Technology and Society |

### Contributors

**Damon Darlin**
TECHNOLOGY EDITOR, SAN FRANCISCO
Consumer electronics, consumer issues, pricing
- Posts | Profile | E-mail



**David F. Gallagher**
DEPUTY TECHNOLOGY EDITOR, NEW YORK
Internet, blogs, search, cellphones
- Posts | Profile

**Vindu Goel**
DEPUTY TECHNOLOGY EDITOR, NEW YORK
Social networking, telecommunications, enterprise technology, blogs
- Posts | Profile | E-mail

**Sam Grobart**
ASSISTANT TECHNOLOGY EDITOR, NEW YORK
Cellphones, cameras, computers, home & entertainment technology
- Posts | Profile | E-mail

**Saul Hansell**
REPORTER, NEW YORK
Telecommunications, government policy, cellphones, cable TV
- Posts | Profile | E-mail

Exhibit D Page 38

### Miguel Helft
REPORTER, SAN FRANCISCO

Search, Internet, online marketing, Google, Yahoo

• Posts | Profile | E-mail



### Steve Lohr
REPORTER, NEW YORK

Enterprise computing, economics of technology, Microsoft, I.B.M.

• Posts | Profile | E-mail



### Claire Cain Miller
REPORTER, SAN FRANCISCO

Start-ups, e-commerce, venture capital, Twitter, eBay, digital culture, technology and society

• Posts | Profile | E-mail



### Matt Richtel
REPORTER, SAN FRANCISCO

Consumer electronics, video game business, Silicon Valley, Internet gambling, Internet pornography

• Posts | Profile | E-mail



### Brad Stone
REPORTER, SAN FRANCISCO

Internet, technology and society, policy and law, security, social networks, electronic commerce, eBay, Amazon.com

• Posts | Profile | E-mail



### Ashlee Vance
REPORTER, SAN FRANCISCO

Enterprise computing, software, network technology, semiconductors, trends in corporate technology

• Posts | Profile | E-mail



### Jenna Wortham
REPORTER, NEW YORK

Internet, Web start-ups, digital culture, communications, convergence, N.Y. tech scene

• Posts | Profile | E-mail



## Archive
[Select Month]

## Recent Posts

**December 02** — **Is Black Friday Becoming the New Cyber Monday?**
Unlike in past years, online shopping increased more on Black Friday than on Cyber Monday. Online retailers touted deals earlier, and shoppers had much better access to the Internet over the holiday weekend than in the past.

**December 02** — **Another Option for Web Music Subscriptions**
MOG, a music start-up, begins offering a music subscription service with some innovative features for $5 a month.

**December 02** — **AT&T Drops Fight Over Maps in Verizon Ads**
AT&T has withdrawn a lawsuit challenging ads from Verizon Wireless that AT&T says are misleading. The ads will continue unchanged.

**December 02**  (17) — **Google Restricts Free Reading on Pay News Sites**
Google is closing a loophole that allowed people to read large numbers of articles on subscription-based sites without paying for them.

**December 02** — **Yahoo Deepens Friendship with Facebook**
Facebook and Yahoo say they will allow users to combine their news feeds from each site as part of a five-year partnership.

## Companies

| | |
|---|---|
| Amazon | Apple |
| eBay | Facebook |
| Google | Microsoft |
| MySpace | Yahoo |



Home | World | U.S. | N.Y. / Region | Business | Technology | Science | Health | Sports | Opinion | Arts | Style | Travel | Jobs | Real Estate | Autos | Back to Top

Copyright 2009 The New York Times Company | Privacy | Terms of Service | Search | Corrections | RSS | First Look | Help | Contact Us | Work for Us | Advertise | Site Map

Exhibit D Page 40