

# Forget YouTube: Go To These Sites If You Want Hard Core Copyright Infringing Content

by Michael Arrington on April 4, 2007     129 Comments



YouTube is clearly the most popular video sharing site on the web. But **limits** on video length, **DMCA takedown notices** and **billion dollar lawsuits** have **damaged** YouTube's ability to facilitate serious copyright infringement. The smaller guys are now stepping in to fill the void.

Full length copies of well known TV shows and/or movies are readily available on a number of YouTube competitors. Watch, for example, **The Office on DailyMotion**, **Scrubs on GoFish**, or **SouthPark on Veoh** (**update**: GoFish and Veoh have apparently removed the shows I linked to).

And if searching for the shows on these sites is just too much work, there are other sites that aggregate and organize this content, and embed it on their own sites. Watch any episode from any of the 11 seasons of **SouthPark on Allsp.com**. And new site **VideoHybrid** is in a class of its own, with dozens of full length movies and virtually every popular TV show. VideoHybrid even gives **statistics** showing exactly how many times copyrights have been violated.

Its not clear if the MPAA and networks just aren't focusing on these smaller video sharing sites yet, or if DMCA notices are simply being ignored. These sites aren't hiding out and trying to evade the law – they're funded by well known venture capitalists and, in Veoh's case, **copyright holders**. And **GoFish** is actually a **public company**.

◁ Previous Post                              Next Post ▷



**Actively Discussed Posts**

**The End Of The CrunchPad**
1128 comments

**Video: Jack Dorsey Talks Square And I Buy Him Coffee With It**
177 comments

**Square Worth $40 Million Before Launch**
121 comments

**SMSONE: Micro-Local News From India To Make Silicon Valley Jealous**
115 comments

**MOG Launches All Access, Sets New Standard For Online Music**
114 comments

## Responses

- **coRank**
  April 4th, 2007 at 2:11 am

- **trilodge computin blog**
  April 4th, 2007 at 2:19 am

- **pligg.com**
  April 4th, 2007 at 1:02 pm

- **THE SAVVY BOOMER**
  April 7th, 2007 at 1:08 pm

- **» Co nového s Googlem za poslední čas? (část 1) | Web. REFLEKTOR**
  April 20th, 2007 at 3:41 pm

- **YouTube To Test Copyright Screening Technology : Forecast-Blog**
  June 12th, 2007 at 3:10 am

- **ABC On Demand - Video on Demand As Easy As A,B,C » Blog Archive » Techcrunch : Video Sites**
  August 22nd, 2007 at 7:40 am

UMG Recordings, Inc. et al v. Veoh Networks, Inc. et al                                Doc. 530 Att. 6

Dockets.Justia.com          Exhibit E Page 41

- Videohybrid 3.0: I Can't Believe This Hasn't Been Banned Yet
  August 31st, 2007 at 11:54 am
- TechCrunch en français » Videohybrid 3.0: toujours en ligne ! Comment est ce possible?
  August 31st, 2007 at 10:21 pm
- YouTube alternatives
  February 15th, 2009 at 4:15 pm

# Comments

**visible.mobi** - April 4th, 2007 at 12:24 am PDT

You raise some interesting points…

reply

 **Mike @ Emerging Earth** - April 4th, 2007 at 12:34 am PDT

**It's all about the money**. If small video sites can't be sued out of a billion or two, it's not worth the effort. If Veoh pays dividends for copyright holders, it's all good.

reply

**Rene Kriest** - April 4th, 2007 at 12:35 am PDT

lol!

I just thought by myself: "Hey, where are my South Park DVDs?"

Now I do not need to care about them anymore. 

Regards,

René
ProBloggerWorld

reply

**Kewtr** - April 4th, 2007 at 12:39 am PDT

Good stuff, looking forward to your recommendations for just plain 'Hard Core' content.

reply

**Daniel Rust** - April 4th, 2007 at 1:27 am PDT

Dailymotion is definitely one the top sites for full shows/movies which infringe on copyrights. But if the amount of infringement is based on views, YouTube is the winner.

reply

**Helen** - April 4th, 2007 at 1:29 am PDT

Both Allsp and videohybrid CRASH my IE7

reply

**Anthony** - April 4th, 2007 at 1:39 am PDT

Uhhhh… could you, like, not bring any spotlight to these websites, please? 

reply

**Adrian** - April 4th, 2007 at 1:53 am PDT

Well, since the cat is out of the bag…you all owe me one:

**EyeBum Movies**

This site BLEW me away.

reply

**Tim** - April 4th, 2007 at 1:55 am PDT

There is a really nice site named tv-links.co.uk which provides links to all these small platforms. There you actually find close to every popular TV-Shows and to tons of movies.


