# The New York Times
## Technology
Wednesday, December 2, 2009

Search All NYTimes.com [Go]

| WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL | JOBS | REAL ESTATE | AUTOS |

**Search Technology** [Go]

**Inside Technology**: Internet | Start-Ups | Business Computing | Companies

**Bits Blog »**

**Personal Tech »** Digital Cameras | Cellphones | ▷ ALL PRODUCTS

---

With Intel-powered classmate PCs, students everywhere are transforming their communities. Click to learn more ▸ — intel Sponsors of Tomorrow.™

---

## Bits
*Business ▪ Innovation ▪ Technology ▪ Society*

August 9, 2007, 8:19 PM

# Veoh vs. Copyright Holders: Is a War Brewing?

By BRAD STONE

Internet video service Veoh has gone to a southern California federal district court to seek protection from a possible lawsuit from Universal Music Group, according to Reuters.

It's not surprising. As we reported less than a month ago, the major media companies think the firm, backed by Time Warner and Michael Eisner, takes a cavalier attitude toward keeping copyrighted material off its service. They complain that Veoh imposes no time limits on uploaded clips and will not embrace digital fingerprinting technology to filter out copyrighted-material. Veoh says it complies with the DMCA and removes content when asked.

But as I described here on Bits last month, it's often difficult for copyright holders to find their material on Veoh. Pirates are using the service to park copyrighted material on the site under disguised names; they then point to the videos on their own sites. (Incredibly, full-length episodes of NBC's "The Office," which I referenced in last month's blog item, are still on Veoh.com.)

Update: Veoh did indeed pre-emptively sue Universal Music Group yesterday, asking a federal judge to prevent the giant music company from filing its own copyright infringement action.

✉ E-mail This   🖨 Print   ＋ Share   🅑 Twitter   ☑ Sign in to Recommend

Internet, Universal Music Group, Veoh

---

**Related Posts**

FROM BITS

- YouTube in Music Video Deal With Universal
- Making Sense of New Prices on Apple's iTunes
- YouTube Praises Dismissal of Copyright Suit Against Veoh
- Apple Will Listen to Universal's Music Subscription Pitch
- Universal's Imeem Deal May Unlock More Free Music

---

◂ Previous post: **Help NBC and News Corp. Pick a Brand Name**

Next post: **Quick Bits: AT&T Sorry About Censorship, Fraudsters Invade Second Life** ▸

## 1 Comment

1. August 11, 2007 2:48 pm
   Link

   Just a few comments on this (and like events):

   1. When major studios and record companies sue every web site, accusing them of 'vicarious infringement' and other such highly imaginitive copyright violations, I'm reminded of the unpopular rich kid that always cries when he's not picked for a team and threatens to take his ball home. It does however extend my resolve not to buy new CD's (a shared strategy that seems to be working, based on slumping CD sales), new DVD's ect.
   2. Why are TV producers, a medium that only succeeds by having the widest desemination possible, bothered

---

**Search This Blog** [Search]

◂ Previous post: **Help NBC and News Corp. Pick a Brand Name**

Next post: **Quick Bits: AT&T Sorry About Censorship, Fraudsters Invade Second Life** ▸

TRADE in and SAVE — $50 OFF HP PHOTOSMART PREMIUM with TOUCHSMART WEB — STAPLES

**What We're Reading**

SLATE.COM
**Mother's Little Helper**
The iPhone is the ultimate kid-pacification device. – Jenna Wortham

THE SYDNEY MORNING HERALD
**Google Employee Justin Baird Develops Show Your Vote Platform For Environment Campaigns**
A Googler develops a way to combine voting and Google Maps to fight climate change. – Vindu Goel

BLOG.FACEBOOK.COM
**An Open Letter from Facebook Founder Mark Zuckerberg**
Facebook, which now says it has 350 million members, is reshuffling its privacy options. – Brad Stone

SMARTPLANET.COM
**Data Center Will Help Heat Helsinki homes**
The heat emitted from hundreds of computer servers will be used to warm homes in Finland. – Jenna Wortham

🔗 Feed

**Holiday Gift Guide**

**Tech Gift Guide Central**
Top-of-the-line products for this holiday season and the best alternatives for less.
- Go to Holiday Gift Guides »

**On the Blogs**

| GADGETWISE | MEDIA DECODER | GREEN INC. | BAY AREA |

**Collaborative Video Editing, Without Software**
Pixorial helps you convert old analog videos to digital, and then edit and share them with your friends and family.

