**EXHIBIT G – COMPACT DISC, FILED MANUALLY**

Dockets.Justia.com