Rebecca Lawlor Calkins (SBN: 195593)
Email: rcalkins@winston.com
Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Jennifer A. Golinveaux (SBN 203056)
Email: jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1506/Fax: (415) 591-1400

Michael S. Elkin (*pro hac vice*)
Email: melkin@winston.com
Thomas P. Lane (*pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700/Fax: (212) 294-4700

Attorneys for Defendant VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware Corporation, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> VEOH NETWORKS, INC., a California Corporation, et al., <br><br> Defendants. | Case No. CV 07 5744 -- AHM (AJWx) <br><br> **VEOH'S CERTIFICATION RE COMPLETE PRODUCTION PER APRIL 6, 2009 ORDER [DOCKET 401]** |

LA:243315.1

VEOH'S CERTIFICATION OF COMPLETE PRODUCTION – CASE NO. 07 5744 – AHM (AJWx)

Pursuant to this Court's April 6, 2009 Order (Docket 401), Veoh submits the following certification to the Court:

Following the April 6, 2009 Order, Veoh undertook significant investigations and efforts to review its production to ensure its completeness. Veoh considered each of its twenty-two custodians and seventy-seven search terms to ensure that responsive documents were located and produced in response to Plaintiffs' documents requests, and has located additional documents it is producing to Plaintiffs.[1] Upon UMG's receipt of Veoh's supplemental production, under a fair reading of the requests for production as to which it has agreed to produce documents or been ordered to produce documents, and to the best of Veoh's knowledge and reasonable capability, Veoh hereby certifies that its production is complete. Veoh is aware of its continuing discovery obligations and to the extent Veoh discovers additional responsive documents, it will promptly produce any such documents.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: April 28, 2009

WINSTON & STRAWN LLP

By: _____
Michael S. Elkin
*Lead Trial Counsel for Defendant,*
VEOH NETWORKS, INC.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

---

[1] While Veoh does not consider all additional documents it is producing to be responsive to UMG's requests, out of an abundance of caution, Veoh is producing such documents.

1
VEOH'S CERTIFICATION OF COMPLETE PRODUCTION-- CASE NO. 07 5744 – AHM (AJWx)

```
 1   Dated: April 28, 2009              VEOH NETWORKS, INC.
 2
 3                                      By: _____
 4                                          Joshua Metzger
                                            Senior Vice President of
 5                                          Corporate Development and
                                            General Counsel for Defendant,
 6                                          VEOH NETWORKS, INC.
```

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

2

VEOH'S CERTIFICATION OF COMPLETE PRODUCTION – CASE NO. 07 5744 – AHM (AJWx)