UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE A. HOWARD MATZ, U.S. DISTRICT JUDGE

- - -

COPY

UMG RECORDINGS, INC.,       )
                            )
            PLAINTIFF,      )
                            )
       vs.                  ) No. CV07-5744-AHM(AJWx)
                            )
VEOH NETWORKS, INC., ET AL, )
                            )
            DEFENDANTS.     )
_____)


REPORTER'S TRANSCRIPT OF PROCEEDINGS

LOS ANGELES, CALIFORNIA

TUESDAY, SEPTEMBER 8, 2009

_____

CINDY L. NIRENBERG, CSR 5059
U.S. Official Court Reporter
312 North Spring Street, #438
Los Angeles, California 90012
*www.cindynirenberg.com*

```
 1   APPEARANCES OF COUNSEL:

 2   FOR THE PLAINTIFF:
                     IRELL & MANELLA
 3                   BY: STEVEN A. MARENBERG, ATTORNEY AT LAW
                         BRIAN D. LEDAHL, ATTORNEY AT LAW
 4                   1800 AVENUE OF THE STARS
                     SUITE 900
 5                   LOS ANGELES, CA 90067
                     310-277-1010
 6

 7

 8   FOR THE DEFENDANTS:
                     WINSTON & STRAWN
 9                   BY: MICHAEL S. ELKIN, ATTORNEY AT LAW
                         THOMAS P. LANE, ATTORNEY AT LAW
10                   200 PARK AVENUE
                     NEW YORK, NY 10022
11                   212-294-6700

12
                     WINSTON & STRAWN
13                   BY: ERIN R. RANAHAN, ATTORNEY AT LAW
                     333 SOUTH GRAND AVENUE
14                   38TH FLOOR
                     LOS ANGELES, CA 90071
15                   213-615-1700

16
                     WINSTON & STRAWN
17                   BY: JENNIFER A. GOLINVEAUX, ATTORNEY AT LAW
                     101 CALIFORNIA STREET
18                   39TH FLOOR
                     SAN FRANCISCO, CA 94111
19                   415-591-1506

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

Exhibit I Page 58

1      I N D E X

2

3  *COMMENTS BY:*                        *PAGE*

4  THE COURT                              4
   MR. MARENBERG                          5
5  MR. ELKIN                             27
   MR. LEDAHL                            35
6  MR. MARENBERG                         38
   MR. ELKIN                             40
7  THE COURT                             40
   MR. MARENBERG                         41
8  THE COURT                             41
   MR. ELKIN                             42

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1            LOS ANGELES, CALIFORNIA; TUESDAY, SEPTEMBER 8, 2009
 2                              3:00 P.M.
 3                              - - - - -
 4            THE CLERK:  Calling Item Number 1, CV07-5744, UMG
 5   Recordings, Inc. versus Veoh Networks, Inc., et al.
 6            Counsel, state your appearances, please.
 7            MR. MARENBERG:  Good afternoon, Your Honor.  Steve
 8   Marenberg and Brian Ledahl for the plaintiffs from Irell &
 9   Manella.
10            THE COURT:  Good afternoon.
11            MR. ELKIN:  Good afternoon, Your Honor.  Michael
12   Elkin, Winston & Strawn.  Here with me are Jennifer Golinveaux,
13   Thomas Lane and Erin Ranahan representing Veoh Networks.
14            THE COURT:  All right.  Good afternoon to all of you
15   as well.
16            Some few days ago, I caused to be faxed to you a
17   24-page, single-spaced Draft Order -- I hope with instructions
18   that it was not to be disseminated -- for purposes of shaping
19   the arguments on today's motion.  _And it's a summary judgment_
20   _motion that Veoh has filed and that I'm inclined to grant for_
21   _the reasons that are set forth in this order on which I labored_
22   _extensively._  And I'm sure you want to be -- will you be
23   arguing, Mr. Marenberg?
24            MR. MARENBERG:  I will, Your Honor.
25            THE COURT:  Okay.  Why don't you go to the lectern,
```

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date: SEPTEMBER 15, 2009

_____

Cindy L. Nirenberg, CSR No. 5059