# AIPLA

# Report of the Economic Survey

## 2009

Prepared Under Direction of
Law Practice Management Committee

American Intellectual Property Law Association
241 18th Street South, Suite 700
Arlington, Virginia 22202
www.aipla.org

©2009 AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION

ALL RIGHTS RESERVED. NO PART OF THIS BOOK MAY BE REPRODUCED OR TRANSMITTED IN ANY FORM OR BY ANY MEANS, ELECTRONIC OR MECHANICAL, INCLUDING PHOTOCOPYING, RECORDING, OR BY AN INFORMATION STORAGE AND RETRIEVAL SYSTEM, WITHOUT PERMISSION IN WRITING FROM THE PUBLISHER.

COPIES OF THIS REPORT ARE AVAILABLE FROM AIPLA AT A COST OF $45 PER COPY FOR MEMBERS AND $395 PER COPY FOR NON-MEMBERS.

AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
241 18TH STREET, SOUTH, SUITE 700
ARLINGTON VA 22202-3694
(703) 415-0780
WWW.AIPLA.ORG

**Litigation-Copyright Infringement $1-$25M Inclusive, all costs (000s) by Location (Q43d)**

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 131 | 6 | 9 | 8 | 8 | 3 | 9 | 12 | 8 | 2 | 25 | 14 | 3 | 6 | 18 |
| Mean (Average) | $826 | $843 | $787 | $778 | $725 | $257 | $631 | $721 | $788 | ISD | $644 | $1,316 | $1,067 | $1,933 | $594 |
| First Quartile 25% | $375 | $266 | $338 | $338 | $413 | ISD | $425 | $481 | $150 | ISD | $250 | $500 | ISD | $900 | $238 |
| Median (Midpoint) | $600 | $725 | $600 | $650 | $500 | $160 | $600 | $550 | $650 | ISD | $400 | $775 | $1,200 | $1,450 | $450 |
| Third Quartile 75% | $1,200 | $1,400 | $750 | $1,200 | $1,113 | ISD | $750 | $1,113 | $1,569 | ISD | $750 | $1,875 | ISD | $3,275 | $788 |

**Litigation-Copyright Infringement >$25M End of Discovery (000s) by Location (Q43e)**

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 108 | 5 | 7 | 6 | 8 | 3 | 7 | 10 | 7 | 1 | 19 | 11 | 1 | 6 | 17 |
| Mean (Average) | $951 | $498 | $757 | $1,017 | $713 | $215 | $621 | $800 | $1,078 | ISD | $779 | $1,482 | ISD | $2,225 | $804 |
| First Quartile 25% | $363 | $220 | $500 | $463 | $363 | ISD | $250 | $488 | $75 | ISD | $200 | $700 | ISD | $1,238 | $200 |
| Median (Midpoint) | $750 | $350 | $600 | $625 | $725 | $215 | $800 | $600 | $750 | ISD | $500 | $1,200 | ISD | $1,950 | $750 |
| Third Quartile 75% | $1,000 | $850 | $750 | $1,500 | $1,000 | ISD | $800 | $813 | $2,400 | ISD | $1,000 | $2,000 | ISD | $3,250 | $1,000 |

**Litigation-Copyright Infringement >$25M Inclusive, all costs (000s) by Location (Q43f)**

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 109 | 5 | 7 | 6 | 8 | 3 | 7 | 10 | 7 | 1 | 20 | 11 | 1 | 6 | 17 |
| Mean (Average) | $1,696 | $1,240 | $1,471 | $1,467 | $1,463 | $441 | $1,214 | $1,078 | $1,728 | ISD | $1,284 | $2,882 | ISD | $3,808 | $1,706 |
| First Quartile 25% | $650 | $325 | $900 | $538 | $538 | ISD | $500 | $669 | $250 | ISD | $563 | $1,200 | ISD | $2,563 | $400 |
| Median (Midpoint) | $1,100 | $1,250 | $1,000 | $725 | $1,625 | $323 | $1,100 | $950 | $1,250 | ISD | $1,050 | $2,750 | ISD | $3,550 | $1,000 |
| Third Quartile 75% | $2,325 | $2,150 | $1,750 | $2,225 | $2,300 | ISD | $1,500 | $1,138 | $3,600 | ISD | $1,500 | $4,500 | ISD | $5,250 | $2,125 |