UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5744 AHM (AJWx) | Date | November 29, 2007 |
|---|---|---|---|
| Title | UMG RECORDINGS, INC., et al. v. VEOH NETWORKS, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

**Proceedings:**     (In Chambers)–No Proceedings Held

Given the decision of Judge Whelan in *Veoh Networks, Inc. v. UMG Recordings, Inc. et al*. (07-CV-01568 TJW) ("S.D. action") to dismiss that action without prejudice, this Court hereby LIFTS THE STAY in this action.

In this case, on September 25, 2007, Defendant Veoh Networks, Inc. ("Veoh") moved to dismiss, or in the alternative transfer or stay, Plaintiff UMG Recordings, Inc.'s ("UMG") complaint because (1) the "first-to-file" rule supports dismissal given the S.D. action that was previously pending before Judge Whelan, (2) UMG's claims in this action are compulsory counterclaims in the S.D. action and (3) the convenience of the parties and witnesses warrants transfer to the Southern District. Because Judge Whelan dismissed the S.D. action and this action is related to pending cases before this Court, the Court DENIES Defendant Veoh's Motion[1] to Dismiss, or in the Alternative, Transfer or Stay.

No hearing is necessary. Fed. R. Civ. P. 78; L.R. 7-15.

:

Initials of Preparer             SMO

---

[1] Docket. No. 10.