# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

## CIVIL MINUTES--GENERAL

Case No.  CV 07-5744 AHM (AJWx)                    Date: December 3, 2008

Title: UMG RECORDINGS, INC., et al. v. VEOH NETWORKS, INC., et al.
================================================================
PRESENT:    **HON. ANDREW J. WISTRICH, MAGISTRATE JUDGE**

      Ysela Benavides
      Deputy Clerk                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:
    None Present                                  None Present

**ORDER REGARDING UMG'S MOTION TO COMPEL VEOH TO APPEAR AT RULE 30(b)(6) DEPOSITIONS**

Veoh has filed a statement of non-opposition.

The motion is **granted**.

**IT IS SO ORDERED.**

cc:  Parties

MINUTES FORM 11                              Initials of Deputy Clerk_____
CIVIL-GEN