UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES--GENERAL

Case No.   CV 07-5744 AHM (AJWx)              Date: December 23, 2008

Title: UMG RECORDINGS, INC., et al. v. VEOH NETWORKS, INC., et al.
================================================================
PRESENT:    **HON. ANDREW J. WISTRICH, MAGISTRATE JUDGE**

         Ysela Benavides
         Deputy Clerk                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:
         None Present                              None Present


**ORDER REGARDING UMG'S MOTION TO COMPEL REGARDING (1) SEARCH TERMS, (2) CUSTODIANS, AND (3) "SKYPE" ACCOUNTS**

As to issue 1, the motion is **granted** in part and **denied** in part. Veoh must search the files of the following additional custodians: Dimm, Resado, Rosenfeld, and Zahir. In addition, UMG may select up to three video researchers or video research interns whose files Veoh must search. UMG must notify Veoh of those selected by January 2, 2009.

As to issue 2, the motion is **denied**. The additional search terms proposed by UMG ("music" and "Youtube") are too broad, at least on the present record.

As to issue 3, the motion is **granted**.

Compliance by January 20, 2009 is required.

**IT IS SO ORDERED.**

cc:  Parties