UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES--GENERAL

Case No.   CV 07-5744 AHM (AJWx)                    Date: April 6, 2009

Title: UMG RECORDINGS, INC., et al. v. VEOH NETWORKS, INC., et al.
================================================================
PRESENT:   **HON.  ANDREW J. WISTRICH, MAGISTRATE JUDGE**

|              Ysela Benavides              |                                   |
|-------------------------------------------|-----------------------------------|
|              Deputy Clerk                 |         Court Reporter            |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:
      None Present                                    None Present

**ORDER REGARDING UMG'S MOTION FOR SANCTIONS AND TO COMPEL VEOH TO PRODUCE AUDIBLE MAGIC METADATA**

The motion is **granted** in part and **denied** in part as moot. Veoh produced the Audible Magic metadata on February 26, 2009. [Joint Stipulation at 5, 32]. During the hearing, UMG conceded that the metadata appears to be complete. The parties are directed to cooperate in resolving minor residual problems promptly. UMG shall have until May 11, 2009 to supplement its list of allegedly infringing videos/allegedly infringing works. The request for sanctions is **denied**.

**IT IS SO ORDERED.**

cc:  Parties


MINUTES FORM 11                              Initials of Deputy Clerk_____
CIVIL-GEN