# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

## CIVIL MINUTES--GENERAL

Case No.   CV 07-5744 AHM (AJWx)                    Date: November 18, 2008

Title: UMG RECORDINGS, INC., et al. v. VEOH NETWORKS, INC., et al.
================================================================
PRESENT:    **HON. ANDREW J. WISTRICH, MAGISTRATE JUDGE**

           Ysela Benavides
           Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:
      None Present                                  None Present

**ORDER REGARDING UMG'S EX PARTE APPLICATION FOR ORDER REQUIRING VEOH TO RETAIN EVIDENCE**

The court has considered UMG's ex parte application and Veoh's opposition thereto. The ex parte application is **granted**.

Information - such as the metadata fields sought by UMG in this case - is not necessarily immunized from discovery merely because it is transitorily stored in RAM. See California Pictures, Inc. v. Bunnell, 245 F.R.D. 443, 446-448 (C.D. Cal. 2007). The additional metadata fields sought by UMG are relevant for purposes of Fed. R. Civ. P. 26(b)(1), and since Veoh is already selectively retaining and producing some of the metadata fields, requiring Veoh to retain and produce the additional metadata fields as well would not impose an undue burden.

The obligation to retain and produce the additional metadata fields begins immediately and ends with the dismissal or entry of final judgment in this case unless the court subsequently orders otherwise.

The court expresses no view as to whether Veoh had an obligation to retain and produce the additional metadata fields prior to the date of this order.

**IT IS SO ORDERED.**

cc:  Parties

MINUTES FORM 11                                  Initials of Deputy Clerk_____
CIVIL-GEN

Exhibit I Page 39   Dockets.Justia.com