# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

### CIVIL MINUTES--GENERAL

Case No.  CV 07-5744 AHM (AJWx)                  Date: August 3, 2009

Title: <u>UMG RECORDINGS, INC., et al. v. VEOH NETWORKS, INC., et al.</u>
==================================================================
PRESENT:     **HON.  <u>ANDREW J. WISTRICH</u>, MAGISTRATE JUDGE**

              <u>   Ysela Benavides   </u>                  <u>                          </u>
                Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
         None Present                                None Present

**ORDER REGARDING VEOH'S MOTION TO COMPEL UMG TO PRODUCE CHAIN OF TITLE DOCUMENTS**

The motion is **denied** without prejudice to its renewal on an expedited basis after trial, if necessary. [<u>See</u> Stipulation dated July 27, 2009, at page 2, lines 17-20].

**IT IS SO ORDERED.**

cc:  Parties

MINUTES FORM 11                              Initials of Deputy Clerk_____
CIVIL-GEN

Exhibit L Page 42
Dockets.Justia.com