**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

**CIVIL MINUTES--GENERAL**

Case No.  CV 07-5744 AHM (AJWx)                Date: December 5, 2008

Title: <u>UMG RECORDINGS, INC., et al. v. VEOH NETWORKS, INC., et al.</u>
=================================================================
PRESENT:   **HON.  ANDREW J. WISTRICH, MAGISTRATE JUDGE**

            Ysela Benavides
            Deputy Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
      None Present                               None Present

**ORDER REGARDING VEOH'S EX PARTE APPLICATION FOR PROTECTIVE ORDER ALLOW IT TO CEASE STORING CANCELLED VIDEO FILES**

The ex parte application is **denied** without prejudice to its renewal after compliance with Local Rule 37.  This is not an emergency. <u>See</u> <u>Mission Power Eng'g Co. v. Continental Cas. Co.</u>, 883 F. Supp. 488 (C.D. Cal. 1995).  Although the Court has perhaps been more liberal than it should have been in tolerating Veoh's use of the ex parte application mechanism, Veoh has overused it to the point that it is unduly burdening both the Court and UMG's counsel. Therefore, from this point forward, Veoh is forbidden from filing ex parte applications regarding discovery disputes without obtaining the prior telephonic permission of the Clerk.

**IT IS SO ORDERED.**

cc:  Parties

MINUTES FORM 11                          Initials of Deputy Clerk_____
CIVIL-GEN