**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

☐   **VOLUMINOUS DOCUMENT**

☐   **CD, VIDEO, PHOTOS, OTHER, ETC.**

**AVAILABLE IN THE RECORDS**

**SECTION OF THE CLERK'S**

**OFFICE FOR PUBLIC VIEWING**

G–114 (02/09)    **VOLUMINOUS DOCUMENT OR NON DOCUMENT ITEM FOR PUBLIC VIEWING**