ERIN R. RANAHAN (SBN: 235286)
WINSTON & STRAWN LLP
333 SOUTH GRAND AVENUE, 38TH FLOOR
LOS ANGELES, CA 90071-1543
T: (213) 615-1700  F: (213) 615-1750

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., et al.<br>PLAINTIFF(S)<br>v.<br>VEOH NETWORKS, INC.,<br>DEFENDANT(S). | CASE NUMBER:<br>CV-07-05744-AHM (AJWx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

(1) Veoh's Application to File Docs Under Seal; (2) [Proposed] Order Granting Veoh's Application to File Docs Under Seal; (3) Declaration of Michael S. Elkin ISO Veoh's Motion for Attorneys' Fees and Costs; and (4) Exhibit 1 to the Declaration of Rebecca Lawlor Calkins ISO Veoh's Motion for Attorneys' Fees and Costs

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
☒ Other
  See above.

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated September 30, 2008
☒ Manual Filing required (*reason*):
  Document contains information designated as confidential under the Protective Order dated September 30, 2008.

| | |
|---|---|
| December 14, 2009 | /S/ ERIN R. RANAHAN |
| Date | Attorney Name |
| | ERIN R. RANAHAN |
| | Party Represented<br>DEFENDANT VEOH NETWORKS, INC. |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)  NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com