LODGED
2009 DEC 15 AM 10: 16
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ____
ORIGINAL



Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UMG RECORDINGS, INC., a Delaware Corporation, et al.,

　　　　Plaintiffs,

　　vs.

VEOH NETWORKS, INC., a California Corporation, et al.,

　　　　Defendants.

Case No. CV 07 5744 -- AHM (AJWx)

[PROPOSED] ORDER GRANTING DEFENDANT VEOH NETWORKS, INC.'S APPLICATION TO FILE DOCUMENTS UNDER SEAL

Date: December 21, 2009
Time: 10:00 a.m.

Judgment Entered: November 3, 2009

Upon consideration of Defendant Veoh's ("Veoh") Application to File Under Seal (1) the Declaration of Michael S. Elkin, and (2) Exhibit 1 to the Declaration of Rebecca Lawlor Calkins in Support of Veoh's Motion For Attorneys' Fees and Costs:

IT IS HEREBY ORDERED THAT:

1. Veoh's Application to File Under Seal (1) the Declaration of Michael S. Elkin, and (2) Exhibit 1 to the Declaration of Rebecca Lawlor Calkins in Support of Veoh's Motion For Attorneys' Fees and Costs is GRANTED.

2. The Clerk of the Court shall file under seal (1) the Declaration of Michael S. Elkin, and (2) Exhibit 1 to the Declaration of Rebecca Lawlor Calkins in Support of Veoh's Motion For Attorneys' Fees and Costs.

IT IS SO ORDERED.

Dated: DEC 15 2009

Hon. A. HOWARD MATZ