SINGULARITY UNIVERSITY

**Featured Posts**


LIVE NOTES
The Fall Of Bing (Seasonal Release, That Is) »


CAPITULATION
Yahoo Outsources All That Social Nonsense to Facebook »


DIGITAL MAGAZINES
Time Inc's "Manhattan Project" Is A Tablet Magazine »


PRIVACY
Facebook To Roll Out New Privacy Controls To Its 350 Million Users »


NO MO' MONEY
Tech CEOs See Flat Compensation For First Time In A Decade »


SAVE 10% ON YOUR MASTER BILL WHEN YOU HOLD A MEETING AT HYATTS IN THE WEST BY MARCH 31ST.
LEARN MORE ▶
HYATT


Winter comfort & warmth
New Winter Collection
crocs

**The CrunchBoard**

Jobs | Services | For Sale

**Senior MySQL DBA**
VMIX MEDIA INC

**TV/New Media Content Specialist (#20090839)**
New York University

**Head of Community**
Tapulous

**Developer Support Engineer**
Palantir Technologies

**Sr. Infrastructure Engineer @ Digg**
Digg



reply

**Rupert** - April 4th, 2007 at 2:31 am PDT

Thanks for this post. Also see http://www.forb..._1129video.html

In my opinion copyright content is a big issue on the web but you will never be a way to really prevent it from beeing shared (see mp3). At the moment I think it also is used as kind of viral promotion tool for all the smaller video sites at the moment. I prefer Dailymotion just because all the copyright content on it… Also see Daniel Rust's comment "Dailymotion is definitely one the top sites for full shows/movies which infringe on copyrights…" But to be honest content is still hard to find, unregularly updated or very fast deleted…

reply

**alexdirk** - April 4th, 2007 at 3:03 am PDT

VideoHybrid is pretty cool, and i think now they are gonna go down … due to traffic offcourse.

reply

**Stan Schroeder** - April 4th, 2007 at 3:48 am PDT

While this is not news, I guess that TechCrunch is big enough that sometimes pointing to the obvious can yield good results. Lawsuits have become a stick used to milk money, and not a means to get justice. The big cos use them only when it pays off; and sometimes, as in YouTube's case, it pays better to wait.

reply

 **Adam benayoun** - April 4th, 2007 at 4:38 am PDT

This is not really about The copyright infrigement but more about the money and the fact that a huge player (google) make money on the back of the big studio.
There is zillions of sites and users that are all together having a bigger money impact on the studios.

The thing about Google is that if the studios need to fight the biggest figther in order to show the other that copyright infrigement is something that should be taken lightly.

If the studios will win in this fight around this issue, this will bring a lot of PR to the studio and likely kill off a lot of future actions from the part of google, this is a very hard and dangerous fight that involved the future of google earth, google books and many more ventures that google are deploying in order to control the world's data. If they win, they will control the market and take the lead and you can expect google to be unstopable in few years.

Dont forget also that there is also a lot of money involved, google has a lot of cash and will likely be forced to pay in this "game".

Anyway, thats my 2 cents.

reply

**AdvertiseSpace** - April 4th, 2007 at 5:30 am PDT

I'm with #7 Anthony on this one. Why shed any light on these types of sites and with a reader base of 350K essentially promoting them for free.

Yesterday promoting Digg spamming services, today pirates, tomorrow coming up on TechCrunch, the Top 10 email spamming services to try…

reply

**Aditi** - April 4th, 2007 at 5:35 am PDT

lolzz….
Good stuff.

reply

**Joel Toe** - April 4th, 2007 at 5:55 am PDT

You have pointed out some really good points. Some good links are provided by you. Thanks

reply

**Michael Ossareh** - April 4th, 2007 at 6:00 am PDT

 

Powered by **Personforce**



 

Techcrunch on Facebook

Is a certain part of this post not evil? You know full well the techcrunch effect when you post about a site. Now almost at will you can cause issues for the guys that are running these sites. Perhaps previous to this they were able to make a living and stay under the radar, but you've completely shot that to piece now.