**Chinks in the New iMac's Armor**
The new Apple iMacs are pretty, but some users are reporting problems.

**Ethics of E-Mail Misfires and Facebook Complications**
Morally-bound to respond to misdirected e-mails; when relationships advance beyond "It's complicated."

**App of the Week: TGI Black Friday**
TGI Black Friday compiles pricing data from more than 50 retailers for the coming holiday-shopping scrum.

**Phone Deals From a Store You Have Never Heard Of**

UMG Recordings, Inc. et al v. Veoh Networks, Inc. et al    Doc. 606 Att. 7

Dockets.Justia.com    Exhibit F Page 49

by having the widest dessemination possible, bothered when other companies/sites assume the cost of distribution for them? Guess what? Having a TV show work it's way into modern culture (The Office is a good example) has to return greater rewards over the long run than missing out on a few thousand ad-views and a percent or two on a Nielson rating.

3. Every time the RIAA, the MPAA, ect ect try to control how content is delivered (broadcast flag, disabling fast-forward on dvd controls, threatening Tivo until they dropped the 30 second skip feature, every DRM scheme, the Sony rootkit fiasco, ect ect) the more I resist, converting all my music to DRM-free formats, returning DVD's that disable controls as 'broken', returning CD's with copy protection as 'broken'. Personally, I think the producers of such things should be forced to bear the cost of returns, not the retailers, who for the most part are just caught in the middle between increasingly disatisfied consumers.

— Bryan Waterman

## Add your comments...

Your Name: [_____] Required

Your E-mail: [_____] Required, will not be published

Your Comment:
Comments are moderated and generally will be posted if they are on-topic and not abusive. For more information, please see our Comments FAQ.

[Submit]

Ads by Google — what's this?

**Legal music streaming**
Hear full songs, download the best 67c
Playme.com

**Wireless Data Security**
BlackBerry® Enterprise Solution For Your Global Business. Learn More.
BlackBerry.com/GetTheFacts

**Copyright Infringement**
Attorneys for Patent Litigation, Trademark Infringement and More.
www.CypressLLP.com

---

If you want a deal on a mobile phone, try authorized agents who sell services from the major carriers at a discount.

### Other Technology Blogs

- AppleInsider
- Ars Technica
- BoomTown
- CNet News
- Digits
- Eric Goldman's Technology & Marketing Law Blog
- GigaOm
- Mashable
- PaidContent
- Post Tech

- ReadWriteWeb
- Search Engine Land
- Silicon Alley Insider
- Tech Trader Daily
- TechCrunch
- Techdirt
- Techmeme
- VentureBeat
- Wired News

### Driven to Distraction

**VIDEO**
**Distracted Drivers**
Most people are aware of the dangers of trying to multitask while driving, but most continue to do it anyway.

**INTERACTIVE FEATURE**
**Gauging Your Distraction**
A game illustrates the potential consequences of distractions like texting on your driving ability.

RELATED ARTICLES
- Truckers Insist on Keeping Computers in the Cab
- U.S. Withheld Data on Risks of Distracted Driving
- Drivers Dismiss Risks of Multitasking on the Road
- Go to All Related Coverage »

### About Bits

Bits offers a steady stream of news and analysis on the technology industry throughout the day from New York Times writers and freelancers. We cover start-ups, tech leaders like Google and Apple, enterprise technology, government policies and the way the Internet is changing how we live and work. Read more.

**Feedback**
Tell us what you like, don't like and want to read more about. Send us e-mail with your comments

For news tips and press announcements, please use the e-mail links on the blog home page to reach our writers and editors.