Mike

reply

 **Webbster** - April 4th, 2007 at 6:01 am PDT

Splitter

reply

**ChrisD** - April 4th, 2007 at 6:04 am PDT

I believe I read an article from an exec from Viacom in which he knew about what is happening on Veoh but said that they are focusing their energies on the sites with more traction.

That said, I've made comments that it's pretty unbelievable that a site would take that approach in this climate, particularly with Eisner on board. It's just inviting trouble.

reply

**pallet jack** - April 4th, 2007 at 6:53 am PDT

Im thinking wow; This has to some how help Google's defense –

– If they could prove that – you can't stop what is happening on the internet with youtube; etc … Could that be a defense?

– Didn't it work with alcohol ? prohibition?

-RB

reply

**jagadeesh karicherla** - April 4th, 2007 at 7:23 am PDT

Well video hosting industry is taking the path of music industry(interms of copyright violation).

reply

**awesomo** - April 4th, 2007 at 8:01 am PDT

Mike, thanks for the great links; I didn't know that I can watch so much crap for free 

reply

**Dave** - April 4th, 2007 at 8:05 am PDT

Chad with a yahoo email address. Nice.

reply

**brian field** - April 4th, 2007 at 8:16 am PDT

I think its a big problem for legitimate start-ups.

Here at **http://www.fukeo.com** (NSFW) we have spent a large effort in only indexing legitimate video content, unlike most 'adult' video sites that scrape and/or host longer form copyright material.

It makes it difficult to gain traction with a legal business model if a punter can go elsewhere and get copyright content for free – and that applies to all content, not just adult content.

Unfortunately, the copyright owners will wait for someone to become 'sueable', but in the meantime legitimate models are crowded out...

reply

**Amanda** - April 4th, 2007 at 8:21 am PDT

I know a bunch of other blogs that do it.. but I have to say I'd rather just download them...

reply

**Guido** - April 4th, 2007 at 8:25 am PDT

Everyone seems to forget about newsgoups, which is still the best source for these types of files...

reply

**JahBuh** - April 4th, 2007 at 8:35 am PDT

That was foul... you just shut down some of the best unknown video sites on the internet. I see NBC, CBS, FOX, etc. all scrambling to send out hundreds of requests for content removal right now.

reply

**J** - April 4th, 2007 at 8:40 am PDT

I hate you. Thanks for letting all the idiots in the world know about some of the coolest sites on the internet.

If they shut down, I'm coming after you.

reply

**Scott Day** - April 4th, 2007 at 8:41 am PDT

http://www.cavenger.com has better programs. Entourage and Chappelle's Show are two of my personal favorites

reply

**Jason** - April 4th, 2007 at 8:56 am PDT

Well, it seems that Videohybrid.com isn't working anymore...

reply


**Alex Linhares** - April 4th, 2007 at 8:57 am PDT

I loved this post. It sends the message to content producers to think about long term. Want to fight youtube? There will be plenty of youtubes out there, and they'll just keep coming. It would be much more intelligent for the long run to deal with youtube, and keep their commercials, and let their shows be seen right after airing. They'd still get commercials, plus some of youtube's revenue share. maybe I'll turn http://www.capyblanca.com into my own youtube after/if these sites go down!

reply

**Yikes!** - April 4th, 2007 at 8:58 am PDT

If you want hardcore here's hardcore! Latest movies and tv shows!
http://www.peekvid.com!

reply


**PhilWil** - April 4th, 2007 at 9:01 am PDT

Well if it means anything, some of the videos have been moved or taken down after being featured here and on Digg.

reply

**Max Thrane** - April 4th, 2007 at 9:09 am PDT

Regarding the newsgroups (comment #28) : http://maxt.dk/...the-newsgroups/

Also, I'm pretty sure the "right" companies were already aware of those sites... I don't think they're just sleeping...

reply

**Zealus Web Design** - April 4th, 2007 at 9:12 am PDT

Interesting stuff. However, I agree with #22 – prohibition does not work. BTW, Apple made a good move with DRM-free music. MPAA should follow.