### Subscribe
Bits RSS

FOLLOW US ON
 Twitter

### Topics

| | |
|---|---|
| Advertising and E-Commerce | Music and Video |
| Biotechnology | News Analysis |
| Company News | People |
| Consumer Electronics | Personal Computing |
| Enterprise Computing | Phones and Mobile Devices |
| Games | Policy and Law |
| Green Technology | Silicon Valley |
| Internet | Start-Ups |
| Mergers and Finance | Venture Capital and Finance |
| Misfit Bits | Technology and Society |

### Contributors

**Damon Darlin**
TECHNOLOGY EDITOR, SAN FRANCISCO
Consumer electronics, consumer issues, pricing

· Posts | Profile | E-mail

**David F. Gallagher**
DEPUTY TECHNOLOGY EDITOR, NEW YORK
Internet, blogs, search, cellphones

· Posts | Profile

**Vindu Goel**
DEPUTY TECHNOLOGY EDITOR, NEW YORK
Social networking, telecommunications, enterprise technology, blogs

· Posts | Profile | E-mail

**Sam Grobart**
ASSISTANT TECHNOLOGY EDITOR, NEW YORK
Cellphones, cameras, computers, home & entertainment technology


Exhibit F Page 50

· Posts | Profile | E-mail

**Saul Hansell**
REPORTER, NEW YORK
Telecommunications, government policy, cellphones, cable TV
· Posts | Profile | E-mail

**Miguel Helft**
REPORTER, SAN FRANCISCO
Search, Internet, online marketing, Google, Yahoo
· Posts | Profile | E-mail

**Steve Lohr**
REPORTER, NEW YORK
Enterprise computing, economics of technology, Microsoft, I.B.M.
· Posts | Profile | E-mail

**Claire Cain Miller**
REPORTER, SAN FRANCISCO
Start-ups, e-commerce, venture capital, Twitter, eBay, digital culture, technology and society
· Posts | Profile | E-mail

**Matt Richtel**
REPORTER, SAN FRANCISCO
Consumer electronics, video game business, Silicon Valley, Internet gambling, Internet pornography
· Posts | Profile | E-mail

**Brad Stone**
REPORTER, SAN FRANCISCO
Internet, technology and society, policy and law, security, social networks, electronic commerce, eBay, Amazon.com
· Posts | Profile | E-mail

**Ashlee Vance**
REPORTER, SAN FRANCISCO
Enterprise computing, software, network technology, semiconductors, trends in corporate technology
· Posts | Profile | E-mail

**Jenna Wortham**
REPORTER, NEW YORK
Internet, Web start-ups, digital culture, communications, convergence, N.Y. tech scene
· Posts | Profile | E-mail

## Archive

Select Month

## Recent Posts

**December 02** — **Is Black Friday Becoming the New Cyber Monday?**
Unlike in past years, online shopping increased more on Black Friday than on Cyber Monday. Online retailers touted deals earlier, and shoppers had much better access to the Internet over the holiday weekend than in the past.

**December 02** — **Another Option for Web Music Subscriptions**
MOG, a music start-up, begins offering a music subscription service with some innovative features for $5 a month.

**December 02** — **AT&T Drops Fight Over Maps in Verizon Ads**
AT&T has withdrawn a lawsuit challenging ads from Verizon Wireless that AT&T says are misleading. The ads will continue unchanged.

**December 02** (17) — **Google Restricts Free Reading on Pay News Sites**
Google is closing a loophole that allowed people to read large numbers of articles on subscription-based sites without paying for them.

**December 02** — **Yahoo Deepens Friendship with Facebook**
Facebook and Yahoo say they will allow users to combine their news feeds from each site as part of a five-year partnership.

## Companies

Amazon                                    Apple

| eBay | Facebook |
| Google | Microsoft |
| MySpace | Yahoo |



**Breaking News Alerts by E-Mail**


Sign up to be notified when important news breaks.

Privacy Policy

Ads by Google — what's this?

**Dr Dre's Beats Headphones**
Watch Hip-Hop Invasion on Fuse & win Beats by Dre. Get info here!
fuse.tv

**Copyright & Trademark Law**
Experienced Attorney Call for free consultation.
www.ZernerLaw.com

**Tier 1 PCI Compliance**
Leverage Fusepoint's Compliancy Investment - Find Out How Today!
Fusepoint.com/PCI

Home | World | U.S. | N.Y. / Region | Business | Technology | Science | Health | Sports | Opinion | Arts | Style | Travel | Jobs | Real Estate | Autos | Back to Top

Copyright 2009 The New York Times Company | Privacy | Terms of Service | Search | Corrections | RSS | First Look | Help | Contact Us | Work for Us | Advertise | Site Map

Exhibit F Page 52