reply

**Bilal Hameed** - April 4th, 2007 at 9:16 am PDT

But Chad wasn't this really hard work in itself writing such a long tail ??

reply

**Steve Miller** - April 4th, 2007 at 9:21 am PDT

I perfer http://XoinKs.com for my video content.

reply

**MajorNetworkNews** - April 4th, 2007 at 9:26 am PDT

hmm, all of a sudden the videohybrid site has been replaced by what looks like a parked page, chock full of ads...

wonder if the site owner decided to monetize some of this TC traffic !

reply

**Holy Cow** - April 4th, 2007 at 9:28 am PDT

My favorite video sites..

1. http://scoopvid.com
2. http://xoinks.com
3. http://tvgush.com
4 http://scooptube.com

reply

**Jon Katz** - April 4th, 2007 at 9:53 am PDT

I think its just a matter of time before the copywrite holders start going after the little guys and consumers the way that the music labels have. Thats going to get ugly.

Also, my site runs 1 video a day, every day. It is like the woot.com of video. It is a good way to limit your video intake. Personally, I am overwhelmed when I go to youtube.

IcyGrill.com

reply



**recep** - April 4th, 2007 at 10:21 am PDT

I have youtube, it shows & broadcast everything and everything, they dont have a filter!

reply



**Pensador** - April 4th, 2007 at 10:36 am PDT

Hi Michael,

I never knew those sites existed; I will have a look. I hope they are as responsive as YouTube...

reply

**Ed** - April 4th, 2007 at 10:40 am PDT

Woot gives you something. It gives you just one thing, but the value is great. Icygrill gives you what value? Karl Rove? Please, who hasn't seen that. Show me a full-length, just released movie a day and then you can compare yourself.

reply

**grant** - April 4th, 2007 at 10:45 am PDT

Puzzled. I am sure there are lot of entrepreneurs willing to going into that field or finding the niches, if law is "officially" ignored. Personally, I would not go into that field.

reply

**Colin** - April 4th, 2007 at 10:59 am PDT

http://www.televoo.com/ lists most of these in an easily searchable database.



**tek428** - April 4th, 2007 at 11:01 am PDT

The more the big guys get busted, the more and more private sites will pop up, and the harder they will be to find.

http://www.bloggingwv.com

reply

**warren** - April 4th, 2007 at 11:08 am PDT

The more the big guys get busted, the more and more private sites will pop up, and the harder they will be to find. . . unless the big guys are busted and have to pay $1B and the law becomes more well defined through that precedent. After that I'd love to see any video site be less than diligent about screening out mainstream copyrighted content with a potential liability of fine per individual infringement. I would also like to see shady ad networks like adbrite and cpxinteractive continue selling these sites' inventory.

reply



**Nathan Kaiser** - April 4th, 2007 at 11:26 am PDT

It is a catch-22 for the small guys. They want to traffic (if their servers can handle it) to make money, but as soon as they do, what protection do they have against the injunctions lawsuits?

I definitely think there is room for other players besides YouTube, with less stringent criterea (file size, format, etc.). How they will monetize without attracting the ire of the copyright holders is another matter...

reply

**JAB** - April 4th, 2007 at 11:29 am PDT

And if you want high quality anime – http://www.idkwtf.com/anime/

reply

**Jon Katz** - April 4th, 2007 at 11:34 am PDT

Ed–
I check Woot.com every day to see what is there. I rarely buy the items. I log in every day for that rare day when there is something I like. It is not about the bargains, but about the portions and editorial. I do not browse bestbuy.com, for instance, because there is too much. You could replicate it with anything as long as you are providing some piece of content on the page.

Maybe a comparison isn't fair in terms of quality or size, but in terms of vision, I think we are on the same page.

reply

Newer Comments »

## Leave Comment

Name*
Email*
Website
Twitter

[Add Comment]

## Commenting Options

Enter your personal information to the left, or sign in with your Facebook account by clicking the button below.



Alternatively, you can **create an avatar** that will appear whenever you leave a comment on a Gravatar-enabled blog.

**Trackback URL**
http://www.techcrunch.com

About   Advertise   Archives   Company Index   Contact   CrunchCam   Jobs   Trends          4063K readers BY FEEDBURNER   © 2009 TechCrunch